**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: ▬▬▬ | Investigation Number: ▬▬▬ | Report Number: ▬▬▬ |

## SUMMARY OF EVENT:

On August 31, 2022, Special Agents with the Federal Bureau of Investigations (FBI) and the Bureau of Alcohol, Tobacco, Firearms, and explosives (ATF) served a federal search warrant, Case No (1:22-mj-175) at ▬▬▬ Denison, Iowa 51442.

## NARRATIVE:

1. On August 30, 2022, ATF Special Agent (SA) Kelly Etnier and FBI SA Kevin Kohler briefed team leaders and other law enforcement assisting with several search warrants to be served on August 31, 2022. ATF SA James Booth was assigned team lead for serving a federal search warrant at Bradley WENDT'S residence, located at ▬▬▬ Denison, Iowa 51442. SA Etnier briefed teams on the case background, team assignments and the operational timeline.

2. On August 31, 2022, at approximately 11:33 am, Special Agents with the FBI and the ATF served a federal search warrant, Case No. (1:22-mj-175) at ▬▬▬ Denison, Iowa 51442. This residence was identified by ATF Special Agent (SA) Kelly Etnier as Bradley WENDT and Terra SELL's residence. This warrant was obtained by ATF (SA) Kelly Etnier and signed by Honorable Chief U.S. Magistrate Judge, Helen C. Adams. Please see copy of search warrant attached to this report.

3. The following law enforcement agents assisted with the search warrant at ▬▬▬ Denison, Iowa 51442.

- ATF Special Agent James Booth
- ATF Special Agent Jon Schuler
- ATF Task Force Officer (TFO) Joseph Saunders
- ATF Special Agent Brandon Fletcher
- ATF Special Agent Jeff Brock
- ATF Special Agent Liz White
- ATF Special Agent Kaitlyn Dougherty
- ATF Special Agent Brian Granger

| Prepared by:<br>James R. Booth | Title:<br>Special Agent, Des Moines Field Office | Signature: | Date:<br>9/8/6 |
|---|---|---|---|
| Authorized by:<br>Donald E. Dockendorff | Title:<br>Resident Agent in Charge, Des Moines Field Office | Signature: | Date:<br>9/8/22 |
| Second level reviewer (optional):<br>Frederic D. Winston | Title:<br>Special Agent in Charge, Kansas City Field Division | Signature: | Date: |

**GOVERNMENT EXHIBIT 1** — 4:22-cr-199

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| ███████████████ | ███████ | ███████ |

- ATF Special Agent Stephen White
- ATF Firearms Specialist Chris Cochran
- ATF Firearms Specialist Ron Bleigh
- U.S. Fish and Wildlife Agent Darin Brandenburg
- U.S. Fish and Wildlife Agent Dan Williams
- FBI Special Agent Brandon Soden
- FBI Special Agent Andrew Crawford
- FBI Hannah Janousek
- FBI TFO Chalena Montavon
- FBI Special Agent Matt Towers

4. At approximately 11:30 am, ATF SA Liz white and FBI SA Matt Towers contacted Terra SELL in the driveway of ███████████████ Denison, Iowa. ATF SA Booth pulled into the driveway and made contact with SELL who was standing with ATF SA Liz White and FBI SA Matt Towers. SA Booth asked SELL if there was anyone inside her residence. SELL advised there was no one inside and the door was unlocked through the garage. Agents with the ATF entered the residence through the garage and secured the location to conduct a search pursuant to the search warrant. Agents announced their presence while clearing the structure. After the residence was secure, SA Booth provided SELL with a copy of the warrant obtained by SA Etnier. SA White and SA Towers stayed with SELL and spoke with her for the duration of the warrant. Please see SA White's report for details on their conversation with SELL.

5. ATF SA Stephen White conducted a recorded walk through of the residence prior to agents searching for items listed in attachment (B) of the search warrant. ATF SA Fletcher was assigned to evidence custodian and scribe. The following items were located and seized by ATF pursuant to the search warrant.

| ATF SW return # | ATF Evidence location | ATF Evidence description | Locator | ATF Evidence # |
|---|---|---|---|---|
| 1 | Outbuilding floor | FN Herstal, model M2HB, .50 caliber machinegun, Serial # 36923 | SA Schuler | 9 |
| 2 | Upstairs gun room in glass case | Vector Arms, model HR4332, 9 mm, suspected machinegun, serial number 509907, w/ magazine | SA Fletcher | 10 |
| 3 | Located in outbuilding | 1 box containing 200 rounds of 12.7 x 99 mm caliber ammunition | SA Schuler | 11 |

6. FBI SA Brandon Soden prepared a property receipt for items located and seized by FBI. SA Booth attached the FBI property sheet to this report.

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| ██████████████ | ████████ | ████████ |

7. ATF SA Stephen White conducted a post warrant video of the residence. At approximately 2:22 pm, all agents were clearing out of the residence and exiting the property. SA Booth and SA Jeff Brock transported items of evidence that ATF seized back to the ATF office in Des Moines, Iowa and secured them.

**ATTACHMENTS:**

- Search Warrant Case No. 1:22-mj-175
- ATF form 3400.23 (Receipt for Property and Other Items)
- FBI form FD-597 (Receipt for property)

ATF EF 3120.2 (10-2004)
For Official Use Only