| Date | Type | From | To | Message |
|---|---|---|---|---|
| 2019-01-21 | Private Message | Bradley Wendt | Noah Schilling | I ordered real deal full auto |
| 2019-01-21 | Private Message | Bradley Wendt | Noah Schilling | I'm building machine gun aresensal |
| 2019-01-21 | Private Message | Noah Schilling | Bradley Wendt | That would be so badass, U got all the cool shit! |
| 2019-01-21 | Private Message | Bradley Wendt | Noah Schilling | This chief police jig is awesome |
| 2019-01-21 | Private Message | Bradley Wendt | Noah Schilling | Send machine guns to my own gun store lol |
| 2019-01-21 | Private Message | Noah Schilling | Bradley Wendt | Hahaha! Yea a chief of police gig would be pretty awesome if you had a money making gun store. The chief pay isnt real great |
| 2019-01-21 | Private Message | Bradley Wendt | Noah Schilling | Just need the title |
| 2019-01-21 | Private Message | Bradley Wendt | Noah Schilling | Machine guns are worth bank money. Paid 4k for mp5sd can sell for 20k |
| 2019-01-21 | Private Message | Noah Schilling | Bradley Wendt | Wow! How the fuck u do that |
| 2019-01-21 | Private Message | Noah Schilling | Bradley Wendt | Where the fuck u buy that at for 4k |
| 2019-01-21 | Private Message | Bradley Wendt | Noah Schilling | They don't make anymore bought thru PD checked it out wasn't what PD wanted so brad keeps it at bw |
| 2019-01-21 | Private Message | Bradley Wendt | Noah Schilling | Build up bunch machine guns then once you retire or turn in your FFL you can sell them to any class three dealer but only then |
| 2019-01-21 | Private Message | Bradley Wendt | Noah Schilling | Or just change name on ffl lol |
| 2019-01-21 | Private Message | Bradley Wendt | Noah Schilling | Loop holes |
| 2019-01-21 | Private Message | Bradley Wendt | Noah Schilling | Perfect legal ATF guy told me how to do it |
| 2019-01-21 | Private Message | Noah Schilling | Bradley Wendt | Fucking smart! Well played good sir |
| 2019-01-21 | Private Message | Bradley Wendt | Noah Schilling | Not too many chiefs have FFL too |
| 2019-01-21 | Private Message | Noah Schilling | Bradley Wendt | You're the only one that I know of |
| 2019-01-21 | Private Message | Bradley Wendt | Noah Schilling | Guy in Williamsburg did it forever but that idiot stopped paying taxes they bust him 500k fine |
| 2019-01-21 | Private Message | Noah Schilling | Bradley Wendt | Hahaha have to pay taxes! That's why I just go ahead and pay the fucking Government taxes on my business side of shit and not trying to fuck the government because they'll figure it out and then you'll lose everything |
| 2019-01-21 | Private Message | Noah Schilling | Bradley Wendt | What all full Autos do you have at the shop that people can put their grubby fucking paws on |
| 2019-01-21 | Private Message | Bradley Wendt | Noah Schilling | Mp5 saw and scar by May kris's this summer |
| 2019-01-21 | Private Message | Noah Schilling | Bradley Wendt | Killer i want to shoot the kriss and mp5 side by side |
| 2019-01-21 | Private Message | Bradley Wendt | Noah Schilling | Lol |



GOVERNMENT EXHIBIT 3 4:22-cr-199