IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-CR-199 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT WILLIAMS, | ) | EMERGENCY MOTION TO SEAL |
| | ) | GOVERNMENT'S DOCUMENT 46 |
| Defendant. | ) | |

Robert Williams, through counsel, moves to seal the Government's filing Document 46, stating:

1. This filing at page 4 purports to assert crimes by third parties who are readily identifiable. The Government should know better than to do that and it is nothing short of an effort to intimidate and frighten witnesses who evidently have said things the Government does not like or believe. This is the same type of tactic by Government counsel reportedly occurring before the grand jury.

2. This is an improper use of the pleading filed and jeopardizes Mr. Williams' right to fair trial. There is no reason for it to be in the pleading or public record except for the obvious effort to scare off favorable defense witnesses. That itself poses certain issues for Government counsel that can be taken up later.

/s/ Dean Stowers
Dean Stowers
Stowers & Nelsen PLC
650 S. Prairie View Drive, Suite 130
West Des Moines, IA 50266
Phone: (515) 224-7446
Fax: (515) 225-6215
Email: dean@stowersnelsen.com
ATTORNEY FOR DEFENDANT
Robert Williams