**Trip Number:** T19269
**Invoice Number:** INV47777
**Customer Number:** 75317130

# INVOICE



| | |
|---|---|
| **TO:** | WORLDWIDE TROPHY ADVENTURES |
| | PO BOX 335 |
| **BRADLEY WENDT** | SIDNEY, NE 69162 |
| 2701 HWY 59 | TOLL FREE: 800.346.8747 |
| DENISON, IA | FAX: 308.254.3658 |
| 51442 | |
| | **DATE:** 11/18/2022 09:52am |

| CONSULTANT: | OUTFITTER: | TRIP DATES: |
|---|---|---|
| MATTHEW GINDORFF | GURO OUTFITTERS | 02/01/2023 - 02/08/2023 |

| QUANTITY | DESCRIPTION | RATE | TOTAL |
|---|---|---|---|
| 1 | RIFLE DESERT SHEEP HUNT | 55,000.00 | 55,000.00 |
| 1 | OBSERVER | 2,500.00 | 2,500.00 |
| | | **TOTAL** | 57,500.00 |
| | **PAYMENT SCHEDULE** | | |
| | DEPOSIT RECEIVED 11/18/2021 | 13,750.00 | 13,750.00 |
| | PAYMENT RECEIVED 04/22/2022 | 13,750.00 | 13,750.00 |
| | BALANCE DUE 12/01/2022 | 30,000.00 | 30,000.00 |
| **NOTES:** THIS IS A DESERT SHEEP HUNT FOR 1. HUNT INCLUDES: 8 FULL HUNTING DAYS, LICENSE, TAG, MEALS, LODGING, TRANSPORTATION FROM HERMOSILLO AIRPORT. TO THE RANCH AND BACK, IN-FIELD TRANSPORT, IN-FIELD TROPHY CARE. EXCLUDES: AIRFARE, GRATUITY AND EXPORT PERMIT & SHIPPING FOR THE TROPHY TO USA $850 APPROX. | | **TOTAL DUE** | 30,000.00 |

**PAYMENT OPTIONS:**
1) PAYING BY CREDIT CARD CALL: 1-800-346-8747 (MAY BE SUBJECT TO A NON-REFUNDABLE 3% SERVICE CHARGE)
2) PAYING BY CHECK MAIL TO: P.O. BOX 335, SIDNEY NE 69162
*YOUR DEPOSIT PAYMENT CONFIRMS YOUR RESERVATION AND ACCEPTANCE OF **WTA'S TERMS, CONDITIONS AND PAYMENT SCHEDULE**.
*WTA HIGHLY RECOMMENDS TRIP CANCELLATION INSURANCE. PLEASE CONTACT RIPCORD RESCUE TRAVEL INSURANCE FOR MORE INFORMATION AT (415) 481-0600 OR EMAIL THEM AT **CLIENTSERVICES@REDPOINTRESOLUTIONS.COM.**
*CONTACT OUTFITTER OR WTA PRIOR TO MAKING TRAVEL ARRANGEMENTS.
*HUNT DATES ON INVOICE REFLECT ACTUAL HUNT/FISH DATES. PLEASE CHECK ITINERARY FOR TRAVEL DATES



EXHIBIT B