IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 4:22-cr-199 |
| | ) |
| BRADLEY EUGENE WENDT, | ) STIPULATED PROTECTIVE ORDER |
| | ) |
| Defendant. | ) |

The following obligations have been agreed to by the parties and the Court so ORDERS such compliance:

1. ***Restrictions on Use and Disclosure***.  All materials provided under Fed. R. Crim. P. 16, or attendant discovery obligations, are for the limited purpose of being used in the above-captioned criminal case and may not be used or disclosed for any other purpose, including for any other civil or criminal case in federal or state court (other than proceedings arising from this prosecution under 28 U.S.C. § 2255), unless specifically permitted and ordered by the United States District Court for the Southern District of Iowa. These materials may be discussed with and shown to Defendant. However, copies of the following material, in any form[1], may not be left with or provided to the Defendant or any other person (nor may Defendant be permitted to make copies of these materials): law enforcement reports, investigative reports and summaries, witness statements, memoranda of witness interviews,

---

[1] This includes both paper and electronic copies, as well as summaries or dictation that may be prepared by or on behalf of Defendant's counsel.

medical records (other than defendant's own medical records), audio recordings, video recordings, grand jury testimony, exhibits and offense conduct statements (prior to being attached as part of the draft and/or final presentence report). Defense counsel also agrees not to show any such materials, memoranda, or witness interviews to any witness in the case, except for any transcribed testimony or written statement signed or expressly adopted by that witness.

2. Defendant is not restricted from possessing, using, or disclosing materials obtained from or belonging to Defendant. For purposes of this Agreement only, these materials include: Defendant's cell phone extraction(s); Defendant's Microsoft Live email return; and Defendant's personal Facebook return. These materials will be used in the above-captioned case only, and not for any other civil or criminal case in federal or state court.

3. Copies of discovery materials provided to Defendant's counsel shall be either destroyed or returned to Government counsel following the conclusion of all matters relating to this criminal case.

4. *Applicability.* Undersigned counsel for both parties agree that the terms and restrictions of this agreement extend to other lawyers, staff, and investigators working with or on behalf of the undersigned counsel (including, but not limited to, other employees or lawyers associated with defense counsel's law practice, and any investigators retained by or acting on behalf of the Defendant, as well as employees of the U.S. Attorney's Office and Government investigators assigned to this case). If different counsel is appointed or retained to represent Defendant, the discovery materials provided under this Agreement shall not be

released to new counsel until new counsel files a statement with the Court acknowledging that counsel will be bound to the terms of this Agreement. Any violation of this Agreement will obligate the Defendant to immediately return to the U.S. Attorney's Office any and all materials provided to Defendant pursuant to this Agreement.

5. **_Authority and Scope._** The parties agree that the Court has the authority to enter and enforce this Order, including under the authority of Rule 16(d) of the Federal Rules of Criminal Procedure, and that this Order shall be remain binding on all counsel, including any additional or new counsel that may appear on behalf of the Government or the Defendant after execution of this Agreement.

**IT IS SO ORDERED.**

Dated this ___25th___ day of January, 2023.

_____
Honorable Helen C. Adams
Chief U.S. Magistrate Judge

SEEN AND AGREED:

_January 24, 2023_  _____
Date   Nicholas A. Klinefeldt
    Attorney for the Defendant


    Richard D. Westphal
    United States Attorney

_1/24/23_   By:_____
Date   Mikaela J. Shotwell
    Ryan W. Leemkuil