IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:22-cr-199 |
| | ) | |
| v. | ) | |
| | ) | GOVERNMENT'S RESPONSE TO |
| BRADLEY EUGENE WENDT, | ) | WENDT'S MOTION FOR |
| | ) | MODIFICATION OF PRETRIAL |
| Defendant. | ) | RELEASE CONDITIONS |
| | ) | |

The United States responds to Defendant Bradley Wendt's motion for permission to attend a family trip in Mexico (Dkt. 66).

Wendt is subject to conditions of release, which are set forth in the Order Setting Conditions of Release (Dkt. 19) and clarified by the Court's subsequent orders (*see* Dkts. 36, 44). These conditions require Wendt to, among other things:

(1) Surrender his passport;

(2) Limit his travel to the United States; and

(3) Refrain from possessing a firearm, destructive device, ammunition, or other dangerous weapon.

On January 24, 2023, Wendt filed a motion requesting permission to take a 10-day trip to Mexico with his father to hunt a desert sheep. Dkt. 66. Although Wendt originally planned on shooting the desert sheep himself, his proposal is now to accompany his father on the hunt as an "observer." *Id.* ¶ 3. Under this proposal, Wendt states he would not himself possess firearm, ammunition, or dangerous weapon. *Id.* The government resists the modification.

1

In short, Wendt asks for a 10-day hall pass from standard release conditions to go on a purely recreational hunting trip. He asks the Court to take his word that he won't possess a gun on this trip, but with no impartial witnesses to hold him to this promise. He claims to pose no risk of nonappearance but has refused to provide the probation office with any accounting of his assets. At minimum, he has the disposable income to spend nearly $60,000 on this hunting trip. Wendt's non-refundable deposit is irrelevant; the fact that he has already paid for half this trip doesn't make the gun condition enforceable abroad or his flight less likely. He is a man of means, facing serious charges in federal court, and asking the Court to arm him with a passport. It should decline to do so.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By: /s/ *Mikaela J. Shotwell*
Mikaela J. Shotwell
Ryan W. Leemkuil
Assistant United States Attorney
U.S. Courthouse Annex, Suite 286
110 E. Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email:Mikaela.Shotwell@usdoj.gov
Ryan.Leemkuil@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2023, I electronically filed the foregoing with the

Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

\_\_\_\_U.S. Mail \_\_\_\_\_ Fax \_\_\_\_\_Hand Delivery

\_X\_ECF/Electronic filing \_\_\_Other means

UNITED STATES ATTORNEY

By: */s/ Mikaela J. Shotwell*