IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:22-cr-199 |
| | ) | |
| v. | ) | GOVERNMENT'S MOTION FOR |
| | ) | IN CAMERA REVIEW OF ADAIR |
| BRADLEY EUGENE WENDT, | ) | CITY COUNCIL MEETING |
| | ) | RECORDINGS |
| Defendant. | ) | |
| | ) | |

The government moves the Court to review *in camera* audio recordings of Adair City Council meetings and determine whether Defendant Bradley Wendt's statements during those meetings were compelled within the meaning of *Garrity v. New Jersey*, 385 U.S. 493 (1967). In support, the government states:

1.   As part of the government's investigation of Wendt, it obtained audio recordings of two closed session meetings of the Adair City Council. Wendt made statements during these meetings about his alleged misconduct at issue in this case.

2.   Wendt's counsel has suggested that Wendt's statements during these meetings were compelled within the meaning of *Garrity* and therefore may not be used against him in this criminal case.

3.   For the reasons explained in the attached brief, the government disagrees with Wendt's position on this issue. Out of an abundance of caution, however, the government seeks to have the Court review the recordings, and any other evidence it deems appropriate, to determine whether Wendt's statements during these meetings were compelled within the meaning of *Garrity*.

1

4. The Court's resolution of this issue will benefit the parties, both with respect to these specific recordings and because it appears Wendt may assert that large swaths of other evidence—including witness interviews, phone extractions, email accounts, and potentially more—are also barred by *Garrity*.

5. Copies of the recordings, which are marked as Government Exhibits 5 and 6, will be delivered to the Court for its review. The government is also making arrangements to provide copies of the recordings to Wendt's counsel.

6. The government is attaching to this motion a brief in support of its position that Wendt's statements during these City Council meetings were not compelled under *Garrity* and therefore may be used against him in this criminal case.

7. The government conferred with counsel for each defendant regarding the relief sought in this motion. Counsel for Defendant Robert Williams indicated he has no position on the motion, as it does not pertain to his client. Counsel for Wendt opposes this motion.

For these reasons, the Court should conduct an *in camera* review of the recordings at issue and determine that Wendt's statements in them were not compelled within the meaning of *Garrity*.

                                        Respectfully submitted,

                                        Richard D. Westphal
                                        United States Attorney

By:   /s/ *Ryan W. Leemkuil*
        Mikaela J. Shotwell
        Ryan W. Leemkuil
        Assistant United States Attorney
        U.S. Courthouse Annex, Suite 286
        110 E. Court Avenue
        Des Moines, Iowa 50309
        Tel: (515) 473-9300
        Fax: (515) 473-9292
        Email: Mikaela.Shotwell@usdoj.gov
                Ryan.Leemkuil@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2023, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

\_\_\_\_U.S. Mail _____ Fax \_\_\_\_\_Hand Delivery

\_X\_ ECF/Electronic filing \_\_\_\_Other means

UNITED STATES ATTORNEY

By: */s/ Ryan W. Leemkuil*

3