# CITY OF ADAIR

320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641-742-5514
EMAIL: ADAIRIOWA@NETINS.NET

**OFFICERS**
Mayor – Joanne Byars
City Clerk Sandy Riley
City Attorney Clint Fichter

**COUNCIL**
Rick Stanley   Perry Leeper
Kyle Irlmeier   Paul Gettler
Jim Zimmerline

August 31, 2022

I, Brad Wendt, request a closed session with the Adair City Council regarding discussion on my employment.

I authorize the council to meet without my presence.

_____    ___8-31-22___
Signature                                                      Date

_____    ___8-31-22___
Witnessed by                                              Date

**GOVERNMENT EXHIBIT**
**1**
4:22-cr-199

11539