FD-302 (Rev. 5-8-10)

UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION

Date of entry    09/02/2022

    JOANNE BYARS, date of birth (DOB) ▮▮▮▮▮▮▮, was interviewed at the ADAIR CITY HALL, 320 Audubon S, Adair, IA. BYARS can be contacted at ▮▮▮▮▮▮▮▮▮▮ and at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮. After being advised of the identity of the interviewing Agent and the nature of the interview, BYARS provided the following information:

    BYARS is the mayor of the town of Adair. The mayor is the leader of the Adair city council and the highest ranking city government official. BYARS was elected to her current position in November of 2021 and actually took office in January of 2022. So, BYARS has been in her current position for approximately eight months.

    The crime problem in Adair is somewhat elevated from the more rural Iowa towns due to Adair's close proximity to the interstate. Most of Adair's crime is from interstate traffic. Most of the crime in Adair is from drugs or "gas drive offs". BYARS does not consider Adair's crime to be on the level of West Des Moines or Des Moines, IA.

    BYARS interaction with CHIEF BRAD WENDT is mostly from council meetings. BYARS also will reach out to WENDT with concerns from members of the community from time to time, when community members contact her. For instance over the past month or so, BYARS contacted WENDT about community complaints regarding vandalism, people having an excess number of dogs, and kids racing cars in Adair. All of BYARS contact with WENDT has been professional in nature. BYARS does not socialize with with WENDT. While BYARS does not personally care for WENDT, his professional reputation among Adair officials and the community members is fine. BYARS finds WENDT to be a tough person to like on a personal level, but WENDT has always been respectful and responsive to BYARS and the other members of the city council. BYARS is not aware of anything improper that WENDT has done. WENDT was a part-time officer prior to 7/1/2022, even though he was the police chief prior to 7/1/2022. WENDT's position with the ADAIR POLICE DEPARTMENT is a salaried position. The only compensation WENDT receives is a paycheck, insurance benefits, and retirement benefits.

GOVERNMENT
EXHIBIT
2
4:22-cr-199

UNCLASSIFIED//FOUO

Investigation on  08/31/2022  at  Adair, Iowa, United States (In Person)

File # ▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                    Date drafted  09/01/2022

by  LARSEN DAVID KENNETH

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

12913

BYARS does not know how WENDT came to be hired or how long ago that was. BYARS does not know if there were any other applicants, when WENDT was hired. BYARS did not speak with any of WENDT's references. BYARS has no concerns about WENDT's past history.

WENDT purchased a property in Anita, IA, while he was the Adair Police Chief but was only a part-time officer. After purchasing this property, WENDT approached the city council and asked for his position to be changed to a full-time position. The city council agreed to WENDT's request, and his position was converted to a full time position.

BYARS is ashamed to say that she does not know off hand what the police department's annual budget is, but she is willing to look up that information for the FBI. The police department's annual budget is determined by the Adair city attorney. The city attorney presents that budget to the city council for a vote to obtain its approval. The level to which the city council reviews the police department's budget "is pretty sad." The budget consists of monetary amounts allocated for staffing, clothing, and a truck. The city council does not play much of a role in approving police expenditures. The police department always submits an invoice for reimbursement after it has already made the purchase, and the city council votes on approving it after the money ahs already been spent. For example, a light bar for the Adair police vehicle was recently purchased. After being purchased an invoice for the light bar purchase was submitted to the city council to vote on whether to approve and reimburse the purchase. The city clerk does issue checks based on invoice. Those records are maintained at Adair City Hall.

Adair Police Department(APD) stores all of their equipment either in their room/space at City Hall or in the APD truck.

WENDT has made requests to the City of Adair for a truck, a light bar for the truck, and tires for the truck. WENDT's purchases has caused some disagreement with BYARS and other council members as he has always made equipment purchases for APD outside the city of Adair. The purchase of the tires in particular caused disagreement with some council members and BYARS, as there are four different businesses which sell tires in Adair. WENDT, however, purchased the tires from KINSEY'S SERVICE in Stuart, IA. BYARS has no knowledge of any other requests.

Today is the first time BYARS has heard anything about the purchase of machine guns. BYARS has no knowledge that the city has ever purchased machine guns. BYARS has never seen any machine guns at APD. WENDT has

Continuation of FD-302 of (U) Interview of Mayor Joanne Byars, On 08/31/2022, Page 3 of 3

never spoken about purchasing machine guns until today. After WENDT was interviewed by the FBI and ATF today, but before BYARS was interviewed by the FBI, WENDT at the city council meeting stated that he had purchased six machine guns for the APD. WENDT stated that he was going to sell these six machine guns in order to buy a different gun. WENDT also stated that he was selling the guns for more than what he paid for them, and he felt that he should because there value was worth more now, than when he had purchased them.

BYARS has never seen a request for funding for the purchase of machine guns or a receipt for the purchase of machine guns. BYARS never authorized the use of city funds to purchase or otherwise acquire machine guns. Neither WENDT nor any other officer has ever suggested to BYARS that the city needs machine guns.

The interviewing Agent asked BYARS to review some law letters that were on City of Adair letterhead and asked if they were accurate. BYARS was not aware of any law letters. After reviewing the law letters, BYARS noted that the City of Adair listed RICK HAYES as a council member. HAYES was no longer a member of the city council on 1/25/2022. Also, contained in the letter WENDT states the number of sworn full time officers at APD to be three. Adair has never had three sworn full time officers. In January of 2022, APD had only one full time officer, which was SAWYER OCHELTREE. On 7/01/2022, APD acquired a second full-time officer by converting WENDT position to full time at his request. Everything else about the letters appears to be accurate, much to BYARS' "dismay".

BYARS never spoke with WENDT about machine guns. BYARS has never shot a machine gun with WENDT or anyone else. Today is the first BYARS ever heard anything about machine guns. BYARS has no knowledge of the amount WENDT makes from renting and/or selling machine guns. While BYARS does communicate with WENDT through FACEBOOK MESSENGER, BYARS has never seen WENDT boast on any social media about how easy it is to acquire machine guns, "because he is not my friend!". BYARS has never seen or heard WENDT brag about fooling the ATF or the US Government as it relates to machine guns or hiding income. BYARS does not talk to WENDT unless she has to.