Adair City Council
City Hall Chambers
October 26, 2022

A regular city council meeting was held October 26, 2022 at the City Hall Chambers. Present were Mayor Joanne Byars, who called the meeting to order at 6:33pm, City Supervisor, Ryan Billheiemer, Clerk Sandy Riley, City Attorney Clint Fichter, Council Persons, Perry Leeper, Paul Gettler, Rick Stanley, Kyle Irlmeier. Council person Jim Zimmerline came at 7:00pm.

Pledge of Allegiance was said.

Approval of agenda made by Gettler and second by Stanley. All Ayes.

Approval of Consent Agenda was made by Stanley and second by Irlmeier. All Ayes

The following bills were presented for approval:

**The following bills were presented for approval:**

| Vendor | Reference | Amount |
|---|---|---|
| ADAIR NEWS | 31316 | 1291.97 |
| ACCO | 226771-IN | 2013.46 |
| ALLIANT ENERGY | SEPT UTILITIES | 6694.39 |
| BLACK HILLS CORP.CO. | UTILITIES | 356.47 |
| DNR | 2556 | 115.00 |
| DELTA DENTAL | DENTAL INS | 1236.06 |
| EXCHANGE STATE BANK | POLICE TRK | 1378.86 |
| IPERS | IPERS | 6447.68 |
| WINDSTREAM | TELEPHONE BILL | 168.78 |
| JETCO | 17362 | 576.80 |
| JACOBSENS | 125371 | 1083.95 |
| KEYSTONE LAB | CV2201000 | 1542.50 |
| GUTHRIE CO REC | Aug Utilities | 2165.12 |
| RYAN BILLHEIMER |  | 75.00 |
| SCHILDBERGS | SEPT ROCK | 428.00 |
| TREASURER-IOWA W/H | STATE TAX | 1684.00 |
| VERIZON |  | 90.50 |
| MUNICIPAL SUPPLY | 849318 | 853.85 |
| MTS. INC. |  | 4383.74 |
| ANITA TRIBUNE | SEPT ADV | 24.00 |
| JASON ROBERTS | DELIVER ROCK | 119.84 |
| EFTPS | FED/FICA TAX | 9415.18 |
| ZIEGLER POWER SYSTEMS | 112800 | 2585.17 |
| IOWA CHILD SUPPORT | CHILD SUPPORT | 1525.32 |
| TITAN MACHINERY | 17526037-GS | 5622.35 |
| SNYDER & ASSOCIATES | 119.0571.09-19 | 5492.00 |
| ACCU JET SEWER AND DRAING | 5864 | 1751.20 |
| MARK EMGARTEN |  | 75.00 |
| SMALL CITY | Aug Prof Srv | 3900.00 |
| CLEAN SWEEP | SEPT | 589.00 |
| IOWA PUMP WORKS | 19179 | 6808.41 |



GOVERNMENT EXHIBIT 3 — 4:22-cr-199

12287

| Vendor | Description | Amount |
|---|---|---|
| PLOWMAN & STANLEY TRENCHN | 3521 | 560.94 |
| COMPUTER | 50772 | 149.50 |
| IRLMEIER | 785352 | 240.00 |
| HAWKINS | 6294659 | 840.22 |
| ANITA SUPPLY CENTER | 186086 | 173.43 |
| BAKER & TAYLOR | 2036951390 | 196.55 |
| IOWA FIRE EQUIPMENT CO | INSPECTION | 151.00 |
| MIDSTATES BANK | INTEREST PYMT | 20786.32 |
| ACCESS SYSTEMS LEASING | LEASE | 765.14 |
| CASEY MUTUAL TELEPHONE CO |  | 139.90 |
| GWORKS | PORTAL SUBS | 132.00 |
| VSP | Insurance | 224.94 |
| DEREK SARGENT | 2022 Grant Pymt | 1258.00 |
| ALLIED BENEFIT SYSTEMS | INSURANCE | 5378.45 |
| GOOD SHEPARD CHURCH | WREATHS | 50.00 |
| LIBERTY NATIONAL | LIBERTY NAT | 56.16 |
| CULLIGAN WATER | SEPT WATER | 7.90 |
| PARAMOUNT-DESTINATION | DRAW 1 | 118307.00 |
| R & S WASTE DISPOSAL | OCT SERVICE | 70.62 |
| SANDY RILEY | OCT CELL | 75.00 |
| JASON HUSS | PARTS/LABOR | 180.30 |
| AMERICAN UNDERGROUND | 21983.001 | 37.49 |
| TBB&M | PAY APP 4 | 106115.00 |
| I-80 ENTERPRISES | 2022 TAX INCENTIVE | 13630.00 |
| LOGAN JENSEN | Closing Statement | 18500.00 |
| ROTO | E-2476 | 278.20 |
| LINDA BETSINGER | NOV VISIT | 75.00 |
|  | CLAIMS TOTAL | 358872.66 |

| Fund | Amount |
|---|---|
| GENERAL FUND | 33975.21 |
| ROAD USE FUND | 2577.55 |
| EMPLOYEE BENEFIT FUND | 1763.13 |
| DEBT SERVICE FUND | 687.68 |
| COMMUNITY DEVELOPMENT FUND | 14888.00 |
| HOUSING PROGRAM FUND | 137085.20 |
| CAPITAL PROJECTS FUND | 133921.54 |
| WATER FUND | 13312.24 |
| SEWER FUND | 16278.37 |
| GARBAGE FUND | 4383.74 |

Clint Fichter gave updates on nuisance properties and court dates.

Discussed finishes at community building and decided not to change plans.

12288

Motion to enter a closed session on Iowa Code 21.ri to evaluate employee conduct was made at 7:05 pm by Stanley and second by Leeper. Stanley: Aye, Leeper: Aye, Irlmeier: Aye, Gettler: Aye, Zimmerline: Aye

Motion to close closed session made by Stanley and second by Leeper. Stanley: Aye, Leeper: Aye, Irlmeier: Aye, Gettler: Aye, Zimmerline: Aye.

Motion made by Stanley to reinstate Chief Wendt with purchasing restrictions and seconded by Leeper. Stanley: Aye, Leeper: Aye, Irlmeier: Aye, Gettler: Aye, Zimmerline: Abstain.

Motion to adjourn at 7:50 pm made by Irlmeier and second by Zimmerline. All Ayes

Sandy Riley, City Clerk

Joanne Byars, Mayor

12289