

Date of entry    11/01/2022

Adair Mayor Joanne Byars (phone          ) was interviewed telephonically. After being advised of the identity of the interviewing agent and the nature of the interview, Byars provided the following information:

At the Adair City Council meeting on October 26, 2022, council members voted to reinstate Brad Wendt as police chief. Wendt initiated the action by requesting the city council reinstate him. The Wendt matter was taken up in a closed session. Wendt had been on paid administrative leave since the end of August when the council became aware that he was under federal investigation. Wendt appeared alone at the meeting—his attorney was not present.

[redacted]

Byars was opposed to the reinstatement and voted no. However, Wendt has enough friends on the council, that the majority voted he be brought back. Wendt's biggest supporter is Rick Stanley, who claims that the council approved Wendt to purchase machine guns. When Byars asked him at what meeting that occurred, he said it was several years ago. When she asked him why it was not recorded in the council minutes, Stanley had no response. Byars asked Stanley if the council had given Wendt authority to continue purchasing machine guns for as long as he wished, and Stanley said yes. Kyle Irlmeier was also a strong advocate for reinstating Wendt. Byars is perplexed as to why Wendt has such strong support among some council members.

Byars said that several council members seemed inclined to bring Wendt back because they did not want to keep paying him for doing no work. To these council members, Byars suggested the best course was not to reinstate Wendt, but instead change his status to unpaid leave. Several on the council scoffed at this. These council members accused Byars of voting against Wendt's reinstatement because she thought it made the city of Adair look bad. Byars said, of course, that was part of her motivation. She tried to persuade others to vote no by reminding them that Wendt was placed on leave because he was under federal investigation, and they had no reason to believe that he was no longer under investigation. Since nothing had changed, Wendt's leave status should not change. Wendt's supporters were unswayed.

**GOVERNMENT EXHIBIT 4**
4:22-cr-199

| | | |
|---|---|---|
| Investigation on | 11/01/2022 at | West Des Moines, Iowa, United States (Phone) |
| File # | | Date drafted 11/01/2022 |
| by | KOHLER KEVIN T | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

12984

Continuation of FD-302 of  (U) Mayor Joanne Byars interview , On  11/01/2022 , Page  2 of 2

In Wendt's absence, the city's police department has struggled to staff shifts. Sawyer Ocheltree, the only remaining full-time officer, has been working the bulk of the shifts. Ray Ohl of Denison and Neal Cooley of Madrid cover some shifts as part-time officers.

12985