IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:22-cr-199 |
| v. | ) | |
| BRADLEY EUGENE WENDT, | ) | |
| Defendant. | ) | |

## Government Exhibit 5

Recording of September 14, 2022 Adair City Council Meeting

(Provided to Court for *in camera* review)

1