IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:22-cr-199 |
| v. | |
| BRADLEY EUGENE WENDT, | |
| Defendant. | |

## Government Exhibit 6

Recording of October 26, 2022 Adair City Council Meeting

(Provided to Court for *in camera* review)