

faegredrinker.com

**Nicholas A. Klinefeldt**
Partner
nick.klinefeldt@faegredrinker.com
+1 515 447 4717 direct

**Faegre Drinker Biddle & Reath** LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa  50309
+1 515 248 9000 main
+1 515 248 9010 fax

January 10, 2023

**VIA E-MAIL**

Ryan Leemkuil
Mikaela Shotwell
United States Courthouse Annex
110 East Court Avenue, Suite 286
Des Moines, Iowa 50309-2053

Re:   United States v. Bradley Eugen Wendt - Case No. 4:22-cr-199

Dear Ryan and Mikaela:

Per the hearing today, it is our understanding that the Government has obtained and reviewed materials that we believe may be protected by *Garrity v. New Jersey*, 385 U.S. 493 (1967).

Specifically, today the Government proffered to the Court that it had accessed and listened to one or more closed-door Adair City Council meetings concerning Brad Wendt's suspension. Likewise, it is our understanding the Government may be seeking other communications between Mr. Wendt, his counsel, the City Attorney, and/or the City Council regarding Mr. Wendt's potential discipline related to the Government's investigation.

It is our position that any communications directly or indirectly with Mr. Wendt about the impact of the Government's investigation on his job as police chief, or that incorporate those communications, are protected by *Garrity*. We hereby request that any such materials be secured and not reviewed by anyone at the U.S. Attorney's Office for the S.D. Iowa, or others involved in this case, until the Court has had an opportunity to review them and rule on whether they are protected.

We are copying the Adair City Attorney, Clint Fichter, and respectfully request that you confirm with us that these segregation procedures be followed before any more such materials are obtained or reviewed.

Thank you.



GOVERNMENT
EXHIBIT
**7**
4:22-cr-199

Ryan Leemkuil  Mikaela Shotwell — - 2 - — January 10, 2023

Very truly yours,

*[signature]*

Nicholas A. Klinefeldt

NAK/pao

cc:     Clint Fichter, Adair City Attorney

US.355049736.01