IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRADLEY EUGENE WENDT,<br><br>    Defendant. | Case No: 4:22-cr-199<br><br>**DEFENDANT WENDT'S MOTION TO CONTINUE TRIAL** |

Defendant Bradley Eugene Wendt ("Wendt") hereby moves to continue the trial in this case. In support of this motion, Wendt states as follows:

1. The indictment in this case was issued on December 14, 2022, and both Defendants had their initial appearances and arraignments on January 5, 2022. This case is scheduled for trial on February 27, 2023.

2. There have been no continuances of the trial or any other deadlines so far in this case.

3. Both Defendants are out of custody on pretrial release.

4. The discovery in this case is voluminous and the parties are currently in a dispute over access to it. Counsel for the defense will require additional time to review it. In addition, we expect there to be motion practice that will be necessary prior to trial.

5. Counsel for Wendt has conferred with counsel for Defendant Williams and the Government. Both Defendant Williams and the Government consent to this motion.

6. Defendant waives his right to the Speedy Trial Act for purposes of this continuance.

1

WHEREFORE, Wendt respectfully requests that this motion be granted, that all deadlines that have not already occurred be continued, and that a status conference be scheduled the week of February 20th to pick a new trial date.

| | |
|---|---|
| Dated: February 3, 2023 | **FAEGRE DRINKER BIDDLE & REATH LLP**<br><br>*/s/ Nick Klinefeldt*<br>Nicholas A. Klinefeldt, AT0008771<br>Rachel A. Yaggi, AT0014994<br>801 Grand Avenue, 33rd Floor<br>Des Moines, IA, 50309<br>Telephone: (515) 248-9000<br>Fax: (515) 248-9010<br>Email: *Nick.Klinefeldt@Faegredrinker.com*<br>*Rachel.yaggi@faegredrinker.com*<br><br>**ATTORNEY FOR DEFENDANT WENDT** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2023, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

*/s/ Paulette Ohnemus*

US.355641581.01