IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRADLEY EUGENE WENDT,<br><br>    Defendant. | Case No: 4:22-cr-199<br><br>**DEFENDANT WENDT'S MOTION TO EXTEND RESISTANCE TO GOVERNMENT'S MOTION FOR DISCOVERY AND PROTECTIVE ORDER** |

Defendant Bradley Eugene Wendt ("Wendt") hereby moves to extend the resistance deadline to the Government's Motion for Discovery and Protective Order [Dkt. 73], filed on February 1, 2023. In support of this motion, Wendt states as follows:

1.  The Indictment in this case was returned on December 14, 2022, and both Defendants had their initial appearances and arraignments on January 5, 2022. Currently, this case is scheduled for trial on February 27, 2023. However, Wendt has filed a motion to continue the trial date that has been consented to by both Co-Defendant Williams and the Government.

2.  The Government filed its Motion for Discovery and Protective Order on February 1, 2023. The current deadline to resist that motion is February 8, 2023. The parties already have a Stipulated Protective Order in place. However, there remains significant dispute over the content of any further order on discovery. This is a complex issue, and the Defendants are only requesting two additional days to file their resistances.

3.  While both Wendt and Co-Defendant Williams will be filing their own resistances, they will likely raise similar issues and would submit it makes the most sense to keep them on the same filing schedule.

1

4. Counsel for Wendt has conferred with counsel for Co-Defendant Williams and the Government and they consent to this motion.

WHEREFORE, Wendt respectfully requests that the Court extended to the deadline for both Wendt and Co-Defendant Williams to file a resistance to the Government's Motion for Discovery and Protective Order two days from today to **February 10, 2023**.

Dated: February 8, 2023

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Nick Klinefeldt*
Nicholas A. Klinefeldt, AT0008771
Rachel A. Yaggi, AT0014994
801 Grand Avenue, 33rd Floor
Des Moines, IA, 50309
Telephone: (515) 248-9000
Fax: (515) 248-9010
Email: *Nick.Klinefeldt@Faegredrinker.com*
*Rachel.yaggi@faegredrinker.com*

***ATTORNEY FOR DEFENDANT WENDT***

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February, 2023, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

*/s/ Paulette Ohnemus*

US.355718608.01