IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>BRADLEY EUGENE WENDT and<br>ROBERT ALLEN WILLIAMS,<br><br>                Defendants. | 4:22-cr-00199-SHL-HCA<br><br>ORDER GRANTING MOTION TO CONTINUE TRIAL |

      On February 16, 2023, the Court held a Status Conference on Defendant Bradley Eugene Wendt's Motion to Continue Trial (ECF 75). Defendant requests continuance of the February 27, 2023, trial and related deadlines. Defendant informs the Court the Government and the codefendant, Robert Allen Williams, do not resist the motion. For the reasons stated in the motion and discussed at the Status Conference, a continuance is **granted**. This is the first request to continue trial. A failure to grant a continuance will deny reasonable time necessary for adequate preparation for trial even with the exercise of due diligence by the parties, 18 U.S.C. § 3161(h)(7)(B)(iv). Defendants are on pretrial release with conditions. The Court finds the ends of justice served by such a continuance outweigh the best interests of the public and the Defendants to a speedy trial. Counsel for each Defendant confirmed Defendants understood the time of the delay, including the time from the filing of the motion to the new trial date, shall constitute excludable time for each Defendant under the Speedy Trial Act.

      Jury trial, now set for February 27, 2023, is continued and will commence on **September 11, 2023, at 9:00 a.m. at the United States Courthouse in Des Moines, Iowa.** The parties anticipate trial will last two weeks.

Consistent with the new trial date and discussion with the parties, deadlines are set and extended as follows:

Pretrial motions are due on or before **May 15, 2023.**

Government's expert disclosure is due on or before **July 11, 2023.**

Defendants' expert disclosure is due on or before **August 11, 2023.**

At a sentencing proceeding, in order for a Defendant to be eligible for consideration by the Court for a reduction in the offense level, Acceptance of Responsibility pursuant to USSG §3E1.1(b), a guilty plea must be entered by **August 11, 2023.**

A final pretrial conference will be held on **the Wednesday before trial, at the United States Courthouse in Des Moines, Iowa.**

In preparation for trial, the Court also states the following:

1. Motions challenging the admission of any audio and/or videotapes shall be filed ten (10) calendar days prior to trial. Upon filing the motion, the custodian of the recording shall immediately deliver a copy of the recording to the Court for review.

2. Trial briefs shall be filed one week prior to trial. Trial briefs shall contain a brief recitation of the facts of the case and identify legal issues that are in dispute.

3. Motions in limine are due by no later than fourteen (14) calendar days prior to trial. Responses or resistances to a party's motion in limine shall be filed at least seven (7) calendar days before trial.

4. Each party shall e-mail to the District Judge (Stephen_Locher@iasd.uscourts.gov) and his deputy courtroom clerk (Marissa_Mast@iasd.uscourts.gov) a witness list in Word by the **close of business on the Thursday before trial.** The witness list shall also be filed, and may be filed under seal without further order of the Court. In the event a party does not intend to produce witnesses at trial, such party shall notify the Court that it does not intend to present witnesses in lieu

of submitting the witness list. By no later than 8:00 a.m. on the day trial begins, each party shall review their prospective witness list and shall delete from that list any witness that party does not in good faith expect to call during its case-in-chief.  Each party shall circulate to the District Judge and opposing counsel a copy of this amended and final witness list. The amended and final witness list shall also provide the order in which the party expects to call its witnesses.[1]

     5.     Each party shall e-mail to the District Judge (Stephen_Locher@iasd.uscourts.gov) and his deputy courtroom clerk (Marissa_Mast@iasd.uscourts.gov) an exhibit list in Word by the **close of business on the Thursday before trial.** The exhibit list shall also be filed, and may be filed under seal without further order of the Court.  A copy of all exhibits, including any recordings copied onto CD or DVD, shall be provided to the Court in a tabbed, three-ring binder **by noon on the Friday before trial.** Counsel may deliver the binder to Judge Locher's chambers in Des Moines or to the Clerk's Office in Des Moines, Iowa. <u>If any recording(s) will be offered into evidence, the offering party shall prepare and provide to the Court and opposing counsel a transcript of such recording(s).</u> Photographs or photocopies of all contraband exhibits shall be provided to the Court the first morning of trial. They will be substituted for the contraband exhibits and sent with the jury during deliberations.

     6.     Requests for non-standardized proposed jury instructions must be filed one week prior to trial. Counsel may submit requests for Model Jury Instructions by simple reference to the Model Instruction number without a need to retype the instruction.

     7.     The parties are not required to submit proposed voir dire questions to the Court prior to trial.  The Court will permit each party fifteen (15) minutes for voir dire examination of the prospective jurors. Counsel for the government will exercise its peremptory challenges one at a

---

[1] A party may adjust the order of witnesses as reasonably necessary during the course of trial as events warrant.

time. Counsel for the Defendant will exercise two peremptory challenges at a time. If counsel does not wish to exercise all of their allotted peremptory challenges, the clerk shall exercise them by removing the last non-alternate jurors from the list.

8. Counsel for the Defendant and the Government will each have up to thirty (30) minutes for opening statements.

9. Counsel for the Defendant and the Government will each have up to thirty (30) minutes for closing arguments, inclusive of rebuttal as to the Government.

10. If digital or other specially recorded images are admitted into evidence during the course of the trial, a copy shall be provided to the Court in a format that can be replayed on a standard VCR or DVD player by the jury during their deliberations.

11. Any subpoenas and/or writs must be provided to the United States Marshals Service pursuant to Local Rule 17.

12. It is defense counsel's responsibility to ensure that any detained client has suitable street clothes to wear at the time of trial. These clothes shall be delivered to the U.S. Marshal's Office in Des Moines at least one (1) business day prior to trial. If family members are providing the clothing, they too must do so one (1) business day prior to trial, again delivering them to the U.S. Marshal's Office in Des Moines.

IT IS SO ORDERED.

Dated February 17, 2023.

Helen C. Adams
Chief U.S. Magistrate Judge