✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Iowa

UNITED STATES OF AMERICA

V.

BRADLEY EUGENE WENDT

**EXHIBIT AND WITNESS LIST**

Case Number: 4:22-cr-00199-SHL-HCA-1

| PRESIDING JUDGE<br>Stephen H. Locher | | PLAINTIFF'S ATTORNEY<br>Ryan Leemkuil; Mikaela Shotwell | | | DEFENDANT'S ATTORNEY<br>Nick Klinefeldt; Rachel A. Yaggi |
|---|---|---|---|---|---|
| HEARING DATE<br>May 11, 2023 | | COURT REPORTER<br>Tonya Gerke | | | COURTROOM DEPUTY<br>M. Mast |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 1 | | 5/11/2023 | Yes | Yes | Search Warrant Documents Dated August 25, 2022 |
| 2 | | 5/11/2023 | Yes | Yes | Search Warrant Documents Dated January 11, 2023 |
| | - | 5/11/2023 | | | Witness Testimony of Clinton Fichter |
| | - | 5/11/2023 | | | Testimony of Defendant Bradley Wendt |
| | X | 5/11/2023 | Yes | Yes | Sealed Exhibit |
| | XX | 5/11/2023 | Yes | Yes | Ex Parte Exhibit |
| | A | 5/11/2023 | Yes | Yes | City Employee Workplace Policy Documents |
| | | 5/11/2023 | | Yes | Court Exhibit 1 (sealed and ex parte); City Council Recording 9/14/2022 |
| | | 5/11/2023 | | Yes | Court Exhibit 2 (sealed and ex parte); City Council Recording 10/26/2022 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.