IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 4:22-cr-199 |
| v. ) | |
| ) | |
| BRADLEY EUGENE WENDT, and ) | |
| ROBERT ALLEN WILLIAMS, ) | NOTICE |
| ) | |
| Defendant. ) | |

The Court has set hearing on three pending motions for May 17, 2023, at 2:00pm: (1) Government's motion for privilege protocol regarding Defendant Wendt (Dkt. 114); (2) Government's motion for privilege protocol regarding Defendant Williams (Dkt. 115); and (3) Defendant Wendt's Motion to Compel and Request for Sanctions (Dkt. 128).

On May 17, 2022, at approximately 10:35am, Assistant United States Attorneys Mikaela Shotwell and Ryan Leemkuil received subpoenas for testimony, for the hearing scheduled on this same date at 2:00pm. These subpoenas were obtained at the request of Williams' counsel and served on the prosecutors via email. In a separate email, Williams' counsel advised that he was also attempting to subpoena ATF Special Agent Kelly Etnier but had been unable to reach him. Agent Etnier is out of state.

The government generally understands the testimony sought to relate to Williams' eventual motion to suppress evidence based on the government's handling of Williams' emails received in response to a search warrant. But, there is no pending

motion to suppress and the Court did not indicate any need for an evidentiary hearing on the pending motions for privilege protocol or motion to compel. Indeed, it's difficult to understand what evidence would be relevant to those issues.

The United States intends to move to quash these subpoenas because, among other things, Williams' counsel has not complied with *Touhy* regulations. *United States ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951); 28 C.F.R. §§ 16.21 et seq. For present purposes, the government files this notice to alert the Court to this anticipated issue at today's hearing.

> Respectfully submitted,
>
> Richard D. Westphal
> United States Attorney
>
> By: /s/ *Mikaela J. Shotwell*
> Mikaela J. Shotwell
> Ryan W. Leemkuil
> Assistant United States Attorney
> U.S. Courthouse Annex, Suite 286
> 110 E. Court Avenue
> Des Moines, Iowa 50309
> Tel: (515) 473-9300
> Fax: (515) 473-9292
> Email: Mikaela.Shotwell@usdoj.gov
> Ryan.Leemkuil@usdoj.gov

CERTIFICATE OF SERVICE
I hereby certify that on May 17, 2023, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system. I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

____U.S. Mail  _____ Fax  _____Hand Delivery

__X__ECF/Electronic filing  ____Other means

UNITED STATES ATTORNEY
By:  /s/ *Mikaela J. Shotwell*