|  |  |
|---|---|
| **From:** | Dean Stowers |
| **To:** | Helen Adams |
| **Cc:** | mikaela.shotwell@usdoj.gov; Leemkuil, Ryan (USAIAS); Klinefeldt, Nicholas A.; Yaggi, Rachel A. |
| **Subject:** | Email to Magistrate Adams |
| **Date:** | Thursday, May 18, 2023 9:23:34 AM |

**CAUTION - EXTERNAL:**

Magistrate Adams—

Because none of the government personnel are willing to talk to me voluntarily about the circumstances of the issuance of the warrants of concern to my client, I need to investigate the circumstances of warrant issuance by seeking to interview you as the only remaining witness to those events who has not yet been asked to share their memory.   I would like to interview you concerning those matters in connection with the anticipated hearing on the motion(s) to suppress.  I would be able to find time to do that yet this week or through next Wednesday.

Thank you.

Dean Stowers
West Glen Town Center
650 S. Prairie View Drive, Suite 130
West Des Moines, Iowa 50266

Phone: (515) 224-7446
FAX: (515) 225-6215


Email: dean@stowersnelsen.com
Website: www.stowerslaw.com


**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.