IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 4:22-cr-199 |
| v. ) | |
| ) | GOVERNMENT'S MOTION |
| BRADLEY EUGENE WENDT and ) | FOR LEAVE TO FILE AN |
| ROBERT ALLEN WILLIAMS, ) | OVERLENGTH BRIEF IN |
| ) | RESISTANCE TO DEFENDANTS' |
| Defendants. ) | MOTION TO SUPPRESS |
| ) | |

The United States of America requests leave from the Court for permission to file an overlength brief in resistance to Defendants' Motion to Suppress. ECF Nos. 135 and 139. The government requests a response in excess of 20 pages to effectively respond to extensive arguments regarding several different search warrants Defendants raise. The government intends on filing its brief in a separate filing.

Respectfully Submitted,

Richard D. Westphal
United States Attorney

By: */s/ Mikaela J. Shotwell*
Mikaela J. Shotwell
Ryan W. Leemkuil
Assistant U.S. Attorneys
Shai D. Gonzales
Special Assistant U.S. Attorney
110 East Court Avenue, Suite 286
Des Moines, IA 50309
Tel: 515.473.9300
Fax: 515.473.9292
Email: Mikaela.Shotwell@usdoj.gov
Ryan.Leemkuil@usdoj.gov
Shai.Gonzales@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2023, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

    U.S. Mail        Fax        Hand Delivery

X   ECF/Electronic filing       Other means

UNITED STATES ATTORNEY

By: /s/ *Mikaela J. Shotwell*
      AUSA