IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRADLEY EUGENE WENDT,<br><br>Defendant. | Case No: 4:22-cr-199<br><br>**NOTICE OF PUBLIC AUTHORITY DEFENSE BY DEFENDANT WENDT** |

Defendant Bradley Eugene Wendt ("Wendt") hereby gives notice of his public authority defense pursuant to Fed. R. Crim. P. 12.3. Specifically, Wendt states as follows:

1.	The ATF approved of the conduct the Government has alleged in the Indictment with respect to Wendt. The ATF's approval came from the personnel, including the ATF NFA Division, who communicated with Wendt; who otherwise acted with respect to the conduct alleged in the Indictment; and who provided communications and guidance to the public. Wendt acted with this public authority throughout the time in question.

2.      Wendt had the authority as Police Chief of Adair, and as granted to him by the City of Adair, to take the actions he did with respect to the conduct alleged in the Indictment. Wendt exercised this authority himself as Police Chief of Adair. The City of Adair exercised its authority via its current and former members of City Council and Mayor. Wendt acted with this public authority throughout the time in question.

Dated: June 15, 2023                              **FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Nick Klinefeldt*
Nicholas A. Klinefeldt, AT0008771
Rachel A. Yaggi, AT0014994
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Telephone: (515) 248-9000
Fax: (515) 248-9010
Email: *nick.klinefeldt@faegredrinker.com*
Email: *rachel.yaggi@faegredrinker.com*

***ATTORNEYS FOR DEFENDANT WENDT***

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 15th day of June, 2023, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

                                                 */s/ Nicholas A. Klinefeldt*