IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>BRADLEY EUGENE WENDT,<br><br>  Defendant. | Case No: 4:22-cr-199<br><br>**DEFENDANT WENDT'S MOTION TO DISMISS** |

Defendant Bradley Eugene Wendt ("Wendt") hereby moves to dismiss the charges against him. In support of this motion, Wendt submits a brief with the relevant background and legal arguments. Further, Wendt joins the motion to dismiss filed by Co-Defendant Williams (Dkt. # 177).

WHEREFORE, Wendt respectfully requests the charges against him be dismissed.

Dated: June 15, 2023

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Nick Klinefeldt*
Nicholas A. Klinefeldt, AT0008771
Rachel A. Yaggi, AT0014994
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Telephone: (515) 248-9000
Fax: (515) 248-9010
Email: *nick.klinefeldt@faegredrinker.com*
Email: *rachel.yaggi@faegredrinker.com*

***ATTORNEYS FOR DEFENDANT WENDT***

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 15th day of June, 2023, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

*/s/ Jessica Ibsen*