IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 4:22-cr-199 |
| v. ) | |
| ) | |
| BRADLEY EUGENE WENDT, ) | MOTION FOR LEAVE TO FILE |
| ) | UNDER SEAL GOVERNMENT'S |
| Defendant. ) | PROFESSIONAL STATEMENT |
| ) | |

The United States moves to file its professional statement under seal, stating:

1. On June 9, 2023, the Court ordered the government "to file a report that includes a professional statement signed by all members of the prosecution team describing all direct and derivative uses that have been made of the statements determined by this ruling to be protected." Dkt. 194.

2. The government's professional statement includes extensive discussion of grand jury matters, including witness identities and testimony, which should not be made public.

WHEREFORE, the government respectfully requests leave to file under seal report and professional statement.

          Respectfully submitted,

          Richard D. Westphal
          United States Attorney

By:   /s/ *Mikaela J. Shotwell*
      Mikaela J. Shotwell
      Ryan W. Leemkuil
      Assistant United States Attorneys
      U.S. Courthouse Annex, Suite 286

110 E. Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9300
Email: Mikaela.Shotwell@usdoj.gov
Ryan.Leemkuil@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2023, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail _____ Fax _____Hand Delivery

__X__ECF/Electronic filing ____Other means

UNITED STATES ATTORNEY

By: _/s/ Mikaela J. Shotwell_