IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:22-cr-199 |
| | ) | |
| v. | ) | GOVERNMENT'S RESPONSE |
| | ) | TO DEFENDANT WENDT'S |
| BRADLEY EUGENE WENDT, | ) | NOTICE OF PUBLIC |
| | ) | AUTHORITY DEFENSE |
| Defendant. | ) | |
| | ) | |

The United States responds to Defendant Bradley Wendt's notice of public authority defense:

1. On June 15, 2023, Defendant Bradley Wendt filed notice of public authority defense, pursuant to Fed. R. Crim. P. 12.3. Dkt. 208. Specifically, Wendt stated he had the authority of the ATF and the City of Adair to engage in the "conduct alleged in the Indictment." *Id.* at 1-2.

2. The Indictment alleges 20 counts. It is 27 pages long. It alleges Wendt lied to the ATF. Wendt does not specify what "conduct" was authorized by the ATF or the City of Adair. The government denies that Wendt exercised the public authority identified in this notice. Fed. R. Crim. P. 12(a)(3).

3. The government requests Wendt disclose the name, address, and telephone number of each witness Wendt intends to rely on to establish a public-authority defense. Fed. R. Crim. P. 12(a)(4)(A).

Respectfully submitted,

Richard D. Westphal
United States Attorney

By:    /s/ *Mikaela J. Shotwell*
Mikaela J. Shotwell
Ryan W. Leemkuil
Assistant United States Attorneys

Shai D. Gonzales
Special Assistant U.S. Attorney

U.S. Courthouse Annex, Suite 286
110 E. Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: Mikaela.Shotwell@usdoj.gov
Ryan.Leemkuil@usdoj.gov
Shai.Gonzales@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2023, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail _____ Fax _____Hand Delivery

__X__ECF/Electronic filing ____Other means

UNITED STATES ATTORNEY

By: */s/ Mikaela Shotwell*

1