# CITY OF ADAIR
## Chief of Police Bradley Wendt
*320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002*
*TELEPHONE 641-742-3751 - FAX 641/742-5514*
*EMAIL: Adairpolice113@gmail.com*

**OFFICERS**
Mayor – John Larsen
City Clerk Randi Lehman
City Attorney John Fisher
City Advisor Clint Fichter

**COUNCIL**
Rick Stanley   Craig Wedemeyer
Kyle Irlmeier   Rick Hayes
Jeremy Gettler

October 9th, 2019

Mr. Jack Chuang
Arms Unlimited Inc
3515 W Post Rd, STE #125
Las Vegas, NV 89118

Dear Mr. Chuang,

This is an order for 3 H&K MP7A2 4.6x30mm at 2080.00 each, 1 H&K G36k (SF) 5.56x45mm at 1625.00, 1 H&K 416 5.56 14.5" at 1795.00, for the Adair Police Department.

The number of sworn Officers in our Adair Police Department is 3. These Officers are authorized by law to make arrests and carry firearms in the performance of their official duties.

This order is being paid for with funds that our Adair Police Department is authorized to use under law for the acquisition of equipment, including funds from individual officers who may be required to pay in whole or in part for their equipment to carry out their official duties. These firarms will be the property of our Adair Police Department and are not being acquired for the purpose of resale or transfer, They will be used to carry out its official responsibilities and duties.

The telephone contact for the Chief of Police in Adair is 515-229-8583.

Sincerely yours,

Adair Police Department

*[signature]*

Bradley Wendt
Chief of Police, Adair Iowa 50002

**GOVERNMENT EXHIBIT 1**
4:22-cr-199

2644