# CITY OF ADAIR

## Chief of Police Bradley Wendt

*320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002*
*TELEPHONE 641-742-3751 - FAX 641/742-5514*
*EMAIL: Adairpolice113@gmail.com*

| OFFICERS | COUNCIL |
|---|---|
| Mayor – Joanne Byars | Rick Stanley   Jim Zimmerline |
| City Clerk Randi Lehman | Kyle Irlmeier   Rick Hayes |
| City Advisor  Clint Fichter | Paul Gettler |

**March 3, 2022**

Proforce Police Supply
2625 Stearman Rd
Prescott AZ, 86301

Dear ProForce:

This is an order for three, MP7A2 4.6x30mm Machine Gun, manufactured by Heckler & Koch, at the price of 2405.97 each, for Adair Police Dept.

Description
MP7A2 4.6x30mm Machine Gun, part number 81000721

The number of sworn full time officers in our Adair Police Department is 3. These officers are authorized by law to make arrests and carry firearms in the performance of their official duties.

This order is being paid for with funds that our Adair Police Department is authorized to use under law for the acquisition of equipment, including funds from individual officers who may be required to pay in whole or in part for their equipment to carry out their official duties. These firearms will be the property of our Adair Police Department and are not being acquired for the purpose of resale or transfer, and they will be used to carry out its official responsibilities and duties.

The telephone contact number for this Adair Police Department  is 641-742-3751.

Sincerely yours,

Adair Police Department

*[signature]*

**Bradley Wendt Chief of Police**

GOVERNMENT EXHIBIT
2
4:22-cr-199

3411