AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern            DISTRICT OF            Iowa

UNITED STATES OF AMERICA

V.

BRADLEY EUGENE WENDT

## EXHIBIT AND WITNESS LIST

Case Number: 4:22-cr-00199-SHL-HCA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Stephen H. Locher | Mikaela Shotwell; Ryan Leemkuil | Nick Klinefeldt; Rachel Yaggi |
| HEARING DATE | COURT REPORTER | COURTROOM DEPUTY |
| July 10, 2023 | Tonya Gerke | M. Mast |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| - | | 7/10/2023 | | | Witness Testimony: FBI Special Agent Kevin Kohler |
| | - | 7/10/2023 | | | Witness Testimony: City of Adair Mayor Joanne Byars |
| 1 | | 7/10/2023 | Yes | Yes | Grand jury tanscript of ▓▓▓▓ |
| 2 | | 7/10/2023 | Yes | Yes | Grand jury transcript of ▓▓▓▓ |
| 3 | | 7/10/2023 | Yes | Yes | Grand jury transcript of ▓▓▓▓ |
| 4 | | 7/10/2023 | Yes | Yes | FBI investigative report documenting interview of Clint Fichter (City Attorney), dated 11/1/22 |
| 5 | | 7/10/2023 | Yes | Yes | FBI investigative report documenting interview of Joanne Byars (Mayor), dated 11/1/22 |
| 6 | | 7/10/2023 | Yes | Yes | ATF investigative report documenting interview of Joanne Byars (Mayor) dated 12/21/22 |
| 7 | | 7/10/2023 | Yes | Yes | ATF investigative report re: text communicatons with Mayor Byars between 11/3/22-1/18/23 |
| 8 | | 7/10/2023 | Yes | Yes | FBI investigative report documenting contact with Joanne Byars (Mayor) on 1/31/23 dated 2/2/23 |
| 9 | | 7/10/2023 | Yes | Yes | FBI investigative report documenting interview of Joanne Byars (Mayor), dated 5/5/23 |
| 10 | | 7/10/2023 | Yes | Yes | FBI investigative report documenting and summarizing Adair City Council minutes, dated 12/28/22 |
| 11 | | 7/10/2023 | Yes | Yes | FBI report documenting interviews of Brad Wendt on 9/13/22 |
| 12 | | 7/10/2023 | Yes | Yes | Email correspondence of Kevin Kohler to AUSAs Leemkuil & Shotwell dated 12/13/22 |
| 13 | | 7/10/2023 | Yes | Yes | Email correspondence of Kevin Kohler to AUSAs Leemkuil & Shotwell dated 12/14/22 |
| 14 | | 7/10/2023 | Yes | Yes | Email correspondence of Kevin Kohler to AUSAs Leemkuil & Shotwell dated 1/25/23 |
| 15 | | 7/10/2023 | Yes | Yes | Text message communications from Kelly Etnier dated 12/21 |
| 16 | | 7/10/2023 | Yes | Yes | Email correspondence of Kelly Etnier to AUSAs Leemkuil, Shotwell & Agent Kohler dated 12/21/22 |
| 17 | | 7/10/2023 | Yes | Yes | Email correspondence of Kevin Kohler to AUSAs Leemkuil, Shotwell & Agent Etnier dated 11/1/22 |
| 18 | | 7/10/2023 | Yes | Yes | FBI investigative report documenting interview of Richard Hays dated 9/9/22 |
| 19 | | 7/10/2023 | Yes | Yes | FBI investigative report documenting interview of Craig Wedemeyer dated 9/9/22 |
| 20 | | 7/10/2023 | Yes | Yes | FBI investigative report documenting interview of Jeremy Gettler dated 9/9/22 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ___1___ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Iowa

UNITED STATES OF AMERICA

V.

BRADLEY EUGENE WENDT

## EXHIBIT AND WITNESS LIST

Case Number: 4:22-cr-00199-SHL-HCA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Stephen H. Locher | Mikaela Shotwell; Ryan Leemkuil | Nick Klinefeldt; Rachel Yaggi |
| HEARING DATE | COURT REPORTER | COURTROOM DEPUTY |
| July 10, 2023 | Tonya Gerke | M. Mast |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 21 | | 7/10/2023 | Yes | Yes | ATF Report of interview of Kyle Irlmeier dated 9/2/22 |
| 22 | | 7/10/2023 | Yes | Yes | Grand jury transcript of █████ |
| 23 | | 7/10/2023 | Yes | Yes | Grand jury transcript of ███████ |
| 24 | | 7/10/2023 | Yes | Yes | Grand jury transcript of ███████ |
| 25 | | 7/10/2023 | Yes | Yes | Email correspondence between AUSA Leemkuil and Kevin Kohler dated 11/1/22 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of 1 Pages