IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>BRADLEY EUGENE WENDT,<br><br>    Defendant. | Case No: 4:22-cr-199<br><br>**DEFENDANT WENDT'S SECOND MOTION TO CONTINUE TRIAL** |

Defendant Bradley Eugene Wendt ("Wendt") hereby moves to continue the trial in this case. In support of this motion, Wendt states as follows:

1.      The indictment in this case was issued on December 14, 2022, and both Defendants had their initial appearances and arraignments on January 5, 2022. This case is scheduled for trial on September 11, 2023.

2.      There has been one continuance of the trial so far in this case.

3.      Wendt is out of custody on pretrial release.

4.      First, Wendt's Appeal of Magistrate Judge's Order Regarding Wendt's Motion to Compel Discovery and Request for Sanctions is currently pending. Dkt. #245. The parties are currently in a dispute regarding the production of certain categories of documents necessary to Wendt's defense. Counsel for the defense will require additional time to review any such discovery if the Court orders the production of additional discovery.

5.      Second, the Court's ruling on the issues raised at the *Kastigar* hearings before the Court on July 10, 2023 and July 20, 2023 may prevent the need for a trial or affect Wendt's defense preparation and/or narrow the issues at a trial.

1

6.      Third, Wendt has a Motion to Dismiss currently pending before the Court. Dkt. #211. This motion may also prevent the need for a trial or affect Wendt's defense preparation and/or narrow the issues at a trial.

7.      Counsel for Wendt has conferred with counsel for the Government. The Government opposes this motion.

8.      Defendant waives his right to the Speedy Trial Act for purposes of this continuance and submits a continuance of the trial would be in the interests of justice.

WHEREFORE, Wendt respectfully requests that this motion be granted, that all deadlines that have not already occurred be continued, and that a status conference be scheduled to pick a new trial date.

Dated: August 4, 2023

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Nick Klinefeldt*
Nicholas A. Klinefeldt, AT0008771
Rachel A. Yaggi, AT0014994
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Telephone: (515) 248-9000
Fax: (515) 248-9010
*nick.klinefeldt@faegredrinker.com*
*rachel.yaggi@faegredrinker.com*

***ATTORNEYS FOR DEFENDANT WENDT***

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August, 2023, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

*/s/ Paulette Ohnemus*

2