IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRADLEY EUGENE WENDT,<br><br>　　　　Defendant. | Case No: 4:22-cr-199<br><br>**DEFENDANT WENDT'S MOTION TO EXTEND DEADLINE TO FILE EXPERT DISCLOSURES** |

　　　　Defendant Bradley Eugene Wendt ("Wendt") hereby moves to extend the deadline to file his expert disclosures. In support of this motion, Wendt states as follows:

　　　　1.　　Trial is currently scheduled for September 11, 2023.

　　　　2.　　The Court set the deadline for expert disclosures as follows: the Government to file expert disclosures by July 11, 2023; and the Defendants to file expert disclosures by August 11, 2023.

　　　　3.　　The Government filed two expert disclosures on July 11, 2023 and then a supplemental expert disclosure on July 19, 2023. Dkt. ## 238, 246. The Government's expert disclosures state its experts will testify about the following:

　　　　　　　　a.　　**Williams Swift, ATF** – The Government indicates Mr. Swift will testify regarding: (1) "the process by which government agencies and licensed dealers obtain and transfer machine guns"; and (2) "the capabilities and uses of several machine guns."

　　　　　　　　b.　　**Austin Funk, ATF** – The Government indicates Mr. Funk will testify regarding: (1) "the process through which machine guns are imported into the United States and the paperwork required to be submitted"; and (2)

1

"the applications to import machine guns in this case and related paperwork."

4. Wendt has moved to continue the trial based on three pending matters before the Court – one of which is an appeal of Magistrate Judge Adams's order on discovery. Dkt. # 245. A significant part of that appeal involves ATF NFA discovery the Government has failed to provide thus far. In fact, the Government has even failed to provide ATF NFA discovery that Magistrate Judge Adams has ordered it to produce. The requested discovery includes the following:

    a. All ATF NFA documents that specifically reference Wendt and his purchases or attempted purchases of machine guns under a law letter commencing during the time-frame of two years preceding the Government's commencement of their investigation of Wendt to present.

    b. ATF NFA Division written guidance and/or standard operating procedures in place during the last five years that relate to machine gun transfers, machine gun shoots, or the ability of police departments or law letter holders to allow others to fire the machine guns.

    c. The ATF NFA Division's approval of transfers of mini-guns, 50 caliber machine guns, belt-fed machine guns, and any other machine gun related to this case that that Government claims was unsuitable for law enforcement.

    d. The ATF NFA Division's records regarding machine gun ownership by law enforcement in the State of Iowa within the last five years.

   e. The ATF NFA Division's denials of machine gun transfers to law enforcement agencies based on suitability of use for law enforcement use, the size of the town, the number of officers, or any other condition the Government has objected to in this case.

5. As set forth in the reply in support of Wendt's discovery appeal being filed along with this motion, the ATF NFA discovery is critical to Wendt's ability to prepare expert disclosures.

WHEREFORE, Wendt respectfully requests that his deadline to file expert disclosures be extended until 30 days after the Government has complied with its discovery requirements.

Dated: August 11, 2023         **FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Nick Klinefeldt*
Nicholas A. Klinefeldt, AT0008771
Rachel A. Yaggi, AT0014994
801 Grand Avenue, 33rd Floor
Des Moines, IA, 50309
Telephone: (515) 248-9000
Fax: (515) 248-9010
Email: *Nick.Klinefeldt@Faegredrinker.com*
*Rachel.yaggi@faegredrinker.com*

***ATTORNEY FOR DEFENDANT WENDT***

### CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2023, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

*/s/ Paulette Ohnemus*

US.355641581.01