IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRADLEY EUGENE WENDT,<br><br>Defendant. | Criminal No. 4:22-cr-199<br><br>GOVERNMENT'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS CONTAINING TAX INFORMATION |

The government moves for leave to file under seal certain exhibits containing tax information. In support, the government states:

1. The government intends to file a notice regarding its compliance with the Court's order that the government disclose certain records in the custody of the ATF NFA Division. *See* Dkt. 261.

2. The government intends to file exhibits with its notice that contain information derived from confidential tax "returns and return information." *See* 26 U.S.C. § 6103(a). The government has taken steps to anonymize that information to comply with § 6103's confidentiality requirement. Notwithstanding those efforts, the exhibits contain information from which someone could perhaps determine the identity of specific taxpayer(s).

3. Consistent with § 6103's general rule of confidentiality for tax returns and return information, the government seeks leave to file its exhibits under seal.

For these reasons, the government respectfully requests leave to file the exhibits to its notice under seal.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By:  /s/ *Ryan W. Leemkuil*
Mikaela J. Shotwell
Ryan W. Leemkuil
Assistant United States Attorneys

Shai D. Gonzales
Special Assistant U.S. Attorney

U.S. Courthouse Annex, Suite 286
110 E. Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: Mikaela.Shotwell@usdoj.gov
Ryan.Leemkuil@usdoj.gov
Shai.Gonzales@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2023, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.  I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

____U.S. Mail  _____ Fax  _____Hand Delivery

__X__ECF/Electronic filing ____Other means

UNITED STATES ATTORNEY

By: _/s/ Ryan W. Leemkuil_