IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Criminal No. 4:22-cr-199 |
| v. | ) |
| | ) GOVERNMENT'S NOTICE |
| BRADLEY EUGENE WENDT, | ) REGARDING DISCLOSURE |
| | ) OF NFA DIVISION INFORMATION |
| Defendant. | ) |
| | ) |

The government files this notice regarding its compliance with the Court's order that the government disclose certain information and records in the custody of the ATF NFA Division.

1. On August 17, 2023, the Court ordered the government to produce to Defendant Wendt certain information held by the ATF NFA Division. *See* Dkt. 261. That information included (1) all approvals in the last three years in the State of Iowa for mini-guns, .50 caliber machine guns, and belt-fed machine guns and (2) records showing which law enforcement agencies in Iowa had machine guns in the past five years and the number each agency possessed. *See id.* at 4-5.

2. Upon receiving the Court's order, the government conferred with counsel for the NFA Division about collecting the information described above. The NFA Division's counsel informed the government that this information is confidential pursuant to 26 U.S.C. § 6103, which provides (with some exceptions) that "[r]eturns

and return information shall be confidential."[1] 26 U.S.C. § 6103(a). The statute defines "return information" broadly to include "a taxpayer's identity" and even the "possible existence" of a tax liability. *Id.* § 6103(b)(2)(A). Thus, for example, if the government disclosed all NFA Division "approvals" (*i.e.*, transfer forms) for all belt-fed or .50 caliber machine guns to FFLs or law enforcement agencies in Iowa, it appears this disclosure would violate § 6103. *See* 26 U.S.C. § 6103(a), (b)(2)(A); *Lomont v. O'Neill*, 285 F.3d 9, 15 (D.C. Cir. 2002) ("The completed form, at least once it is filed with ATF, constitutes a 'return' and it contains what qualifies as 'return information.'"); *see also United States v. Hunter*, 863 F. Supp. 462, 476 (E.D. Mich. 1994) (assuming that "ATF Form 3s . . . are tax returns containing taxpayer return information within the meaning of § 6103(b)"); *cf.* 26 U.S.C. § 6103(h)(2) (providing limited exceptions for DOJ matters "involving tax administration" when, for example, "the taxpayer is or may be a party to the proceeding").[2]

---

[1] The National Firearms Act, 26 U.S.C. Chapter 53, establishes a regulatory structure for taxing a narrow class of firearms, including machine guns. *See* 26 U.S.C. §§ 5845, 7801(b); 28 C.F.R. § 0.130(a)(2). The NFA requires the maker or transferor of subject firearms to file an application to make or transfer such weapons and pay a transfer tax. *See* 26 U.S.C. § 5811-5812.

[2] Section 6103(h)(4)(D) authorizes a court to order disclosure of a return or return information in a proceeding "pertaining to tax administration" provided certain other conditions are met, including "due consideration to congressional policy favoring the confidentiality of returns and return information." It does not appear that this exception applies in this case. *See* 26 U.S.C. § 6103(b)(4) (defining "tax administration"); *cf. United States v. Smith*, No. 4:06-CR-333-GTE, 2007 WL 4166219, at *2 (E.D. Ark. Nov. 20, 2007) (ordering disclosure of returns in a tax fraud case "contingent upon adequate steps being taken for the protection of the privacy of the individual taxpayers in question").

3. To comply with § 6103's confidentiality requirement and the spirit of the Court's order, the government obtained relevant data from the NFA Division and compiled that data in an anonymized fashion (*e.g.*, by identifying individual federal firearms licensees and law enforcement agencies by letter instead of name). *Cf. United States v. Smith*, No. 4:06-CR-333-GTE, 2007 WL 4166219, at *2 (E.D. Ark. Nov. 20, 2007) (proposing similar measures in applying the exception set forth in § 6103(h)(4) in a tax fraud case).

4. The government's compilations of this data are attached as sealed exhibits GX 1 through GX 3. The government intends to provide these compilations to Wendt to satisfy the government's discovery obligations under the Court's order and the confidentiality requirement imposed by § 6103.

5. Finally, the government seeks clarification of one portion of the Court's order. The Court ordered the NFA Division to "produce records in its possession showing which law enforcement agencies in Iowa had machine guns in the past five years and the number of machine guns each such agency possessed." Dkt. 261 at 5. Upon reviewing the data provided by the NFA Division, it appears that the NFA Division compiled data reflecting machine gun transfers to law enforcement in Iowa that *occurred* within the past five years. This information is summarized in GX 2. If the Court intended, however, for the NFA Division to produce records reflecting *all* machine guns in the possession of Iowa law enforcement agencies in the past five years *regardless of when the underlying transfers occurred*, the government will need additional time to review that data and compile it in a format that complies with

3

§ 6103. Clarification on this portion of the Court's order would assist the government in complying with that order. If the Court's order requires additional disclosures beyond what's reflected in GX 2, the government anticipates it could provide that information to Wendt no later than September 14, 2023.  Trial is presently set for February 5, 2024.

                              Respectfully submitted,

                              Richard D. Westphal
                              United States Attorney

By:    /s/  *Ryan W. Leemkuil*
                              Mikaela J. Shotwell
                              Ryan W. Leemkuil
                              Assistant United States Attorneys

                              Shai D. Gonzales
                              Special Assistant U.S. Attorney

                              U.S. Courthouse Annex, Suite 286
                              110 E. Court Avenue
                              Des Moines, Iowa 50309
                              Tel: (515) 473-9300
                              Fax: (515) 473-9292
                              Email: Mikaela.Shotwell@usdoj.gov
                                                      Ryan.Leemkuil@usdoj.gov
                                                      Shai.Gonzales@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2023, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.  I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

\_\_\_\_U.S. Mail _____ Fax \_\_\_\_\_Hand Delivery

\_\_X\_\_ECF/Electronic filing \_\_\_\_Other means

UNITED STATES ATTORNEY

By:  */s/ Ryan W. Leemkuil*