**Machine Gun Transfers to Law Enforcement Agencies in Iowa Denied in the Past Five Years Based on Suitability (or Lack Thereof) for Law Enforcement Use, Size of the Town, or Number of Officers in the Police Department**

There have been no such denials.

GOVERNMENT EXHIBIT
3
4:22-cr-199