IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>vs.<br><br>BRADLEY EUGENE WENDT,<br><br>　　Defendant. | Case No: 4:22-cr-199<br><br>**DEFENDANT WENDT'S MOTION FOR DISCOVERY SANCTIONS** |

　　Defendant Bradley Eugene Wendt ("Wendt") hereby moves for sanctions against the Government. Specifically, the Government has failed to comply with the Court's Order Sustaining in Part and Overruling in Part Appeal from Magistrate Judge Order (Dkt. # 261) (the "Order"). The Government has continued to fail or refuse to produce certain important discovery regarding ATF NFA Division guidance/SOPs, communications, and data. Further, with respect to some of that discovery, there appears to be a failure to preserve or collect that information from the ATF NFA Division.

　　WHEREFORE, Wendt respectfully requests the following:

　　1.　**Production of Discovery** – An order requiring the Government to comply with the Court's August 17, 2023 Order and produce:

　　　　a.　Email correspondence and all other communications in response to category #1.

　　　　b.　Guidance and SOPs in response to category #2.

　　　　c.　The national data that the ATF NFA Division has compiled and previously reported either internally or externally in response to category #3.

　　　　d.　A complete response to category #4 including the possession of machine guns and the identification of the law enforcement agency.

2. **Discovery Protocol & Hearing** – A filing from the Government explaining the preservation, collection, and production protocol that was used in this case, to be followed by a hearing with the applicable custodians responsible for the collection of documents from the ATF NFA Division (with those custodians appearing by video if necessary or, in the alternative, allow the defense to take their depositions). There will not be another opportunity to create such a record and the denial of the ability to create a record would severely prejudice the defense and its ability to prepare for trial. At trial, the Government will simply not call witnesses with missing communications and not call the requisite custodians. Further, the Government will attempt to block ATF NFA employees from testifying based on *Touhy* regulations. While the Government may control the charges, it should not be able to control the facts, too.

3. **Sanctions** – Sanctions to include dismissal, exclusion of witnesses and evidence, and/or a spoliation instruction at trial. It would be an unjust and perverse result to allow the Government to make their case based the importance of what Wendt said he was doing, to capture all of his email, social media, text messages, etc., and then to deny the same to Wendt when it was the Government that has brought the case against him. Likewise, it would be unjust and produce an unfair trial to allow the Government to (a) introduce evidence on a subject on which it has not fully complied with its discovery obligations or (b) call a witness for whom it has not provided all discovery. These may need to be decisions made as trial approaches, but a record regarding the preservation and collection of that discovery is necessary now. In that regard, Wendt reserves all objections to evidence the Government may wish to produce at trial, including but not limited to the Government's failure to disclose or produce discovery favorable to the defense.

| | |
|---|---|
| Dated: September 14, 2023 | **FAEGRE DRINKER BIDDLE & REATH LLP** |// 

Dated: September 14, 2023

        **FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Nick Klinefeldt*
Nicholas A. Klinefeldt, AT0008771
Rachel A. Yaggi, AT0014994
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Telephone: (515) 248-9000
Fax: (515) 248-9010
*Nick.klinefeldt@faegredrinker.com*
*Rachel.yaggi@faegredrinker.com*

***ATTORNEYS FOR DEFENDANT WENDT***

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2023, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

        */s/ Paulette Ohnemus*

US.359485881.01