| | |
|---|---|
| **From:** | Howell, David |
| **To:** | Howard, Rob |
| **Subject:** | FW: Disapproved NFA ? |
| **Date:** | Wednesday, February 27, 2019 7:41:00 AM |

**From:** Howell, David
**Sent:** Wednesday, February 20, 2019 2:44 PM
**To:** Huff, Heather <Heather.Huff@atf.gov>; Siviero, Shannon D. <Shannon.Siviero@atf.gov>
**Cc:** Courtney, Edward C. <Edward.Courtney@atf.gov>
**Subject:** RE: Disapproved NFA ?

As IPB disapproved I believe they should draft the reply to the Chief of Police. I'll cc Ed C. so he's in the loop. I spoke to the agents conducting the current investigation and they told me to process all applications as usual. Disapprove if the criteria isn't met but if the law letters meet specifications then we will need another basis to deny.

David

**From:** Huff, Heather <Heather.Huff@atf.gov>
**Sent:** Wednesday, February 20, 2019 2:36 PM
**To:** Siviero, Shannon D. <Shannon.Siviero@atf.gov>; Howell, David <David.Howell@atf.gov>
**Subject:** FW: Disapproved NFA ?

David,

Remember I told you Jason Frushour was disapproving for these transfers. I had a feeling it would surface again but apparently just resubmitting on paper.
Shannon, I believe it was determined that we will process these transfers unless the field tells us otherwise.

David is that correct?

Heather N. Huff
Firearms and Explosives Services Specialist
NFA Division- Government Support Branch
(304) 616-4500 NFAD Main Line
Martinsburg, WV

**From:** Brad Wendt <b-wendt@hotmail.com>
**Sent:** Wednesday, February 20, 2019 2:30 PM
**To:** Siviero, Shannon D. <Shannon.Siviero@atf.gov>; Huff, Heather <Heather.Huff@atf.gov>; NFAFax <NFAFax@atf.gov>
**Subject:** Disapproved NFA ?

Hello this is Chief of Police Bradley Wendt from the Adair Police Department. I have requested a Demo from Marcum MFG LLC. A form 5 was submitted and disapproved on February 7th 2019. Control number 2019105934. The reason states law letter invalid. This letter has already been used on a approved transfer recently. I am not sure why there is so much inconsistency within your agency. I expect the following transfer to be approved within a speedy fashion. Attached is the disapproved form 5 along with the original form 5 and law letter so you can approve this immediately. I would also like an official written response of what you plan to do on this transfer



EXHIBIT C

015760

sent to me.
**Chief of Police Bradley Wendt**

015761