| | |
|---|---|
| **From:** | Howard, Rob (ATF) |
| **To:** | Howell, David L. (ATF) |
| **Subject:** | FW: CONTROL # 2019314956 |
| **Date:** | Tuesday, May 9, 2023 10:57:10 AM |
| **Attachments:** | image001.jpg |
| | BW Outfitters Law Letter_2019314956.pdf |

**From:** Howard, Rob
**Sent:** Wednesday, August 7, 2019 6:47 AM
**To:** Tastle, Stephen <Stephen.Tastle@atf.gov>
**Subject:** FW: CONTROL # 2019314956

Stephen,
Please review

See the attachment above as Adair Police Chief is also an FFL/SOT holder.

2019314956

B WOUT FITTERS INC
542047011A03741
462789307

BRADLEY E WENDT

Please advise if we should hold this due to our conversation we had today regarding ADAIR.
Thank You,

This is another questionable 922(o) transfer with a LE Letterhead. The transferee does not have any of these MG's in stock currently, but has 2 others that were approved on a LE letterhead from the same Chief of Police in Aug 2019 and Apr 2019. For example, the most recent 922(o) transfer approved on a F3 was for a M249 Para; I believe this is a belt fed Squad Automatic Weapon (SAW) approved on a Law Letter for a Police Department totaling 2 officers…2019171161

Pretty certain these letters are bogus and the dept. doesn't have any intention of purchasing these guns. However, I'm not sure what we could do here though when the FFL is also the Chief of Police (Law Letter addressed to and signed by Bradley Wendt). Do you think it would be prudent to contact one of the other city officials listed on the letterhead to address/inquire?


EXHIBIT D

015758

**NICK BLANCHARD**
INVESTIGATOR

**BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES**
ATLANTA FIELD DIVISION: MACON GROUP II-INDUSTRY OPERATIONS
1645 FOREST HILL RD. SUITE 200
MACON, GA 31210
PH:   (478) 405-2481 (DIRECT)
MAIN: (478) 405-2520 (OFFICE MAIN)



**WARNING:** **This electronic transmission is intended for the individual or entity to which it is addressed and may contain information that is privileged, law enforcement sensitive, and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient or the employee or agent delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communique` is strictly prohibited.**

015759