| | |
|---|---|
| **From:** | Howard, Rob (ATF) |
| **To:** | Howell, David L. (ATF) |
| **Subject:** | FW: Marcum Intel |
| **Date:** | Tuesday, May 9, 2023 10:58:05 AM |
| **Attachments:** | Requested list for special order MGs and more meeting info.rtf |
| | Owned 3rd party MG"s- Refunds or guns owed- money owed to me.rtf |
| | NFA MG"s Marcum Owns With Petty and Mayday.rtf |
| | Dealers to look at list.rtf |

**From:** Tastle, Stephen <Stephen.Tastle@atf.gov>
**Sent:** Thursday, June 27, 2019 1:33 PM
**To:** Howard, Rob <Robert.Howard@atf.gov>
**Subject:** Marcum Intel

Sir,

I wanted to pass along some more unverified intel that Marcum has provided me (attached).  I asked Marcum to make some lists for me regarding:

1. Other dealers he believed were conducting the same sort of scheme as he was
2. Knowing that Marcum is "parking" machine guns on other SOT's licenses, I asked him to identify where those machine guns were located on with whom.
3. Lastly, I asked him to make a list of people who "special ordered" machine guns where Marcum would then go get a law letter from either Chief and acquire the MG.

I have not verified any of this right now.  I am still waiting on the imaged copy of his laptop with emails, documents, etc.  Hopefully, I will be able to build upon this intel in the future.  Regardless, I wanted to pass it along to you to see if you might be able to verify / deny any of these claims from your end.  According to NFA, does it look like Marcum's info **could** be accurate?

Lastly, Chief Bradley Wendt is apparently a FFL/SOT as well.  MARCUM also stated that Wendt has also used his own law letters (signed by himself as the "Chief") so that his FFL/SOT could obtain machine guns.  Is there any way to verify this?  If so, would there be possible criminal charges associated with those transfers?

Dave Wrona and I are still digging into this info.  We will let you know if we find anything additional.  Also, if you think Marcum's intel is accurate, let me know if there are any questions that you would like me to ask.  I will be happy to get more specifics for you.

Also, if you need help translating any of the attached documents, please let me know.  I believe that there are some bullet points that Marcum is referencing in the lists that he already spoke with me about.  So I might have additional information already for some of them (if you need it).

Thanks,



015762

Steve Tastle
Special Agent
ATF
Indianapolis Field Office
317-954-7782 (c)

015763