| | |
|---|---|
| **From:** | Howard, Rob (ATF) |
| **To:** | Howell, David L. (ATF) |
| **Subject:** | FW: Wendt MP7A2"s |
| **Date:** | Tuesday, May 9, 2023 10:56:00 AM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png |

**From:** Howell, David <David.Howell@atf.gov>
**Sent:** Friday, October 4, 2019 12:11 PM
**To:** Robertson, James S. <James.Robertson@atf.gov>
**Cc:** Howard, Rob <Robert.Howard@atf.gov>
**Subject:** RE: Wendt MP7A2's

Yes. Anything restricted.

**From:** Robertson, James S. <James.Robertson@atf.gov>
**Sent:** Friday, October 4, 2019 12:10 PM
**To:** Howell, David <David.Howell@atf.gov>
**Cc:** Howard, Rob <Robert.Howard@atf.gov>
**Subject:** RE: Wendt MP7A2's

Found two actually. So we are looking for any Form 5s to the City of Adair or any Form 3s to the FFLs below. Are we looking for MGs only?





James "Scott" Robertson
Firearms & Explosives Specialist
NFA Division - GSB
304.616.4500 - Office Phone



EXHIBIT F

015764

**From:** Howell, David <David.Howell@atf.gov>
**Sent:** Friday, October 4, 2019 12:06 PM
**To:** Robertson, James S. <James.Robertson@atf.gov>
**Cc:** Howard, Rob <Robert.Howard@atf.gov>
**Subject:** RE: Wendt MP7A2's

Yes and he also has an FFL I believe.

---

**From:** Robertson, James S. <James.Robertson@atf.gov>
**Sent:** Friday, October 4, 2019 12:04 PM
**To:** Howell, David <David.Howell@atf.gov>
**Subject:** RE: Wendt MP7A2's

To confirm, the below is the entity in question correct?



James "Scott" Robertson
Firearms & Explosives Specialist
NFA Division - GSB
304.616.4500 - Office Phone

---

**From:** Howell, David <David.Howell@atf.gov>
**Sent:** Friday, October 4, 2019 11:52 AM
**To:** Robertson, James S. <James.Robertson@atf.gov>
**Subject:** RE: Wendt MP7A2's

Process as normal.  Just have Rob notify Agent Tastle when they come in or if there any pending now.

---

**From:** Robertson, James S. <James.Robertson@atf.gov>
**Sent:** Friday, October 4, 2019 11:50 AM

015765

**To:** Howell, David <David.Howell@atf.gov>; Huff, Heather <Heather.Huff@atf.gov>
**Subject:** RE: Wendt MP7A2's

So we aren't going to freeze or otherwise interfere with the processing of the applications correct?  Mostly we just want a list of any transfers going to that police department.   Is that correct?


James "Scott" Robertson
Firearms & Explosives Specialist
NFA Division - GSB
304.616.4500 - Office Phone

---

**From:** Howell, David <David.Howell@atf.gov>
**Sent:** Friday, October 4, 2019 11:45 AM
**To:** Robertson, James S. <James.Robertson@atf.gov>; Huff, Heather <Heather.Huff@atf.gov>
**Subject:** FW: Wendt MP7A2's

I guess we add this to the daily scripts?  He also may try to go with paper this time.

---

**From:** Tastle, Stephen <Stephen.Tastle@atf.gov>
**Sent:** Friday, October 4, 2019 11:17 AM
**To:** Howell, David <David.Howell@atf.gov>; Howard, Rob <Robert.Howard@atf.gov>
**Cc:** Wrona, David T. <David.Wrona@atf.gov>
**Subject:** Wendt MP7A2's

Gentlemen,

As part of this investigation, we have intel that Chief Bradley Wendt (Adair, Iowa) wants some MP7A2's and will be placing an order directly through HK for his department to acquire them.  We are currently monitoring this and would appreciate it if I could get copies of any paperwork that he submits to NFA Branch for this upcoming purchase.  We are NOT looking for this transaction to be solely denied based on our investigation as we are still working on obtaining evidence against Chief Wendt…but obviously if there are issues with the paperwork that would cause NFA Branch to deny the transfer, then please operate as you normally would.

If Wendt ends up receiving these machine guns, we will be monitoring GunBroker for any potential postings of the MP7 from Wendt.  We will also likely send an undercover agent into his shop after the transfer to see if they are present.

Please give me a call and I can explain further.

Thank you,

Steve Tastle
Special Agent
ATF
Indianapolis Field Office
317-954-7782 (c)

015766