| | |
|---|---|
| **From:** | Howard, Rob (ATF) |
| **To:** | Howell, David L. (ATF) |
| **Subject:** | FW: Adair |
| **Date:** | Tuesday, May 9, 2023 11:01:50 AM |
| **Attachments:** | LELETTER.pdf |

**From:** Howard, Rob
**Sent:** Tuesday, September 14, 2021 8:00 AM
**To:** Tastle, Stephen <Stephen.Tastle@atf.gov>
**Subject:** FW: Adair

Good morning Stephen,
Hope all is well, I am forwarding you this document to either confirm whether this information remains pertinent to your ongoing investigation.

**From:** Howell, David L. <David.Howell@atf.gov>
**Sent:** Monday, September 13, 2021 9:53 AM
**To:** Howard, Rob <Robert.Howard@atf.gov>
**Subject:** Adair

Hi Rob.  Do the agents care about this any more?
2021617767


David L. Howell
Branch Chief
Government Support Branch
National Firearms Act Division
244 Needy Road
Martinsburg WV 25405
Direct Line – 304-616-4546
Cell 210-382-4603
Fax – 304-616-4501



015752

# CITY OF ADAIR
## Chief of Police Bradley Wendt
320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

| OFFICERS | COUNCIL |
|---|---|
| Mayor – John Larsen | Rick Stanley   Craig Wedemeyer |
| City Clerk Randi Lehman | Kyle Irlmeier   Rick Hayes |
| City Attorney  John Fisher | Jeremy Gettler |
| City Advisor  Clint Fichter | |

August 21, 2021

Williams Contracting LLC
3091 370th Street
Manning Ia, 51455

Dear Williams Contracting LLC,

I am writing to request a formal demonstration of the Sporter (Full Auto) 7.62mm Machinegun, manufactured by IO Inc to be conducted for the Adair Police. Our agency would appreciate a detailed overview of the stated weapon to further determine if it is suitable for future purchase, and official use by the sworn officers within Adair Police Dept.

The Adair Police Department is requesting a demonstration of ONE (1) machinegun to test and evaluate.

The firearm requested for demonstration is ideal for the use by the Adair Police Department as it is similar in design to other approved weapons currently in use by our agency and surrounding agencies.

Respectfully,

Chief Bradley Wendt
Adair Police Department

015753