| | |
|---|---|
| **From:** | Stely, Amy L. |
| **To:** | Hughes, Alphonso J.; Graham, Andrew R. |
| **Cc:** | Rosenthal, Steven H. |
| **Subject:** | FW: Iowa Referral KSFD |
| **Date:** | Friday, March 25, 2022 1:08:00 PM |
| **Attachments:** | 922(o) Referral Adair PD_KSFD_032322.pdf |
| **Importance:** | High |

AD Hughes and DAD Graham,

I sent a referral to the Kansas City FD on Wednesday March 23rd regarding a police chief attempting to get 922o Machineguns (not your typical MG's for demonstration). NFA disapproved a "Gatlin" style MG a few weeks ago and the Chief was upset given that he is law enforcement. The NFA Specialist sent me an email and asked for assistance to deal with the Chief. I started to dive a little deeper in the PD's background and a few things caught my eye including they recently acquired an M60 MG for demonstration and the Police Chief is an FFL who is signing his own law letters.

This case is starting to grow legs. The RAC and CGIC Supervisor requested a meeting with me at 2pm today regarding the referral of information. See PDF attachment for visibility. The case agent has been provided all the supporting documentation.

At this point it sounds like the meeting is primarily to verify information and confirm communication channels. If anything come out of this, I will let you know.

Amy

**From:** Stely, Amy L.
**Sent:** Wednesday, March 23, 2022 3:46 PM
**To:** Wilson, Matthew B. <Matthew.Wilson@atf.gov>
**Cc:** Rosenthal, Steven H. <Steven.Rosenthal@atf.gov>
**Subject:** IA Referral KSFD

G/S Wilson,

As discussed, please see attached referral information. I attached additional copies of law letters specific to each serial number transferred to the FFL.

Please let me know if you need anything else.

Amy Stely
NFA Deputy Division Chief
Cell: 304-268-0785



EXHIBIT I

015694