| | |
|---|---|
| **From:** | Storey, Lisa L. |
| **To:** | Dockendorff, Donald E. (ATF); Stely, Amy L. (ATF) |
| **Cc:** | Etnier, Kelly D. (ATF); Kelsey, Francis L. |
| **Subject:** | RE: Demo vs. Sale ? |
| **Date:** | Monday, March 28, 2022 11:24:20 AM |

Good Morning,
I am finalizing 2 different lists for you –
1 will be the list of Machine Guns that BW Outfitters currently has in inventory (15) that were acquired via Law Letter.
Adair Police Department Currently has 5 Machine Guns in their inventory that were acquired via Law Letter.
So that is 20 Machine Guns. I will also have all the paperwork for each Machine gun.
To my knowledge a PD does not normally pay for the actually demo via cash…
Was the MG are acquired by a FFL there is no return if the PD decides not to purchase.
Amy is working GSB to obtain further information.
Lisa
618-304-8754

**From:** Dockendorff, Donald E. <Donald.Dockendorff@atf.gov>
**Sent:** Monday, March 28, 2022 10:11 AM
**To:** Stely, Amy L. <Amy.Stely@atf.gov>; Storey, Lisa L. <Lisa.Storey@atf.gov>
**Cc:** Etnier, Kelly D. <Kelly.Etnier@atf.gov>; Kelsey, Francis L. <Francis.Kelsey@atf.gov>
**Subject:** Demo vs. Sale ?

Good Morning,
In preparing our FFL memo to the SAC, I want to make sure I have the correct information with regards to the # of machine guns ADAIR PD has on a law letter. Can one of you provide that to me. The referral said 5. I just want to make sure that hasn't changed. Secondly, how many have been approved for a "Demo"? Following up on that, I need clarification as to:

- Does the PD pay for the Demo MG?
- Are they expected to return after a period of time?
- Have they ever, to our knowledge, returned any Demo MG's?

Thanks for your help on this matter.
v/r

Doc
Don Dockendorff
Resident Agent in Charge
ATF – Iowa
210 Walnut Street
Suite 707
Des Moines, Ia 50309
(c) 571-238-8579

EXHIBIT
J

015696