| | |
|---|---|
| **From:** | Stely, Amy L. |
| **To:** | Dockendorff, Donald E.; Storey, Lisa L. |
| **Cc:** | Etnier, Kelly D.; Kelsey, Francis L.; Hiller, Benjamin M. |
| **Subject:** | RE: Demo vs. Sale ? |
| **Date:** | Monday, March 28, 2022 2:32:00 PM |
| **Attachments:** | SN_12413_ApprovedF3.pdf |
| | SN_12413_ApprovedF3_LawLetter.pdf |
| | SN_12413_ApprovedF5.pdf |
| | SN_12413_ExemptionCertificate.pdf |
| | SN_12413_PurchaseOrder.pdf |
| | SN_84054530_SN_88070103_ApprovedF2.pdf |
| | SN_84054530_SN_88070103_ApprovedF5_LawLetter.pdf |
| | SN_63106832_ApprovedF5.pdf |
| | SN_164029336_ApprovedF2.pdf |
| | SN_164029336_ApprovedF5_LawLetter.pdf |
| | SN_164029336_ApprovedF6.pdf |
| | SN_01006203_ApprovedF5.pdf |
| | Adair PD_3-28-2022.xlsx |

Hi All,

Can we have a call to discuss this information at 3pm today?

See attached exel document for **Adair's PD** current inventory. The attached PDF's (saved by SN) correspond with each transfer. Please note that SN 63106832, 01006203 and 164029336 has a PENDING transfer to TM Firearms. See my responses in <span style="color:red">red below</span>.

**SN: 63106832** will not have a Law Letter given that this was transferred to ADAIR from a GOV entity.

- Can you provide us a list of ALL law letter (DEMO) on file for the Adair Police Department regardless of FFL.
  *(Attached)*
- We are aware of the 9 in Indiana, under John MARCUM's FFL (currently in ATF custody via Invest # 773085-19-0027). Are there any more out there, anywhere?
  *I am not aware of the inventory reference the MARCUM case as it relates to this case.*
- Who pays for the MG on a demo letter, the PD or the FFL? I'm not concerned about how they (cash,check,credit), but who is SUPPOSED to pay?
  *Typically, I would think the LE agency would pay however it depends upon the transaction negotiated between the FFL and the LE agency. I am not sure.*
- If the PD chooses to not purchase after the demo, are their restrictions for what the FFL is supposed to do with the F/A?
  *The FFL can maintain possession of the MG if they choose not to purchase*
- Can someone find out who is "Dan Shay" and what, if anything, is being done about him acquiring 2 of the same mini-guns he was recently denied for? This info comes from his email exchange with Jason Bowers.
  *The FFL is out of Las Vegas, NV*

Thank you,
Amy

**From:** Dockendorff, Donald E. <Donald.Dockendorff@atf.gov>
**Sent:** Monday, March 28, 2022 11:54 AM
**To:** Storey, Lisa L. <Lisa.Storey@atf.gov>; Stely, Amy L. <Amy.Stely@atf.gov>
**Cc:** Etnier, Kelly D. <Kelly.Etnier@atf.gov>; Kelsey, Francis L. <Francis.Kelsey@atf.gov>
**Subject:** RE: Demo vs. Sale ?

- Can you provide us a list of ALL law letter (DEMO) on file for the Adair Police Department regardless of FFL. We are aware of the 9 in Indiana, under John MARCUM's FFL (currently in



EXHIBIT

K
_____

015697

ATF custody via Invest # 773085-19-0027). Are there any more out there, anywhere?
- Who pays for the MG on a demo letter, the PD or the FFL? I'm not concerned about how they (cash,check,credit), but who is SUPPOSED to pay?
- If the PD chooses to not purchase after the demo, are their restrictions for what the FFL is supposed to do with the F/A?
- Can someone find out who is "Dan Shay" and what, if anything, is being done about him acquiring 2 of the same mini-guns he was recently denied for? This info comes from his email exchange with Jason Bowers.

Thanks.
Don Dockendorff
Resident Agent in Charge
ATF – Iowa
210 Walnut Street
Suite 707
Des Moines, Ia 50309
(c) 571-238-8579

**From:** Storey, Lisa L. <Lisa.Storey@atf.gov>
**Sent:** Monday, March 28, 2022 11:24 AM
**To:** Dockendorff, Donald E. <Donald.Dockendorff@atf.gov>; Stely, Amy L. <Amy.Stely@atf.gov>
**Cc:** Etnier, Kelly D. <Kelly.Etnier@atf.gov>; Kelsey, Francis L. <Francis.Kelsey@atf.gov>
**Subject:** RE: Demo vs. Sale ?

Good Morning,
I am finalizing 2 different lists for you –
1 will be the list of Machine Guns that BW Outfitters currently has in inventory (15) that were acquired via Law Letter.
Adair Police Department Currently has 5 Machine Guns in their inventory that were acquired via Law Letter.
So that is 20 Machine Guns. I will also have all the paperwork for each Machine gun.
To my knowledge a PD does not normally pay for the actually demo via cash…
Was the MG are acquired by a FFL there is no return if the PD decides not to purchase.
Amy is working GSB to obtain further information.
Lisa
618-304-8754

**From:** Dockendorff, Donald E. <Donald.Dockendorff@atf.gov>
**Sent:** Monday, March 28, 2022 10:11 AM
**To:** Stely, Amy L. <Amy.Stely@atf.gov>; Storey, Lisa L. <Lisa.Storey@atf.gov>
**Cc:** Etnier, Kelly D. <Kelly.Etnier@atf.gov>; Kelsey, Francis L. <Francis.Kelsey@atf.gov>
**Subject:** Demo vs. Sale ?

Good Morning,
In preparing our FFL memo to the SAC, I want to make sure I have the correct information with regards to the # of machine guns ADAIR PD has on a law letter. Can one of you provide that to me. The referral said 5. I just want to make sure that hasn't changed. Secondly, how many have been approved for a "Demo"? Following up on that, I need clarification as to:
- Does the PD pay for the Demo MG?
- Are they expected to return after a period of time?
- Have they ever, to our knowledge, returned any Demo MG's?

Thanks for your help on this matter.

015698

v/r

Doc
Don Dockendorff
Resident Agent in Charge
ATF – Iowa
210 Walnut Street
Suite 707
Des Moines, Ia 50309
(c) 571-238-8579

015699