| | |
|---|---|
| **From:** | Etnier, Kelly D. |
| **To:** | Storey, Lisa L. (ATF); Stely, Amy L. (ATF); Funk, Austin J. (ATF); Robertson, James S. (ATF); Dickinson, Desiree M. (ATF); Bowers, Jason S. (ATF) |
| **Cc:** | Ossman, Jeremy S. (ATF); Shotwell, Mikaela (USAIAS); Dockendorff, Donald E. (ATF) |
| **Subject:** | Bradley WENDT 779010-22-0076 |
| **Date:** | Saturday, April 2, 2022 1:50:46 PM |

Good afternoon,

I am formally requesting preservation of any/all forms of current and/or historical communications between yourselves (or anyone on your respective staffs) and Bradley WENDT dba B WHOUT FITTERS or BW Outfitters in Denison, Iowa or with WENDT as the police chief of the Adair, Iowa Police Department.

An open ATF investigation is currently underway and I have been tasked with trying to locate and preserve these communications to further the investigation.

Please send me that information as soon as you are able as it will greatly assist us here in Iowa. Should you have any questions, you can direct them to me (ATF S/A Kelly Etnier, Des Moines, Iowa Field Office), Don Dockendorff (ATF RAC Des Moines) or Mikaela Shotwell (AUSA Southern District of Iowa).

Thank you,
Kelly D. Etnier
816-719-4510



EXHIBIT L

015692