| | |
|---|---|
| **From:** | Voyten, Robert |
| **To:** | NFA GSB |
| **Cc:** | Stely, Amy L. (ATF) |
| **Subject:** | ** URGENT Please Read and Respond** PRESERVATION REQUEST 040222 KCFD UI: Bradley WENDT 779010-22-0076 |
| **Date:** | Monday, April 4, 2022 9:00:59 AM |
| **Attachments:** | image003.png<br>image004.png |
| **Importance:** | High |

Good Morning Team,

SA Kelly Etnier, ATF Kansas City FD, is **formally requesting** *preservation of any/all forms of current and/or historical communications* between yourselves (or anyone on your respective staffs) and Bradley WENDT dba B WHOUT FITTERS or BW Outfitters in Denison, Iowa or with WENDT as the police chief of the Adair, Iowa Police Department.

ATF NFA GSB will be given further guidance as it may apply to your involvement. In the interim, I have **created a file on the shared drive and labeled a Folder**. **If you have any information, simply save it at that location under your name**. To date and to my knowledge, only Spec. Robertson and I have dealt with this entity.

To reach the file:

My Computer→Tracing (Shared Drive) → NFA→Under Investigation→CE Investigations FY22→ADAIR WENDT BWOUT FY22→ GSB Docs by Spec→ Your name then add the file(s)

e.g. below:



Should you have any questions, please reach out.
Please acknowledge receipt of this email.
Thanks! Bv

Respectfully,

Robert Voyten

NFA Industry Liaison, Acting Branch Chief

robert.voyten@atf.gov

412-861-6733

https://www.atf.gov/firearms/national-firearms-act-division



*WARNING: This email is covered by the Electronic Communications Privacy Act, Title 18, United States Code, Sections 2510-2521. It may contain information that is confidential and protected from disclosure under applicable laws. Any unauthorized use, distribution, copying or other disclosure by any other person is strictly prohibited. If you have received this transmission in error, please notify the sender at the e-mail above.*



015728