| | |
|---|---|
| **From:** | Howard, Rob (ATF) |
| **To:** | Howell, David L. (ATF) |
| **Subject:** | FW: Adair PD - CE Case |
| **Date:** | Tuesday, May 9, 2023 11:00:12 AM |

**From:** Howard, Rob
**Sent:** Wednesday, November 9, 2022 3:24 PM
**To:** Howell, David L. <David.Howell@atf.gov>
**Subject:** RE: Adair PD - CE Case

This LEA was under ATF investigation (Marcum case ) probably directed from  ATF FO.

**From:** Howell, David L. <David.Howell@atf.gov>
**Sent:** Wednesday, November 9, 2022 3:20 PM
**To:** Howard, Rob <Robert.Howard@atf.gov>
**Subject:** Fwd: Adair PD - CE Case

Hey Rob I'm on my cell can you tell me the reason for disapproval?  Thanks.

Sent from my iPhone

Begin forwarded message:

> **From:** "Storey, Lisa L." <Lisa.Storey@atf.gov>
> **Date:** November 9, 2022 at 12:57:31 PM EST
> **To:** "Howell, David L." <David.Howell@atf.gov>
> **Cc:** "Beshears, Barry L." <Barry.Beshears@atf.gov>
> **Subject: Adair PD - CE Case**
>
>
> Hi David
>
> I need a little assistance on a couple of denied transfers –
>
>
> I see that in April 2019 – 3 machine guns were approved (SNS 63106832, 63106833 and 63106834) but then in January 2020 a different form 5 was submitted to transfer the same firearms and was disapproved –
>
> I need to try and explain this to the USA office – are you able to read the notes and help me?
>
> Thank you
> Lisa
> -



EXHIBIT

N

015755