| | |
|---|---|
| **From:** | Stely, Amy L. (ATF) |
| **To:** | NFA Division All |
| **Cc:** | Hiller, Benjamin M. (ATF); Helman, Timothy D. (ATF) |
| **Subject:** | Open Letter to all FFLs Regarding Machinegun Dealer Sales Sample Letters |
| **Date:** | Thursday, January 12, 2023 12:17:00 PM |
| **Attachments:** | ATF2021L-19.922(o) Open Letter.1-11-23.pdf |
| **Importance:** | High |

Hi All,

****Do not disseminate outside of the NFA Division****

The Open Letter regarding MG dealer sale sample was signed 1-11-2023 and will be posted to the atf.gov website later today. This should help ease the tension with the ongoing questions when NFA reviews dealer sale sample letters .

*Background:*

*This open letter to the Federal firearms licensee (FFL) community is to advise them on the restrictions and parameters of 18 U.S.C. § 922(o), which generally prohibits the possession or transfer of machineguns imported or manufactured after May 19, 1986, with limited exceptions. Federal regulation, 27 CFR 479.105(d), permits the transfer of a machinegun that is restricted by 18 U.S.C. § 922(o) to a qualified dealer as a sales sample. The application to transfer a restricted machinegun to a qualified dealer must include a letter from a government entity that requests the demonstration of the machinegun (i.e., a "law letter"). When ATF receives a legally insufficient law letter, it results in the delay of the transfer or importation of the machinegun and the demonstration of the machinegun to the interested governmental customer. The purpose of this open letter is to reiterate what information should be included in the law letter, thereby facilitating the transfer or importation of the machinegun and reduce the possible delay or denial of the transfer or import application.*

*Prior to approving either the application to transfer or application to import a post-86 machinegun as a sales sample, ATF needs to be satisfied that the accompanying law letter is a bona fide expression of the government entity's interest in purchasing the machinegun requested. As part of the application review process, ATF will now verify the validity of every law letter submission with each government entity point of contact. ATF may also contact the government entity signatory to confirm the authority of the official, the validity of the official's signature, and/or the validity of the supporting documentation.*

*ATF will soon release an ATF Form that can be used as an alternative to a law letter drafted by a potential government customer. The ATF Form law letter is intended to reduce processing times and to ensure ATF has the required information when processing these applications. Until then, please use the guidance in this open letter when submitting law letters to avoid delays in processing your application to transfer or import a post-86 machinegun as a sales sample.*

*Please contact FIPB at FIPB@atf.gov or the NFA Division at NFA@atf.gov for any questions.*

****Do not disseminate outside of the NFA Division****

Thank you all! I know we have been waiting a year for this release!

Amy



EXHIBIT
P

015695