| | |
|---|---|
| **From:** | Stely, Amy L. (ATF) |
| **To:** | Beavers, Christopher B. (ATF) |
| **Subject:** | FW: cancel of transfer |
| **Date:** | Monday, January 23, 2023 1:27:00 PM |

Hi Brent,

Do you have time for a call?

**From:** Troy McClendon <TroyMcClendon@live.com>
**Sent:** Monday, January 23, 2023 1:19 PM
**To:** Stely, Amy L. (ATF) <Amy.Stely@atf.gov>
**Subject:** [EXTERNAL] cancel of transfer

Hello Amy,

Mt name is Troy McClendon and Im reaching out to you today to see if you could email me the paperwork necessary so that it shows the transfer s are deneyd or cancelled or however yall do it.

I had purchased 3 nfa items from a police chief in iowa and have since agreed to cancel the transfer. I need the paperwork from you guys saying the transfer is cancelled so I may get my money back from him.

My ffl is 1-63-001-07-08652 and its registered to TM Firearms, LLC. thats me, Troy McClendon

The police chiefs name is Brad Wendt and the items are as follows:

h and k mp5 serial number 63-106832

mp 5 silencer for above gun serial number : 01-006203

finall an mp7 serial number 164-029336

Please let me know what can be done to get me the papaerwork I need to get refunded from him.

Im being told I cannot recieve a reimbursment until paperwork from atf is sent to him showing the transaction is no loner approved .

Thank you for your help in this matter

Troy

334-657-5439



EXHIBIT
Q

015693