**Shotwell, Mikaela (USAIAS)**

| | |
|---|---|
| **From:** | Robertson, Tracey L. (ATF) |
| **Sent:** | Monday, June 5, 2023 8:10 AM |
| **To:** | Shotwell, Mikaela (USAIAS) |
| **Subject:** | FW: U.S. v. Wendt - email communications |
| **Attachments:** | FFL Inv request DSM; RE: FFL Inv request DSM; June Pending App Report; Pending 7 and 7CR Report as of 05272020; FW: FFL Email Addresses; FW: Bi-annual Background Check Audit for Nov 2012; FFL expirations by district for Apr, May, and Jun 2012; Applications Received & Processed Oct 2011 to Jul 2012; 2015 Expirations by Examiner; FW: PBC Reports 10/01/2011 to 06/30/2012; FFLC Quarterly Audit - Fourth Quarter FY 2013; Area Office Review report; RE: Microfilm Box #; RE: FFL email addresses; ACTIVE FFLS IN IOWA; FW: Information for Acting Deputy Director Regina Lombardo's Trip Folder for St. Louis Field Office Town Hall Meeting - July 11, 2019; FW: emails; RE: ECM help; FW: $500 check; RE: $500 check; Correspondence & Email Communication -Robert Maditz & Joyce Leonard - BW Outfitters & Williams Contracting LLC.docx; RE: 5-42-03407 / BW OUTFITTERS INC; RE: Renewal for 5-42-03407 - BW OUTFITTERS INC; RE: Update email address 5-42-03407; RE: Iowa; FW: FLS CHANGE ; RE: COA App - 5-42-01767; Re: 5-42-03407 / BW OUTFITTERS INC; RE: Spartan Notification RE: 5-42-05722 Inspection Results; RE: 5-42-03407 / BW OUTFITTERS INC (RP Addition FYI); Re: 5-42-03741 / B WOUT FITTERS INC; RE: Perfected Application copy; [EXTERNAL] Re: Responsible Person Addition Confirmation |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Our legal team requested I send this email directly to you.  Please let me know if you have any questions.

<mark>Email communication from FFLC:</mark>
- Email communication – Tracey Robertson, Chief, FFLC – attached
- Email communication – Marla Mason, Asst. Chief, FFLC – attached (some of these are Pending reports or FFL reports in which the associated FFLs are listed – these emails are not correspondence with or about the FFL; therefore, I will not send the duplicates that I may also have of these same emails)
- Email communication – Lori Downes, ATF Specialist & Customer Service Rep FFLC – attached



- No email communication located – Michael Gunn, IT Specialist FESD

EXHIBIT R

- No email communication located – Kim Rowland, Section Supervisor, FFLC
- No email communication located – Christie Cochran, Section Supervisor, FFLC
- No email communication located – Stephanie Simms (Custer), former Section Supervisor, FFLC
- Email communication – Morgan Little, current FFLC examiner for IA

**Email communication former ATF employees:**
- Robert Maditz, former FFLC examiner, was the IA examiner before Morgan Little; however, he is no longer employed by ATF (retired) – email search unavailable.  Searched ECM & Digital Reel – see attached Word document
- Joyce Leonard, former FFLC examiner, was the IA examiner before Robert Maditz; however, she is no longer employed by ATF (retired) – email search unavailable.  Searched ECM & Digital Reel – see attached Word document
- Teresa Bivens is no longer employed with the ATF (retired), but comments for FFL 542-03741 (Bradley Wendt) indicate she received an email – email search unavailable.  Searched ECM & Digital Reel – no docs found.  See screenshot below from FLS – reference to authorizing an employee to be the Super User for Eforms for FFL 542-03741.

> PER EMAIL FROM RP BRADLEY WENDT, MR. PETERSON IS AUTHORIZED AS THE EFORMS SUPER USER FOR THIS FFL, REQUES

> REC'D EFORMS ACCT REQUEST FROM SAMUEL PETERSON, NON RP, USER ID: SPETER14917 FFL NO: 54203741 EIN: 462789307 ROLE: SUPER USER, FLS & NFA EIN VERIFIED, NFA INVENTORY VAL & COMPANY REGARDING AUTHORIZATION

**FFLs, Names, and emails searched:**
Bradley Eugene Wendt
BW Outfitters, Inc.; B Wout Fitters, Inc.
adairpolice113@gmail.com
b-wendt@hotmail.com

| License Number | License Name | Trade Name | City | State | Zip C |
|---|---|---|---|---|---|
| 542047014A03741 | B WOUT FITTERS INC | | DENISON | IA | 51442 |
| 542047075M05722 | BW OUTFITTERS INC | | DENISON | IA | 51442 |
| 542029015L03407 | BW OUTFITTERS INC | | DENISON | IA | 51442 |
| ~~542029015L03407~~ | ~~BW OUTFITTERS INC~~ | | DENISON | IA | 51442 |
| 542001015F01902 | WENDT, BRADLEY EUGENE & BRIAN EVERETT | B W OUTFITTERS | CHARTER OAK | IA | 51439 |
| ~~542001015F01902~~ | ~~WENDT, BRADLEY EUGENE & BRIAN EVERETT~~ | B W OUTFITTERS | CHARTER OAK | IA | 51439 |
| 542029015C02732 | WENDT, BRADLEY EUGENE & BRIAN EVERETT | BW OUTFITTERS | DENISON | IA | 51442 |

Robert Allen Williams
Williams Contracting LLC
bigiron7694@yahoo.com



Record 1 of 1

| License Number | License Name | Trade Name | City | State | Zi |
|---|---|---|---|---|---|
| 542027013J05009 | WILLIAMS CONTRACTING LLC | | MANNING | IA | 5 |



*Tracey Robertson*
*Chief*
*Federal Firearms Licensing Center (FFLC)*
*244 Needy Road . Martinsburg, WV 25405*
*Phone:  304-616-4647*

---

**From:** Hiller, Benjamin M. (ATF) <Benjamin.Hiller@atf.gov>
**Sent:** Tuesday, May 9, 2023 2:17 PM
**To:** Taylor, Gary R. (ATF) <Gary.R.Taylor@atf.gov>; Robertson, Tracey L. (ATF) <Tracey.Robertson@atf.gov>
**Subject:** FW: U.S. v. Wendt - email communications



Thanks,

Ben Hiller
Attorney Advisor, Firearms and Explosives Law Division
Office of Chief Counsel
Bureau of Alcohol, Tobacco, Firearms and Explosives
244 Needy Road, Room 1221
Martinsburg, WV 25405
PH: 304-260-1508
Benjamin.Hiller@atf.gov

---

**From:** Shotwell, Mikaela (USAIAS) <MShotwell@usa.doj.gov>
**Sent:** Monday, May 8, 2023 10:58 AM
**To:** Hiller, Benjamin M. (ATF) <Benjamin.Hiller@atf.gov>
**Cc:** Leemkuil, Ryan (USAIAS) <RLeemkuil@usa.doj.gov>
**Subject:** U.S. v. Wendt - email communications



Mikaela Shotwell
Assistant United States Attorney
Southern District of Iowa
(515) 473-9284
mikaela.shotwell@usdoj.gov

*This email and any files transmitted with it may contain privileged or confidential information. If you are not the intended recipient of this information, the disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited and may be unlawful. If you think you may not be the intended recipient, please notify the sender immediately.*

015727