Memo to Area Supervisor Cannon Kinchelow 12/1/2014   542-03741
(located in ECM)

John
047



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

244 Needy Road, Martinsburg, WV 25405

www.atf.gov

MEMO TO:   AREA SUPERVISOR - Cannon Kinchelow

FROM:   FFLC EXAMINER – Robert Maditz

DATE:   12/01/2014

SUBJECT:   FFL NUMBER 5-42-03741       B W Outfitters INC

The attached application for Federal Firearms License was received in the Federal Firearms Licensing Center. Required documentation as reflected below was not included. Please obtain the requested additional documentation, as indicated and/or have the applicable and appropriate corrections made as indicated. Please ensure all documents are included with the applicable ATF Form 5700.14, Assignment and Report, and that any amendments/corrections are clearly identified in item 11, ATF Officer's Recommendation. Please return this original application to us.

New Type 01 Application
Finger print and photo on file with 5-42-01902

- Item 22 – Please have applicant provide Position.
- Item 27- Please have applicant provide CLEO county.

- Please have the applicant initial all changes/additions to the application.

**EXHIBIT**

S

015700

Emailed PII from Cannon Kinchelow to Robert Maditz 12/16/2014 **542-03741** (located in ECM)

---

**Maditz, Robert L.**

| | |
|---|---|
| From: | Kinchelow, Cannon P. |
| Sent: | Tuesday, December 16, 2014 1:11 PM |
| To: | Maditz, Robert L. |
| Subject: | B W OUTFITTERS INC 5-42-01-03741 |

DEPARTMENT OF JUSTICE - BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES POST INSPECTION ACTION NOTIFICATION

DATE: 12/16/2014
FROM: CPKINCHELO

CASE IDENTIFICATION INFORMATION:
　CASE/UI NUMBER: 779080-2015-0213
　CASE/INSPECTION TITLE: B W OUTFITTERS INC 5-42-01-03741

ACTIONS:

LA Issue License or Permit

REMARKS:

B W OUTFITTERS INC 5-42-01-03741
FIREARMS QUALIFCATION INVESTIGATION
APPLICATION APPROVED

END OF MESSAGE - END OF MESSAGE - END OF MESSAGE

015701

Email from Cannon Kinchelow to Robert Maditz 10/24/2013   **542-03407**
(located in ECM)

Maditz, Robert L.

| | |
|---|---|
| From: | Kinchelow, Cannon P. |
| Sent: | Thursday, October 24, 2013 12:25 PM |
| To: | Maditz, Robert L. |
| Subject: | BW OUTFITTERS INC   5-42-01-03407 |

DEPARTMENT OF JUSTICE - BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES POST INSPECTION
ACTION NOTIFICATION

DATE:   10/24/2013
FROM:   CPKINCHELO

CASE IDENTIFICATION INFORMATION:
    CASE/UI NUMBER:   779080-2013-0613
    CASE/INSPECTION TITLE:   BW OUTFITTERS   INC   5-42-01-03407

ACTIONS:

LA Issue with Amendments

REMARKS:

    BW OUTFITTERS   INC   5-42-01-03407
FIREARMS QUALIFICATION INVESTIGATION
APPLICATION APPROVED

The application was reviewed, and the following changes/corrections were made:
- Item 9 - added "gunsmithing"
- Item 22 - added Brad's middle name (Eugene), added Brad's position (President). Added Brain Everett Wendt as an RP.
- Item 24A - obtained statement regarding other FFLs currently held by Brad Wendt
- Item 27 - added CLEO county "Cass"

The remainder of the application was confirmed to be correct.

Changes in FLS:
- Add middle name (Eugene) and position (President) under Brad Wendt.
Add Brian Everett as an RP (FPC and photo already on file under 5-42-02732 & 5-42-01902)

END OF MESSAGE - END OF MESSAGE - END OF MESSAGE

*[handwritten notes:]*
BRT—
nTW
ZFFB552
10-28-13

pending
BG
10-24-13

1

015702

Email from Cannon Kinchelow to Robert Maditz 7/13/2017  **542-03407**
(located in ECM)

**Maditz, Robert L.**

From: Kinchelow, Cannon P.
Sent: Thursday, July 13, 2017 8:53 AM
To: Maditz, Robert L.
Subject: RECALL, 1/14/2015, B W OUTFITTERS   5-42-01-03407

DEPARTMENT OF JUSTICE - BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES POST INSPECTION ACTION NOTIFICATION

DATE:  7/5/2017
FROM:  CPKINCHELO

CASE IDENTIFICATION INFORMATION:
   CASE/UI NUMBER:  779080-2016-0039
   CASE/INSPECTION TITLE:  RECALL, 1/14/2015, B W OUTFITTERS   5-42-01-03407

ACTIONS:

AA Warning Letter
SAF Warning Letter Sent

REMARKS:

   RECALL, 1/14/2015, B W OUTFITTERS   5-42-01-03407
FIREARMS COMPLIANCE INVESTIGATION
VIOLS WL ONLY AND NO RECALL INSPECTION

   END OF MESSAGE - END OF MESSAGE - END OF MESSAGE

015703

Email from Cannon Kinchelow to Joyce Leonard 2/2012   542-02732
(located in Digital Reel)

---

Leonard, Joyce M

From: Kinchelow, Cannon P.
Sent: Monday, February 06, 2012 11:51 AM
To: Leonard, Joyce M.
Subject: BW OUTFITTERS   5-42-02732

*******
NOTICE: This e-mail message and any attached files are intended solely for the use of the addressee(s) named above in connection with official business. This communication may contain Sensitive But Unclassified information that may be statutorily or otherwise prohibited from being released without appropriate approval. Any review, use, or dissemination of this e-mail message and any attached file(s) in any form outside of the Bureau of Alcohol, Tobacco, Firearms & Explosives or the Department of Justice without express authorization is strictly prohibited.

