IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRADLEY EUGENE WENDT,<br><br>Defendant. | 4:22-cr-00199-SHL-HCA-1<br><br>**ORDER REGARDING DISCLOSURE OF NFA DIVISION INFORMATION** |

On August 17, 2023, the Court entered an Order Sustaining in Part and Overruling in Part [Defendant's] Appeal from Magistrate Judge Order. (ECF 261.) As directed, the Government has produced some information to the defense, but it also filed a notice seeking clarification from the Court as to one discovery-related issue. (ECF 268; ECF 269.) The Government states that it worked with the National Firearms Act Division of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF-NFA") to obtain records regarding, *inter alia*, "which law enforcement agencies in Iowa had machine guns in the past five years and the number of machine guns each such agency possessed." (ECF 261, p. 5.) The Government reports that it has located and produced information from ATF-NFA showing the number of machine guns that were transferred to law enforcement agencies in Iowa over the past five years. (ECF 268, p. 3; ECF 269-2.) The Government states, however, that a more detailed analysis of ATF-NFA records would be required to determine the number of machine guns "in the possession of Iowa law enforcement agencies in the past five years *regardless of when the underlying transfers occurred*." (ECF 268, p. 3.) The Government seeks clarification on whether ATF-NFA is required to go through this more complex process.

The potential relevance of the information in question is based on how many machine guns were in the possession of Iowa law enforcement agencies at a given time, not simply how many machine guns were transferred to those agencies in the past five years. The Court therefore ORDERS the Government to undertake the additional analysis and produce information showing the number of machine guns in the possession of Iowa law enforcement agencies in the past five years, regardless of when the underlying transfers occurred. The Government must produce this information by October 2, 2023.

To the extent it makes the gathering and production of information simpler, the Government may choose a specific date within the past twelve months (e.g., December 31, 2022) and calculate the number of machine guns in the possession of Iowa law enforcement agencies as of that date. The Court's prior Order required the Government to produce information regarding the number of machine guns each law enforcement agency possessed "in the past five years," which is potentially ambiguous because the numbers may have changed during the five-year period. Choosing a specific date resolves this ambiguity.

**IT IS SO ORDERED.**

Dated: September 18, 2023

_____
STEPHEN H. LOCHER
U.S. DISTRICT JUDGE