| | Supplemental Discovery Disclosed 9/29/2023 via USAfx | | | | | |
|---|---|---|---|---|---|---|
| | BW Outfitters_Certified License Dealer Records.pdf | 19307 | 19311 | 5 | 9/29/2023 |
| | Machine guns registered to Iowa LE as of Dec 31 2022.pdf | 19312 | 19341 | 30 | 9/29/2023 |
| | SOP .. 922(o).pdf | 19342 | 19377 | 36 | 9/29/2023 |
| | Williams Contracting LLC_Certified License Dealer Records.pdf | 19378 | 19387 | 10 | 9/29/2023 |
| Additional NFA communications | ATF2021L-19.922(o) Open Letter.1-11-23.pdf | 19388 | 19391 | 4 | 9/29/2023 |
| | BW Outfitters Law Letter_2019314956.pdf | 19392 | 19393 | 2 | 9/29/2023 |
| | Emailing_ Copy of B Wout Disapprovals from 2016....pdf | 19394 | 19394 | 1 | 9/29/2023 |
| | FW_ Adair Chief of Police Charged with Getting ...(1).pdf | 19395 | 19395 | 1 | 9/29/2023 |
| | FW_ Adair Chief of Police Charged with Getting ...(2).pdf | 19396 | 19396 | 1 | 9/29/2023 |
| | FW_ Wendt MP7A2's.pdf | 19397 | 19400 | 4 | 9/29/2023 |
| | FW_ WENDT(1).pdf | 19401 | 19402 | 2 | 9/29/2023 |
| | Fwd_ _ URGENT Please Read and Respond__ PRESER....pdf | 19403 | 19404 | 2 | 9/29/2023 |
| | Interesting New Report.pdf | 19405 | 19405 | 1 | 9/29/2023 |
| | Owned 3rd party MG's- Refunds or guns owed- money owed to me_Redacted.pdf | 19406 | 19406 | 1 | 9/29/2023 |
| | RE_ Adair Chief of Police Charged with Getting ...(2).pdf | 19407 | 19408 | 2 | 9/29/2023 |
| | RE_ Adair Chief of Police Charged with Getting ...(5).pdf | 19409 | 19409 | 1 | 9/29/2023 |
| | RE_ Adair COUNTY Sheriffs Office Registration(1).pdf | 19410 | 19410 | 1 | 9/29/2023 |
| | RE_ Adair current Inventory.pdf | 19411 | 19412 | 2 | 9/29/2023 |
| | Re_ cancel of transfer.pdf | 19413 | 19414 | 2 | 9/29/2023 |
| | RE_ Cancel pending form 3's Adair Police Dept- ....pdf | 19415 | 19416 | 2 | 9/29/2023 |
| | RE_ eForms Application Submission Notification ....pdf | 19417 | 19420 | 4 | 9/29/2023 |
| | RE_ Inventory Request- Urgent .pdf | 19421 | 19423 | 3 | 9/29/2023 |
| | RE_ NFA Freeze Request_ B Wout Fitters Inc., -....pdf | 19424 | 19425 | 2 | 9/29/2023 |
| | RE_ Question.pdf | 19426 | 19426 | 1 | 9/29/2023 |
| | RE_ SI vs MG .pdf | 19427 | 19427 | 1 | 9/29/2023 |
| | RE_ Williams Contracting LLC.pdf | 19428 | 19429 | 2 | 9/29/2023 |
| | Requested list for special order MGs and more meeting info_Redacted.pdf | 19430 | 19430 | 1 | 9/29/2023 |
| Additional NFA communications\922o MG email and attachments | 922(o) SOP GSB 080322 Version 6.5 DRAFT.rtf | | | | 9/29/2023 |
| | Law Letter Checklist Revised after Counsel Rev.pdf | 19431 | 19433 | 1 | 9/29/2023 |
| | Memorandum Record of Conversation.pdf | 19434 | 19434 | 3 | 9/29/2023 |
| | OOB Checklist revised 072922 rv.pdf | 19435 | 19435 | 1 | 9/29/2023 |
