IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRADLEY EUGENE WENDT,<br><br>Defendant. | Criminal No. 4:22-cr-199<br><br>GOVERNMENT'S MOTION<br>TO DISMISS CERTAIN COUNTS<br>OF THE INDICTMENT |

Trial is set to begin in this case on February 5, 2024. In anticipation of trial, and to be expedient with the Court's and jury's time, the government hereby moves to dismiss Counts 10, 11, 12, 17, and 19 of the Indictment filed December 14, 2022.

To avoid the risk of confusion or speculation caused by gaps in counts, the government proposes renumbering the Counts as follows, solely for purposes of trial in this case. The government's proposed jury instructions will mirror this proposed renumbering.

| Trial Count | Indictment Count | Charge |
|---|---|---|
| 1 | 1 | Conspiracy to make false statements to, and defraud, the ATF (18 U.S.C. §§ 371, 1001) |
| 2 | 2 | False statement on purchase law letter, dated October 9, 2019, purchasing:<br>• 3 H&K MP7A2, 4.6x30mm, at $2,080.00 each<br>• 1 H&K G36K (SF), 5.56x45mm, at $1,625.00 each<br>• 1 H&K 416, 5.56 14.5", at $1,795.00 each |
| 3 | 3 | False statement on purchase law letter, dated March 3, 2022, purchasing: 3 H&K MP7A2, 4.6x30mm, at $2,405.97 each |

| Trial Count | Indictment Count | Charge |
|---|---|---|
| 4 | 4 | False statement on demonstration law letter to Marcum Mfg, dated October 31, 2018, requesting demonstration of:<br>• 1 H&K, MP5SD3, 9mm<br>• 1 H&K, G36C, 5.56mm<br>• 1 H&K,UMP45, 45 ACP<br>• 1 H&K, G36KE, 5.56mm<br>• 1 H&K, MP7A2, 4.6x30mm<br>• 1 H&K, G36KE1, 5.56mm |
| 5 | 5 | False statement on demonstration law letter to Marcum Mfg, dated October 31, 2018, requesting demonstration of:<br>• 1 FN, P90 Tactical, 5.7x28mm<br>• 1 FN, P90 Standard Selective Fire, 5.7x28mm<br>• 1 FN, P90 TR Selective Fire, 5.7x28mm<br>• 1 FN, P90 USG Blk Sight, 5.7x28mm<br>• 1 FN, SCAR-SC, 5.56x45mm<br>• 1 FN, SCAR 17, 7.62x51mm FDE 16 in LE<br>• 1 FN, SCAR 17 CQC, 7.62x51mm FDE 13 in LE<br>• 1 FN, SCAR 16, 5.56x45mm FDE 10-in CQC 30-Rnd<br>• 1 FN, SCAR 16, 5.56x45mm FDE 14-in 30-RND LE<br>• 1 FN, M249 SAW, 5.56mm<br>• 1 FN, M249 PARA, 5.56mm |
| 6 | 6 | False statement on demonstration law letter to Marcum Mfg, dated October 31, 2018 (18 U.S.C. § 1001), requesting demonstration of:<br>• 1 H&K, MP5SD2, 9mm<br>• 1 H&K, UMP40, 40 S&W<br>• 1 H&K, MP5/40A3, 40 S&W<br>• 1 H&K, MP5A2, 9mm<br>• 1 SIG, 516, 5.56mm<br>• 1 SIG, SG 551-2P SWAT, 223/5.56mm |
| 7 | 7 | False statement on demonstration law letter to BW Outfitters, dated March 28, 2019, requesting demonstration of: 1 FN M-249 Para. |
| 8 | 8 | False statement on demonstration law letter to BW Outfitters, dated July 19, 2020, requesting demonstration of: 1 FN M2HB-QCB |

| Trial Count | Indictment Count | Charge |
|---|---|---|
| 9 | 9 | False statement on demonstration law letter to Arms Unlimited, dated January 18, 2021, requesting demonstration of: 1 US Ordnance, M2A2, .50 caliber |
| 10 | 13 | False statement on demonstration law letter to BW Outfitters, dated November 29, 2021, requesting demonstration of: 1 DeGroat Tactical Armaments, GAU-2B/A, 7.62mm |
| 11 | 14 | False statement on demonstration law letter to BW Outfitters, dated March 1, 2022, requesting demonstration of: 1 H&K, MP5SD3 (Full Auto), 9mm |
| 12 | 15 | False statement on demonstration law letter to BW Outfitters, dated March 1, 2022, requesting demonstration of: 1 H&K, MP7A2 (Full Auto), 4.6x30mm |
| 13 | 16 | False statement on demonstration law letter to Palm Beach Shooting Organization, dated July 1, 2022, requesting demonstration of: 1 H&K, G36C (Full Auto), 5.56mm |
| 14 | 18 | False statement on demonstration law letter to Williams Contracting, dated August 28, 2021, requesting demonstration of: 1 Grain Sporting Goods LLC, Sporter, 7.62x39mm |
| 15 | 20 | Illegal possession of a machine gun, and aiding and abetting the illegal possession of a machine gun (18 U.S.C. § 922(o)) |

Respectfully submitted,

Richard D. Westphal
United States Attorney

By:   /s/  *Mikaela J. Shotwell*
Mikaela J. Shotwell
Ryan W. Leemkuil
Shai D. Gonzales
Assistant United States Attorneys

U.S. Courthouse Annex, Suite 286
110 E. Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: Mikaela.Shotwell@usdoj.gov

CERTIFICATE OF SERVICE
I hereby certify that on January 15, 2024, I electronically filed the foregoing with the Clerk of Court using the CM ECF system.  I hereby certify that a copy of this document was served on the parties or attorneys of record by:

\_\_\_\_U.S. Mail _____ Fax \_\_\_\_\_Hand Delivery

\_\_X\_\_ECF/Electronic filing \_\_\_\_Other means

UNITED STATES ATTORNEY
By:  */s/ Mikaela J. Shotwell*

4