IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRADLEY EUGENE WENDT,<br><br>Defendant. | Case No.: 4:22-cr-199<br><br><br>**DEFENDANT'S MOTION REGARDING THE ADMISSION OF AUDIO AND VIDEO EVIDENCE AT TRIAL** |
|---|---|

Per the Court's August 18, 2023 Order (Dkt. 265), Defendant Bradley Eugene Wendt ("Wendt") files the following Motion Regarding the Admission of Audio and Video Evidence at Trial.

To date, Wendt has been provided copies of the following audio and video files from the Government:

| File Name | Description | Type |
|---|---|---|
| Wendt, Brad 31Aug2022 | Wendt Initial Interview | Audio |
| 20190620 113342 | Marcum/Wendt Recorded Calls | Audio |
| WS600035 - Marcum call to Brad 6-20-19 | Marcum/Wendt Recorded Calls | Audio |
| 190812_0047 | Marcum/Wendt Recorded Calls | Audio |
| Williams Proffer | Williams Proffer | Audio |
| Brosamle, Kasey 31Aug2022 | Kasey Brosamle Interview | Audio |
| 220831_0033 | Clint Fichter Interview | Audio |
| Krohnke, Dylan 31Aug2022 | Dylan Krohnke Interview | Audio |
| Leeper, Perry 31Aug2022 | Perry Leeper Interview | Audio |
| Lehman, Randi 2Sep2022 | Randi Lehman Interview | Audio |
| 220831_0032 | Sawyer Ocheltree Interview | Audio |
| 220603_0059 | Ray Ohl Interview | Audio |
| Peterson, Samuel 31Aug2022 | Samuel Peterson Interview | Audio |
| Schilling, Noah, 2Sep2022 | Noah Schilling Interview | Audio |
| 220831_0034 | Terra Sell Interview | Audio |
| Steffen, Derrick 31Aug2022 | Derrick Steffen Interview | Audio |
| Williams, Rob 31Aug2022 | Rob Williams Initial Interview | Audio |
| 220831_0034 | James Zimmerline Interview | Audio |

1

| IMG_0655 | MG Shoot Video | Video |
| --- | --- | --- |
| IMG_0671 | MG Shoot Video | Video |
| IMG_0722 | MG Shoot Video | Video |
| 20210327_150006 | MG Shoot Video | Video |
| 20210327_150006_1 | MG Shoot Video | Video |
| 20210327_150006_2 | MG Shoot Video | Video |
| 20210327_150104 | MG Shoot Video | Video |
| 20210327_150838 | MG Shoot Video | Video |
| 20210327_150838 | MG Shoot Video | Video |
| 20210327_151039 | MG Shoot Video | Video |
| 20210327_151210 | MG Shoot Video | Video |
| 20210327_151227 | MG Shoot Video | Video |
| 20210327_151254 | MG Shoot Video | Video |
| 20210327_151319 | MG Shoot Video | Video |
| 20210327_152132 | MG Shoot Video | Video |
| 20210327_152227 | MG Shoot Video | Video |
| 20210327_152318 | MG Shoot Video | Video |
| 20210327_152417 | MG Shoot Video | Video |
| 20210327_152601 | MG Shoot Video | Video |
| 20210327_152922 | MG Shoot Video | Video |
| 20210327_153112 | MG Shoot Video | Video |

Wendt addresses the audio and video files as follows:

1. **Audio Recordings Of Statements By Wendt**

Wendt does not object to the authenticity of the audio from his initial interview and the three recorded calls between Wendt and Jonathan Marcum. As set forth in his motion in limine, Wendt only objects to the extent the Government plans to use only excerpts of the audio recordings and asks that the Government be required to play the entirety of any such recording to the jury rather than selecting excerpts. ECF 296, at 5-6. To the extent the Government wishes to introduce these statements, Wendt requests that it produce them to the Court along with complete transcripts of the entire recordings. To the extent the Government is going to attempt to introduce only portions of any of these recordings, Wendt requests that that the Government produce both the proposed exhibit as well as the complete recording and transcript.

### 2. Videos From Machine Gun Shoots

Wendt does not object to the authenticity of the videos from machine gun shoots. As set forth in his motion in limine, Wendt objects to the videos to the extent that their probative value is substantially outweighed by a danger of unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, and/or needlessly presenting cumulative evidence. Fed. R. Evid. 403; ECF 296, 1-3, 4-5. To the extent the Government seeks to introduce any of these videos, Wendt requests that it produce them to the Court.

### 3. Audio Of Statements Of Parties Beside Wendt

Wendt does not anticipate audio or video of statements of parties other than Wendt to be offered by either party because they are inadmissible hearsay. However, Wendt notes their existence for the court here in the event that they may be used for impeachment or to refresh recollection.

### 4. Wendt's Statements To City Counsel

Wendt objects to the offering of recorded statements made to the Adair City Council. Wendt notes that such recordings exist but will not be submitting them because he objects to their use or admission by the Government and because Wendt is not aware of whether the Government has decided to access those recordings. To the extent the Government wishes to introduce these statements, Wendt requests that it produce them to the Court along with complete transcripts of the entire recordings. To the extent the Government is going to attempt to introduce only portions of any of these recordings, Wendt requests that that the Government produce both the proposed exhibit as well as the complete recording and transcript. Lastly, Wendt requests that these recordings and transcripts be kept under seal.

| | |
|---|---|
| Dated: January 26, 2024 | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| | */s/ Nick Klinefeldt* |
| | Nicholas A. Klinefeldt, AT0008771 |
| | Rachel A. Yaggi, AT0014994 |
| | 801 Grand Avenue, 33rd Floor |
| | Des Moines, Iowa 50309 |
| | Telephone: (515) 248-9000 |
| | Fax: (515) 248-9010 |
| | *nick.klinefeldt@faegredrinker.com* |
| | *rachel.yaggi@faegredrinker.com* |
| | ***ATTORNEYS FOR DEFENDANT WENDT*** |

## CERTIFICATE OF SERVICE

    I hereby certify that on this 26th day of January, 2024, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

                                                                  */s/ Paulette Ohnemus*