IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>vs.<br><br>BRADLEY EUGENE WENDT,<br><br>　　　Defendant. | Case No: 4:22-cr-199<br><br><br>**DEFENDANT'S EXHIBIT LIST** |

Defendant Bradley Eugene Wendt ("Wendt") submits the following list of exhibits he may introduce at trial:

| Exhibit No. | Description |
|---|---|
| 1000 | City of Adair Personnel Manual |
| 1001 | RE Form 3 disapproved |
| 1002 | FW Adair with attachment |
| 1003 | FW IA Referral KSFD 1 |
| 1004 | Stely RE  Demo vs. Sale  6 |
| 1005 | RE  Disapproved form 3 |
| 1006 | FW Wendt MP7A2's |
| 1007 | FW Disapproved NFA |
| 1008 | FW CONTROL # 2019314956 |
| 1009 | FW Demo vs. Sale 1 |
| 1010 | SN 36923 SupportingDOCfromChief |
| 1011 | FW Adair PD CE Case 2 |
| 1012 | RE Demo vs. Sale 6 |
| 1013 | FW Marcum Intel |
| 1014 | FW Adair PD CE Case |
| 1015 | FW cancel of transfer |
| 1016 | FW 201988016 with attachments |
| 1017 | Regulation of Machineguns & Silencers |
| 1018 | Classification of firearm parts |
| 1019 | Manufacture and Stockpiling of Machineguns OLC Opinion Request |
| 1020 | April 1 2011 Letter Re Manufacture and Stockpiling of Machineguns |
| 1021 | FFL Newsletter |
| 1022 | National Firearms Act: Use of Machineguns on a Shooting Range |

| 1023 | NFA Standard Operating Procedures Form 3 |
|------|------------------------------------------|
| 1024 | ATF Rul. 2014 1 |
| 1025 | ATF NFA Handbook |
| 1026 | January 11 2023 Open Letter to All FFLs Regarding Machinegun Dealer Sales Sample Letters |
| 1027 | NFA 922(o) Law Letter Process |
| 1028 | GSB 922(o) Law Letter Processing Guidance |
| 1029 | NFA Law Letter Requirement |
| 1030 | 922(o) Law Letter Check List |
| 1031 | 922(o) Out of Business (OOB) Letter Check List |
| 1032 | ATF eFORM 5320.3 STANDARD OPERATING PROCEDURES |
| 1033 | MG Shoot Photo 1 |
| 1034 | MG Shoot Photo 2 |
| 1035 | MG Shoot Photo 3 |
| 1036 | MG Shoot Photo 4 |
| 1037 | MG Shoot Photo 5 |
| 1038 | MG Shoot Photo 6 |
| 1039 | MG Shoot Photo 7 |
| 1040 | MG Shoot Photo 8 |
| 1041 | Ammunition Receipt At Cost |
| 1042 | Ammunition Receipt Retail |
| 1043 | Video of Hatfield at MG Shoot |
| 1044 | Machine Gun Transfers Approved to Iowa Law Enforcement Agencies since August 17, 2018 |
| 1045 | Machine Gun Transfers to Law Enforcement Agencies in Iowa Denied in the Past Five Years Based on Suitability |
| 1046 | .50 Caliber Machine Gun Transfers Approved in Iowa since August 17, 2020 |
| 1047 | Minigun Transfers Approved in Iowa since August 17, 2020 |
| 1048 | Belt Fed Machine Gun Transfers Approved in Iowa since August 17, 2020 |
| 1049 | Machine guns registered to Iowa LE as of Dec 31 2022 |
| 1050 | Machine guns registered to LEA in Iowa with population |
| 1051 | Marcum Model justification letter |
| 1052 | McClendon Refund Check |
| 1053 | Search Warrant Return Adair PD |
| 1054 | HK Operator's Manual |
| 1055 | Emails between Wendt and Degroat |
| 1056 | Emails between Wendt and Degroat 2 |
| 1057 | Text Conversation Between Wendt and Degroat |
| 1058 | Emails between Wendt and AUL (3) |
| 1059 | Emails between Wendt and AUL (2) |
| 1060 | Emails between Wendt and AUL |
| 1061 | Emails between Wendt and BT USA (2) |

