### United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen H. Locher, U.S. District Judge

| Case No. 4:22-cr-00199-SHL-HCA | : | Clerk's Court Minutes – Jury Selection/Jury Trial Day 1 |
|---|---|---|

| Plaintiff(s) | : | Defendant(s) |
|---|---|---|
| United States of America | : | Bradley Eugene Wendt |
| | : | |
| | : | |
| | : | |
| | : | |

Plaintiff(s) Counsel: Mikaela J. Shotwell; Ryan Wade Leemkuil; and Shai Gonzales

Defendant(s) Counsel: Nick Klinefeldt and Rachel A. Yaggi

Court Reporter: Tonya Gerke      :   Interpreter: N/A

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| Government's Motion in Limine (ECF 312) | Granted in Part/Denied in Part | : | Reserved in Part |

Proceedings:

8:25 a.m. Court in session. Defendant is present with counsel. The Court takes up pretrial matters with counsel. 9:08 a.m. Court recesses. 9:21 a.m. Court reconvenes outside of the presence of the jury pool. 9:41 a.m. Jury pool enters courtroom. 9:44 a.m. Jury pool is placed under oath. 9:45 a.m. Introduction by the Court. The Court conducts voir dire. 11:24 a.m. Court recesses. 11:47 a.m. Court reconvenes. 11:47 a.m. Government conducts voir dire. 12:07 p.m. Defense conducts voir dire. 12:25 p.m. Parties exercise peremptory strikes. 12:42 p.m. The Court announces petit jury members and releases jurors not selected for trial. 12:47 p.m. a.m. Impaneled jury is placed under oath. The Court admonishes jurors. 12:53 a.m. Jurors excused from courtroom for lunch recess. 12:57 p.m. Court recesses. 1:47 p.m. Court reconvenes. The Court takes up matters with counsel outside the presence of the jury. 1:53 p.m. Jury reenters courtroom. 1:55 a.m. The Court reads preliminary jury instructions. 2:13 p.m. Government presents opening statement. 2:22 p.m. Defense presents opening statement. 2:35 p.m. Government calls witness, Wynter Davis. Witness sworn and testifies. 2:57 p.m. Government calls witness, James DeGroat. Witness sworn and testifies. 3:28 p.m. Jurors excused from courtroom. 3:35 p.m. Court recesses. 3:48 p.m. Court reconvenes. Jury reenters courtroom. Testimony of James DeGroat resumes. 4:06 p.m. Government calls witness, William Swift. Witness sworn and testifies. 4:48 p.m. Jurors are admonished and released for the day. 4:50 p.m. James DeGroat recalled for offer of proof outside of the presence of the jury. 5:00 p.m. Court recesses. Jury Trial to resume February 6, 2024, at 8:30 a.m.

Time Start: 8:25 a.m.
Time End:  5:00 p.m.
Date: February 5, 2024

/s/ M. Mast
_____
Deputy Clerk