## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen H. Locher, U.S. District Judge

Case No. 4:22-cr-00199-SHL-HCA : Clerk's Court Minutes – Jury Trial Day 3

___

| Plaintiff(s) | Defendant(s) |
|---|---|
| United States of America | Bradley Eugene Wendt |

___

Plaintiff(s) Counsel: Mikaela J. Shotwell; Ryan Wade Leemkuil; and Shai Gonzales

Defendant(s) Counsel: Nick Klinefeldt and Rachel A. Yaggi

Court Reporter: Tonya Gerke    :    Interpreter: N/A

Motion(s) for Ruling:                Ruling    /    Ruling Reserved

Proceedings:

8:33 a.m. Court in session for day three of jury trial. The Court takes up matters with counsel outside the presence of the jury. 8:40 a.m. Jury enters courtroom. 8:41 a.m. Government calls witness, Chase Cejka. Witness sworn and testifies. 8:45 a.m. Government calls witness, Kenner Hatfield. Witness sworn and testifies. 9:07 a.m. Government calls witness, Nick Yarpe. Witness sworn and testifies. 9:16 a.m. Government calls witness, Joanne Byars. Witness sworn and testifies. 9:29 a.m. Government calls witness, Christopher Cochran. Witness sworn and testifies. 9:40 a.m. Government calls witness, Jason Soo. Witness sworn and testifies. 10:01 a.m. Jury excused from courtroom. 10:02 a.m. Court recesses. 10:17 a.m. Court reconvenes. 10:20 a.m. Jury reenters courtroom. Testimony of Jason Soo resumes. 10:46 a.m. Government calls witness, Joseph Christensen. Witness sworn and testifies. 10:50 a.m. Government calls witness, Jonathan Schuler. 11:03 a.m. Jury excused for lunch recess. 11:04 p.m. Court recesses. 1:49 p.m. Court reconvenes. 1:51 p.m. Jury reenters courtroom. 1:52 p.m. Government calls witness, William Troy McClendon, Jr. Witness sworn and testifies. 2:21 p.m. Government recalls witness, Kevin Kohler. Witness remains under oath and testifies. 3:22 p.m. Jury excused from courtroom. 3:23 p.m. Court recesses. 3:39 p.m. Court reconvenes. 3:41 p.m. Jury reenters courtroom. Testimony of witness Kevin Kohler resumes. 4:55 p.m. Jurors are released for the day. The Court takes up matters with counsel outside the presence of the jury. 5:06 p.m. Court recesses. Jury trial to resume February 8, 2024, at 8:30 a.m.

Time Start: 8:33 a.m.
Time End:  5:06 p.m.
Date: February 7, 2024

/s/ M. Mast
_____
Deputy Clerk