## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen H. Locher, U.S. District Judge

Case No. 4:22-cr-00199-SHL-HCA : Clerk's Court Minutes – Jury Trial Day 4

| Plaintiff(s) | Defendant(s) |
|---|---|
| United States of America | Bradley Eugene Wendt |

Plaintiff(s) Counsel: Mikaela J. Shotwell; Ryan Wade Leemkuil; and Shai Gonzales

Defendant(s) Counsel: Nick Klinefeldt and Rachel A. Yaggi

Court Reporter: Tonya Gerke : Interpreter: N/A

| Motion(s) for Ruling: | Ruling / Ruling Reserved |
|---|---|
| Defendant's Oral Motion for Judgment of Acquittal | Denied in Part/Reserved in Part |

Proceedings:

8:32 a.m. Court in session for day four of jury trial. Defense moves for a Rule 29 directed verdict. Government responds. The Court denies the motion for judgment of acquittal as to trial counts one through fourteen and reserves ruling as to trial count fifteen. 9:03 a.m. Jury enters courtroom. 9:04 a.m. Government rests. 9:04 a.m. Defense calls witness, Rick Stanley. Witness sworn and testifies. 9:15 a.m. Defense calls witness, Jeremy Gettler. Witness sworn and testifies. 9:25 a.m. Defense calls witness, John Larsen. Witness sworn and testifies. 9:58 a.m. Jury excused from courtroom. 9:59 a.m. Court recesses. 10:18 a.m. Court reconvenes. 10:21 a.m. Jury reenters courtroom. 10:21 a.m. Defense calls witness, Clint Fichter. Witness sworn and testifies. 10:32 a.m. Defense calls witness, Samuel Peterson. Witness sworn and testifies. 11:00 a.m. Defense calls witness, Ray Ohl. Witness sworn and testifies. 11:22 a.m. Jury excused for lunch recess. 11:23 p.m. Court recesses. 12:58 p.m. Court reconvenes. 1:00 p.m. Defense calls witness, Royce Kemmann. Witness sworn and testifies. 1:16 p.m. Defense calls witness, Mitch Flaherty. Witness sworn and testifies. 1:21 p.m. Defense calls witness, Kevin Ewing. Witness sworn and testifies. 1:45 p.m. Jury excused for recess. 2:00 p.m. Court reconvenes. 2:06 p.m. Jury reenters courtroom. 2:06 p.m. Defense calls witness, Jason Schultz. 2:18 p.m. Jurors are released for the day. 2:20 p.m. Court recesses. Jury trial to resume February 12, 2024.

Time Start: 8:30 a.m.
Time End: 2:20 p.m.
Date: February 8, 2024

/s/ M. Mast
Deputy Clerk