IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRADLEY EUGENE WENDT,<br><br>Defendant. | Criminal No. 4:22-cr-199<br><br>GOVERNMENT'S PROPOSED REVISION TO THE COURT'S CONSPIRACY INSTRUCTION |

The government submits the following proposed revision to the Court's conspiracy instruction.

1.  The Court held a final jury instruction conference on February 12, 2024. At that conference, the parties discussed the Court's Proposed Instruction No. 10, which concerns Count 1 of the Indictment (Conspiracy to Make False Statements to and Defraud the ATF).

2.  During the conference, the Court expressed concern about the need for the jury to be unanimous as to whom defendant conspired with. The Court referenced the Eighth Circuit's model instruction on multiple conspiracies and indicated that the Court may give some version of that instruction.

3.  Upon reviewing Eighth Circuit Model Instruction No. 5.06B Conspiracy: Single/Multiple Conspiracies, it appears that instruction would not be appropriate in these circumstances. Specifically, the Committee Comments provide that the model instruction "should be used when there is some evidence that multiple conspiracies may have existed, *and* a finding that multiple conspiracies existed would constitute

1

a material variance from the indictment." Eighth Circuit Model Instruction No. 5.06B, Committee Comments.

4. In this case, the government did not understand the Court to find that there was a variance from the indictment. Instead, it appeared the Court believed there may be multiple conspiracies alleged in the indictment.

5. In these circumstances, it may be sufficient to add the following language at the end of the Court's existing instruction, along with an appropriate interrogatory on the verdict form, to ensure a unanimous verdict:

> In order for you to find the defendant guilty of Count 1, you must also unanimously agree on whom he conspired with: (a) Johnathan Marcum; or (b) Robert Williams; or (c) both. You will mark on your Verdict Form which individuals, if any, with whom you unanimously find the defendant conspired.

6. This language and interrogatory would "ensure a unanimous verdict on one conspiracy." Eighth Circuit Model Instruction No. 5.06B, Committee Comments.

Respectfully submitted,

Richard D. Westphal
United States Attorney

By: /s/ Ryan W. Leemkuil
Mikaela J. Shotwell
Ryan W. Leemkuil
Shai D. Gonzales
Assistant United States Attorney

U.S. Courthouse Annex, Suite 286
110 E. Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: Ryan.Leemkuil@usdoj.gov

CERTIFICATE OF SERVICE
I hereby certify that on February 12, 2024, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.  I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

\_\_\_\_U.S. Mail _____ Fax \_\_\_\_\_Hand Delivery

\_\_X\_\_ECF/Electronic filing \_\_\_Other means

UNITED STATES ATTORNEY
By:  */s/ Ryan W. Leemkuil*