## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephen H. Locher, U.S. District Judge

| | |
|---|---|
| Case No. 4:22-cr-00199-SHL-HCA | Clerk's Court Minutes – Jury Trial Day 6 |

| Plaintiff(s) | Defendant(s) |
|---|---|
| United States of America | Bradley Eugene Wendt |

Plaintiff(s) Counsel: Mikaela J. Shotwell; Ryan Wade Leemkuil; and Shai Gonzales

Defendant(s) Counsel: Nick Klinefeldt and Rachel A. Yaggi

| Court Reporter: Tonya Gerke | Interpreter: N/A |
|---|---|

| Motion(s) for Ruling: | Ruling / Ruling Reserved |
|---|---|
| Defendant's Renewed Oral Motion for Judgment of Acquittal | Denied in Part/Reserved in Part |

Proceedings:

8:30 a.m. Court in session for day six of jury trial. The defense renews the oral motion for Rule 29 directed verdict. Government responds. As set forth on the record, the Court continues to deny the motion as to trial counts one through fourteen and reserves ruling as to trial count fifteen. The Court and counsel discuss final jury instructions. 8:54 a.m. Court recesses. 9:34 a.m. Court reconvenes. Jury enters courtroom. 9:36 a.m. Final jury instructions are read by the Court. 10:14 a.m. Government presents closing argument. 11:02 a.m. Jury excused from courtroom. Court recesses. 11:16 a.m. Court reconvenes. Jury reenters courtroom. 11:18 a.m. Defense presents closing argument. 12:15 p.m. Government presents rebuttal closing argument. 12:28 p.m. The Court admonishes the alternate jurors. 12:32 p.m. Jury released to commence deliberations. 12:33 p.m. Court recesses. At 4:40 p.m., the jury is released for the day and shall resume deliberations at 8:30 a.m. on February 14, 2024.

Time Start: 8:30 a.m.
Time End: 12:33 p.m.
Date: February 13, 2024

/s/ M. Mast
Deputy Clerk