**United States District Court for the Southern District of Iowa**

Presiding: Honorable Stephen H. Locher, U.S. District Judge

Case No. 4:22-cr-00199-SHL-HCA : Clerk's Court Minutes – Jury Trial Day 7

| Plaintiff(s) | Defendant(s) |
|---|---|
| United States of America | Bradley Eugene Wendt |

Plaintiff(s) Counsel: Mikaela J. Shotwell; Ryan Wade Leemkuil; and Shai Gonzales

Defendant(s) Counsel: Nick Klinefeldt and Rachel A. Yaggi

Court Reporter: Kelli Mulcahy : Interpreter: N/A

Motion(s) for Ruling: Ruling / Ruling Reserved

Proceedings:

8:30 a.m. Jury resumes deliberations. At 9:45 a.m., the Court is notified that the jury has a question. 10:17 a.m. The Court convenes with counsel to discuss the jury question. 10:33 a.m. Court recesses. At 1:48 p.m., the Court is notified the jury has reached a verdict. 2:11 p.m. The Court reconvenes outside the presence of the jury. 2:14 p.m. Jury enters courtroom. The Court publishes the verdict. The jury finds the defendant guilty as to Count 1; not guilty as to Count 2; guilty as to Count 3; not guilty as to Count 4; not guilty as to Count 5; guilty as to Count 6; not guilty as to Count 7; guilty as to Count 8; guilty as to Count 9; guilty as to Count 10; guilty as to Count 11; guilty as to Count 12; guilty as to Count 13; guilty as to Count 14; and guilty as to Count 15. Government does not request jury polling. Defense requests jury polling. Jury is polled. 2:19 p.m. Jury excused from courtroom. The Court discusses the forfeiture jury instructions with counsel. 2:24 p.m. Court recesses. 2:45 p.m. Court reconvenes. 2:46 p.m. Jury reenters courtroom. Final Jury Instructions (Forfeiture) are read by the Court. 3:01 p.m. Government presents closing argument as to forfeiture. 3:04 p.m. Defense presents closing arguments as to forfeiture. 3:04 p.m. Jury is released to commence forfeiture deliberations. 3:05 p.m. Court recesses. At 3:23 p.m., the Court is notified the jury has a question. 3:39 p.m. Court reconvenes with counsel to discuss the jury question. 3:45 p.m. Court recesses. At 4:10 p.m., the Court is notified the jury as reached a verdict as to forfeiture. 4:15 p.m. Court reconvenes. Jury reenters courtroom. The Court publishes the forfeiture verdict. Neither party requests polling of the jury as to the forfeiture verdict. 4:25 p.m. Jury discharged from service. The Court discusses the defendant's continued release pending sentencing. The defendant shall remain on the same terms and conditions of supervision pending sentencing. 4:30 p.m. Court adjourns.

Time Start: 10:17 a.m.
Time End: 4:30 p.m.
Date: February 14, 2024

/s/ M. Mast
Deputy Clerk