IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>BRADLEY EUGENE WENDT,<br><br>Defendant. | 4:22-cr-00199-SHL-HCA<br><br>**SPECIAL VERDICT FORM<br>(FORFEITURE)** |

SPECIAL VERDICTS

We, the Jury, return the following Special Verdicts as to the defendant's interest in each of the properties to be subject to forfeiture to the United States:

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| US Ordnance | M60 | 7.62 | 12413 | 1, 15 |

We, the jury, unanimously find this property is subject to forfeiture.

_____NO

_____YES, under Count 1

_____X_____YES, under Count 15

_____YES, under both Count 1 and Count 15

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| FN | SCAR-SC | 5.56 | SC000387 | 1 |

We, the jury, unanimously find this property is subject to forfeiture.

_____YES          ____X____NO

14

(SPECIAL VERDICTS CONT.)

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| H&K | HK416 | 5.56 | 88070103 | 1 |

We, the jury, unanimously find this property is subject to forfeiture.

_____YES              ____✗____NO

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| H&K | G36K | 5.56 | 84054530 | 1 |

We, the jury, unanimously find this property is subject to forfeiture.

_____YES              ____✗____NO

(SPECIAL VERDICTS CONT.)

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| H&K | MP7A2 | 4.6 | 164029336 | 1, 12 |

We, the jury, unanimously find this property is subject to forfeiture.

_____NO

_____YES, under Count 1

_____YES, under Count 12

_____YES, under Counts 1 and 12

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| H&K | MP5SD3 | 9 | 63106832 | 1, 11 |

We, the jury, unanimously find this property is subject to forfeiture.

_____NO

_____YES, under Count 1

_____YES, under Count 11

_____YES, under both Count 1 and Count 11

(SPECIAL VERDICTS CONT.)

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| FN | F2000 | 5.56 | 002596 | 1 |

We, the jury, unanimously find this property is subject to forfeiture.

_____YES                    ___✗___NO

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| Steyr   Mannlicher AG | AUG A1 | 223 | 127517 | 1 |

We, the jury, unanimously find this property is subject to forfeiture.

_____YES                    ___✗___NO

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| Thompson [Imported   NFA Firearm] | M1A1 | 45 | 282230 | 1 |

We, the jury, unanimously find this property is subject to forfeiture.

_____YES                    ___✗___NO

(SPECIAL VERDICTS CONT.)

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| Steyr Arms | AUG A3 | 5.56 | 3198863 | 1 |

We, the jury, unanimously find this property is subject to forfeiture.

_____YES                    ✗_____NO

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| FN | M2HB QCB | 50 | 36923 | 1, 8 |

We, the jury, unanimously find this property is subject to forfeiture.

_____NO

_____YES, under Count 1

___✗_____YES, under Count 8

_____YES, under both Count 1 and Count 8

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| Kriss USA | Vector SMG | 45 | 45S000903 | 1 |

We, the jury, unanimously find this property is subject to forfeiture.

_____YES                    ✗_____NO

18

(SPECIAL VERDICTS CONT.)

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| Colt | M4 | 5.56 | A0199523 | 1 |

We, the jury, unanimously find this property is subject to forfeiture.



_____YES                    ___✗_____NO

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| FN | MK46 | 5.56 | C14122 | 1 |

We, the jury, unanimously find this property is subject to forfeiture.



_____YES                    ___✗_____NO

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| FN | M-249 PARA | 5.56 | C14266 | 1 |

We, the jury, unanimously find this property is subject to forfeiture.

_____YES                    ___✗_____NO

19

(SPECIAL VERDICTS CONT.)

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| FN | P90 Tactical | 5.7 | FN079567 | 1 |

We, the jury, unanimously find this property is subject to forfeiture.

_____YES  _____NO

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| FN | SCAR 16QC | 5.56 | L055189 | 1 |

We, the jury, unanimously find this property is subject to forfeiture.

_____YES _____NO

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| FN | MK48 | 7.62 | NV484905 | 1 |

We, the jury, unanimously find this property is subject to forfeiture.

_____YES _____NO

(SPECIAL VERDICTS CONT.)

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| H&K   [Imported NFA Firearm] | MP5SD3 | 9 | S98044 | 1 |

We, the jury, unanimously find this property is subject to forfeiture.

_____YES            ____✕____NO

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| Grain   Sporting Goods LLC | Sporter | 7.62 | S033554 | 1, 14 |

We, the jury, unanimously find this property is subject to forfeiture.

_____NO

_____YES, under Count 1

_____YES, under Count 14

____✕____YES, under both Count 1 and Count 14

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| One Shot Inc | LAR15 | 5.56 | CM64429 | 1 |

We, the jury, unanimously find this property is subject to forfeiture.

___✕___YES            _____NO

(SPECIAL VERDICTS CONT.)

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| John's Guns | FSL | 308 | X00967 | 1 |

We, the jury, unanimously find this property is subject to forfeiture.

_____X_____ YES                    _____NO

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| H&K | HK33KA3 | 223 | 11387 | 1 |

We, the jury, unanimously find this property is subject to forfeiture.

_____X_____ YES                    _____NO

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| CCARM | PPSH-41 | 7.62x25 | 0006 | 1 |

We, the jury, unanimously find this property is subject to forfeiture.

_____X_____ YES                    _____NO

(SPECIAL VERDICTS CONT.)

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| [Imported NFA Firearm] | 1950 | 9 | 5100018 | 1 |

We, the jury, unanimously find this property is subject to forfeiture.

_____✗_____ YES                   _____NO


| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| H&K | UMP40 | 40 | 162001006 | 1 |

We, the jury, unanimously find this property is subject to forfeiture.

_____✗_____ YES                   _____NO


| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| CCARM | 1919-A4 | 30.06 | 015 | 1 |

We, the jury, unanimously find this property is subject to forfeiture.

_____✗_____ YES                   _____NO

(SPECIAL VERDICTS CONT.)

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| 2A Armament | Balios-Lite | 5.56 | BC00836 | 1 |

We, the jury, unanimously find this property is subject to forfeiture.

____X____YES                    _____NO

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| John's Guns | M60E3 | 308 | PSXMGM60E3001 | 1 |

We, the jury, unanimously find this property is subject to forfeiture.

____X____YES                    _____NO

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| H&K | HK416 | 5.56 | 88073918 | 1 |

We, the jury, unanimously find this property is subject to forfeiture.

_____YES                    ____X____NO

24

(SPECIAL VERDICTS CONT.)

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| H&K | MP7 | 4.6 | 164021752 | 1 |

We, the jury, unanimously find this property is subject to forfeiture.

_____YES                    ____✗____NO

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| H&K | G36C | 5.56 | 85043773 | 1 |

We, the jury, unanimously find this property is subject to forfeiture.

_____YES                    ____✗____NO

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| US Ordnance | M2 | 50 | DS7000 | 1, 9 |

We, the jury, unanimously find this property is subject to forfeiture.

_____NO

_____YES, under Count 1

____✗____YES, under Count 9

_____YES, under both Count 1 and Count 9

25

(SPECIAL VERDICTS CONT.)

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| US Ordnance | M60 | 7.62 | 12494 | 1 |

We, the jury, unanimously find this property is subject to forfeiture.

_____YES             ____X____NO

| Manufacturer | Model | Caliber | Serial Number | Count(s) |
|---|---|---|---|---|
| Ruger | AC556 | 223 | 192-03073 | 1 |

We, the jury, unanimously find this property is subject to forfeiture.

_____YES             ____X____NO

2/14/24
_____
Date

Foreperson

26