IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Bradley Eugene Wendt,<br><br>　　　　　　Defendant. | Case No. 4:22-cr-00199-SHL-HCA<br><br>RECEIPT FOR RETURNED EXHIBITS |

　　　　Pursuant to Public Administrative Order 13-AO-8-P, I acknowledge receipt of the following exhibits offered into evidence in this case:

Defense jury trial exhibits (see Exhibit List)

　　　　I further acknowledge that I am responsible for maintaining these exhibits in their present condition or state until this case is no longer subject to appellate review.  Until that time, I understand that I must produce these exhibits if opposing counsel, the Court, or the clerk so requests. Once the case is no longer subject to appellate review, as outlined in Public Administrative Order 13-AO-8-P, I understand that I may destroy these exhibits without further authorization.  I further acknowledge that I may be subject to sanctions for failure to abide by the provisions of Public Administrative Order 13-AO-8-P.

　　　　DATED this  15th  day of  February            ,  2024   .

　　　　　　　　　　　　　　　　　　　　　　　_[signature]_____
　　　　　　　　　　　　　　　　　　　　　　　Attorney Signature

　　　　　　　　　　　　　　　　　　　　　　　Counsel for  Defendant

　　　　　　　　　　　　　　　　　　　　　　　BY:   /s/ M. Mast