




US v Wendt - Govt Ex 128A
Page 3 of 3