# CITY OF ADAIR

## Chief of Police Bradley Wendt

320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

| OFFICERS | COUNCIL |
|---|---|
| Mayor – John Larsen | Rick Stanley   Craig Wedemeyer |
| City Clerk Randi Lehman | Kyle Irlmeier   Rick Hayes |
| City Attorney John Fisher | Jeremy Gettler |
| City Advisor Clint Fichter | |

July 26, 2018

BW outfitters
1118 4th Ave S
Denison Ia, 51442

**Dear BW Outfitters,**

The Adair Police Department would like a demonstration of the HECKLER and KOCH MP5SD3 9mm select fire, full auto suppressed Heckler and Koch machine gun for possible future purchase and use by our officers in the performance of their official duties.

The number of sworn full time officers in our department is 2. We are positioned directly on I-80 where the firearm would be used in performance of our duties.

The firearm requested for demonstration is particularly suitable for use as a law enforcement weapon. Our agency is in the process of equipping the patrol units with weapons that are shorter and suppressed with select fire that will suit special needs of law enforcement inside and out of our community.

Sincerely yours,

*[signature: Bradley Wendt]*

**Bradley Wendt, Chief of Police**
Adair, Iowa

GOVERNMENT EXHIBIT 203  4:22-cr-199

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0013 (01/31/2011)

## Application for Tax-Exempt Transfer of Firearm and Registration to Special Occupational Taxpayer (National Firearms Act)

**ATF Control Number:** 2018271162

**1. Transferee's Name and Address** *(as they appear on the Federal Firearms License, including trade name, if any)*
B WOUT FITTERS INC
1118 4TH AVE S
DENISON, IA 51442, UNITED STATES

To be submitted in duplicate by transferor of firearm

To: National Firearms Act Branch
    Bureau of Alcohol, Tobacco, Firearms and Explosives
    244 Needy Road, Martinsburg, WV 25405

**2b. Transferor's Telephone Number and Area Code:** [redacted]

☐ Sole Proprietor    ☐ Partnership    ☐ Corporation

**2a. Transferor's Name And Address** *(as they appear on the Federal Firearms License, including trade name, if any)*
PETTY, CHRISTOPHER WILLIAM
TRI-STATE GUNS AND CUSTOM WORKS - TRI-STATE GUNS
2482 JUDD DR
LAWRENCEBURG, IN 47025, UNITED STATES

☐ Sole Proprietor    ☐ Partnership    ☐ Corporation

The above-named and undersigned transferor and special (occupational) taxpayer hereby makes application as required by Section 5812 of the National Firearms Act to transfer, without payment of tax, and register the firearm described below to the special (occupational) taxpayer identified as the transferee in this application.

**3. Description of Firearm** *(Complete items a through h, if applicable)*

| a. Name and Address of Manufacturer and/or Importer of Firearm | b. Type of Firearm (See instruction 1c) | c. Caliber, Gauge or Size (Specify) | d. Model | | |
|---|---|---|---|---|---|
| IMPORTED NFA FIREARM | | | MP5SD3 | | |
| | | | Length (Inches) | E. Of Barrel | F. Overall |
| | | | | RR5.73 | 30.42 |
| | MACHINEGUN | 9 | g. Serial Number S98044 | | |

h. Additional Description or Data Appearing on Firearm *(Attach additional sheet if necessary)*

**4. Transferee's Federal Firearms License** *(Give complete 15-digit number) (See instruction 2b)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 542047 | 01 | 1A | 03741 |

**5. Transferee's Special (Occupational) Tax Status**
a. Employer Identification Number: 462789307
b. Class: CLASS 3 - DEALER IN FIREARMS

**6. Transferor's Federal Firearms License** *(Give complete 15-digit number) (See instruction 2b)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| [redacted] | | | |

**7. Transferor's Special (Occupational) Tax Status**
a. Employer Identification Number: [redacted]
b. Class: CLASS 2 - MANUFACTURER OF FIREARMS

**8. Consent to Disclosure of Information to Transferee** *(See instruction 8)*. I (**do**) or do not (circle one) authorize ATF to provide information relating to this application to the above-named transferee.

I believe I am entitled to exemption from payment of the transfer tax imposed by Section 5811, National Firearms Act (NFA), on the firearm described above because the transferee named herein is qualified under the NFA to manufacture, import or deal in that type of firearm.

UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete.

**9. Original Signature of Transferor** *(Or authorized official)*
DIGITALLY SIGNED

**10. Name and Title of Authorized Official** *(Print or type)*
CHRISTOPHER W PETTY, OWNER

**11. Date:** 08/03/2018

*The Space Below is for the Use of the Bureau of Alcohol, Tobacco, Firearms and Explosives*

By Authority of the Director, this Application has been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee Are:

☒ Approved *(with the following conditions, if any)*    ☐ Disapproved *(For the following reasons)*

**Authorized ATF Official:** *[signature: Alice Ungaro]*

**Date:** 08/06/2018

ATF Form 3 (5320.3)
Revised October 2004