# CITY OF ADAIR

Chief of Police Bradley Wendt
320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

COUNCIL
Craig Wedemeyer
Jeremy Gettler

OFFICERS
Mayor – John Larsen
City Clerk Randi Lehman
City Attorney John Fisher

Rick Stanley
Kyle Irlmeier   Rick Hayes

October 31, 2018

Re: Request for demonstration FNH USA

Mr. Johnathan Marcum
DBA: Marcum MFG LLC
18224 Marcum Lane
Laurel, In, 47024

Dear MR. Marcum

The Adair Police Department would like a demonstration of the following FN machine guns for possible purchase for our department, *FN P90 Tactical 5.7x28mm* ,*FN P90 Standard Selective Fire 5.7x28mm*, FN P90 TR Selective Fire 5.7x28mm , FN P90 USG Blk Sight 5.7x28mm, FN SCAR-SC 5.56X45mm, FN SCAR 17 7.62X51MM FDE 16,in LE, FN SCAR 17 CQC 7.62X51mm FDE 13,in LE, FN SCAR 16 5.56x45mm FDE 10-in CQC 30-Rnd LE, FN SCAR 16 5.56x45mm FDE 14-in 30-Rnd LE, FN M249 SAW 5.56mm , FN M249 PARA 5.56mm.

The number of sworn full time officers in our department is 6.   These officers are authorized by law to make arrests and carry firearms in the performance of their official duties

The personnel representing the Adair Police Department are authorized by law to carry firearms in the performance of their official duties. The personnel representing the Adair Police Department during the demonstration are authorized to evaluate the firearms. The firearm requested for demonstration is particularly suitable for use for government agencies .  These weapons are useful for training law enforcement officers on unfamiliar weapon systems that may be encountered in the field. These weapons are useful for training law enforcement officers on unfamiliar weapon systems that may be encountered in the field .It is known that local law enforcement in certain circumstances assist the US military forces and a knowledge of these new systems is invaluable for our official duties .

If there are any questions, please contact our office.

Sincerely yours,

Adair Police Department
By: *[signature]*

GOVERNMENT EXHIBIT
204
4:22-cr-199

12-26-2018



Marcum MFG LLC
18224 Marcum Lane
Laurel, IN 47024
FFL# 4-35-047-07-1J-08087
Dear FNH USA

Reference number 0026

This is an order of the following FN machine guns ,(1) *FN P90 Tactical 5.7x28mm* ,(1) *FN (1) P90 Standard Selective Fire 5.7x28mm*, (1) FN P90 TR Selective Fire 5.7x28mm , (1)  FN P90 USG Blk Sight 5.7x28mm, (1) FN SCAR-SC 5.56X45mm,(1) FN SCAR 17 7.62X51MM FDE 16,in LE, (1) FN SCAR 17 CQC 7.62X51mm FDE 13,in LE, (1) FN SCAR 16 5.56x45mm FDE 10-in CQC 30-Rnd LE, (1) FN SCAR 16 5.56x45mm FDE 14-in 30-Rnd LE, (1) FN M249 SAW 5.56mm , (1) FN M249 PARA 5.56mm.( at the total price of ($23,185.00), plus shipping charges.

The firearm will be used by Marcum Firearms in a demonstration of the firearm to the Adair Police Department . Attached is the letter Adair Police Department , *dated 10-31-2018)*, requesting the demonstration.

Theses firearm is particularly suitable for use as a law enforcement weapon*(These weapons are often used by police in their daily dutys. Along with use for SWAT teams.)* The firearm is currently in production by (*FNH*), so quantities of the firearm are readily available to fill any subsequent orders  for the firearm Adair Police Department .

                            Sincerely yours,
                            Marcum MFG LLC

                    By _____
                            (Johnathan Marcum-Owner)

*NOTE: LETTERS MUST BE DATED NO OLDER THAN 4 MONTHS

1



February 28, 2019

National Firearms Act Branch
Bureau of Alcohol, Tobacco, Firearms and Explosives
244 Needy Road
Martinsburg, WV 25405

Subject: Model and Length Changes of Form 2 Registered Serial Numbers

Reference: FFL# 1-57-079-10-1M-02581

To Whom It May Concern:

FN America, LLC is submitting a notification of model and length changes of the following:

**NFA Control Numbers: 201870501**

| Serial Numbers | Registration Approval Date/ NFA # | Original Model | New Model | Original Barrel Length | Original Overall Length | New Barrel Length | New Overall Length |
|---|---|---|---|---|---|---|---|
| C14267 | 1/5/2018 201870501 | M249SAW | M249PARA | 20.5" | 40.75" | 16.3" | 36" |

There are no other changes (ex. Type, Caliber, etc.) to the above serial numbers.

