**Chief of Police Bradley Wendt**
**TELEPHONE 641-742-3751 -**

# CITY OF ADAIR

FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

| COUNCIL | OFFICERS | | |
|---|---|---|---|
| Craig Wedemeyer | Mayor – John Larsen | Rick Stanley | |
| | City Clerk Randi Lehman | Kyle Irlmeier | Rick Hayes |
| Jeremy Gettler | City Attorney   John Fisher | | |

October 31, 2018

Mr. Johnathan Marcum
DBA: Marcum MFG LLC
18224 Marcum Lane
Laurel, In, 47024

Re: Request for demonstration

Dear Mr. Marcum:

The Adair Police Department is requesting a firearms demonstration by Marcum MFG LLC. This demonstration will evaluate the firearms listed below for possible purchase for official duties for our department.

| QUANTITY | MANUFACTURER | TYPE | MODEL | CALIBER |
|---|---|---|---|---|
| 1 | Heckler and Koch | Machine Gun | MP5SD3 | 9MM |
| 1 | Heckler and Koch | Machine Gun | G36C | 5.56MM |
| 1 | Heckler and Koch | Machine Gun | UMP45 | 45 ACP |
| 1 | Heckler and Koch | Machine Gun | G36KE | 5.56MM |
| 1 | Heckler and Koch | Machine Gun | MP7-A2 | 4.6x30 |
| 1 | Heckler and Koch | Machine Gun | G36KE1 | 5.56MM |

The number of sworn full time officers in our department is 6.   These officers are authorized by law to make arrests and carry firearms in the performance of their official duties

The personnel representing the Adair Police Department are authorized by law to carry firearms in the performance of their official duties. The personnel representing the Adair Police Department during the demonstration are authorized to evaluate the firearms. The firearm requested for demonstration is particularly suitable for use for government agencies .   These weapons are useful for training law enforcement officers on unfamiliar weapon systems that may be encountered in the field. These weapons are useful for training law enforcement officers on unfamiliar weapon systems that may be encountered in the field .It is known that local law enforcement in certain circumstances assist the US military forces and a knowledge of these new systems is invaluable for our official duties .

If there are any questions, please contact our office.

Sincerely yours,

Adair Police Department
By: _____
**Bradley Wendt Chief of Police**

GOVERNMENT EXHIBIT
210
4:22-cr-199

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Application for Tax-Exempt Transfer of Firearm and Registration to Special Occupational Taxpayer (National Firearms Act)**

**ATF Control Number:** 201959379

**1. Transferee's Name and Address** *(as they appear on the Federal Firearms License, including trade name, if any)*

MARCUM MFG LLC
18224 MARCUM LN
LAUREL, IN 47024, UNITED STATES

☐ Sole Proprietor  ☐ Partnership  ☐ Corporation

**2a. Transferor's Name And Address** *(as they appear on the Federal Firearms License, including trade name, if any)*

SO GROUP LLC
SPREAD FIREARMS
9410-C ANDERSON MILL RD
AUSTIN, TX 78729, UNITED STATES

☐ Sole Proprietor  ☐ Partnership  ☐ Corporation

To be submitted in duplicate by transferor of firearm

To: National Firearms Act Branch
Bureau of Alcohol, Tobacco, Firearms and Explosives
244 Needy Road, Martinsburg, WV 25405

**2b. Transferor's Telephone Number and Area Code:** [redacted]

The above-named and undersigned transferor and special (occupational) taxpayer hereby makes application as required by Section 5812 of the National Firearms Act to transfer, without payment of tax, and register the firearm described below to the special (occupational) taxpayer identified as the transferee in this application.

**3. Description of Firearm** *(Complete items a through h, if applicable)*

| a. Name and Address of Manufacturer and/or Importer of Firearm | b. Type of Firearm | c. Caliber, Gauge or Size | d. Model | e. Of Barrel | f. Overall |
|---|---|---|---|---|---|
| HECKLER AND KOCH | MACHINEGUN | 45 | UMP45 | 7.86 | 27.17 |

g. Serial Number: 163001994

h. Additional Description or Data Appearing on Firearm *(Attach additional sheet if necessary)*

**4. Transferee's Federal Firearms License** (Give complete 15-digit number)

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 435047 | 07 | 1J | 08087 |

**5. Transferee's Special (Occupational) Tax Status**
a. Employer Identification Number: 825403160
b. Class: CLASS 2 - MANUFACTURER OF FIREARMS

**6. Transferor's Federal Firearms License** (Give complete 15-digit number)

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| [redacted] | | | |

**7. Transferor's Special (Occupational) Tax Status**
a. Employer Identification Number: [redacted]
b. Class: CLASS 3 - DEALER IN FIREARMS

**8. Consent to Disclosure of Information to Transferee** *(See instruction 8)*. I **do** or **do not** (circle one) authorize ATF to provide information relating to this application to the above-named transferee.

I believe I am entitled to exemption from payment of the transfer tax imposed by Section 5811, National Firearms Act (NFA), on the firearm described above because the transferee named herein is qualified under the NFA to manufacture, import or deal in that type of firearm.

UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete.

**9. Original Signature of Transferor** *(Or authorized official)*: DIGITALLY SIGNED

**10. Name and Title of Authorized Official** *(Print or type)*: STEVE C OU, MANAGING MEMBER

**11. Date:** 12/04/2018

*The Space Below is for the Use of the Bureau of Alcohol, Tobacco, Firearms and Explosives*

By Authority of the Director, this Application has been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee Are:

☒ Approved *(with the following conditions, if any)*   ☐ Disapproved *(For the following reasons)*

Authorized ATF Official: [signature]
Date: 12/06/2018

ATF Form 3 (5320.3)
Revised October 2004

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Control Number: 201959379

## RESTRICTIONS

| Line No. | |
|---|---|
| 1 | RESTRICTED REGISTRATION-Possession limited to continued compliance with provisions of Public Law 99-308. |