# CITY OF ADAIR

### Chief of Police Bradley Wendt

320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

**OFFICERS**
Mayor – John Larson
City Clerk Randi Lehmen

City Attorney John Fisher
City Advisor Clint Richter

**COUNCIL**
Rick Stanley   Craig Wademeyer
Kyle Irmeier   Rick Hayes

Jeremy Gettler

July 19, 2018

Bradley Wendt
BW outfitters
1118 4th Ave S
Denison Ia, 51442

Dear Mr. Wendt,

The Adair Police Department would like a demonstration of the M-249 Para 5.56 Machine Gun for possible future purchase and use of our officers in the performance of their official duties.

The number of sworn full time officers in our Police Department in Adair is two. These officers are authorized by law to make arrests and carry firearms in the performance of their official duties.

The firearm requested for demonstration is particularly suitable for use as a law enforcement weapon. The M-249 Para 5.56 Machine Gun is suitable for close quarters engagements and suppressive fire which is important in dealing with well armed suspects which agencies are faced with more and more each day.

The telephone contact number for this Department is 515-229-8583.

Sincerely yours,

Adair Police Chief, Adair Police Dept

Respectfully,

*[signature]* 7-19-18

Chief Bradley Wendt
Adair Police Department

GOVERNMENT EXHIBIT 213  4:22-cr-199

# BW Outfitters Indoor Range

## Sam Peterson Manager
## Brad Wendt President

1118 4th ave South Denison Iowa 51442
TELEPHONE 712-393-4867 - FAX 712-393-4867
EMAIL: BWoutfitters@outlook.com

July 19, 2018

Bradley Wendt
BW outfitters
1118 4th Ave S
Denison Ia, 51442

Dear Mr. Wendt,

The Adair Police Department would like a demonstration of the M-249 Para 5.56 Machine Gun for possible future purchase and use of our officers in the performance of their official duties.

The number of sworn full time officers in our Police Department in Adair is two. These officers are authorized by law to make arrests and carry firearms in the performance of their official duties.

The firearm requested for demonstration is particularly suitable for use as a law enforcement weapon. The M-249 Para 5.56 Machine Gun is suitable for close quarters engagements and suppressive fire which is important in dealing with well armed suspects which agencies are faced with more and more each day.

The telephone contact number for dealer is 712-393-4867.

Sincerely yours,

*[signature]* 7-19-18

Brad Wendt President

U.S. Department of Justice  
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0013 (03/31/2017)

## Application for Tax-Exempt Transfer of Firearm and Registration to Special Occupational Taxpayer (National Firearms Act)

2019154774

ATF Control Number   REF 19-040 SO18393000

**1. Transferee's Name and Address** (*as they appear on the Federal Firearms License, including trade name, if any*)

B WOUT FITTERS, INC  
1118 4TH AVE S  
DENISON, IA 51442, UNITED STATES

To be submitted in duplicate by transferor of firearm

To: National Firearms Act Branch  
Bureau of Alcohol, Tobacco, Firearms and Explosives  
244 Needy Road, Martinsburg, WV 25405

[ ] Sole Proprietor   [ ] Partnership   [X] Corporation

**2b. Transferor's Telephone Number and Area Code** — [redacted]

**2a. Transferor's Name and Address** (*as they appear on the Federal Firearms License, including trade name, if any*)

FNH USA/ FN  
FN AMERICA, LLC  
797 OLD CLEMSON ROAD  
COLUMBIA, SC 29229-4203, UNITED STATES

[ ] Sole Proprietor   [ ] Partnership   [ ] Corporation   [X] LLC

The above-named and undersigned transferor and special (*occupational*) taxpayer hereby makes application as required by Section 5812 of the National Firearms Act to transfer, without payment of tax, and register the firearm described below to special (*occupational*) taxpayer identified as the transferee in this application.

