# CITY OF ADAIR

## Chief of Police Bradley Wendt

320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

**OFFICERS**
Mayor – John Larsen
City Clerk Randi Lehman
City Attorney John Fisher
City Advisor Clint Fichter

**COUNCIL**
Rick Stanley   Craig Wedemeyer
Kyle Irlmeier   Rick Hayes
Jeremy Gettler

September 12, 2019

To Whom it may concern,

I am writing this to request a certified copy of the approval of the following three MP5SD machine guns serial numbers, 63-106832, 63-106833, and 63-106834. The transfer was approved on April 12th 2019 and the paperwork has been lost. The transfer was from Pennsylvania Dept of Corrections 301 Morea Road Frackville PA 17932 to Adair Police Dept 320 Audubon Street, Adair Ia 50002.

The telephone contact number for this Department is 515-229-8583.

Sincerely yours,

Adair Police Chief, Adair Police Dept

Respectfully,

*[signature: Bradley Wendt]*

Chief Bradley Wendt
Adair Police Department

GOVERNMENT
EXHIBIT
**214**
4:22-cr-199

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Application for Tax Exempt Transfer and Registration of Firearm**

OMB No. 1140-0015 (03/31/2014)

| ATF Control Number | SUBMIT in DUPLICATE to: | National Firearms Act Branch, Bureau of Alcohol, Tobacco, Firearms and Explosives, 244 Needy Road, Martinsburg, WV 25405 |
|---|---|---|

**2a. Transferee's Name and Address** (Include trade name, if any) (See Instruction 2)
CITY OF ADAIR
320 AUDUBON STREET
ADAIR, IA 50002

**2b. County:** ADAIR

**1. Type of Transfer. Tax Exempt**
I Believe That I am Entitled to Exemption From the Payment of the Transfer Tax Imposed By Section 5811 (26 U.S.C. Chapter 53) on the Firearm Described Herein for the Following Reason (See Instruction 2h).

- [ ] Firearm is Unserviceable and is Being Transferred as a Curio or Ornament
- [x] Firearm is Being Transferred to or from a Government Entity
- [ ] Firearm is Being Transferred to a Lawful Heir
- [ ] Other (Specify)

**3a. Transferor's Name and Address** (Include trade name, if any) (Executors; see instruction 2j)
Pennsylvania Department of Corrections
301 Morea Road
Frackville, PA 17932

**3b. Transferor's Telephone Number and Area Code:** [redacted]

**3d.** Number, Street, City, State and Zip Code of Residence (or Firearms Business Premises) If Different from Item 3a.

**3c.** If Applicable: Decedent's Name, Address, and Date of Death

The above-named and undersigned transferor hereby makes application as required by Section 5812 of the National Firearms Act to transfer and register the firearm described below to the transferee.

**4. Description of Firearm** (Complete items a through i)

a. Name and Address of Manufacturer and/or Importer of Firearm: Heckler & Koch GmbH, Postfach 1329, 78722 Oberndorf/Neckar, Germany

b. Type of Firearm (See instruction 1c): Submachine Gun

c. Caliber, Gauge or Size (Specify): 9MM

d. Model: MP5SD3

e. Length (Inches): 5.73

f. Of Barrel: [blank]

g. Overall: 31.58

h. Serial Number: SEE ATTACHED

i. Is the Firearm Unserviceable as Defined in Instruction 11? Yes [ ] No [ ] (If "No," describe any other method by which firearm has been rendered unserviceable. Use additional sheets, etc.)

**5. Transferee's Federal Firearms License** (If any) (Give complete 15-digit number) (See Instruction 2c)
First 6 digits | 2 digits | 2 digits | 5 digits

**6. Transferee's Special (Occupational) Tax Status** (If any)
a. Employer Identification Number | b. Class

**7. Transferor's Federal Firearms License** (If any) (Give complete 15-digit number) (See Instruction 2c)
First 6 digits | 2 digits | 2 digits | 5 digits

**8. Transferor's Special (Occupational) Tax Status** (If any)
a. Employer Identification Number | b. Class

Under Penalties of Perjury, I Declare that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete, and that the transfer of the described firearm to the transferee and receipt and possession of it by the transferee are not prohibited by the provisions of Chapter 44, Title 18, United States Code; Chapter 53, Title 26, United States Code; or Title VII of the Omnibus Crime Control and Safe Streets Act, as amended; or any provisions of State or local law.

**9. Consent to Disclosure of Information to Transferee** (See Instruction 8). I Do or Do Not (circle one) Authorize ATF to Provide Information Relating to this Application to the Above-Named Transferee.

