# CITY OF ADAIR

## Chief of Police Bradley Wendt

*320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002*
*TELEPHONE 641-742-3751 - FAX 641/742-5514*
*EMAIL: Adairpolice113@gmail.com*

<u>OFFICERS</u>
Mayor – John Larsen
City Clerk Randi Lehman
City Attorney  John Fisher
City Advisor  Clint Fichter

<u>COUNCIL</u>
Rick Stanley    Craig Wedemeyer
Kyle Irlmeier    Rick Hayes
Jeremy Gettler

April 17, 2019

Bradley Wendt
BW outfitters
1118 4th Ave S
Denison Ia, 51442

Dear Mr. Wendt,

The Adair Police Department would like a demonstration of the, Scar 16 CQC 5.56x45mm machinegun and FN P90 Tactical 5.7x28mm machinegun, for possible future purchase and use of our officers in the performance of their official duties.

The number of sworn full time officers in our Police Department in Adair is two. These officers are authorized by law to make arrests and carry firearms in the performance of their official duties.

The firearm requested for demonstration is particularly suitable for use as a law enforcement weapon. The Scar 16 CQC 5.56x45mm machinegun and FN P90 Tactical 5.7x28mm machinegun are suitable for close quarters engagements and suppressive fire which is important in dealing with well armed suspects which agencies are faced with more and more each day.

The telephone contact number for this Department is 641-742-3751.

Sincerely yours,

Chief Bradley Wendt
Adair Police Department

GOVERNMENT
EXHIBIT
217
4:22-cr-199

*Sam Peterson Manager*
*Bradley Wendt President*
*1118 4ᵗʰ Ave South Denison Iowa 51442*
Telephone 712-393-4867 Fax 712-393-4867
EMAIL BWOUTFITTERS@outlook.com

March 28, 2019

Bradley Wendt
B WOUT FITTERS, INC
1118 4ᵗʰ Ave S
Denison Ia, 51442

Dear Mr. Wendt,

This is an order for Scar 16 CQC 5.56x45mm machinegun and FN P90 Tactical 5.7x28mm machinegun at the price of $2718.00 for the Scar 16 and 999.00 for the P90.

The firearm will be used by B WOUT FITTERS in a demonstration of the firearm to the Adair Police Department. Attached is the letter of Adair Police Department, dated April 17, 2019, requesting the demonstration.

The firearm is particularly suitable for use as a law enforcement weapon, due to cost, availability and its use in day to day patrol as well as special operations. The firearm is currently in production by FN, so quantities of the firearm are readily available to fill any subsequent orders for the firearm from Adair Police Department.

Sincerely yours,

B WOUT FITTERS

Bradley Wendt, President

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0005 (07/31/2013)

## Application and Permit for Importation of Firearms, Ammunition and Implements of War

Ref. 19VX064 SO 68347

| Not for use by Members of the United States Armed Forces. | |
|---|---|
| **For ATF Use Only** | **For Applicant's Optional Use** |

| Permit No. (Valid for 12 months from the date appearing in Item 19 below.) NPR No. 201904626 | Internal Control/Reference # 19VX064 SO68347.1 | E-mail Address *(Optional)* |
|---|---|---|

**Section I - Application** *(Submit in triplicate) - For Applicant Use*

| 1. Federal Firearms License *(If Any)* | | 2. Telephone No. *(Including Extension No.)* | 3. Country of Exportation |
|---|---|---|---|
| License No. *(x-xx-xxx-xx-xxxxx)* | Expiration Date 04/01/2020 | | BELGIUM |

**4.** Name and Address of Customs Broker *(Including Zip Code)*

Check here if permit is to be returned to Customs Broker. ☐

**5.** Applicant's Name and Address *(Including Zip Code)*
FN AMERICA LLC
14 HAZEL PARK LN
FREDERICKSBURG, VA 22405, UNITED STATES

