# CITY OF ADAIR
## Chief of Police Bradley Wendt
*320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002*
*TELEPHONE 641-742-3751 - FAX 641/742-5514*
*EMAIL: Adairpolice113@gmail.com*

**OFFICERS**
Mayor – John Larsen
City Clerk Randi Lehman
City Attorney John Fisher
City Advisor Clint Fichter

**COUNCIL**
Rick Stanley    Craig Wedemeyer
Kyle Irlmeier    Rick Hayes
Jeremy Gettler

September 12, 2019

Bradley Wendt
B WOUTFITTERS, INC
1118 4th Ave S
Denison Ia, 51442

Dear Mr. Wendt,

The Adair Police Department would like a demonstration of the Colt M4 5.56 mm Machine Gun for possible future purchase and use of our Officers in the performance of their official duties.

The number of sworn Officers in our Police Department is 2. These Officers are authorized by law to make arrests and carry firearms in the performance of their official duties.

The firearm requested for the demonstration is particularly suitable for use as a law enforcement weapon. The Colt M4 5.56 mm Machine Gun is suitable for close quarters engagements and suppressive fire which is important in dealing with well armed suspects which agencies are faced with more and more each day.

Sincerely yours,

Adair Police Chief, Adair Police Dept

Respectfully,

Chief Bradley Wendt
Adair Police Department

2019364678

GOVERNMENT EXHIBIT 218 4:22-cr-199

OMB No 1140-0015 (06/30/2019)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Application for Tax Exempt Transfer and Registration of Firearm

Internal Control Number

**ATF Control Number**

Submit in duplicate to: National Firearms Act Branch, Bureau of Alcohol, Tobacco, Firearms and Explosives, 244 Needy Road, Martinsburg, WV 25405

1. Type of Transfer: tax exempt

I believe that I am entitled to exemption from the payment of the Transfer Tax Imposed by section 5811 (26 U.S.C. Chapter 53) on the Firearm described herein for the following reason (See instruction 2b):

2a. Transferee's Name and Address (Include trade name, if any) (See instruction 2j)

B Wout Fitters Inc.
1118 4th Ave. S.
Denison, IA 51442

☐ INDIVIDUAL    ☐ TRUST or LEGAL ENTITY    ☐ GOVERNMENT ENTITY

2b. County

☐ Firearm is unserviceable and is being transferred as a curio or ornament
☐ Firearm is being transferred to or from a Government Entity
☐ Firearm is being transferred to a lawful heir or by operation of law
☐ Other (Specify)

3a. If Applicable: Decedent's Name, Address, and Date of Death

3b. Transferor's Name and Address (Include trade name, if any) (Executors; see instruction 2j)

Apache Junction Police Department
300 E. Superstition Blvd.
Apache Junction, AZ. 85119

3c. Transferor's telephone (area code and number)    3d. e-mail address (optional)

3e. Number, Street, City, State and Zip Code of Residence (for Firearms Business Premises) If Different from Item 3a

The above-named and undersigned transferor hereby makes application as required by Section 5812 of the National Firearms Act to transfer and register the firearm described below to the transferee

4. Description of Firearm (Complete items a through i) (See instruction 2n)

| a. Name and Address of Maker, Manufacturer and/or Importer of Firearm | b. Type of Firearm (See definitions) | c. Caliber or Gauge | d. Model | e. Length Of Barrel (Inches) | f. Overall |
|---|---|---|---|---|---|
| Colt Defense LLC
547 New Park Ave.
W. Hartford, CT 06110 | Machinegun | 5.56mm | M4 | 11.5 | 30.5 |
| | | | g. Serial Number A0199523 | | |

h. Additional Description or Data Appearing on Firearm (Attach additional sheet if necessary)

Is the Firearm Unserviceable as Defined in Definition 1m? (If "No," describe the method by which firearm has been rendered unserviceable. Use additional sheets)    ☐ Yes  ☐ No

5. Transferee's Federal Firearms License (If any)
(Give complete 15-digit number) (See instruction 2c)

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 5 70701 | IA | 03 | 797 |

6. Transferee's Special (Occupational) Tax Status (If any)
a. Employer Identification Number: 46-2789307    b. Class: 3

7. Transferor's Federal Firearms License (If any)

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| | | | |
N/A

8. Transferor's Special (Occupational) Tax Status (If any)
a. Employer Identification Number: N/A    b. Class: N/A

Under Penalties of Perjury, I Declare that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete, and that the transfer of the described firearm to the transferee and receipt and possession of it by the transferee are not prohibited by the provisions of Title 18, United States Code, Chap 44, Title 26, United States Code, Chap 53, or any provisions of State or local law

9. Signature of Transferor (Or authorized official)

10. Name and Title of Authorized Official (Print or type)
Chad Southwick, Rangemaster

11. Date  7/30/2019

The Space Below is for the use of the Bureau of Alcohol, Tobacco, Firearms and Explosives

By Authority of The Director, This Application Has Been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable to the Transferee are

☒ Approved (With the following conditions, if any)
RESTRICTED REGISTRATION: POSSESSION LIMITED TO CONTINUED COMPLIANCE WITH PROVISIONS OF PUBLIC LAW 99-308

☐ Disapproved (For the following reasons)

Signature of Authorized ATF Official: Enid Newcomb

Date: SEP 2 5 2019

Previous Editions are Obsolete                    ATF Copy                    ATF E-Form 5 (5320.5)
                                                                              Revised May 2016

US v Wendt - Govt Ex 218
Page 2 of 2

9/23/2019 7:25:37 AM