# CITY OF ADAIR

## Chief of Police Bradley Wendt

*320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002*
*TELEPHONE 641-742-3751 - FAX 641/742-5514*
*EMAIL: Adairpolice113@gmail.com*

| OFFICERS | COUNCIL |
|---|---|
| Mayor – John Larsen | Rick Stanley   Craig Wedemeyer |
| City Clerk Randi Lehman | Kyle Irlmeier   Rick Hayes |
| City Attorney  John Fisher | Jeremy Gettler |
| City Advisor  Clint Fichter | |

October 9, 2019

Bradley Wendt
BW outfitters
1118 4th Ave S
Denison Ia, 51442

Dear Mr. Wendt,

The Adair Police Department would like a demonstration of the MK48 MOD 1 7.62mm machinegun and the MK46 MOD 1 5.56mm machinegun for possible future purchase and use of our officers in the performance of their official duties.

The number of sworn officers in our Police Department in Adair is three. These officers are authorized by law to make arrests and carry firearms in the performance of their official duties.

The firearm requested for demonstration is particularly suitable for use as a law enforcement weapon. The MK48 MOD 1 7.62mm and the MK46 MOD 1 5.56mm is suitable for close quarters engagements and suppressive fire which is important in dealing with well armed suspects which agencies are faced with more and more each day.

The telephone contact number for this Department is 515-229-8583.

Sincerely yours,

Adair Police Chief, Adair Police Dept

Respectfully,

Chief Bradley Wendt
Adair Police Department

GOVERNMENT
EXHIBIT
220
4:22-cr-199
PENGAD 800-631-6989

# B WOUT FITTERS

*Sam Peterson Manager*
*Bradley Wendt President*
*1118 4ᵗʰ Ave South Denison Iowa 51442*
Telephone 712-393-4867  Fax 712-393-4867
EMAIL BWOUTFITTERS@outlook.com

**October 9, 2019**

**Midwest Gun Works**
**1101 Mason Cir S**
**Pevely MO, 63070**

**Dear Midwest Gun Works,**

This is an order for MK48 MOD 1 7.62mm machinegun and the MK46 MOD 1 5.56mm machinegun at the price of 18529.00 for the MK48 MOD 1 and 11443.00 for the MK46 MOD 1.

The firearm will be used by B WOUT FITTERS in a demonstration of the firearm to the Adair Police Department. Attached is the letter of Adair Police Department, dated October 9, 2019, requesting the demonstration.

The firearm is particularly suitable for use as a law enforcement weapon, due to cost, availability and its use in day to day patrol as well as special operations. The firearm is currently in production by FN, so quantities of the firearm are readily available to fill any subsequent orders for the firearm from Adair Police Department.

Sincerely yours,

**B WOUT FITTERS**

**Bradley Wendt, President**

OMB No. 1140-0013 (01/31/2011)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Application for Tax-Exempt Transfer of Firearm and Registration to Special Occupational Taxpayer (National Firearms Act)

ATF Control Number      202041331

| 1. Transferee's Name and Address *(as they appear on the Federal Firearms License, including trade name, if any)* | To be submitted in duplicate by transferor of firearm |
|---|---|
| B WOUT FITTERS INC<br>1118 4TH AVE S<br>DENISON, IA 51442, UNITED STATES | To: National Firearms Act Branch<br>   Bureau of Alcohol, Tobacco, Firearms<br>   and Explosives<br>   244 Needy Road, Martinsburg, WV 25405 |

☐ Sole Proprietor      ☐ Partnership      ☐ Corporation

2b. Tranferor's Telephone Number and Area Code  ▮▮▮▮▮

2a. Transferor's Name And Address   *(as they appear on the Federal Firearms License, including trade name, if any)*

FN AMERICA, LLC
FNH USA/FN
797 OLD CLEMSON ROAD
COLUMBIA, SC 29229, UNITED STATES

☐ Sole Proprietor      ☐ Partnership      ☐ Corporation

The above-named and undersigned transferor and special (occupational) taxpayer hereby makes application as required by Section 5812 of the National Firearms Act to transfer, without payment of tax, and register the firearm described below to the special *(occupational)* taxpayer identified as the transferee in this application.

