# CITY OF ADAIR

## Chief of Police Bradley Wendt

*320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002*
*TELEPHONE 641-742-3751 - FAX 641/742-5514*
*EMAIL: Adairpolice113@gmail.com*

**OFFICERS**
Mayor – John Larsen
City Clerk Randi Lehman
City Attorney John Fisher
City Advisor Clint Fichter

**COUNCIL**
Rick Stanley    Craig Wedemeyer
Kyle Irlmeier    Rick Hayes
Jeremy Gettler

**October 9th, 2019**

**Mr. Jack Chuang**
**Arms Unlimited Inc**
**3515 W Post Rd, STE #125**
**Las Vegas, NV 89118**

**Dear Mr. Chuang,**

This is an order for 3 H&K MP7A2 4.6x30mm at 2080.00 each, 1 H&K G36k (SF) 5.56x45mm at 1625.00, 1 H&K 416 5.56 14.5" at 1795.00, for the Adair Police Department.

The number of sworn Officers in our Adair Police Department is 3. These Officers are authorized by law to make arrests and carry firearms in the performance of their official duties.

This order is being paid for with funds that our Adair Police Department is authorized to use under law for the acquisition of equipment, including funds from individual officers who may be required to pay in whole or in part for their equipment to carry out their official duties. These firearms will be the property of our Adair Police Department and are not being acquired for the purpose of resale or transfer, They will be used to carry out its official responsibilities and duties.

The telephone contact for the Chief of Police in Adair is 515-229-8583.

Sincerely yours,

Adair Police Department

**Bradley Wendt**
**Chief of Police, Adair Iowa 50002**

GOVERNMENT EXHIBIT
221
4:22-cr-199

3515 W Post Rd Ste 125
Las Vegas, NV 89118
(866)229-1355
sales@armsunlimited.com
ArmsUnlimited.com



# INVOICE

| BILL TO | SHIP TO | |
|---|---|---|
| Adair Police Department | Adair Police Department | **INVOICE #** AU7750 |
| 320 Audubon St, Adair, IA | 320 Audubon St, Adair, IA | **DATE** 09/15/2020 |
| 50002 | 50002 | **DUE DATE** 10/15/2020 |
| | | **TERMS** Net 30 |

| SHIP DATE | SHIP VIA | TRACKING NO. | P.O. NUMBER |
|---|---|---|---|
| 09/15/2020 | HK | HK | PO LETTER |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **702838-A5** H&K G36K(SF) 5.56x45mm Single-Fire Machine Gun, w/ SF trigger group | 1 | 1,625.00 | 1,625.00 |
| Serial No: 84-054530 | | | |
| **203551-A5** Heckler & Koch HK416 5.56mm 14.5" Barrel Rifle w/ Quad Rail | 1 | 1,795.00 | 1,795.00 |
| Serial No: 88-070103 | | | |

Rep: Jack Chuang
Email: ███████████
Cell/Text: ███████████

BALANCE DUE **$3,420.00**

Bank: Wells Fargo
Account Number 6289492784
Routing: 321270742
Wire Transfer Routing: 121000248
Swift: WFBIUS6S

OMB No. 1140-0005 (07/31/2013)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Application and Permit for Importation of Firearms, Ammunition and Implements of War

| Not for use by Members of the United States Armed Forces. | | |
|---|---|---|
| **For ATF Use Only** | **For Applicant's Optional Use** | |
| Permit No. (Valid for 12 months from the date appearing in Item 19 below.) NPR No. 201907456 | Internal Control/Reference # 45-3747/5112/158006 | E-mail Address *(Optional)* |

**Section I - Application** *(Submit in triplicate)* - For Applicant Use

| 1. Federal Firearms License *(If Any)* | | 2. Telephone No. *(Including Extension No.)* | 3. Country of Exportation |
|---|---|---|---|
| License No. *(x-xx-xxx-xx-xxxxx)* | Expiration Date 07/01/2021 | | GERMANY |

| 4. Name and Address of Customs Broker *(Including Zip Code)* | 5. Applicant's Name and Address *(Including Zip Code)* |
|---|---|
| NOATUM LOGISTICS 2077 CONVENTION CENTER CONCOURSE, SUITE 200 ATLANTA, GA 30337, UNITED STATES | HECKLER & KOCH DEFENSE, INC 19980 HIGHLAND VISTA DR #190 ASHBURN, VA 20147, UNITED STATES |
| Check here if permit is to be returned to Customs Broker. ☐ | Check here if permit is to be returned to applicant. ☒ |

| 6. Name and Address of Foreign Seller, if any | 7. Name and Address of Foreign Shipper |
|---|---|
| HECKLER AND KOCH GMBH HECKLER AND KOCH STRASSE 1 OBERNDORF / NECKAR 78727, GERMANY | HECKLER AND KOCH GMBH HECKLER AND KOCH STRASSE 1 OBERNDORF / NECKAR 78727, GERMANY |

