# CITY OF ADAIR


## Chief of Police Bradley Wendt

*320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002*
*TELEPHONE 641-742-3751 - FAX 641/742-5514*
*EMAIL: Adairpolice113@gmail.com*

OFFICERS
Mayor – John Larsen
City Clerk Randi Lehman
City Attorney John Fisher
City Advisor Clint Fichter

COUNCIL
Rick Stanley Craig Wedemeyer
Kyle Irlmeier Rick Hayes
Jeremy Gettler


October 9th, 2019

Mr. Jack Chuang
Arms Unlimited Inc
3515 W Post Rd, STE #125
Las Vegas, NV 89118

Dear Mr. Chuang,

This is an order for 3 H&K MP7A2 4.6x30mm at 2080.00 each, 1 H&K G36k (SF) 5.56x45mm at 1625.00, 1 H&K 416 5.56 14.5" at 1795.00, for the Adair Police Department.

The number of sworn Officers in our Adair Police Department is 3. These Officers are authorized by law to make arrests and carry firearms in the performance of their official duties.

This order is being paid for with funds that our Adair Police Department is authorized to use under law for the acquisition of equipment, including funds from individual officers who may be required to pay in whole or in part for their equipment to carry out their official duties. These firarms will be the property of our Adair Police Department and are not being acquired for the purpose of resale or transfer, They will be used to carry out its official responsibilities and duties.

The telephone contact for the Chief of Police in Adair is 515-229-8583.

Sincerely yours,

Adair Police Department

Bradley Wendt
Chief of Police, Adair Iowa 50002

GOVERNMENT EXHIBIT
223
4:22-cr-199

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0005 (07/31/2013)

# Application and Permit for Importation of Firearms, Ammunition and Implements of War

**Not for use by Members of the United States Armed Forces.**

| For ATF Use Only | For Applicant's Optional Use | |
|---|---|---|
| Permit No. (Valid for 12 months from the date appearing in Item 19 below.) NPR No. 201907456 | Internal Control/Reference # 45-3747/5112/158006 | E-mail Address *(Optional)* [redacted] |

**Section I - Application** ***(Submit in triplicate) - For Applicant Use***

| 1. Federal Firearms License *(If Any)* | | 2. Telephone No. *(Including Extension No.)* | 3. Country of Exportation |
|---|---|---|---|
| License No. *(x-xx-xxx-xx-xxxxx)* [redacted] | Expiration Date 07/01/2021 | [redacted] | GERMANY |

| 4. Name and Address of Customs Broker *(Including Zip Code)* | 5. Applicant's Name and Address *(Including Zip Code)* |
|---|---|
| NOATUM LOGISTICS<br>2077 CONVENTION CENTER CONCOURSE, SUITE 200<br>ATLANTA, GA 30337, UNITED STATES | HECKLER & KOCH DEFENSE, INC<br>19980 HIGHLAND VISTA DR #190<br>ASHBURN, VA 20147, UNITED STATES |
| Check here if permit is to be returned to Customs Broker. ☐ | Check here if permit is to be returned to applicant. ☒ |
| 6. Name and Address of Foreign Seller, if any<br>HECKLER AND KOCH GMBH<br>HECKLER AND KOCH STRASSE 1<br>OBERNDORF / NECKAR 78727, GERMANY | 7. Name and Address of Foreign Shipper<br>HECKLER AND KOCH GMBH<br>HECKLER AND KOCH STRASSE 1<br>OBERNDORF / NECKAR 78727, GERMANY |

8. Description of Firearms and Ammunition *(For firearms, enter (SG)-Shotgun; (RI)-Rifle; (PI)-Pistol; (RE)-Revolver; (DD)-Destructive Device; (MG)-Machinegun)*

| | Name and Address of Manufacturer a. | Type *(Frame, Receiver, SG, RI, PI, RE,DD,MG)* b. | Caliber Gauge or Size c. | Quantity *(Each type)* d. | Unit Cost *(U.S. Currency)* e. | U.S. Munitions Import List Category f. | Model g. | Length of Barrel *(Inches)* h. | Overall Length *(Inches)* i. | Serial No. j. | New (N) or Used (U) k. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Firearms | SEE ADDITIONAL SHEETS<br>☐ See Attachment | | | | | | | | | | |
| Implements of War | ☐ See Attachment | | | | | | Description | | | | |
| Ammunition | ☐ See Attachment | *(Ball Wad-cutter, Shot, AP, Tracer) (Rounds)* | | | | | | | | | |

