# CITY OF ADAIR

## Chief of Police Bradley Wendt

320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

| OFFICERS | COUNCIL |
|---|---|
| Mayor – John Larsen | Rick Stanley   Craig Wedemeyer |
| City Clerk Randi Lehman | Kyle Irlmeier   Rick Hayes |
| City Attorney John Fisher | Jeremy Gettler |
| City Advisor Clint Fichter | |

July 19, 2020

BW outfitters
1118 4th Ave S
Denison Ia, 51442

Dear BW outfitters,

I am writing to request a formal demonstration of the M2 HB-QCB, 12.7mmx99mm (Full Auto) Machinegun, manufactured by FNH USA LLC to be conducted for the Adair Police. Our agency would appreciate a detailed overview of the stated weapon to further determine if it is suitable for future purchase, and official use by the sworn officers within Adair Police Dept.

The Adair Police Department is requesting a demonstration of ONE (1) machinegun to determine if it is suitable for future purchase. These Officers are authorized by law to make arrests and carry firearms in performance of their official duties. The number of sworn officers at this time in the Adair Police Dept is 4.

The firearm requested for demonstration is ideal for the use by the Adair Police Department in special operations and patrol, based on its price and availability.

The telephone contact number for the Adair Police Dept is 641-742-3751.

Respectfully,

*[signature: Bradley Wendt]*

**Chief Bradley Wendt**
**Adair Police Department**

GOVERNMENT EXHIBIT
225
4:22-cr-199

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Application for Tax-Exempt Transfer of Firearm and Registration to Special Occupational Taxpayer (National Firearms Act)**

OMB No. 1140-0013 (01/31/2011)

**ATF Control Number:** 202131268

**1. Transferee's Name and Address** (as they appear on the Federal Firearms License, including trade name, if any)
B WOUT FITTERS INC
1118 4TH AVE S
DENISON, IA 51442, UNITED STATES

☐ Sole Proprietor   ☐ Partnership   ☐ Corporation

To be submitted in duplicate by transferor of firearm

To: National Firearms Act Branch
Bureau of Alcohol, Tobacco, Firearms and Explosives
244 Needy Road, Martinsburg, WV 25405

**2b. Transferor's Telephone Number and Area Code:** [redacted]

**2a. Transferor's Name And Address** (as they appear on the Federal Firearms License, including trade name, if any)
FN AMERICA, LLC
FN
797 OLD CLEMSON RD
COLUMBIA, SC 29229, UNITED STATES

☐ Sole Proprietor   ☐ Partnership   ☐ Corporation

The above-named and undersigned transferor and special (occupational) taxpayer hereby makes application as required by Section 5812 of the National Firearms Act to transfer, without payment of tax, and register the firearm described below to the special (occupational) taxpayer identified as the transferee in this application.

**3. Description of Firearm** (Complete items a through h, if applicable)

| | | | |
|---|---|---|---|
| a. Name and Address of Manufacturer and/or Importer of Firearm: FN (HERSTAL) | b. Type of Firearm: MACHINEGUN | c. Caliber, Gauge or Size: 50 | d. Model: M2HB QCB |
| | | | e. Length of Barrel (Inches): 45 |
| | | | f. Overall: 65.1 |
| | | | g. Serial Number: 36923 |

h. Additional Description or Data Appearing on Firearm (Attach additional sheet if necessary)

**4. Transferee's Federal Firearms License** (Give complete 15-digit number) (See instruction 2b)

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 542047 | 01 | 1A | 03741 |

**5. Transferee's Special (Occupational) Tax Status**
a. Employer Identification Number: 462789307
b. Class: CLASS 3 - DEALER IN FIREARMS

**6. Transferor's Federal Firearms License** (Give complete 15-digit number) (See instruction 2b)

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| [redacted] | | | |

**7. Transferor's Special (Occupational) Tax Status**
a. Employer Identification Number: [redacted]
b. Class: CLASS 1 - IMPORTER OF FIREARMS

**8. Consent to Disclosure of Information to Transferee** (See instruction 8). I **do** or **do not** (circle one) authorize ATF to provide information relating to this application to the above-named transferee.

I believe I am entitled to exemption from payment of the transfer tax imposed by Section 5811, National Firearms Act (NFA), on the firearm described above because the transferee named herein is qualified under the NFA to manufacture, import or deal in that type of firearm.

UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete.

**9. Original Signature of Transferor** (Or authorized official): DIGITALLY SIGNED
**10. Name and Title of Authorized Official** (Print or type): BOBBI J HAMELINCK, SN LICENSING ADMINISTRATOR
**11. Date:** 10/22/2020

*The Space Below is for the Use of the Bureau of Alcohol, Tobacco, Firearms and Explosives*

By Authority of the Director, this Application has been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee Are:

☒ Approved (with the following conditions, if any) [stamp: POSSESSION]
☐ Disapproved (For the following reasons)

Authorized ATF Official: Thomas Rossi
Date: 10/26/2020

US v Wendt - Govt Ex 225
Page 2 of 3

ATF Form 3 (5320.3)
Revised October 2004

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Control Number: 202131268

## RESTRICTIONS

| Line No. | |
|---|---|
| 1 | RESTRICTED REGISTRATION-Possession limited to continued compliance with provisions of Public Law 99-308. |