# CITY OF ADAIR

## Chief of Police Bradley Wendt

320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

**OFFICERS**
Mayor – John Larsen
City Clerk Randi Lehman
City Attorney John Fisher
City Advisor Clint Fichter

**COUNCIL**
Rick Stanley   Craig Wedemeyer
Kyle Irlmeier   Rick Hayes
Jeremy Gettler

October 19, 2020

Williams Contracting LLC
3091 370th Street
Manning Ia, 51455

Dear Williams Contracting LLC,

I am writing to request a formal demonstration of the (1) UMP 40, 40S&W (Full Auto) Machinegun, manufactured by HECKLER & KOCH, (1) FSL, .308 manufactured by D.S. ARM INC, (1) HK33KA3, .223 manufactured by HECKLER & KOCH, and (1) RMH 1950, 9mm manufactured by DANSK INDUSTRI-SYNDIKAT, to be conducted for the Adair Police. Our agency would appreciate a detailed overview of the stated weapon to further determine if it is suitable for future purchase, and official use by the sworn officers within Adair Police Dept.

The Adair Police Department is requesting a demonstration of FOUR (4) machineguns to test and evaluate.

The firearm requested for demonstration is ideal for the use by the Adair Police Department in special operations and patrol biased on its price and availability.

Respectfully,

Chief Bradley Wendt
Adair Police Department

GOVERNMENT
EXHIBIT
231
4:22-cr-199

OMB No.1140-0013 (09/30/2023)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Application for Tax-Exempt Transfer of Firearm and Registration to Special Occupational Taxpayer (National Firearms Act)

**ATF Control Number**

1. Transferee's Name and Address *(as they appear on the Federal Firearms License, including trade name, if any)*
WILLIAMS CONTRACTING, LLC
3091 370TH ST
MANNING, IA 51455, UNITED STATES

To be submitted in duplicate by transferor of firearm
To: National Firearms Act Division
Bureau of Alcohol, Tobacco, Firearms and Explosives
244 Needy Road, Martinsburg, WV 25405

2b. Transferor's Telephone Number and Area Code

[ ] Sole Proprietor    [ ] Partnership    [✓] Corporation

2a. Transferor's Name And Address *(as they appear on the Federal Firearms License, including trade name, if any)*
*RAMUN, JOHN PATRICK
JOHN'S GUNS
8097 NORTH LIMA RD.
POLAND, OHIO 44514, UNITED STATES

2c. Transferor's E-mail Address

[✓] Sole Proprietor    [ ] Partnership    [ ] Corporation

The above-named and undersigned transferor and special (occupational) taxpayer hereby makes application as required by Section 5812 of the National Firearms Act to transfer, without payment of tax, and register the firearm described below to the special (occupational) taxpayer identified as the transferee in this application.

3. Description of Firearm *(Complete items a through h, if applicable)*

| a. Name and Address of Manufacturer and/or Importer of Firearm | b. Type of Firearm *(See instruction 1c)* | c. Caliber, Gauge or Size *(Specify)* | d. Model FSL | | |
|---|---|---|---|---|---|
| JOHN'S GUNS<br>8097 NORTH LIMA RD.<br>POLAND, OH 44514, UNITED STATES | MACHINEGUN | .308 | Length (Inches) | E. Of Barrel 11" | F. Overall 22" |
| | | | g. Serial Number X00967 | | |

RESTRICTED REGISTRATION - POSSESSION LIMITED TO CONTINUED COMPLIANCE WITH PROVISIONS OF PUBLIC LAW 99-308

h. Additional Description or Data Appearing on Firearm *(Attach additional sheet if necessary)*
FMAP DM "ROSARIO" INDUSTRIA FSL LSR - FORM II REMANUFACTURED AS POST 86 RESTRICTED REGISTRATION MACHINEGUN 4/12/1997
PREVIOUS ADDRESS FOR JOHN'S GUNS WAS - 8243 NORTH LIMA RD. POLAND, OH 44514, UNITED STATES

4. Transferee's Federal Firearms License *(Give complete 15-digit number) (See instruction 2b)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 542027 | 01 | 3J | 05009 |

5. Transferee's Special (Occupational) Tax Status
a. Employer Identification Number: 453278013
b. Class: CLASS 3 DEALER

6. Transferor's Federal Firearms License *(Give complete 15-digit number) (See instruction 2b)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| ▮▮▮▮▮▮ | ▮ | ▮ | ▮▮▮▮▮ |

7. Transferor's Special (Occupational) Tax Status
a. Employer Identification Number: ▮▮▮▮▮▮▮▮▮
b. Class: CLASS 2 MANUFACTURER

8. Consent to Disclosure of Information to Transferee *(See instruction 8)*. **I do** or do not *(circle one)* authorize ATF to provide information relating to this application to the above-named transferee.   (●) ( )

I believe I am entitled to exemption from payment of the transfer tax imposed by Section 5811, National Firearms Act (NFA), on the firearm described above because the transferee named herein is qualified under the NFA to manufacture, import or deal in that type of firearm.

UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete.

9. Original Signature of Transferor *(Or authorized official)* — /s/ John P Ramun

10. Name and Title of Authorized Official *(Print or type)*: JOHN P. RAMUN

11. Date: 10-26-2020

The Space Below is for the Use of the Bureau of Alcohol, Tobacco, Firearms and Explosives

By Authority of the Director, this Application has been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee Are:

[✓] Approved *(with the following conditions, if any)*    [ ] Disapproved *(For the following reasons)*

Authorized ATF Official: /s/ Thota Messinger

Date: NOV 2 3 2020

ATF Form 3 (5320.3)
Revised October 2020

RESTRICTED REGISTRATION - POSSESSION LIMITED TO CONTINUED COMPLIANCE WITH PROVISIONS OF PUBLIC LAW 99-308