---

DEPARTMENT OF JUSTICE - BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES POST INSPECTION ACTION NOTIFICATION

---

DATE:   2/6/2012
FROM:   CPKINCHELO

CASE IDENTIFICATION INFORMATION:
    CASE/UI NUMBER:   779080-2012-0292
    CASE/INSPECTION TITLE:   BW OUTFITTERS   5-42-02732

---

ACTIONS:

LA Issue License or Permit

---

REMARKS:

    BW OUTFITTERS   5-42-02732
FIREARMS QUALIFICATION INVESTIGATION
APPLICATION APPROVED

---

END OF MESSAGE - END OF MESSAGE - END OF MESSAGE

1

015704

Memo from Joyce Leonard to Area Supervisor, Cannon Kinchelow 1/3/2012   **542-02732**
(Located on Digital Reel)



Memo to Area Supervisor John Basile from Robert Maditz 7/13/2020  **542-05009** (located in ECM)



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco, Firearms and Explosives

244 Needy Road, Martinsburg, WV 25405

901020
5300
www.atf.gov

**MEMO:** John Basile (Area Supervisor)

**FROM:** FFLC EXAMINER – Robert Maditz

**DATE:** 07/13/2020

**SUBJECT:** FFL NUMBER –5-42-05009/Williams Contracting LLC

The attached application for Federal Firearms License was received in the Federal Firearms Licensing Center. Required documentation as reflected below was not included. Please obtain the requested additional documentation, as indicated and/or have the applicable and appropriate corrections made as indicated. Please ensure all documents are included with the applicable ATF Form 5700.14, Assignment and Report, and that any amendments/corrections are clearly identified in item 11, ATF Officer's Recommendation: Please return this original application to us.

new Type 01/ Application

Please have the applicant initial all changes/additions to the application.

Email from Area Supervisor John Basile to Robert Maditz 4/12/2020; Page 1 **542-05009** (located in ECM)

---

**Maditz, Robert L.**

| | |
|---|---|
| From: | Basile, John J. |
| Sent: | Wednesday, August 12, 2020 1:50 PM |
| To: | Maditz, Robert L.; Zangari, Chris B. |
| Subject: | FW: Spartan Notification RE: 5-42-05009 Inspection Results |
| Attachments: | Perfected App - Williams Contracting FAI 18447.pdf |

*John Basile*
Area Supervisor
Bureau of Alcohol, Tobacco, Firearms & Explosives
Kansas City Field Division, Omaha II
Office: 402-501-8528
Cell: 307-287-9200

*******

NOTICE: This e-mail message and any attached files are intended solely for the use of the addressee(s) named above in connection with official business. This communication may contain Controlled Unclassified Information that may be statutorily or otherwise prohibited from being released without appropriate approval. Any review, use, or dissemination of this e-mail message and any attached file(s) in any form outside of ATF or the Department of Justice without express authorization is strictly prohibited.

From: ATF Notifications <ATF.Notifications@usdoj.gov>
Sent: Wednesday, August 12, 2020 12:43 PM
To: Basile, John J. <John.Basile@atf.gov>
Subject: Spartan Notification RE: 5-42-05009 Inspection Results

*This is an automated email. Please do not reply.*

Action requested by Area Supervisor John Basile in reference to WILLIAMS CONTRACTING LLC.

**Inspection Information:**

Spartan Inspection Number: FAI-18447

Area Supervisor: John Basile

Lead Industry Operations Investigator: Christopher.Zangari@atf.gov

Last Inspection Date: 8/11/2020

Final Outcome: License Approved

1

015707

Email from Area Supervisor John Basile to Robert Maditz 4/12/2020; Page 2   **542-05009**
(located in ECM)



IOI Recommendation: Approve Application

Area Supervisor Recommendation: Approve Application

DIO Recommendation:

DC Recommendation:

DADIO Recommendation:

**Action Type:** Inspection Results

**Licensee/Permittee Information:**

Applicant: WILLIAMS CONTRACTING LLC

RDS Key: 5-42-05009

On August 11, 2020, an onsite qualification inspection was conducted. The recommendation is to approve the application and have the license issued with the following changes to the original application being made:

The application was reviewed with Rob and he made the following amendments:
#2 – Rob's name was removed.
#9 – Weapons (Firearms) manufacturing removed, added: "Firearms sales, modify customer firearms only."
#10 & 11 - Total fees & date of payment signature added
#14 – "Residential" zoning added
#15 – Property Owners – Robert and Beth Williams, and reference to Statement of Authorization added
RPQ:
#1 – Rob's name removed
#5 – "Managing Member" added
#10 – Added land line home phone (712) 653-2384

For further information or questions please contact:

Area Supervisor   John Basile
Kansas City Field Division
Omaha II (IO) Field Office
202-648-6646
John.Basile@atf.gov

2

015708