| | RE_ 922o MG .pdf | 19436 | 19436 | 1 | 9/29/2023 |
| Additional NFA communications\Adair current Inventory email and attachments | NTCPRDWCC01INT27030728_1.pdf | 19437 | 19442 | 1 | 9/29/2023 |
| | NTCPRDWCC01INT29318773_1.pdf | 19443 | 19454 | 6 | 9/29/2023 |
| | NTCPRDWCC01INT31388176_1.pdf | 19455 | 19462 | 12 | 9/29/2023 |
| | NTCPRDWCC01INT31756476_1.pdf | 19463 | 19470 | 8 | 9/29/2023 |
| | RE_ Adair current Inventory(2).pdf | 19471 | 19471 | 8 | 9/29/2023 |
| | RE_ Adair current Inventory(3).pdf | 19472 | 19473 | 1 | 9/29/2023 |
| | RE_ Adair current Inventory(4).pdf | 19474 | 19474 | 2 | 9/29/2023 |
| Additional NFA communications\Adair PD Form 5's pending, SN_ 63-106832 email and attachments | 03-22-05-0463.pdf | 19475 | 19477 | 1 | 9/29/2023 |
| | 03-22-05-0464.pdf | 19478 | 19480 | 3 | 9/29/2023 |
| | FW_ Adair PD Form 5's pending, SN_ 63-106832, S....pdf | NA | NA | | 9/29/2023 |
| | TM Firearms FLS.pdf | 19481 | 19483 | 3 | 9/29/2023 |
| Additional NFA communications\Approved MG email and attachment | Approved MG.pdf | 19484 | 19484 | 3 | 9/29/2023 |
| | SN_01006203_ApprovedF5.pdf | 19485 | 19488 | 1 | 9/29/2023 |
| Additional NFA communications\Cancel pending form 3's Adair Police and attachment | [EXTERNAL] Cancel pending form 3's Adair Police....[ATTACHMENT].pdf | NA | NA | | 9/29/2023 |
| | [EXTERNAL] Cancel pending form 3's Adair Police....pdf | NA | NA | | 9/29/2023 |

DEFENDANT'S EXHIBIT

T

| | | | | | |
|---|---|---|---|---|---|
| Additional NFA communications\Demo vs. Sale email and attachments | Demo vs. Sale _.pdf | 19489 | 19489 | 1 | 9/29/2023 |
| | FW_ Demo vs. Sale _(1).pdf | 19490 | 19490 | 1 | 9/29/2023 |
| | FW_ Demo vs. Sale _.pdf | 19491 | 19491 | 1 | 9/29/2023 |
| | RE_ Demo vs. Sale _(1).pdf | 19492 | 19494 | 3 | 9/29/2023 |
| | RE_ Demo vs. Sale _(2).pdf | 19495 | 19497 | 3 | 9/29/2023 |
| | RE_ Demo vs. Sale _(3).pdf | 19498 | 19499 | 2 | 9/29/2023 |
| | RE_ Demo vs. Sale _(4).pdf | 19500 | 19501 | 2 | 9/29/2023 |
| | RE_ Demo vs. Sale _(5).pdf | 19502 | 19503 | 2 | 9/29/2023 |
| | RE_ Demo vs. Sale _(6).pdf | 19504 | 19504 | 1 | 9/29/2023 |
| | RE_ Demo vs. Sale _(7).pdf | 19505 | 19505 | 1 | 9/29/2023 |
| | SN_12413_ApprovedF3.pdf | NA | NA | | 9/29/2023 |
| | SN_12413_ApprovedF3_LawLetter.pdf | NA | NA | | 9/29/2023 |
| | SN_12413_ApprovedF5.pdf | NA | NA | | 9/29/2023 |
| | SN_12413_ExemptionCertificate.pdf | NA | NA | | 9/29/2023 |
| | SN_12413_PurchaseOrder.pdf | NA | NA | | 9/29/2023 |
| | SN_01006203_ApprovedF5.pdf | NA | NA | | 9/29/2023 |
| | SN_63106832_ApprovedF5.pdf | NA | NA | | 9/29/2023 |
| | SN_84054530_SN_88070103_ApprovedF2.pdf | NA | NA | | 9/29/2023 |
| | SN_84054530_SN_88070103_ApprovedF5_LawLetter.pdf | NA | NA | | 9/29/2023 |