| 1062 | Emails between Wendt and BT USA |
|------|--------------------------------|
| 1063 | End Use Certificate Adair Copy |
| 1064 | End Use Certificate Model from BT |
| 1065 | Adair PD SW Photo 1 |
| 1066 | Adair PD SW Photo 2 |
| 1067 | Adair PD SW Photo 3 |
| 1068 | Adair PD SW Photo 4 |
| 1069 | Adair PD SW Photo 5 |
| 1070 | Adair PD SW Photo 6 |
| 1071 | Adair PD SW Photo 7 |
| 1072 | Adair PD SW Photo 8 |
| 1073 | Adair PD SW Photo 9 |
| 1074 | Adair PD SW Photo 10 |
| 1075 | Adair PD SW Photo 11 |
| 1076 | Adair PD SW Photo 12 |
| 1077 | Adair PD SW Photo 13 |
| 1078 | Adair PD SW Photo 14 |
| 1079 | Adair PD SW Photo 15 |
| 1080 | Adair PD SW Photo 16 |
| 1081 | Adair PD SW Photo 17 |
| 1082 | Adair PD SW Photo 18 |
| 1083 | Adair PD SW Photo 19 |
| 1084 | Adair PD SW Photo 20 |
| 1085 | Adair PD SW Photo 21 |
| 1086 | Adair PD SW Photo 22 |
| 1087 | Adair PD SW Photo 23 |
| 1088 | Adair PD SW Photo 24 |
| 1089 | Adair PD SW Photo 25 |
| 1090 | Adair PD SW Photo 26 |
| 1091 | Adair PD SW Photo 27 |
| 1092 | Adair PD SW Photo 28 |
| 1093 | Adair PD SW Photo 29 |
| 1094 | Adair PD SW Photo 30 |
| 1095 | Adair PD SW Photo 31 |
| 1096 | Adair PD SW Photo 32 |
| 1097 | Adair PD SW Photo 33 |
| 1098 | Adair PD SW Photo 34 |
| 1099 | Adair PD SW Photo 35 |
| 1100 | Transcription of Marcum Recorded Call to Wendt Part 1 |
| 1101 | Transcription of Marcum Recorded Call to Wendt Part 2 |
| 1102 | Marcum Recorded Call to Wendt Part 2 |

| 1103 | Marcum Recorded Call to Wendt Part 1 |
| 1104 | Wendt August 31, 2022 Interview Transcription (Partial) |
| 1105 | Wendt August 31, 2022 Interview |
| 1106 | Wendt August 31, 2022 Interview Transcription |
| 1107 | BW Dennison 2025 07 FFL |
| 1108 | BW Dennison 2021 01 FFL |
| 1109 | BW Dennison 2024 07 SOT |
| 1110 | BW Dennison 2024 01 SOT |
| 1111 | BW Dennison 2018 01 SOT |
| 1112 | BW Dennison 2019 01 SOT |
| 1113 | BW Dennison 2020 01 SOT |
| 1114 | BW Dennison 2021 01 SOT |
| 1115 | BW Dennison 2022 01 SOT |
| 1116 | BW Dennison 2023 01 SOT |
| 1117 | BW Anita 2019 01 FFL |
| 1118 | BW Anita 2025 01 FFL |
| 1119 | BW Dennison LOA |
| 1120 | BW Anita 2022 01 FFL |
| 1121 | Iowa Peace Officer Permit to Carry Weapons |
| 1122 | Timeline |
| 1123 | Adair Police Department Guns |

In addition, Wendt requests the ability to introduce any exhibits listed by the Government and any exhibits necessary to rebut the Government's case-in-chief that are unanticipated at this time

Dated: February 1, 2024

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Nick Klinefeldt*
Nicholas A. Klinefeldt, AT0008771
Rachel A. Yaggi, AT0014994
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Telephone: (515) 248-9000
Fax: (515) 248-9010
*nick.klinefeldt@faegredrinker.com*
*rachel.yaggi@faegredrinker.com*

***ATTORNEYS FOR DEFENDANT WENDT***

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of February, 2024, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

*/s/ Paulette Ohnemus*