We thank you in advance for your assistance. If there are any questions, please contact Ms. Gail Daley at ▇▇▇▇▇ ext. ▇▇ or Mrs. Bobbi Hamelinck at ext. ▇▇

Thank you,

*Gail Daley*
Gail Daley
Trade Compliance Manager

FN America, LLC
797 Old Clemson Road • Columbia, SC 29229 • USA • Tel (803) 736-0522 • Fax (803) 736-4169

A member of the Herstal Group
US v Wendt - Govt Ex 204
Page 3 of 4

2/28/2019 11:48:33 AM

# Application for Tax-Exempt Transfer of Firearm and Registration to Special Occupational Taxpayer (National Firearms Act)

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0013 (03/31/2017)

**ATF Control Number:** REF 19-045 SO18413000 PO7040

**1. Transferee's Name and Address** (as they appear on the Federal Firearms License, including trade name, if any)

MARCUM MFG LLC
18224 MARCUM LN
LAUREL, IN 47024, UNITED STATES

To be submitted in duplicate by transferor of firearm

To: National Firearms Act Branch
Bureau of Alcohol, Tobacco, Firearms and Explosives
244 Needy Road, Martinsburg, WV 25405

[ ] Sole Proprietor   [ ] Partnership   [ ] Corporation   [x] LLC

**2b. Transferor's Telephone Number and Area Code:** [redacted]

**2a. Transferor's Name and Address** (as they appear on the Federal Firearms License, including trade name, if any)

FNH USA/ FN
FN AMERICA, LLC
797 OLD CLEMSON ROAD
COLUMBIA, SC 29229-4203, UNITED STATES

[ ] Sole Proprietor   [ ] Partnership   [ ] Corporation   [x] LLC

The above-named and undersigned transferor and special (occupational) taxpayer hereby makes application as required by Section 5812 of the National Firearms Act to transfer, without payment of tax, and register the firearm described below to special (occupational) taxpayer identified as the transferee in this application.

**3. Description of Firearm** (Complete items a through h, if applicable)

| a. Name and Address of Manufacturer and/or Importer of Firearm | b. Type of Firearm (See instruction 1c) | c. Caliber, Gauge or Size (Specify) | d. Model | e. Of Barrel | f. Overall |
|---|---|---|---|---|---|
| FNH USA/ FN<br>FN AMERICA, LLC<br>797 OLD CLEMSON ROAD<br>COLUMBIA, SC 29229-4203, UNITED STATES | MACHINE GUN | 5.56MM | M249PARA<br>Length (Inches) | 16.3" | 36" |
| | | | g. Serial Number<br>C14267 | | |

h. Additional Description or Data Appearing on Firearm (Attach additional sheet if necessary)

**4. Transferee's Federal Firearms License** (Give complete 15-digit number) (See Instruction 2b)

| First 6 digits | 2-digits | 2-digits | 5-digits |
|---|---|---|---|
| 435047 | 07 | 1J | 08087 |

**5. Transferee's Special (Occupational) Tax Status**
a. Employer Identification Number: 82-5403160
b. Class: II-MFG OF FIREARMS

**6. Transferor's Federal Firearms License** (Give complete 15-digit number) (See Instruction 2b)

| First 6 digits | 2-digits | 2-digits | 5-digits |
|---|---|---|---|
| [redacted] | | | |

**7. Transferor's Special (Occupational) Tax Status**
a. Employer Identification Number: [redacted]
b. Class: II-MFG OF FIREARMS

**8. Consent to Disclosure of Information to Transferee** (See instruction 8). (do) or do not (circle one) authorize ATF to provide information relating to this application to the above-named transferee.

I believe I am entitled to exemption from payment of the transfer tax imposed by Section 5811, National Firearms Act (NFA), on the firearm described above because the transferee named herein is qualified under the NFA to manufacture, import or deal in that type of firearm.

UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete.

**9. Original Signature of Transferor** (Or authorized official): Gail Daley [signature]

**10. Name and Title of Authorized Official** (Print or type): Gail Daley, Trade Compliance Manager

**11. Date:** 2/28/2019

The Space Below is for the Use of the Bureau of Alcohol, Tobacco, Firearms and Explosives

By Authority of the Director, this Application has been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee Are:

[x] **Approved** (with the following conditions, if any):
RESTRICTED REGISTRATION - POSSESSION LIMITED TO CONTINUED COMPLIANCE WITH PROVISIONS OF PUBLIC LAW 99-308

[ ] Disapproved (For the following reasons)

**Authorized ATF Official:** [signature]
**Date:** MAR 11 2019

ATF E-Form 3 (5320.3)
Revised October 2004