**3. Description of Firearm** (*Complete items a through h, if applicable*)

| a. Name and Address of Manufacturer and/or Importer of Firearm | b. Type of Firearm (See instruction 1c) | c. Caliber, Gauge or Size (Specify) | d. Model | | |
|---|---|---|---|---|---|
| FNH USA/ FN FN AMERICA, LLC 797 OLD CLEMSON ROAD COLUMBIA, SC 29229-4203, UNITED STATES | MACHINE GUN | 5.56MM | M249PARA | | |
| | | | Length (Inches) | e. Of Barrel | f. Overall |
| | | | | 16.3" | 36" |
| | | | g. Serial Number C14266 | | |

h. Additional Description or Data Appearing on Firearm (*Attach additional sheet if necessary*)

**RESTRICTED REGISTRATION - POSSESSION LIMITED TO CONTINUED COMPLIANCE WITH PROVISIONS OF PUBLIC LAW 99-308**

**4. Transferee's Federal Firearms License**

| First 6 digits | 2-digits | 2-digits | 5-digits |
|---|---|---|---|
| 542047 | 01 | 1A | 03741 |

**5. Transferee's Special (Occupational) Tax Status**

a. Employer Identification Number: 46-2789307  
b. Class: III-DEALER OF FIREARMS

**6. Transferor's Federal Firearms License**

| First 6 digits | 2-digits | 2-digits | 5-digits |
|---|---|---|---|
| [redacted] | | | |

**7. Transferor's Special (Occupational) Tax Status**

a. Employer Identification Number: [redacted]  
b. Class: II-MFG OF FIREARMS

**8. Consent to Disclosure of Information to Transferee** (*See instruction 8*). (do) or do not (*circle one*) authorize ATF to provide information relating to this application to the above-named transferee.

I believe I am entitled to exemption from payment of the transfer tax imposed by Section 5811, National Firearms Act (NFA), on the firearm described above because the transferee named herein is qualified under the NFA to manufacture, import or deal in that type of firearm.

UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete.

**9. Original Signature or Transferor** (*Or authorized official*) — [signature: Gail Daley]

**10. Name and Title of Authorized Official** (*Print or type*) — Gail Daley, Trade Compliance Manager

**11. Date** — 03/13/2019

The Space Below is for the Use of the Bureau of Alcohol, Tobacco, Firearms and Explosives

By Authority of the Director, this Application has been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee Are:

[ ] Approved (*with the following conditions, if any*)

[X] Disapproved (*For the following reasons*) — Law letter invalid - name

**DISAPPROVED**

Authorized ATF Official — [signature: Carrie Fishel]   Date: MAR 19 2019

**RESTRICTED REGISTRATION - POSSESSION LIMITED TO CONTINUED COMPLIANCE WITH PROVISIONS OF PUBLIC LAW 99-308**

ATF E-Form 3 (5320.3)  
Revised October 2004

3/14/2019 10:01:26 AM

# CITY OF ADAIR

## Chief of Police Bradley Wendt

320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

OFFICERS
Mayor – John Larsen
City Clerk Randi Lehman
City Attorney John Fisher
City Advisor Clint Fichter

COUNCIL
Rick Stanley    Craig Wedemeyer
Kyle Irlmeier    Rick Hayes
Jeremy Gettler

March 28, 2019

Bradley Wendt
B WOUT FITTERS, INC
1118 4th Ave S
Denison Ia, 51442

Dear Mr. Wendt,

The Adair Police Department would like a demonstration of the M-249 Para 5.56 Machine Gun for possible future purchase and use of our Officers in the performance of their official duties.

The number of sworn Officers in our Police Department is 2. These Officers are authorized by law to make arrests and carry firearms in the performance of their official duties.

The firearm requested for the demonstration is particularly suitable for use as a law enforcement weapon. The M-249 Para 5.56 Machine Gun is suitable for close quarters engagements and suppressive fire which is important in dealing with well armed suspects which agencies are faced with more and more each day.

Sincerely yours,

Adair Police Chief, Adair Police Dept

Respectfully,

[signature]

# B WOUT FITTERS

*Sam Peterson Manager*
*Bradley Wendt President*
*1118 4th Ave South Denison Iowa 51442*
Telephone 712-393-4867  Fax 712-393-4867
EMAIL BWOUTFITTERS@outlook.com

March 28, 2019

Bradley Wendt
B WOUT FITTERS, INC
1118 4th Ave S
Denison Ia, 51442

Dear Mr. Wendt,

The Adair Police Department would like a demonstration of the M-249 Para 5.56 Machine Gun for possible future purchase and use of our Officers in the performance of their official duties.

The number of sworn Officers in our Police Department is 2. These Officers are authorized by law to make arrests and carry firearms in the performance of their official duties.