**10. Signature of Transferor** (Or authorized official): [signature]

**11. Name and Title of Authorized Official** (Print or type): TIMOTHY LEAR

**12. Date:** 4/10/2019

The Space Below is for the use of the Bureau of Alcohol, Tobacco, Firearms and Explosives
By Authority of The Director, This Application Has Been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee are:

[x] Approved RESTRICTED REGISTRATION AND POSSESSION LIMITED TO CONTINUED COMPLIANCE WITH PROVISIONS OF PUBLIC LAW 90-308

[ ] Disapproved (For the following reasons)

Signature of Authorized ATF Official: [signature]

Date: APR 1 2 2019

ATF Form 5 (5320.5)
Revised November 2014

| | | | |
|---|---|---|---|
| 63-106832 | | MACHINE GUN | MP5SD3 |
| 63-106833 | | MACHINE GUN | MP5SD3 |
| 63-106834 | | MACHINE GUN | MP5SD3 |

# CITY OF ADAIR
## Chief of Police Bradley Wendt

320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice13@gmail.com

**OFFICERS**
Mayor – Joanne Byars
City Clerk Sandy Riley
City Advisor Clint Fichter

**COUNCIL**
Rick Stanley   Jim Zimmerline
Kyle Irlmeier   Perry Leeper   Paul Gettler

**March 1, 2022**

**TM FIREARMS LLC**
**558 Mcqueen Smith Road North**
**Prattville, AL 36066**

**Dear TM FIREARMS LLC,**

I am writing to request a formal demonstration of the MP5SD3 (Full Auto) 9mm Machinegun, manufactured by Heckler and Koch to be conducted for the Adair Police. Our agency would appreciate a detailed overview of the stated weapon to further determine if it is suitable for future purchase, and official use by the sworn officers within Adair Police Dept.

The Adair Police Department is requesting a demonstration of ONE (1) machinegun to test and evaluate.

The firearm requested for demonstration is ideal for the use by the Adair Police Department as it is similar in design to other approved weapons currently in use by our agency and surrounding agencies.

Respectfully,

*[signature]*

**Chief Bradley Wendt**
**Adair Police Department**

OMB No. 1140-0015 (08/31/2022)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Application for Tax Exempt Transfer and Registration of Firearm

| ATF Control Number | Internal Control Number |
|---|---|

**Submit in duplicate to:** National Firearms Act Division
Bureau of Alcohol, Tobacco, Firearms and Explosives, 244 Needy Road, Martinsburg, WV 25405

**1. Type of Transfer:** tax exempt
I believe that I am entitled to exemption from the payment of the Transfer Tax Imposed by section 5811 (26 U.S.C. Chapter 53) on the Firearm described herein for the following reason *(See Instruction 2b)*:

- ☐ Firearm is unserviceable and is being transferred as a curio or ornament
- ☒ Firearm is being transferred to or from a Government Entity
- ☐ Firearm is being transferred to a lawful heir or by operation of law
- ☐ Other (Specify)

**2a. Transferee's Full Legal Name and Address** *(Include trade name, if any) (See instruction 2k)*
TM FIREARMS, LLC
558 Mcqueen Smith Road North
Prattville, AL 36066

- ☐ Other Legal Entity
- ☐ Corporation
- ☐ Individual
- ☐ Trust
- ☐ Government Entity

**2b. County/Parish:** Autauga

**3a. If Applicable:** Decedent's Name, Address, and Date of Death

**3b. Transferor's Name and Address** *(Include trade name, if any) (Executors: see instruction 2k)*
Adair Police Department
320 Audubon Street
Adair, Ia 50002

**3c. Transferor's telephone** *(area code and number)*: 641-742-3751
**3d. E-mail address:** adairpolice113@gmail.com
**3e. Number, Street, City, State and Zip Code of Residence** *(or Firearms Business Premises) If Different from Item 3a.*

The above-named and undersigned transferor hereby makes application as required by Section 5812 of the National Firearms Act to transfer and register the firearm described below to the transferee.

**4. Description of Firearm** *(Complete items a through i) (See instruction 2n)*

| a. Name and Address of Maker, Manufacturer and/or Importer of Firearm | b. Type of Firearm *(See definitions 1c)* | c. Caliber or Gauge | d. Model: MP5 SD3 | | |
|---|---|---|---|---|---|
| HECKLER & KOCH GMBH, GERMANY<br>HECKLER & KOCH DEFENSE INC.<br>ASHBURN, VA | Machinegun | 9MM | Length (Inches) | e. Barrel: 5.73" | f. Overall: 31.58" |
| | | | g. Serial Number: 63-106832 | | |

**h.** Additional Description or Data Appearing on Firearm *(Attach additional sheet if necessary)*

**i.** Has the Firearm been rendered unserviceable as defined in Definition 1m? *(If "Yes," describe the method by which the firearm has been rendered unserviceable. Use additional sheets.)* ☐ Yes  ☒ No

**5. Applicant's Federal Firearms License** *(if any)* or Explosives License or Permit Number *(Give complete 15-digit number) (See instruction 2c)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 163001 | 07 | 4D | 08652 |

**6. Transferee's Special (Occupational) Tax Status** *(If any)*
a. Employer Identification Number: 82-2556372
b. Class: 3

**7. Transferor's Federal Firearms License** *(If any)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| | | | |

**8. Transferor's Special (Occupational) Tax Status** *(If any)*
a. Employer Identification Number
b. Class

Under Penalties of Perjury, I Declare that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete, and that the transfer of the described firearm to the transferee and receipt and possession of it by the transferee are not prohibited by the provisions of Title 18, United States Code, Chap 44; Title 26, United States Code Chap 53; or any provisions of State or local law.