Check here if permit is to be returned to applicant. ☒

**6.** Name and Address of Foreign Seller, if any
FN HERSTAL, S.A.
VOIE DE LIEGE, 33
HERSTAL, LIÈGE B-4040, BELGIUM

**7.** Name and Address of Foreign Shipper
FN HERSTAL, S.A.
VOIE DE LIEGE, 33
HERSTAL, LIÈGE B-4040, BELGIUM

**8.** Description of Firearms and Ammunition *(For firearms, enter (SG)-Shotgun; (RI)-Rifle; (PI)-Pistol; (RE)-Revolver; (DD)-Destructive Device; (MG)-Machinegun)*

| | Name and Address of Manufacturer a. | Type (Frame, Receiver, SG, RI, PI, RE,DD,MG) b. | Caliber Gauge or Size c. | Quantity (Each type) d. | Unit Cost (U.S. Currency) e. | U.S. Munitions Import List Category f. | Model g. | Length of Barrel (Inches) h. | Overall Length (Inches) i. | Serial No. j. | New (N) or Used (U) k. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Firearms | SEE ADDITIONAL SHEETS ☐ See Attachment | | | | | | | | | | |
| Implements of War | ☐ See Attachment | | | | | | | | | | |
| Ammunition | ☐ See Attachment | *(Ball Wad-cutter, Shot, AP, Tracer) (Rounds)* | | | | | | | | | |

**Description**

**9.** Certification of Origin. The items sought for importation in block 8:

a. Do not contain parts or components produced by or for the U.S. **military** and do not contain parts or components manufactured with U.S. military technical data or assistance. ☒

b. Contain parts or components produced by or for the U.S. **military** or parts or components manufactured with U.S. military technical data or assistance. ☐

c. Contain parts or components produced by or for the U.S. **military** or components manufactured with U.S. technical data or assistance that were sold abroad pursuant to a Direct Commercial Sale licensed by the Department of State. ☐

**10.** Specific Purpose of Importation, Including Final Recipient, If Known *(Use additional sheets, if necessary)*
DEALER SALES SAMPLE LETTER; IMPORTING FOR B WOUT FITTERS INC DENISON, IA 51442

**11.** Are You Registered as an Importer Pursuant to The Arms Export Control Act of 1976   Yes ☒  No ☐

**12.** If "Yes," Give Importer's Registration No. and Expiration Date *(A-xx-xxx-xxxx)*
A-49-339-1106, 11/06/2019

Under the penalties provided by law, I declare that I have examined this application, including the documents submitted in support of it, and, to the best of my knowledge and belief, it is true, correct, and complete.

| 13. Name of Applicant *(Printed)* BOBBI J HAMELINCK | 14. Signature of Applicant DIGITALLY SIGNED | 15. Title SN LICENSING ADMINISTRATOR | 16. Date 07/15/2019 |
|---|---|---|---|

**Section II - For ATF Use Only** *(Please make no entries in this section)*   *SEE ATTACHED PAGE FOR RESTRICTIONS*

**17.** The Application Has Been Examined and the Importation of the Firearms, Ammunition, and Implements of War Described Herein is:

| Approved ☒ | Disapproved for the Reason Indicated Here or on Attached Letter ☐ | Returned Without Action for Additional Information ☐ |
|---|---|---|
| Partially Approved for the Reason Indicated Here or on Attached Letter ☐ | Withdrawn By Applicant Without Action ☐ | No Permit Required ☐ |

**18.** Signature of the Director, Bureau of Alcohol, Tobacco, Firearms and Explosives
*Imports Branch Chief*

| 19. Date 07/29/2019 |
|---|

ATF Form 6 - Part I (5330.3A)
Revised August 2011

Firearms *(Continued)*

Permit Number: 201904626          Internal Control Number: 19VX064 SO68347.1

| Name and Address of Manufacturer a | Type (SG, RL, PI, RE, DD, MG) b | Caliber Gauge or Size c | Quantity (Each type) d | Unit Cost e | US Munitions List Category f | Model (Mfrs) Design g | Length of Barrel h | Overall Length (Inches) i | Serial No. j | New (N) or Used (U) k |
|---|---|---|---|---|---|---|---|---|---|---|
| FN (HERSTAL) BELGIUM | MG | 5.7 MM | Requested: 1, Granted: 1 | 460.08 | I(B) | P90 TACTICAL | 10.39 | 19.88 | | N |
| FN (HERSTAL) BELGIUM | MG | 5.56 MM | Requested: 1, Granted: 1 | 1430.516 | I(B) | SCAR 16CQC | 10 | 31 | | N |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

ATF Form 6 - Part I (5330.3A)
Revised October 2006

0007 (07/31/2014)

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Release and Receipt of Imported Firearms, Ammunition and Implements of War