**3. Description of Firearm** *(Complete items a through h, if applicable)*

| a. Name and Address of Manufacturer and/or Importer of Firearm | b. Type of Firearm *(See instruction 1c)* | c. Caliber, Gauge or Size *(Specify)* | d. Model |
|---|---|---|---|
| SEE ADDITIONAL SHEETS | | | Length (Inches) / E. Of Barrel / F. Overall |
| | | | g. Serial Number |

h. Additional Description or Data Appearing on Firearm   *(Attach additional sheet if necessary)*

**4. Transferee's Federal Firearms License**
*(Give complete 15-digit number) (See instruction 2b)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 542047 | 01 | 1A | 03741 |

**5. Transferee's Special (Occupational) Tax Status**

| a. Employer Identification Number | b. Class |
|---|---|
| 462789307 | CLASS 3 - DEALER IN FIREARMS |

**6. Transferor's Federal Firearms License**
*(Give complete 15-digit number) (See instruction 2b)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| ▮▮▮▮▮ | | | |

**7. Transferor's Special (Occupational) Tax Status**

| a. Employer Identification Number | b. Class |
|---|---|
| ▮▮▮▮▮ | CLASS 2 - MANUFACTURER OF FIREARMS |

8. Consent to Disclosure of Information to Transferee *(See instruction 8)* . I **do** or **do not** *(circle one)* authorize ATF to provide information relating to this application to the above-named transferee.

I believe I am entitled to exemption from payment of the transfer tax imposed by Section 5811, National Firearms Act (NFA), on the firearm described above because the transferee named herein is qualified under the NFA to manufacture, import or deal in that type of firearm.

UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete.

| 9. Original Signature of Transferor   *(Or authorized official)* | 10. Name and Title of Authorized Official *(Print or type)* | 11. Date |
|---|---|---|
| DIGITALLY SIGNED | BOBBI J HAMELINCK, SN LICENSING ADMINISTRATOR | 11/08/2019 |

**The Space Below is for the Use of the Bureau of Alcohol, Tobacco, Firearms and Explosives**

By Authority of the Director, this Application has been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee Are:

☒ Approved *(with the following conditions, if any)*          ☐ Disapproved *(For the following reasons)*

**SEE THE ATTACHED PAGE FOR THE RESTRICTION ON POSSESSION**

| Authorized ATF Official | Date |
|---|---|
| *John E. Bolil* (signature) | 11/13/2019 |

ATF Form 3 (5320.3)
Revised October 2004

Firearms *(Continued)*

Control Number     202041331

| Line Number | Name and Address of Manufacturer<br>a | Type of Firearm<br>b | Caliber Gauge or Size<br>c | Model<br>d | Length of Barrel<br>e | Overall Length *(Inches)*<br>f | Serial Number<br>g |
|---|---|---|---|---|---|---|---|
| 1 | FN AMERICA, LLC / FNH USA (VA & SC) | MACHINEGUN | 7.62 | MK48 MOD1 | 19.75 | 39.75 | NV484905 |
| 2 | FN AMERICA, LLC / FNH USA (VA & SC) | MACHINEGUN | 5.56 | MK46 MOD1 | 16.3 | 36.22 | C14122 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

ATF Form 3 (5320.3)
Revised October 2004

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Control Number:   202041331

## RESTRICTIONS

| Line No. | |
|---|---|
| 1 | RESTRICTED REGISTRATION-Possession limited to continued compliance with provisions of Public Law 99-308. |
| 2 | RESTRICTED REGISTRATION-Possession limited to continued compliance with provisions of Public Law 99-308. |