8. Description of Firearms and Ammunition *(For firearms, enter (SG)-Shotgun; (RI)-Rifle; (PI)-Pistol; (RE)-Revolver; (DD)-Destructive Device; (MG)-Machinegun)*

| | Name and Address of Manufacturer a. | Type *(Frame, Receiver, SG, RI, PI, RE,DD,MG)* b. | Caliber Gauge or Size c. | Quantity *(Each type)* d. | Unit Cost *(U.S. Currency)* e. | U.S. Munitions Import List Category f. | Model g. | Length of Barrel *(Inches)* h. | Overall Length *(Inches)* i. | Serial No. j. | New (N) or Used (U) k. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Firearms | SEE ADDITIONAL SHEETS ☐ See Attachment | | | | | | | | | | |
| Implements of War | ☐ See Attachment | | | | | | | | | | |
| Ammunition | ☐ See Attachment | *(Ball Wad-cutter, Shot, AP, Tracer) (Rounds)* | | | | | | | | | |

**Description**

9. Certification of Origin. The items sought for importation in block 8:

a. Do not contain parts or components produced by or for the U.S. **military** and do not contain parts or components manufactured with U.S. military technical data or assistance. ☒

b. Contain parts or components produced by or for the U.S. **military** or parts or components manufactured with U.S. military technical data or assistance. ☐

c. Contain parts or components produced by or for the U.S. **military** or components manufactured with U.S. technical data or assistance that were sold abroad pursuant to a Direct Commercial Sale licensed by the Department of State. ☐

10. Specific Purpose of Importation, Including Final Recipient, If Known *(Use additional sheets, if necessary)*
OTHER-TO BE IMPORTED FOR ADAIR POLICE DEPT., ADAIR, IA; WEAPONS IMPORTED WITH OPERATORS MANUAL.

| 11. Are You Registered as an Importer Pursuant to The Arms Export Control Act of 1976   Yes ☒   No ☐ | 12. If "Yes," Give Importer's Registration No. and Expiration Date *(A-xx-xxx-xxxx)* A-83-14C-0619, 06/19/2023 |
|---|---|

Under the penalties provided by law, I declare that I have examined this application, including the documents submitted in support of it, and, to the best of my knowledge and belief, it is true, correct, and complete.

| 13. Name of Applicant *(Printed)* DONNA BUSSEY | 14. Signature of Applicant DIGITALLY SIGNED | 15. Title PROCUREMENT/LICENSING MAN. | 16. Date 11/18/2019 |
|---|---|---|---|

**Section II - For ATF Use Only** *(Please make no entries in this section)*     *SEE ATTACHED PAGE FOR RESTRICTIONS*

17. The Application Has Been Examined and the Importation of the Firearms, Ammunition, and Implements of War Described Herein is:

| Approved | X | Disapproved for the Reason Indicated Here or on Attached Letter | ☐ | Returned Without Action for Additional Information | ☐ |
|---|---|---|---|---|---|
| Partially Approved for the Reason Indicated Here or on Attached Letter | | Withdrawn By Applicant Without Action | ☐ | No Permit Required | ☐ |

| 18. Signature of the Director, Bureau of Alcohol, Tobacco, Firearms and Explosives *Imports Branch Chief* | 19. Date 11/18/2019 |
|---|---|