9. Certification of Origin. The items sought for importation in block 8:

a. Do not contain parts or components produced by or for the U.S. **military** and do not contain parts or components manufactured with U.S. military technical data or assistance. ☒

b. Contain parts or components produced by or for the U.S. **military** or parts or components manufactured with U.S. military technical data or assistance. ☐

c. Contain parts or components produced by or for the U.S. **military** or components manufactured with U.S. technical data or assistance that were sold abroad pursuant to a Direct Commercial Sale licensed by the Department of State. ☐

10. Specific Purpose of Importation, Including Final Recipient, If Known *(Use additional sheets, if necessary)*
OTHER-TO BE IMPORTED FOR ADAIR POLICE DEPT., ADAIR, IA; WEAPONS IMPORTED WITH OPERATORS MANUAL

| 11. Are You Registered as an Importer Pursuant to The Arms Export Control Act of 1976 | 12. If "Yes," Give Importer's Registration No. and Expiration Date *(A-xx-xxx-xxxx)* |
|---|---|
| Yes ☒ No ☐ | A-83-140-0619, 06/19/2023 |

Under the penalties provided by law, I declare that I have examined this application, including the documents submitted in support of it, and, to the best of my knowledge and belief, it is true, correct, and complete.

| 13. Name of Applicant *(Printed)* | 14. Signature of Applicant | 15. Title | 16. Date |
|---|---|---|---|
| DONNA BUSSEY | DIGITALLY SIGNED | PROCUREMENT/LICENSING MAN. | 11/18/2019 |

**Section II - For ATF Use Only** *(Please make no entries in this section)* ***SEE ATTACHED PAGE FOR RESTRICTIONS***

17. The Application Has Been Examined and the Importation of the Firearms, Ammunition, and Implements of War Described Herein is:

| | | | | | |
|---|---|---|---|---|---|
| Approved | ☒ | Disapproved for the Reason Indicated Here or on Attached Letter | ☐ | Returned Without Action for Additional Information | ☐ |
| Partially Approved for the Reason Indicated Here or on Attached Letter | ☐ | Withdrawn By Applicant Without Action | ☐ | No Permit Required | ☐ |

| 18. Signature of the Director, Bureau of Alcohol, Tobacco, Firearms and Explosives | 19. Date |
|---|---|
| *Imports Branch Chief* [signature] | 11/18/2019 |



ATF Form 6 - Part I (5330.3A)
Revised August 2011

Firearms *(Continued)* Permit Number: 201907456 Internal Control Number: 45-3747/5112/158006

| Name and Address of Manufacturer a | Type *(SG, RI, PI, RE, DD,MG)* *b* | Caliber Gauge or Size c | Quantity *(Each type)* d | Unit Cost e | US Munitions List Category f | Model (Mfrs) Design g | Length of Barrel h | Overall Length *(Inches)* i | Serial No. j | New (N) or Used (U) k |
|---|---|---|---|---|---|---|---|---|---|---|
| HECKLER AND KOCH GERMANY | MG | 4.6 MM | Requested: 3, Granted: 3 | 1150.00 | I(B) | MP7A2 | 7.09 | 23.23 | | N |
| HECKLER AND KOCH GERMANY | MG | 5.56 MM | Requested: 1, Granted: 1 | 965.00 | I(B) | G36K | 12.52 | 33.78 | | N |
| HECKLER AND KOCH GERMANY | MG | 5.56 MM | Requested: 1, Granted: 1 | 1375.00 | I(B) | HK416 | 14.5 | 34.84 | | N |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Permit No. 2019[illegible]456