| | SN_164029336_ApprovedF2.pdf | NA | NA | | 9/29/2023 |
| | SN_164029336_ApprovedF5_LawLetter.pdf | NA | NA | | 9/29/2023 |
| | SN_164029336_ApprovedF6.pdf | NA | NA | | 9/29/2023 |
| Additional NFA communications\Disapprovals BW | Disapprovals BW.pdf | 19506 | 19506 | 1 | 9/29/2023 |
| | SN_36923_DisapprovedF3.pdf | NA | NA | | 9/29/2023 |
| | SN_36923_DisapprovedLawLetter.pdf | 19507 | 19508 | 2 | 9/29/2023 |
| | SN_36923_SupportingDOCfromChief.pdf | 19509 | 19510 | 2 | 9/29/2023 |
| | SN_3198863_Form6.pdf | NA | NA | | 9/29/2023 |
| | SN_3198863_LawLetter.pdf | 19511 | 19511 | 1 | 9/29/2023 |
| | SN_3198863_LawLetter2.pdf | 19512 | 19512 | 1 | 9/29/2023 |
| | SN_C14266_ApprovedF3BW.pdf | NA | NA | | 9/29/2023 |
| | SN_C14266_Lawletter.pdf | 19513 | 19514 | 2 | 9/29/2023 |
| Additional NFA communications\FW IA Referral KSFD email and attachments | 45S000903 Law Letter.pdf | 19515 | 19515 | 1 | 9/29/2023 |
| | 002596 Law Letter.pdf | 19516 | 19516 | 1 | 9/29/2023 |
| | 36923 Law Letter.pdf | 19517 | 19517 | 1 | 9/29/2023 |
| | 127517 Law Letter.pdf | 19518 | 19523 | 6 | 9/29/2023 |
| | 282230 Law LEtter.pdf | 19524 | 19524 | 1 | 9/29/2023 |
| | 3198863 Law Letter.pdf | 19525 | 19525 | 1 | 9/29/2023 |
| | A0199523 Law Letter.pdf | 19526 | 19531 | 6 | 9/29/2023 |
| | Adair PD INventory032322.pdf | 19532 | 19534 | 3 | 9/29/2023 |
| | B Wout Fitters Inventory032322.pdf | 19535 | 19627 | 93 | 9/29/2023 |
| | C14266 Law Letter.pdf | 19628 | 19629 | 2 | 9/29/2023 |
| | FN079567 Law Letter.pdf | 19630 | 19631 | 2 | 9/29/2023 |
| | Form3_MGdisapproval_B Wout Fitters Inc.pdf | NA | NA | | 9/29/2023 |
| | FW_ IA Referral KSFD(1).pdf | 19632 | 19632 | 1 | 9/29/2023 |
| | NV484905 Law Letter.pdf | 19633 | 19634 | 2 | 9/29/2023 |
| Additional NFA communications\FW_ B WOUT Fitters, Inc. Inventory, Forms, email and attachments | 45S000903 F3 Approved.pdf | NA | NA | | 9/29/2023 |
| | 45S000903 Law Letter.pdf | 19635 | 19635 | 1 | 9/29/2023 |
| | 191-10968 F3 approved 7-18-16.pdf | 19636 | 19639 | 4 | 9/29/2023 |
| | 002596 Law Letter.pdf | 19640 | 19640 | 1 | 9/29/2023 |
| | 39623 6A approved.pdf | 19641 | 19644 | 4 | 9/29/2023 |
| | 39623 F2 Import Notice 10-9-20.pdf | 19645 | 19648 | 4 | 9/29/2023 |
| | 39623 F6 application.pdf | 19649 | 19652 | 4 | 9/29/2023 |
| | 39623 Import 6A approved 10-8-20.pdf | NA | NA | | 9/29/2023 |
| | 3198863 F3 Approval.pdf | 19653 | 19656 | 4 | 9/29/2023 |
| | 19105739 F 3 Approved.pdf | NA | NA | | 9/29/2023 |
| | 19110968 F3 Approved 10-4-20.pdf | 19657 | 19660 | 4 | 9/29/2023 |
| | AUG F3 submitted 3198863.pdf | 19661 | 19663 | 3 | 9/29/2023 |
| | Aug F6 Approved 10-16-19 3198863.pdf | 19664 | 19667 | 4 | 9/29/2023 |