The firearm requested for the demonstration is particularly suitable for use as a law enforcement weapon. The M-249 Para 5.56 Machine Gun is suitable for close quarters engagements and suppressive fire which is important in dealing with well armed suspects which agencies are faced with more and more each day.

Sincerely yours,

**Adair Police Chief, Adair Police Dept**

Respectfully,

*[signature]* 3-29-19

**Chief Bradley Wendt**
Adair Police Department

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0013 (01/31/2011)

**Application for Tax-Exempt Transfer of Firearm and Registration to Special Occupational Taxpayer (National Firearms Act)**

ATF Control Number: 2019171161

**1. Transferee's Name and Address** (as they appear on the Federal Firearms License, including trade name, if any)
B WOUT FITTERS INC
1118 4TH AVE S
DENISON, IA 51442, UNITED STATES

To be submitted in duplicate by transferor of firearm

To: National Firearms Act Branch
Bureau of Alcohol, Tobacco, Firearms and Explosives
244 Needy Road, Martinsburg, WV 25405

**2b. Transferor's Telephone Number and Area Code**: [redacted]

[ ] Sole Proprietor   [ ] Partnership   [ ] Corporation

**2a. Transferor's Name And Address** (as they appear on the Federal Firearms License, including trade name, if any)
FN AMERICA, LLC
FNH USA/FN
797 OLD CLEMSON ROAD
COLUMBIA, SC 29229, UNITED STATES

[ ] Sole Proprietor   [ ] Partnership   [ ] Corporation

The above-named and undersigned transferor and special (occupational) taxpayer hereby makes application as required by Section 5812 of the National Firearms Act to transfer, without payment of tax, and register the firearm described below to the special (occupational) taxpayer identified as the transferee in this application.

**3. Description of Firearm** (Complete items a through h, if applicable)

| a. Name and Address of Manufacturer and/or Importer of Firearm | b. Type of Firearm (See instruction 1c) | c. Caliber, Gauge or Size (Specify) | d. Model | e. Length Of Barrel (Inches) | f. Overall |
|---|---|---|---|---|---|
| FN AMERICA, LLC / FNH USA (VA & SC) | MACHINEGUN | 5.56 | M249PARA | 16.3 | 36 |

g. Serial Number: C14266

h. Additional Description or Data Appearing on Firearm (Attach additional sheet if necessary)

**4. Transferee's Federal Firearms License** (Give complete 15-digit number) (See instruction 2b)

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 542047 | 01 | 1A | 03741 |

**5. Transferee's Special (Occupational) Tax Status**
a. Employer Identification Number: 462789307
b. Class: CLASS 3 - DEALER IN FIREARMS

**6. Transferor's Federal Firearms License** (Give complete 15-digit number) (See instruction 2b)

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| [redacted] | | | |

**7. Transferor's Special (Occupational) Tax Status**
a. Employer Identification Number: [redacted]
b. Class: CLASS 2 - MANUFACTURER OF FIREARMS

**8. Consent to Disclosure of Information to Transferee** (See instruction 8). I **do** or **do not** (circle one) authorize ATF to provide information relating to this application to the above-named transferee.

I believe I am entitled to exemption from payment of the transfer tax imposed by Section 5811, National Firearms Act (NFA), on the firearm described above because the transferee named herein is qualified under the NFA to manufacture, import or deal in that type of firearm.

UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete.

**9. Original Signature of Transferor** (Or authorized official): DIGITALLY SIGNED

**10. Name and Title of Authorized Official** (Print or type): BOBBI J HAMELINCK, SN LICENSING ADMINISTRATOR

**11. Date**: 03/28/2019

The Space Below is for the Use of the Bureau of Alcohol, Tobacco, Firearms and Explosives

By Authority of the Director, this Application has been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee Are:

[X] Approved (with the following conditions, if any)
s

[ ] Disapproved (For the following reasons)

Authorized ATF Official: *Jeffrey S. Wojcik* (signature)

Date: 04/02/2019

ATF Form 3 (5320.3)
Revised October 2004

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Control Number: 2019171161

## RESTRICTIONS

| Line No. | |
|---|---|
| 1 | RESTRICTED REGISTRATION-Possession limited to continued compliance with provisions of Public Law 99-308. |