**9. Signature of Transferor** *(Or authorized official)* [signed]
**10. Name and Title of Authorized Official** *(Print or type)*: Bradley Wendt, Chief of Police
**11. Date:** 3-3-2022

*The Space Below is for the use of the Bureau of Alcohol, Tobacco, Firearms and Explosives*

By Authority of The Director, This Application Has Been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee are:

- ☐ Approved *(With the following conditions, if any)*
- ☐ Disapproved *(For the following reasons)*

Signature of Authorized ATF Official | Date

Previous Editions Are Obsolete

ATF Copy

ATF Form 5 (5320.5)
Revised September 2019

OMB No. 1140-0015 (08/31/2022)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Application for Tax Exempt Transfer and Registration of Firearm

| ATF Control Number | Internal Control Number |
|---|---|

**Submit in duplicate to:** National Firearms Act Division
Bureau of Alcohol, Tobacco, Firearms and Explosives, 244 Needy Road, Martinsburg, WV 25405

**1. Type of Transfer:** tax exempt
I believe that I am entitled to exemption from the payment of the Transfer Tax Imposed by section 5811 (26 U.S.C. Chapter 53) on the Firearm described herein for the following reason *(See Instruction 2b)*:

- [ ] Firearm is unserviceable and is being transferred as a curio or ornament
- [x] Firearm is being transferred to or from a Government Entity
- [ ] Firearm is being transferred to a lawful heir or by operation of law
- [ ] Other (Specify) _____

**2a. Transferee's Full Legal Name and Address** *(Include trade name, if any) (See instruction 2k)*
TM FIREARMS, LLC
558 Mcqueen Smith Road North
Prattville, AL 36066

- [ ] Other Legal Entity
- [ ] Corporation
- [ ] Individual
- [ ] Trust
- [ ] Government Entity

**2b. County/Parish**
Autauga

**3a. If Applicable:** Decedent's Name, Address, and Date of Death

**3b. Transferor's Name and Address** *(Include trade name, if any) (Executors: see instruction 2k)*
Adair Police Department
320 Audubon Street
Adair, Ia 50002

**3c. Transferor's telephone** *(area code and number)*
641-742-3751

**3d. E-mail address**
adairpolice113@gmail.com

**3e. Number, Street, City, State and Zip Code of Residence** *(or Firearms Business Premises)* If Different from Item 3a

The above-named and undersigned transferor hereby makes application as required by Section 5812 of the National Firearms Act to transfer and register the firearm described below to the transferee.

**4. Description of Firearm** *(Complete items a through i) (See instruction 2n)*

| a. Name and Address of Maker, Manufacturer and/or Importer of Firearm | b. Type of Firearm *(See definitions 1c)* | c. Caliber or Gauge | d. Model |
|---|---|---|---|
| HECKLER & KOCH GMBH, GERMANY<br>HECKLER & KOCH DEFENSE INC.<br>ASHBURN, VA | Machinegun | 9MM | MP5 SD3 |

| e. Length (Inches) | f. Barrel | g. Overall |
|---|---|---|
| | 5.73" | 31.58" |

**g. Serial Number**
63-106832

**h. Additional Description or Data Appearing on Firearm** *(Attach additional sheet if necessary)*

**i. Has the Firearm been rendered unserviceable as defined in Definition 1m?** *(If "Yes," describe the method by which the firearm has been rendered unserviceable. Use additional sheets.)*  [ ] Yes  [x] No

**5. Applicant's Federal Firearms License** *(if any)* or Explosives License or Permit Number
*(Give complete 15-digit number) (See instruction 2c)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 163001 | 07 | 4D | 08652 |

**6. Transferee's Special (Occupational) Tax Status** *(If any)*

| a. Employer Identification Number | b. Class |
|---|---|
| 82-2556372 | 3 |

**7. Transferor's Federal Firearms License** *(If any)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| | | | |

**8. Transferor's Special (Occupational) Tax Status** *(If any)*

| a. Employer Identification Number | b. Class |
|---|---|
| | |

Under Penalties of Perjury, I Declare that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete, and that the transfer of the described firearm to the transferee and receipt and possession of it by the transferee are not prohibited by the provisions of Title 18, United States Code, Chap 44; Title 26, United States Code Chap 53; or any provisions of State or local law.

**9. Signature of Transferor** *(Or authorized official)*
*[signed]*

**10. Name and Title of Authorized Official** *(Print or type)*
Bradley Wendt, Chief of Police

**11. Date**
3-3-2022

The Space Below is for the use of the Bureau of Alcohol, Tobacco, Firearms and Explosives

By Authority of The Director, This Application Has Been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee are:

- [ ] Approved *(With the following conditions, if any)*
- [ ] Disapproved *(For the following reasons)*

Signature of Authorized ATF Official                       Date

Previous Editions Are Obsolete

ATF Form 5 (5320.5)
Revised September 2019