*(See Instructions on Back)*

**Section I - Importation Information** *(Use a separate ATF Form 6A (5330.3C) to describe articles imported under each permit. Also, use a separate form for each shipment under the same permit.)*

| 1.  Name and Address of Importer<br>FN AMERICA LLC<br>14 HAZEL PARK LN<br>FREDERICKSBURG, VA 22405, UNITED STATES | 2.  Name and Address of Foreign Seller<br>FN HERSTAL, S.A.<br>VOIE DE LIEGE, 33<br>HERSTAL, LIÈGE B-4040, BELGIUM |
|---|---|
| | 3.  Name and Address of Foreign Shipper<br>FN HERSTAL, S.A.<br>VOIE DE LIEGE, 33<br>HERSTAL, LIÈGE B-4040, BELGIUM |

| 4.  Federal License No. and/or AECA No. *(If any)* ▶ | Expiration Dates<br>04/01/2020; 11/06/2019 | 5.  Country Where Manufactured *(Required)*<br>SEE LINE ITEM DESCRIPTION |
|---|---|---|
| 6.  Import Permit No. *(When importation authorized by permit) (Required)*  201904626 | 7.  Telephone No. | 8.  Gross Value of Shipment *(In U.S. dollars)*<br>1890.596 |

9. Shipment of Firearms, Ammunition and/or Implements of War *(For firearms, enter (SG)-Shotgun; (RI)-Rifle; (RE)-Revolver; (DD)-Destructive Device; (MG)- Machinegun; (SI) Silencer; Frame or Receiver)*

| | Name of Manufacturer<br>a | Number and Kind of Packages<br>b | Type<br>c | Caliber Gauge or Size<br>d | Quantity *(Each type)*<br>e | U.S. Munitions Import List Category<br>f | Model<br>g | Serial No.<br>h |
|---|---|---|---|---|---|---|---|---|
| Firearms | SEE ADDITIONAL SHEETS | See overflow page for number and kind of packages | | | | | | |
| Implements of War | | | | | | | | |
| Ammunition | | | *(Ball Incendiary, Wadcutter, Shot, AP, Tracer)* | | | | | |

**Section II - Certification of Release From U.S. Customs and Border Protection**

| 10. Port of Entry | 11. Customs Entry or ID No. | 12. Type of Entry | ☐ Consumption<br>☐ Warehouse | ☐ Informal | 13. Date Released |
|---|---|---|---|---|---|

14. I certify that the above articles were authorized for importation by the Director, Bureau of Alcohol, Tobacco, Firearms and Explosives, and were released from the custody of the U.S. Customs and Border Protection or were authorized to be removed from a Customs bonded warehouse or foreign trade zone.
Import Permit Number:

| 15. Signature of Customs and Border Protection Official | 16. Title | 17. Date |
|---|---|---|

**Section III - Verification of Importation (completed by licensed and/or registered importers only)**

18. I have examined the above shipment and found it to:

☒ Contain the firearms, ammunition and/or implements of war in the exact quantity and as described in Item 9 above, or

☐ Contain the following discrepancies:

I declare under the penalties provided by law, that this verification of importation is true, correct and complete to the best of my knowledge and belief and that each firearm is marked and can be identified as required by 27 CFR Part 478.

| 19. Signature of Importer<br>DIGITALLY SIGNED | 20. Title or Status *(Individual, member of firm; if officer of corporation, give title)*  Bobbi J Hamelinck, SN LICENSING ADMINISTRATOR | 21. Date<br>08/02/2019 |
|---|---|---|

ATF Form 6A (5330.3C)
Revised August 2011

OMB No. 1140-0007 (04/30/2013)

Permit Number    201904626

9. Shipment of Firearms, Ammunition and/or Implements of War

| Line No | Number and Kinds of Packages *a* | Description *(name of manufacturer, type of firearm, model, caliber, gauge or size, serial number, type of ammunition, e.g., ball, incendiary, wadcutter, etc.; for defense articles, the Category of the U.S. Munitions Import List in 27 CFR Part 447 to which they belong)* *b* | Quantity Each Type *c* |
|---|---|---|---|
| 1 | | FN (HERSTAL) [BELGIUM] MACHINEGUN P90 TACTICAL ; 5.7 MM ; I(B) ; Serial #: FN079567 | 1 |
| 2 | | FN (HERSTAL) [BELGIUM] MACHINEGUN SCAR 16CQC ; 5.56 MM ; I(B) ; Serial #: L055189 | 1 |
| | | | |
| | | | |
| | | | |

ATF E-Form 6A (5330.3C)
Revised April 2005

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Permit Number: 201904626

Internal Control Number: REF 19VX064 SO68347

## OVERFLOW PAGE

| Number And Kind Of Packages | case Count=2 |
| --- | --- |

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0012 (10/31/2013)