ATF Form 6 - Part I (5330.3A)
Revised August 2011

Firearms *(Continued)*

Permit Number: 201907456          Internal Control Number: 45-3747/5112/158006

| Name and Address of Manufacturer a | Type (SG, RI, PI, RE, DD, MG) b | Caliber Gauge or Size c | Quantity (Each type) d | Unit Cost e | US Munitions List Category f | Model (Mfrs) Design g | Length of Barrel h | Overall Length (Inches) i | Serial No. j | New (N) or Used (U) k |
|---|---|---|---|---|---|---|---|---|---|---|
| HECKLER AND KOCH GERMANY | MG | 4.6 MM | Requested: 3, Granted: 3 | 1150.00 | I(B) | MP7A2 | 7.09 | 23.23 | | N |
| HECKLER AND KOCH GERMANY | MG | 5.56 MM | Requested: 1, Granted: 1 | 965.00 | I(B) | G36K | 12.52 | 33.78 | | N |
| HECKLER AND KOCH GERMANY | MG | 5.56 MM | Requested: 1, Granted: 1 | 1375.00 | I(B) | HK416 | 14.5 | 34.84 | | N |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

US v Wendt - Govt Ex 221

ATF Form 6 - Part I (5330.3A)
Revised October 2006

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

PERMIT NO. 2019004458

VALID FOR 12 MONTHS AFTER THE
DATE OF APPROVAL

### RESTRICTIONS

| | |
|---|---|
| 1 | TITLE 27 CFR 478.92 REQUIRES THAT WITHIN 15 DAYS AFTER RELEASE FROM CUSTOMS CUSTODY, EACH FIREARM IMPORTED SHALL BE IDENTIFIED BY ENGRAVING OR CASTING THE SERIAL NUMBER ON THE FRAME OR RECEIVER. IN ADDITION, THE FOLLOWING SHALL BE ENGRAVED, CAST, OR STAMPED ON THE FRAME, RECEIVER, OR BARREL:(1)MODEL,(2)CALIBER OR GAUGE,(3)NAME OF MANUFACTURER AND COUNTRY WHERE MANUFACTURED AND(4)NAME, CITY, AND STATE OF THE IMPORTER |
| 2 | THIS PERMIT IS VALID FOR TWO YEARS FROM THE DATE IN BLOCK #19 |
| 3 | THIS PERMIT AUTHORIZES THE IMPORTATION OF THE FIREARM(S) DESCRIBED HEREON FOR SALE AND DELIVERY ONLY TO THE RECIPIENT SPECIFIED.  THE FIREARM(S) ARE NOT TO BE SOLD OR DELIVERED THROUGH ANY FEDERAL FIREARMS LICENSEE WHO IS NOT ALSO QUALIFIED AS A SPECIAL (OCCUPATIONAL) TAXPAYER UNDER TITLE II OF THE GUN CONTROL ACT OF 1968 (26 U.S.C. CHAPTER 53).  THE FIREARM(S) CAN BE TRANSFERRED ONLY TO ANOTHER QUALIFIED LAW ENFORCEMENT AGENCY UPON APPROVAL BY THE DIRECTOR, BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES |

OMB No. 1140-0007 (07/31/2014)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Release and Receipt of Imported Firearms, Ammunition and Implements of War

*(See Instructions on Back)*

**Section I – Importation Information** *(Use a separate ATF Form 6A (5330.3C) to describe articles imported under each permit. Also, use a separate form for each shipment under the same permit.)*

| 1. Name and Address of Importer<br>**HECKLER & KOCH DEFENSE, INC**<br>**19980 HIGHLAND VISTA DR # 190**<br>**ASHBURN, VA 20147, UNITED STATES** | 2. Name and Address of Foreign Seller<br>**HECKLER AND KOCH GMBH**<br>**HECKLER AND KOCH STRASSE 1**<br>**OBERNDORF / NECKAR 78727, GERMANY** |
|---|---|
| | 3. Name and Address of Foreign Shipper<br>**HECKLER AND KOCH GMBH**<br>**HECKLER AND KOCH STRASSE 1**<br>**OBERNDORF / NECKAR 78727, GERMANY** |

| 4. Federal License No. and/or AECA No. *(If any)* ▶ | Expiration Dates<br>07/01/2021; 06/19/2023 | 5. Country Where Manufactured *(Required)*<br>SEE LINE ITEM DESCRIPTION |
|---|---|---|
| 6. Import Permit No. *(When importation authorized by permit) (Required)* 201907456 | 7. Telephone No. | 8. Gross Value of Shipment *(In U.S. dollars)*<br>2340.00 |