VALID FOR 12 MONTHS AFTER THE DATE OF APPROVAL

## RESTRICTIONS

| | |
|---|---|
| 1 | TITLE 27 CFR 478.92 REQUIRES THAT WITHIN 15 DAYS AFTER RELEASE FROM CUSTOMS CUSTODY, EACH FIREARM IMPORTED SHALL BE IDENTIFIED BY ENGRAVING OR CASTING THE SERIAL NUMBER ON THE FRAME OR RECEIVER. IN ADDITION, THE FOLLOWING SHALL BE ENGRAVED, CAST, OR STAMPED ON THE FRAME, RECEIVER, OR BARREL:(1)MODEL,(2)CALIBER OR GAUGE,(3)NAME OF MANUFACTURER AND COUNTRY WHERE MANUFACTURED AND(4)NAME, CITY, AND STATE OF THE IMPORTER |
| 2 | THIS PERMIT IS VALID FOR TWO YEARS FROM THE DATE IN BLOCK #19 |
| 3 | THIS PERMIT AUTHORIZES THE IMPORTATION OF THE FIREARM(S) DESCRIBED HEREON FOR SALE AND DELIVERY ONLY TO THE RECIPIENT SPECIFIED. THE FIREARM(S) ARE NOT TO BE SOLD OR DELIVERED THROUGH ANY FEDERAL FIREARMS LICENSEE WHO IS NOT ALSO QUALIFIED AS A SPECIAL (OCCUPATIONAL) TAXPAYER UNDER TITLE II OF THE GUN CONTROL ACT OF 1968 (26 U.S.C. CHAPTER 53). THE FIREARM(S) CAN BE TRANSFERRED ONLY TO ANOTHER QUALIFIED LAW ENFORCEMENT AGENCY UPON APPROVAL BY THE DIRECTOR, BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES |

OMB No. 1140-0007(01/31/2021)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Release and Receipt of Imported Firearms, Ammunition and Defense Articles

*(See Instructions on Back)*

**Section I – Importation Information** *(Use a separate ATF Form 6A (5330.3C) to describe articles imported under each permit. Also, use a separate form for each shipment under the same permit.)*

1. Name and Address of Importer
HECKLER & KOCH DEFENSE, INC
19980 HIGHLAND VISTA DR # 190
ASHBURN, VA 20147, UNITED STATES

2. Name and Address of Foreign Seller
HECKLER AND KOCH GMBH
HECKLER AND KOCH STRASSE 1
OBERNDORF / NECKAR 78727, GERMANY

3. Name and Address of Foreign Shipper
HECKLER AND KOCH GMBH
HECKLER AND KOCH STRASSE 1
OBERNDORF / NECKAR 78727, GERMANY

4. Federal License No. and/or AECA No. *(If any)* [redacted]

Expiration Dates
07/01/2021; 06/19/2023

5. Country Where Manufactured ***(Required)***
GERMANY

6. Import Permit No. *(When importation authorized by permit)* ***(Required)*** 201907456

7. Telephone No. [redacted]

8. Gross Value of Shipment *(In U.S. dollars)*
3450.00

9. Shipment of Firearms, Ammunition and/or Implements of War *(For firearms, enter (SG)-Shotgun; (RI)-Rifle; (RE)-Revolver; (DD)-Destructive Device; (MG)- Machinegun; (SI) Silencer; Frame or Receiver)*

| | Name of Manufacturer a | Number and Kind of Packages b | Type c | Caliber Gauge or Size d | Quantity Each Type e | Barrel Length f | Overall Length g | U.S. Munitions Import List Category h | Model i | Serial No. j |
|---|---|---|---|---|---|---|---|---|---|---|
| Firearms | HECKLER AND KOCH GERMANY | | MG | 4.6 MM | 3 | | | I(B) | MP7A2 | SEE OVERFLOW PAGE, ITEM *1 |
| Defense Articles | | | | | | | | | | |
| Ammunition | | | *(Ball Incendiary, Wadcutter, Shot, AP, Tracer)* | | | | | | | |

**Section II - Certification of Release From U.S. Customs and Border Protection**

10. Port of Entry

11. Customs Entry or ID No.

12. Type of Entry ☐ Consumption ☐ Warehouse ☐ Informal

13. Date Released

14. I certify that the above articles were authorized for importation by the Director, Bureau of Alcohol, Tobacco, Firearms and Explosives, and were released from the custody of the U.S. Customs and Border Protection or were authorized to be removed from a Customs bonded warehouse or foreign trade zone.
Import Permit Number:

15. Signature of Customs and Border Protection Official

16. Title

17. Date

**Section III – Verification of Importation (completed by licensed and/or registered importers only)**

18. I have examined the above shipment and found it to:

☒ Contain the firearms, ammunition and/or implements of war in the exact quantity and as described in Item 9 above, or

☐ Contain the following discrepancies:

I declare under the penalties provided by law, that this verification of importation is true, correct and complete to the best of my knowledge and belief and that each firearm is marked and can be identified as required by 27 CFR Part 478.