| | AUG Law Letter 9-21-19 3198863.pdf | 19668 | 19668 | 1 | 9/29/2023 |
| | AUG Law Letter 10-1-19 3198863.pdf | 19669 | 19669 | 1 | 9/29/2023 |
| | Email from Applicant to COR Nancy Haines.pdf | 19670 | 19671 | 2 | 9/29/2023 |
| | F 3 approved 10-26-20.pdf | NA | NA | | 9/29/2023 |
| | F2 approved 19105739.pdf | 19672 | 19673 | 2 | 9/29/2023 |
| | F3 002596.pdf | NA | NA | | 9/29/2023 |
| | fF2 19100968.pdf | 19674 | 19674 | 1 | 9/29/2023 |
| | Form 3 approved 282230.pdf | NA | NA | | 9/29/2023 |

| | | | | | |
|---|---|---|---|---|---|
| | Form 5 127517 Approved 4-19-21 and Law Letter.pdf | 19675 | 19680 | 6 | 9/29/2023 |
| | Form 5 and Law Letter A0199523.pdf | 19681 | 19686 | 6 | 9/29/2023 |
| | FORM53203-APPROVED-REF 20VX083 SO72714.pdf | NA | NA | | 9/29/2023 |
| | FW_ B WOUT Fitters , Inc. Forms and Law Letters....pdf | NA | NA | | 9/29/2023 |
| | FW_ B WOUT Fitters, Inc. Inventory, Forms, and ....pdf | NA | NA | | 9/29/2023 |
| | FW_ Email 3 of 5_ B WOUT Fitters S_N_ 19105739,....pdf | NA | NA | | 9/29/2023 |
| | Law Letter 10-1-19 3198863.pdf | 19687 | 19687 | 1 | 9/29/2023 |
| | Law Letter 282230.pdf | 19688 | 19688 | 1 | 9/29/2023 |
| | RE_ Adair current Inventory(1).pdf | 19689 | 19690 | 2 | 9/29/2023 |
| Additional NFA communications\Purchase letter email and attachment | 202202050 (Open Permit) BT.pdf | 19691 | 19695 | 5 | 9/29/2023 |
| | Purchase letter.pdf | 19696 | 19696 | 1 | 9/29/2023 |
| | RE_ Purchase letter(1).pdf | 19697 | 19697 | 1 | 9/29/2023 |
| | RE_ Purchase letter.pdf | 19698 | 19699 | 2 | 9/29/2023 |
| Additional NFA communications\Referral Additional supporting information email and attachments | B WOUT Law Letter 100119 Disapproval.pdf | 19700 | 19700 | 1 | 9/29/2023 |
| | BW Outfitters 92119 Law Letter Disapproval.pdf | 19701 | 19701 | 1 | 9/29/2023 |
| | Copy of Adair Disapprovals from 2016 to present 3-25-2022.xlsx | | | | 9/29/2023 |
| | Copy of B Wout Disapprovals from 2016 to present 3-25-2022.xlsx | | | | 9/29/2023 |
| | Copy of B Wout Pending Incoming and Outgoing 3-25-2022.xlsx | | | | 9/29/2023 |
| | FORM6_BWOUT 2019.pdf | NA | NA | | 9/29/2023 |
| | FW_ Referral_ Additional supporting information.pdf | NA | NA | | 9/29/2023 |
| Additional NFA communications\Wendt - Ray Ohl and attachments | LoganPDForm5_SN_85043772.pdf | NA | NA | | 9/29/2023 |
| | LoganPDForm5_SN_85043773.pdf | NA | NA | | 9/29/2023 |
| | LoganPDForm5approval_SN_88073918.pdf | NA | NA | | 9/29/2023 |
| | LoganPDForm5approval_SN_164021752.pdf | NA | NA | | 9/29/2023 |
| | LoganPoliceDepartment.pdf | 19702 | 19702 | 1 | 9/29/2023 |
| | PowellGunsLLC_lawletter.pdf | 19703 | 19708 | 6 | 9/29/2023 |
| | RE_ Wendt - Ray Ohl.pdf | 19709 | 19711 | 3 | 9/29/2023 |