# Notice of Firearms Manufactured or Imported

Prepare in Duplicate.  Submit to: The National Firearms Act Branch, 244 Needy Road, Martinsburg, WV 25405.  **The undersigned hereby serves notice of the manufacture, reactivation, or importation of firearms as required by § 5841 of the National Firearms Act, title 26 U.S.C. Chapter 53.**

| 1. Type of Notice<br>a. Firearms on This Notice are: (Check one)  Manufactured ☐   Reactivated ☐   Imported *(complete b & c)* ☒ | b. Permit Number<br>201904626 | c. Expiration Date<br>07/29/2021 |
|---|---|---|

| 2. Name and Address *(Including trade name, if any)*<br>FN AMERICA LLC<br>FNH USA/FN<br>14 HAZEL PARK LN<br>FREDERICKSBURG, VA 22405, UNITED STATES | 3. Federal Firearms License Number<br>■■■■■■■ | 4. Employer Identification Number and Class<br>202006285 CLASS 1 - IMPORTER OF FIREARMS |
|---|---|---|
| | 5. Number of Firearms Covered By This Notice<br>2 | 6. Telephone Number (Include area code)<br>■■■■■■■ |
| ☐ Sole Proprietor    ☐ Partnership    ☐ Corporation | 7. Date of Manufacture, Reactivation or Release from Customs<br>07/30/2019 | |

8. Description of Firearm(s)

| Line No.<br>*a* | Type of Firearm<br>*(See Instruction 1c)*<br>*a* | Additional Description<br>*(See Instruction 3e)*<br>*b* | Caliber<br>Gauge or Size<br>*c* | Model<br>*d* | Length (In.) Barrel<br>*e* | Length (In.) Overall<br>*f* | Serial Number<br>*(See Instruction 3d)*<br>*g* |
|---|---|---|---|---|---|---|---|
| 1 | MACHINEGUN | | 5.7 MM | P90 TACTICAL | 10.39 | 19.88 | FN079567 |
| 2 | MACHINEGUN | | 5.56 MM | SCAR 16CQC | 10 | 31 | L055189 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this notice of firearms manufactured, reactivated or imported and, to the best of my knowledge and belief, it is true, correct and complete. | ATF Use - Restrictions *(If any)* | |
|---|---|---|
| 9. Signature of Manufacturer or Importer *(or authorized official)*<br><br>**DIGITALLY SIGNED** | ☐ Imported Under 26 U.S.C. § 5844 For Use (A) By a Government Agency, (2) For Scientific or Research Purposes, or (3) As a Model or Sales Sample.<br>*(Note: machineguns are not subject to these restrictions.)* | NFA Control Number<br>2019313044 |
| 10. Name and Title of Authorized Official<br>BOBBI J HAMELINCK, SN LICENSING ADMINISTRATOR | 11. Filing Date<br>08/02/2019 | Receipt Date |
| | ☒ Machinegun Manufactured or Imported After May 19, 1986 *(18 U.S.C. § 922(o))* | 08/05/2019 |

ATF SIGNATURE: *Rays mesito*

US v Wendt - Govt Ex 217
Page 8 of 12

**FINAL ACTION DATE: 08/05/2019**

ATF E-Form 2 (5320.2)
Revised November 2007

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Control Number:   2019313044

## RESTRICTIONS

| Line No. | |
|---|---|
| 1 | RESTRICTED REGISTRATION-Possession limited to continued compliance with provisions of Public Law 99-308. |
| 2 | RESTRICTED REGISTRATION-Possession limited to continued compliance with provisions of Public Law 99-308. |

OMB No. 1140-0013 (01/31/2011)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Application for Tax-Exempt Transfer of Firearm and Registration to Special Occupational Taxpayer (National Firearms Act)**

| ATF Control Number | 2019314956 |
|---|---|

| | |
|---|---|
| 1.  Transferee's Name and Address *(as they appear on the Federal Firearms License, including trade name, if any)*<br><br>B WOUT FITTERS INC<br>1118 4TH AVE S<br>DENISON, IA 51442, UNITED STATES | To be submitted in duplicate by transferor of firearm<br><br>To: National Firearms Act Branch<br>  Bureau of Alcohol, Tobacco, Firearms<br>  and Explosives<br>  244 Needy Road, Martinsburg, WV  25405 |