9. Shipment of Firearms, Ammunition and/or Implements of War *(For firearms, enter (SG)-Shotgun; (RI)-Rifle; (RE)-Revolver; (DD)-Destructive Device; (MG)- Machinegun; (SI) Silencer; Frame or Receiver)*

| | Name of Manufacturer<br>a | Number and Kind of Packages<br>b | Type<br>c | Caliber Gauge or Size<br>d | Quantity *(Each type)*<br>e | U.S. Munitions Import List Category<br>f | Model<br>g | Serial No.<br>h |
|---|---|---|---|---|---|---|---|---|
| Firearms | **SEE ADDITIONAL SHEETS** | **See overflow page for number and kind of packages** | | | | | | |
| Implements of War | | | | | | | | |
| Ammunition | | | *(Ball Incendiary, Wadcutter, Shot, AP, Tracer)* | | | | | |

**Section II - Certification of Release From U.S. Customs and Border Protection**

| 10. Port of Entry | 11. Customs Entry or ID No. | 12. Type of Entry  ☐ Consumption  ☐ Warehouse  ☐ Informal | 13. Date Released |
|---|---|---|---|

14. I certify that the above articles were authorized for importation by the Director, Bureau of Alcohol, Tobacco, Firearms and Explosives, and were released from the custody of the U.S. Customs and Border Protection or were authorized to be removed from a Customs bonded warehouse or foreign trade zone.
Import Permit Number:

| 15. Signature of Customs and Border Protection Official | 16. Title | 17. Date |
|---|---|---|

**Section III – Verification of Importation (completed by licensed and/or registered importers only)**

18. I have examined the above shipment and found it to:

☒ Contain the firearms, ammunition and/or implements of war in the exact quantity and as described in Item 9 above, or

☐ Contain the following discrepancies:

I declare under the penalties provided by law, that this verification of importation is true, correct and complete to the best of my knowledge and belief and that each firearm is marked and can be identified as required by 27 CFR Part 478.

| 19. Signature of Importer<br>**DIGITALLY SIGNED** | 20. Title or Status *(Individual, member of firm; if officer of corporation, give title)* **TASHA JACKSON** | 21. Date<br>08/14/2020 |
|---|---|---|

ATF Form 6A (5330.3C)
Revised August 2011

OMB No. 1140-0007 (04/30/2013)

Permit Number        201907456

9. Shipment of Firearms, Ammunition and/or Implements of War

| Line No | Number and Kinds of Packages *a* | Description *(name of manufacturer, type of firearm, model, caliber, gauge or size, serial number, type of ammunition, e.g., ball, incendiary, wadcutter, etc.; for defense articles, the Category of the U.S. Munitions Import List in 27 CFR Part 447 to which they belong)* *b* | Quantity Each Type *c* |
|---|---|---|---|
| 2 | | **HECKLER AND KOCH [GERMANY] MACHINEGUN**<br>**G36K ; 5.56 MM ; I(B) ; Serial #: 84054530** | 1 |
| 3 | | **HECKLER AND KOCH [GERMANY] MACHINEGUN**<br>**HK416 ; 5.56 MM ; I(B) ; Serial #: 88070103** | 1 |
| | | | |
| | | | |
| | | | |

ATF E-Form 6A (5330.3C)
Revised April 2005

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0012 (10/31/2013)

## Notice of Firearms Manufactured or Imported

Prepare in Duplicate. Submit to: The National Firearms Act Branch, 244 Needy Road, Martinsburg, WV 25405. **The undersigned hereby serves notice of the manufacture, reactivation, or importation of firearms as required by § 5841 of the National Firearms Act, title 26 U.S.C. Chapter 53.**

| 1. Type of Notice | b. Permit Number | c. Expiration Date |
|---|---|---|
| a. Firearms on This Notice are: (Check one) Manufactured ☐   Reactivated ☐   Imported *(complete b & c)* ☒ | 201907456 | 11/18/2021 |

| 2. Name and Address *(Including trade name, if any)* | 3. Federal Firearms License Number | 4. Employer Identification Number and Class |
|---|---|---|
| HECKLER & KOCH DEFENSE, INC<br>HKD<br>19980 HIGHLAND VISTA DR  #190<br>ASHBURN, VA 20147, UNITED STATES | ▮▮▮▮▮ | ▮▮▮▮▮ **CLASS 1 - IMPORTER OF FIREARMS** |

| 5. Number of Firearms Covered By This Notice | 6. Telephone Number (Include area code) |
|---|---|
| 2 | ▮▮▮▮▮ |