19. Signature of Importer
DIGITALLY SIGNED

20. Title or Status *(Individual, member of firm; if officer of corporation, give title)*
DONNA BUSSEY, PROCUREMENT/LICENSING MANAGER

21. Date
11/17/2020

## OVERFLOW PAGE

| | |
|---|---|
| *1 | 164029334, 164029335, 164029336 |

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0012 (10/31/2013)

# Notice of Firearms Manufactured or Imported

Prepare in Duplicate. Submit to: The National Firearms Act Branch, 244 Needy Road, Martinsburg, WV 25405. **The undersigned hereby serves notice of the manufacture, reactivation, or importation of firearms as required by § 5841 of the National Firearms Act, title 26 U.S.C. Chapter 53.**

1. Type of Notice
a. Firearms on This Notice are: (Check one) Manufactured ☐ Reactiviated ☐ Imported *(complete b & c)* ☒

b. Permit Number: 201907456

c. Expiration Date: 11/18/2021

2. Name and Address (*Including trade name, if any*)
HECKLER & KOCH DEFENSE, INC
HKD
19980 HIGHLAND VISTA DR #190
ASHBURN, VA 20147, UNITED STATES

☐ Sole Proprietor ☐ Partnership ☐ Corporation

3. Federal Firearms License Number: [redacted]

4. Employer Identification Number and Class: [redacted] CLASS 1 - IMPORTER OF FIREARMS

5. Number of Firearms Covered By This Notice: 3

6. Telephone Number (Include area code): [redacted]

7. Date of Manufacture, Reactivation or Release from Customs: 11/06/2020

8. Description of Firearm(s)

| Line No. | Type of Firearm *(See Instruction 1c)* a | Additional Description *(See Instruction 3e)* b | Caliber Gauge or Size c | Model d | Length *(In.)* Barrel e | Length *(In.)* Overall f | Serial Number *(See Instruction 3d)* g |
|---|---|---|---|---|---|---|---|
| 1 | MACHINEGUN | | 4.6 MM | MP7A2 | 7.09 | 23.23 | SEE OVERFLOW PAGE, ITEM *1 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this notice of firearms manufactured, reactivated or imported and, to the best of my knowledge and belief, it is true, correct and complete.**

9. Signature of Manufacturer or Importer *(or authorized official)*
DIGITALLY SIGNED

10. Name and Title of Authorized Official
DONNA BUSSEY, PROCUREMENT/LICENSING MANAGER

11. Filing Date
11/17/2020

**ATF Use - Restrictions** *(If any)*

☐ Imported Under 26 U.S.C. § 5844 For Use (A) By a Government Agency, (2) For Scientific or Research Purposes, or (3) As a Model or Sales Sample. *(**Note:** machineguns are not subject to these restrictions.)*

☒ Machinegun Manufactured or Imported After May 19, 1986 *(18 U.S.C. § 922(o))*

NFA Control Number: 202175835

Receipt Date: 11/18/2020

ATF SIGNATURE: Robert C. Sisson

US v Wendt - Govt Ex 223
Page 7 of 12

FINAL ACTION DATE: 11/18/2020

ATF E-Form 2 (5320.2)
Revised November 2007

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Control Number

## OVERFLOW PAGE

| | |
|---|---|
| *1 | 164029334, 164029335, 164029336 |

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Control Number: 202175835

## RESTRICTIONS

| Line No. | |
|---|---|
| 1 | RESTRICTED REGISTRATION-Possession limited to continued compliance with provisions of Public Law 99-308. |

OMB No. 1140-0015 (08/31/2022)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Application for Tax Exempt Transfer and Registration of Firearm

**ATF Control Number**

**Internal Control Number** 5112-SO158006

**Submit in duplicate to:** **National Firearms Act Division**
**Bureau of Alcohol, Tobacco, Firearms and Explosives, 244 Needy Road, Martinsburg, WV 25405**

1. Type of Transfer: tax exempt
I believe that I am entitled to exemption from the payment of the Transfer Tax Imposed by section 5811 (26 U.S.C. Chapter 53) on the Firearm described herein for the following reason *(See Instruction 2b)*:
- ☐ Firearm is unserviceable and is being transferred as a curio or ornament
- ☑ Firearm is being transferred to or from a Government Entity
- ☐ Firearm is being transferred to a lawful heir or by operation of law
- ☐ Other (Specify)

2a. Transferee's Full Legal Name and Address *(Include trade name, if any) (See instruction 2k)*