☐ Sole Proprietor    ☐ Partnership    ☐ Corporation

2b. Tranferor's Telephone Number and Area Code  ▉▉▉▉▉▉

| | |
|---|---|
| 2a. Transferor's Name And Address   *(as they appear on the Federal Firearms License, including trade name, if any)*<br><br>FN AMERICA LLC<br>FNH USA/FN<br>14 HAZEL PARK LN<br>FREDERICKSBURG, VA 22405, UNITED STATES | |

☐ Sole Proprietor    ☐ Partnership    ☐ Corporation

The above-named and undersigned transferor and special (occupational) taxpayer hereby makes application as required by Section 5812 of the National Firearms Act to transfer, without payment of tax, and register the firearm described below to the special *(occupational)* taxpayer identified as the transferee in this application.

3. Description of Firearm   *(Complete items a through h, if applicable)*

| a.  Name and Address of Manufacturer and/or Importer of Firearm<br><br>SEE ADDITIONAL SHEETS | b.  Type of Firearm *(See instruction 1c)* | c.  Caliber, Gauge or Size *(Specify)* | d.  Model |
|---|---|---|---|
| | | | Length *(Inches)* / E. Of Barrel / F. Overall |
| | | | g.  Serial Number |

h.  Additional Description or Data Appearing on Firearm   *(Attach additional sheet if necessary)*

| 4.  Transferee's Federal Firearms License | | | | 5.  Transferee's Special (Occupational) Tax Status | |
|---|---|---|---|---|---|
| *(Give complete 15-digit number) (See instruction 2b)* | | | | a.  Employer Identification Number | b.  Class |
| First 6 digits | 2 digits | 2 digits | 5 digits | 462789307 | CLASS 3 - DEALER IN FIREARMS |
| 542047 | 01 | 1A | 03741 | | |
| 6.  Transferor's Federal Firearms License | | | | 7.  Transferor's Special (Occupational) Tax Status | |
| *(Give complete 15-digit number) (See instruction 2b)* | | | | a.  Employer Identification Number | b.  Class |
| First 6 digits | 2 digits | 2 digits | 5 digits | ▉▉▉▉▉▉ | CLASS 1 - IMPORTER OF FIREARMS |
| ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | | | | | |

8.   Consent to Disclosure of Information to Transferee *(See instruction 8)*  . I  **do** or **do not**  *(circle one)*  authorize ATF to provide information relating to this application to the above-named transferee.

I believe I am entitled to exemption from payment of the transfer tax imposed by Section 5811, National Firearms Act (NFA), on the firearm described above because the transferee named herein is qualified under the NFA to manufacture, import or deal in that type of firearm.

UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete.

| 9.   Original Signature of Transferor   *(Or authorized official)*<br><br>DIGITALLY SIGNED | 10. Name and Title of Authorized Official *(Print or type)*<br><br>BOBBI J HAMELINCK, SN LICENSING ADMINISTRATOR | 11. Date<br><br>08/05/2019 |
|---|---|---|

**The Space Below is for the Use of the Bureau of Alcohol, Tobacco, Firearms and Explosives**

By Authority of the Director, this Application has been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee Are:

☒ Approved *(with the following conditions, if any)*

**SEE THE ATTACHED PAGE FOR THE RESTRICTION ON POSSESSION**

☐ Disapproved *(For the following reasons)*

| Authorized ATF Official | Date |
|---|---|
| | 08/20/2019 |

ATF Form 3 (5320.3)
Revised October 2004

Firearms *(Continued)*

Control Number   2019314956

| Line Number | Name and Address of Manufacturer | Type of Firearm | Caliber Gauge or Size | Model | Length of Barrel | Overall Length *(Inches)* | Serial Number |
|---|---|---|---|---|---|---|---|
| | a | b | c | d | e | f | g |
| 1 | FN (HERSTAL) | MACHINEGUN | 5.7 | P90 TACTICAL | 10.39 | 19.88 | FN079567 |
| 2 | FN (HERSTAL) | MACHINEGUN | 5.56 | SCAR 16CQC | 10 | 31 | L055189 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

ATF Form 3 (5320.3)
Revised October 2004

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Control Number:   2019314956

## RESTRICTIONS

| Line No. | |
|---|---|
| 1 | RESTRICTED REGISTRATION-Possession limited to continued compliance with provisions of Public Law 99-308. |
| 2 | RESTRICTED REGISTRATION-Possession limited to continued compliance with provisions of Public Law 99-308. |