7. Date of Manufacture, Reactivation or Release from Customs

08/06/2020

☐ Sole Proprietor      ☐ Partnership      ☐ Corporation

### 8. Description of Firearm(s)

| Line No. | Type of Firearm *(See Instruction 1c)* a | Additional Description *(See Instruction 3e)* b | Caliber Gauge or Size c | Model d | Length (In.) Barrel e | Length (In.) Overall f | Serial Number *(See Instruction 3d)* g |
|---|---|---|---|---|---|---|---|
| 1 | MACHINEGUN | | 5.56 MM | G36K | 12.52 | 33.78 | 84054530 |
| 2 | MACHINEGUN | | 5.56 MM | HK416 | 14.5 | 34.84 | 88070103 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this notice of firearms manufactured, reactivated or imported and, to the best of my knowledge and belief, it is true, correct and complete.

| ATF Use - Restrictions *(If any)* | NFA Control Number |
|---|---|

9. Signature of Manufacturer or Importer *(or authorized official)*

**DIGITALLY SIGNED**

☐ Imported Under 26 U.S.C. § 5844 For Use (A) By a Government Agency, (2) For Scientific or Research Purposes, or (3) As a Model or Sales Sample. *(Note: machineguns are not subject to these restrictions.)*

NFA Control Number: 2020402589

| 10. Name and Title of Authorized Official<br>DONNA BUSSEY, PROCUREMENT/LICENSING MANAGER | 11. Filing Date<br>08/14/2020 | Receipt Date |
|---|---|---|

☒ Machinegun Manufactured or Imported After May 19, 1986 *(18 U.S.C. § 922(o))*

Receipt Date: **08/18/2020**

**ATF SIGNATURE:**

ATF E-Form 2 (5320.2) Revised November 2007

US v Wendt - Govt Ex 221<br>Page 8 of 13

**FINAL ACTION DATE: 08/18/2020**

**Important Information for Currently Registered Firearms**

If this registration document evidences the current registration of the firearm(s) described on it, please note the following information.

**Estate Procedures:** For procedures regarding the transfer of firearms in an estate resulting from the death of the registrant identified in item *2*, the executor should contact the NFA Branch, Bureau of Alcohol, Tobacco, Firearms and Explosives, 244 Needy Road, Martinsburg, WV 25405.

**Change of Address:** The registrant, if no longer a Federal firearms licensee, shall notify the NFA Branch, Bureau of Alcohol, Tobacco, Firearms and Explosives, 244 Needy Road, Martinsburg, WV 25405, in writing, of any change to the address in item *2*.

**Interstate Movement:** If the registrant is no longer a Federal firearms licensee and any firearm identified in item *8* is a machinegun, short-barreled rifle, short-barreled shotgun, or destructive device, the registrant is required by 18 U.S.C. § 922(a)(4) to obtain permission from ATF prior to any transportation in interstate or foreign commerce.

**Change of Description:** The registrant shall notify the NFA Branch, Bureau of Alcohol, Tobacco, Firearms and Explosives, 244 Needy Road, Martinsburg, WV 25405, in writing, of any change to the description of the firearm(s) in item *8*.

**Restrictions on Possession:** Any restriction *(stamped on the face of form)* on the possession of the firearm(s) identified in item *8* continues with the further transfer of the firearm(s). Any machinegun manufactured or imported on or after May 19, 1986, may not be retained when the registrant is no longer qualified to deal in NFA firearms.

**Persons Prohibited From Possessing Firearms:** If the registrant becomes prohibited by 18 U.S.C. § 922 from possessing a firearm, the registrant shall notify the NFA Branch, Bureau of Alcohol, Tobacco, Firearms and Explosives, 244 Needy Road, Martinsburg, WV 25405, in writing, immediately upon becoming prohibited for guidance on the disposal of the firearm.

**Proof of Registration:** This notice is the registrant's proof of registration and it shall be made available to any ATF officer upon request.

**Paperwork Reduction Act Notice**

This request is in accordance with the Paperwork Reduction Act of 1995.  The information you provide as a qualified licensed firearms manufacturer or importer is to register, as required by law, firearms within the jurisdiction of the National Firearms Act, which have been lawfully manufactured or imported. The data is used to determine applicant's eligibility to register the firearms described. The furnishing of the information is mandatory (26 U.S.C. 5841c).

The estimated average burden associated with this collection of information is 30 minutes per respondent or recordkeeper depending on individual circumstances.  Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be addressed to Reports Management Officer, Document Services Branch, Bureau of Alcohol, Tobacco, Firearms and Explosives, Washington, DC 20226.