ADAIR POLICE DEPARTMENT
320 AUDUBON STREET
ADAIR, IA 50002

☐ Other Legal Entity ☐ Corporation
☐ Individual ☐ Trust ☑ Government Entity

2b. County/Parish
ADAIR

3a. If Applicable: Decedent's Name, Address, and Date of Death

3b. Transferor's Name and Address *(Include trade name, if any) (Executors: see instruction 2k)*

HECKLER & KOCH DEFENSE, INC.
19980 HIGHLAND VISTA DR #190
ASHBURN VA 20147

3c. Transferor's telephone *(area code and number)* 3d. E-mail address

[redacted]

3e. Number, Street, City, State and Zip Code of Residence *(or Firearms Business Premises)* If Different from Item 3a.

The above-named and undersigned transferor hereby makes application as required by Section 5812 of the National Firearms Act to transfer and register the firearm described below to the transferee.

4. Description of Firearm *(Complete items a through i) (See instruction 2n)*

| a. Name and Address of Maker, Manufacturer and/or Importer of Firearm | b. Type of Firearm *(See definitions 1c)* | c. Caliber or Gauge | d. Model | | |
|---|---|---|---|---|---|
| HECKLER & KOCH GMBH<br>OBERNDORF, GERMANY | MACHINEGUN | 4.6 MM | MP7A2 | | |
| | | | Length *(Inches)* | e. Barrel: 7.09 | f. Overall: 23.23 |
| | | | g. Serial Number: 164029334 thru 164029336 (inclusive) | | |

h. Additional Description or Data Appearing on Firearm *(Attach additional sheet if necessary)*

i. Has the Firearm been rendered unserviceable as defined in Definition 1m? *(If "Yes," describe the method by which the firearm has been rendered unserviceable. Use additional sheets.)* ☐ Yes ☐ No

5. Applicant's Federal Firearms License *(if any)* or Explosives License or Permit Number *(Give complete 15-digit number) (See instruction 2c)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| | | | |

6. Transferee's Special (Occupational) Tax Status *(If any)*
a. Employer Identification Number b. Class

7. Transferor's Federal Firearms License *(If any)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| [redacted] | | | |

8. Transferor's Special (Occupational) Tax Status *(If any)*
a. Employer Identification Number: [redacted]
b. Class: CLASS 1 - Importer of Firearms

**Under Penalties of Perjury, I Declare** that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete, and that the transfer of the described firearm to the transferee and receipt and possession of it by the transferee are not prohibited by the provisions of Title 18, United States Code, Chap 44; Title 26, United States Code Chap 53; or any provisions of State or local law.

9. Signature of Transferor *(Or authorized official)*: Richard Grantham (signature)

10. Name and Title of Authorized Official *(Print or type)*: Richard Grantham, Director of Distribution & Logistics

11. Date: 11/19/2020

**The Space Below is for the use of the Bureau of Alcohol, Tobacco, Firearms and Explosives**

By Authority of The Director, This Application Has Been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee are:

☑ Approved *(With the following conditions, if any)*
RESTRICTED REGISTRATION - POSSESSION LIMITED TO CONTINUED COMPLIANCE WITH PROVISIONS OF PUBLIC LAW 99-308

☐ Disapproved *(For the following reasons)*

Signature of Authorized ATF Official (signature)

Date NOV 30 2020

Previous Editions Are Obsolete

ATF Copy

ATF Form 5 (5320.5)
Revised September 2019

# CITY OF ADAIR

## Chief of Police Bradley Wendt

*320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002*
*TELEPHONE 641-742-3751 - FAX 641/742-5514*
*EMAIL: Adairpolice113@gmail.com*



OFFICERS
Mayor – Joanne Byars
City Clerk Sandy Riley
City Advisor Clint Fichter

COUNCIL
Rick Stanley Jim Zimmerline
Kyle Irlmeier Perry Leeper Paul Gettler


**March 1, 2022**

**TM FIREARMS LLC**
**558 Mcqueen Smith Road North**
**Prattville, AL 36066**

**Dear TM FIREARMS LLC,**

**I am writing to request a formal demonstration of the MP7A2 (Full Auto) 4.6x30mm Machinegun, manufactured by Heckler and Koch to be conducted for the Adair Police. Our agency would appreciate a detailed overview of the stated weapon to further determine if it is suitable for future purchase, and official use by the sworn officers within Adair Police Dept.**