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

ATF E-Form 2 (5320.2)
Revised November 2007

## Instructions

### 1. Definitions

a. **National Firearms Act (NFA)**. Title 26, United States Code, Chapter 53. The implementing regulations are found in Title 27, Code of Federal Regulations, Part 479.

b. **Gun Control Act (GCA)**. Title 18, United States Code, Chapter 44. The implementing regulations are found in Title 27, Code of Federal Regulations, Part 478.

c. **Firearm**. The term "firearm" means: (1) a shotgun having a barrel or barrels of less than 18 inches in length; (2) a weapon made from a shotgun if such weapon as modified has an overall length of less than 26 inches or a barrel or barrels of less than 18 inches in length; (3) a rifle having a barrel or barrels of less than 16 inches in length; (4) a weapon made from a rifle if such weapon as modified has an overall length of less than 26 inches or a barrel or barrels of less than 16 inches in length; (5) any other weapon as defined in 18 U.S.C. § 5845(e); (6) a machinegun (7) a muffler or silencer for any firearm whether or not such firearm is included within this definition; and (8) a destructive device.

d. **Person**. The term "person" means a partnership, company, association, trust, estate, or corporation, as well as a natural person.

e. **Employer Identification Number (EIN)**. Required of taxpayer filing special (occupational) tax returns under 27 CFR § 479.35.

f. **Special (Occupational) Tax**. Required by the NFA to be paid by a Federal firearms licensee engaged in the business of manufacturing, importing, or dealing in NFA firearms.

g. **Federal Firearms License**. A license issued under the provisions of the GCA to manufacture, import or deal in firearms.

h. **ATF Officer**. An officer or employee of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) authorized to perform any function relating to the administration of the NFA.

i. **Manufacturer**. A person who has a Federal firearms license to manufacture firearms (Type 07 or 10) and who has paid special (occupational) tax (Class 2) to manufacture NFA firearms.

j. **Importer**. A person who has a Federal firearms license to import firearms (Type 08 or 11) and who has paid special (occupational) tax (Class 1) to import NFA firearms.

k. **Manufacture**. The creation of an NFA firearm, whether by the modification of an existing firearm or from parts.

l. **Reactivation**. The restoration of a registered unserviceable firearm to a functional condition.

m. **Importation**. The bringing of a firearm into the United States after release from Customs custody.

n. **Import Permit**. ATF Form 6 authorized by ATF for the importation of firearms under 27 CFR Part 478.

o. **Unserviceable Firearm**. One which is incapable of discharging a shot by means of an explosive and incapable of being readily restored to firing condition. An acceptable method of rendering most firearms unserviceable is to fusion weld the chamber closed and fusion weld the barrel solidly to the frame.

### 2. Machineguns

a. 18 U.S.C. § 922(o) provides that machineguns may be made only for government use or export.

### 3. Preparation of Notice

a. **Authority**.  As provided by 26 U.S.C. § 5841, each manufacturer or importer shall file a notice to effect the registration of all firearms manufactured or imported. **The notice shall be prepared in duplicate.** See instruction 4 for specific procedures.. The original notice shall be filed with the NFA Branch and the copy retained for the manufacturer or importer's records.

b. **Signatures**.  All signatures required on ATF Form 2 must be original in ink.

c. **Photocopies or Computer Generated Versions**. Form 2 may be photocopied or a computer-generated version *(in the same format and containing all required information)* may be used. Form 2 may also be downloaded from the ATF Internet website at www.atf.gov.

d. **Serial Numbers and Other Markings**

(1) Each manufacturer or importer is required to legibly identify each firearm manufactured or imported *(see 27 CFR §§ 478.92 and 479.102)* with a serial number, **not duplicating any serial number placed by the manufacturer or importer on any other firearm**, model (if any), caliber or gauge, the name, city and state of the manufacturer or importer, and, for an imported firearm, the country of origin.

(2) If an existing firearm is being modified into an NFA firearm or reactivated, the existing serial number of the firearm shall be entered into Item 8g and the name and address of the original manufacturer or importer shall be entered into Item 8b. DO NOT ALTER OR MODIFY THE EXISTING SERIAL NUMBER IN THESE CIRCUMSTANCES.