**The Adair Police Department is requesting a demonstration of ONE (1) machinegun to test and evaluate.**

**The firearm requested for demonstration is ideal for the use by the Adair Police Department as it is similar in design to other approved weapons currently in use by our agency and surrounding agencies.**

**Respectfully,**

**Chief Bradley Wendt**
**Adair Police Department**

OMB No. 1140-0015 (08/31/2022)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Application for Tax Exempt Transfer and Registration of Firearm

**ATF Control Number** | **Internal Control Number**

**Submit in duplicate to:** **National Firearms Act Division**
**Bureau of Alcohol, Tobacco, Firearms and Explosives, 244 Needy Road, Martinsburg, WV 25405**

1. Type of Transfer: tax exempt
I believe that I am entitled to exemption from the payment of the Transfer Tax Imposed by section 5811 (26 U.S.C. Chapter 53) on the Firearm described herein for the following reason *(See Instruction 2b)*:
- ☐ Firearm is unserviceable and is being transferred as a curio or ornament
- ☑ Firearm is being transferred to or from a Government Entity
- ☐ Firearm is being transferred to a lawful heir or by operation of law
- ☐ Other (Specify)

2a. Transferee's Full Legal Name and Address *(Include trade name, if any) (See instruction 2k)*
TM FIREARMS, LLC
558 Mcqueen Smith Road North
Prattville, AL 36066

☐ Other Legal Entity ☐ Corporation
☐ Individual ☐ Trust ☐ Government Entity

2b. County/Parish
Autauga

3a. If Applicable: Decedent's Name, Address, and Date of Death

3b. Transferor's Name and Address *(Include trade name, if any) (Executors: see instruction 2k)*
Adair Police Department
320 Audubon Street
Adair, Ia 50002

3c. Transferor's telephone *(area code and number)*
641-742-3751

3d. E-mail address
adairpolice113@gmail.com

3e. Number, Street, City, State and Zip Code of Residence *(or Firearms Business Premises)* If Different from Item 3a.

The above-named and undersigned transferor hereby makes application as required by Section 5812 of the National Firearms Act to transfer and register the firearm described below to the transferee.

4. Description of Firearm *(Complete items a through i) (See instruction 2n)*

| a. Name and Address of Maker, Manufacturer and/or Importer of Firearm | b. Type of Firearm *(See definitions1c)* | c. Caliber or Gauge | d. Model | e. Barrel Length *(Inches)* | f. Overall Length *(Inches)* | g. Serial Number |
|---|---|---|---|---|---|---|
| HECKLER & KOCH GMBH OBERNDORF, GERMANY | Machinegun | 4.6mm | MP7A2 | 7.09 | 23.23 | 164029336 |

h. Additional Description or Data Appearing on Firearm *(Attach additional sheet if necessary)*

i. Has the Firearm been rendered unserviceable as defined in Definition 1m? *(If "Yes," describe the method by which the firearm has been rendered unserviceable. Use additional sheets.)* ☐ Yes ☑ No

5. Applicant's Federal Firearms License *(if any)* or Explosives License or Permit Number *(Give complete 15-digit number) (See instruction 2c)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 163001 | 07 | 4D | 08652 |

6. Transferee's Special (Occupational) Tax Status *(If any)*

| a. Employer Identification Number | b. Class |
|---|---|
| 82-2556372 | 3 |

7. Transferor's Federal Firearms License *(If any)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| | | | |

8. Transferor's Special (Occupational) Tax Status *(If any)*

| a. Employer Identification Number | b. Class |
|---|---|
| | |

**Under Penalties of Perjury, I Declare** that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete, and that the transfer of the described firearm to the transferee and receipt and possession of it by the transferee are not prohibited by the provisions of Title 18, United States Code, Chap 44; Title 26, United States Code Chap 53; or any provisions of State or local law.

9. Signature of Transferor *(Or authorized official)*

10. Name and Title of Authorized Official *(Print or type)*
Bradley Wendt, Chief of Police

11. Date
3-7-2022

**The Space Below is for the use of the Bureau of Alcohol, Tobacco, Firearms and Explosives**

By Authority of The Director, This Application Has Been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee are:

☐ Approved *(With the following conditions, if any)*

☐ Disapproved *(For the following reasons)*

Signature of Authorized ATF Official | Date

Previous Editions Are Obsolete

ATF Copy 2 - To Be Returned to Registrant

ATF Form 5 (5320.5)
Revised September 2019