(3) When more than one firearm of the same description is being registered and the serial numbers are in a consecutive series, the registrant may enter the beginning and ending numbers of the range in item 8g. If more than one firearm of the same description is being registered, but the serial numbers are non-consecutive, the registrant may note item 8g to "see attached list of xxx serial numbers." Any attachment must be referenced to the notice.

e. **Additional Description Field**. Use this field to further describe the firearm, such as the manufacture of an integral silencer, or to document that a firearm is classified as an "any other weapon" by stating that the firearm had never been configured with a shoulder stock.

f. **Preparation**. All requested information must be entered in blue or black ink and must be legible.  Illegible entries will be returned for correction. The return of the notice will delay the processing.

### 4. Submission

a.  The manufacturer shall file a separate notice for firearms manufactured or firearms reactivated during a single day by the close of the next business day.

b.  The importer shall file a separate notice for each permit on which firearms are imported during a single day no later than 15 days from the date the firearm was released from Customs custody.

c.  The notices shall be filed with the National Firearms Act Branch, Bureau of ATF, 244 Needy  Road, Martinsburg, WV 25405

### 5. **Submission by Facsimile Transmission.** Form 2 may also be submitted for approval via facsimile transmission ( (304) 616-4501) provided that the licensee has filed an affidavit with the NFA Branch in accordance with ATF Industry Circular 89-6.

### 6. **Receipt by NFA Branch**. Receipt of the notice by the NFA Branch will effectuate the registration of the firearms.

### 7. **Status Inquiries and Questions**. The NFA Branch telephone number is (202) 927-8330. Any inquiry relating to the status of a notice to register an NFA firearm or about procedures in general should be directed to the NFA. Please be aware that the information relating to the registration of firearms is defined as "return" or "return information" by 26 U.S.C. § 6103 and disclosure is generally prohibited to anyone other than the registrant. Information relating to the NFA and other firearms laws is also available at the ATF Internet website at www.atf.gov.

### 8. **Penalties**. Any person who violates or fails to comply with any of the requirements of the NFA shall, upon conviction, be fined not more than $10,000 or be imprisoned for not more than 10 years, or both. Any firearm involved in a violation of the NFA shall be subject to seizure and forfeiture. It is unlawful for any person to make or cause the making of a false entry on any application or record required by the NFA knowing such entry to be false.

### 9. **Compliance with the Gun Control Act**. All provisions of the GCA must be complied with, including the recordkeeping requirements for licensees.

ATF E-Form 2 (5320.2)
Revised November 2007

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Control Number:   2020402589

## RESTRICTIONS

| Line No. | |
|---|---|
| 1 | RESTRICTED REGISTRATION-Possession limited to continued compliance with provisions of Public Law 99-308. |
| 2 | RESTRICTED REGISTRATION-Possession limited to continued compliance with provisions of Public Law 99-308. |

OMB No. 1140-0015 (08/31/2022)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Application for Tax Exempt Transfer and Registration of Firearm

| ATF Control Number | Internal Control Number 5112-SO18006 |
| --- | --- |

| Submit in duplicate to: | **National Firearms Act Division**<br>Bureau of Alcohol, Tobacco, Firearms and Explosives, 244 Needy Road, Martinsburg, WV 25405 |
| --- | --- |

**1. Type of Transfer: tax exempt**
I believe that I am entitled to exemption from the payment of the Transfer Tax Imposed by section 5811 (26 U.S.C. Chapter 53) on the Firearm described herein for the following reason *(See Instruction 2b)*:

☐ Firearm is unserviceable and is being transferred as a curio or ornament
☑ Firearm is being transferred to or from a Government Entity
☐ Firearm is transferred to a lawful heir or by operation of law
☐ Other (Specify) ————

**2a.** Transferee's Full Legal Name and Address *(Include trade name, if any) (See Instruction 2k)*

**ADAIR POLICE DEPARTMENT**
**320 AUDUBON STREET**
**ADAIR, IA 50002**

☐ Other Legal Entity ☐ Corporation
☐ Individual ☐ Trust ☑ Government Entity

**2b.** County/Parish
ADAIR

**3a.** If Applicable: Decedent's Name, Address, and Date of Death

**3b.** Transferor's Name and Address *(Include trade name, if any) (Executors: see instruction 2k)*

HECKLER & KOCH DEFENSE, INC.
19980 HIGHLAND VISTA DR #190
ASHBURN VA 20147

**3e.** Number, Street, City, State and Zip Code of Residence *(or Firearms Business Premises)* If Different from Item 3a.

| 3c. Transferor's telephone *(area code and number)* | 3d. E-mail address |
| --- | --- |
| ▮▮▮▮▮ | ▮▮▮▮▮ |

The above-named and undersigned transferor hereby makes application as required by Section 5812 of the National Firearms Act to transfer and register the firearm described below to the transferee.

**4.** Description of Firearm *(Complete items a through i) (See instruction 2n)*

| a. Name and Address of Maker, Manufacturer and/or Importer of Firearm | b. Type of Firearm *(See definitions 1c)* | c. Caliber or Gauge | d. Model | | |
| --- | --- | --- | --- | --- | --- |
| SEE ADDITIONAL SHEET | | | Length *(Inches)* | e. Barrel: | f. Overall: |
| | | | g. Serial Number | | |

*RESTRICTED REGISTRATION - POSSESSION LIMITED TO CONTINUED COMPLIANCE WITH PROVISIONS OF PUBLIC LAW 99-308*

| h. Additional Description or Data Appearing on Firearm *(Attach additional sheet if necessary)* | i. Has the Firearm been rendered unserviceable as defined in Definition 1m?<br>*(If "Yes," describe the method by which the firearm has been rendered unserviceable. Use additional sheets.)* ☐ Yes ☐ No |
| --- | --- |

| 5. Applicant's Federal Firearms License *(if any)* or Explosives License or Permit Number *(Give complete 15-digit number) (See instruction 2c)* | | | | 6. Transferee's Special (Occupational) Tax Status *(If any)* | |
| --- | --- | --- | --- | --- | --- |
| First 6 digits | 2 digits | 2 digits | 5 digits | a. Employer Identification Number | b. Class |
| | | | | | |
| | | | | 8. Transferor's Special (Occupational) Tax Status *(If any)* | |
| 7. Transferor's Federal Firearms License *(If any)* | | | | a. Employer Identification Number | b. Class |
| First 6 digits | 2 digits | 2 digits | 5 digits | ▮▮▮▮▮ | CLASS 1 - Importer of Firearms |

Under Penalties of Perjury, I Declare that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete, and that the transfer of the described firearm to the transferee and receipt and possession of it by the transferee are not prohibited by the provisions of Title 18, United States Code, Chap 44; Title 26, United States Code Chap 53; or any provisions of State or local law.

| 9. Signature of Transferor *(or authorized official)* | 10. Name and Title of Authorized Official *(Print or type)* | 11. Date |
| --- | --- | --- |
| *(signature)* | Richard Grantham, Director of Distribution & Logistics | 08/18/2020 |

The Space Below is for the use of the Bureau of Alcohol, Tobacco, Firearms and Explosives

By Authority of The Director, This Application Has Been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee are:

☑ Approved *(With the following conditions, if any)* ☐ Disapproved *(For the following reasons)*

| Signature of Authorized ATF Official | Date |
| --- | --- |
| *(signature)* | AUG 25 2020 |

| Previous Editions Are Obsolete | ATF Copy | ATF Form 5 (5320.5)<br>Revised September 2019 |
| --- | --- | --- |

RESTRICTED REGISTRATION - POSSESSION LIMITED TO CONTINUED
COMPLIANCE WITH PROVISIONS OF PUBLIC LAW 99-308

**ATTACHMENT TO FORM 5, REF: 5112-SO158006**

**HECKLER & KOCH DEFENSE, INC**

**19980 HIGHLAND VISTA DR., SUITE #190**

**ASHBURN, VA  20147**

SERIAL NUMBERS FOR TWO (2)  MACHINE GUNS

| Line No | Name and Address of Manufactuer (a) | Type of Firearm (b) | Caliber Gauge or Size (c) | Model (d) | Length of Barrel (e) | Overall Length (f) | Serial Number (g) |
|---|---|---|---|---|---|---|---|
| 1 | Heckler and Koch, Oberndorf, Germany | MG | 5.56MM | G36K | 12.52 | 33.78 | 84054530 |
| 2 | Heckler and Koch, Oberndorf, Germany | MG | 5.56MM | HK416 | 14.5 | 34.84 | 88070103 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

signature of authorized official

RESTRICTED REGISTRATION - POSSESSION LIMITED TO CONTINUED
COMPLIANCE WITH PROVISIONS OF PUBLIC LAW 99-308