# CITY OF ADAIR
## Chief of Police Bradley Wendt

320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

**OFFICERS**
Mayor – John Larsen
City Clerk Randi Lehman
City Attorney John Fisher
City Advisor Clint Fichter

**COUNCIL**
Rick Stanley   Craig Wedemeyer
Kyle Irlmeier   Rick Hayes
Jeremy Gettler

November 19, 2020

Daniel Shamie

Arms Unlimited Inc

3515 W Post Rd #125

Las Vegas, NV 89118

To Whom It May Concern:

The Adair Police Department is requesting a demonstration of the following select-fire/automatic weapons for possible future purchases and use of our officers in the performance of their official duties.

- TWO (2) x RUGER AC556, MACHINE GUN, Cal. 223

The number of sworn officers in the Adair Police Department is 3. These officers are authorized by law to make arrests and carry firearms in the performance of their official duties. The firearms requested for demonstration are particularly suitable for use as law enforcement weapons. The weapons requested are particularly suitable for our officers while conducting special operations and high-risk prisoner transportation details.

This demonstration is requested for the entire Adair Police Department. Each officer will have an opportunity to fire the weapons which will require the machine guns to fire thousands of rounds. This type of testing during the demonstration will show the reliability of the firearm to the department. Two (2) machine guns are requested as authorized under ATF ruling 2002-5 for this specific purpose as a large volume of fire through a single weapon will make it too hot to handle safely.

Please direct all questions to Chief Bradley Wendt at (515) 229-8583.

Cordially,

[signatures]

DEC 1 4 2020

GOVERNMENT EXHIBIT
233
4:22-cr-199

OMB No. 1140-0015 (08/31/2022)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Application for Tax Exempt Transfer and Registration of Firearm

| ATF Control Number | Internal Control Number |
|---|---|

**Submit in duplicate to:** National Firearms Act Division, Bureau of Alcohol, Tobacco, Firearms and Explosives, 244 Needy Road, Martinsburg, WV 25405

1. **Type of Transfer:** tax exempt
I believe that I am entitled to exemption from the payment of the Transfer Tax Imposed by section 5811 (26 U.S.C. Chapter 53) on the Firearm described herein for the following reason (See Instruction 2b):
- [ ] Firearm is unserviceable and is being transferred as a curio or ornament
- [✓] Firearm is being transferred to or from a Government Entity
- [ ] Firearm is being transferred to a lawful heir or by operation of law
- [ ] Other (Specify) _____

2a. **Transferee's Full Legal Name and Address** (Include trade name, if any) (See instruction 2k)
Arms Unlimited
Shamie, Daniel
3515 W Post Rd #125
Las Vegas, NV 89118

- [ ] Other Legal Entity
- [✓] Individual
- [ ] Corporation
- [ ] Trust
- [ ] Government Entity

2b. **County/Parish** CLARK

3a. If Applicable: Decedent's Name, Address, and Date of Death

3b. **Transferor's Name and Address** (Include trade name, if any) (Executors: see instruction 2k)
Kootenai County Sheriff's Dept
5500 N Government Way, Coeur D Alene, ID 83815

3c. Transferor's telephone (area code and number)   3d. E-mail address   [redacted]

3e. Number, Street, City, State and Zip Code of Residence (or Firearms Business Premises) If Different from Item 3a.

The above-named and undersigned transferor hereby makes application as required by Section 5812 of the National Firearms Act to transfer and register the firearm described below to the transferee.

4. **Description of Firearm** (Complete items a through i) (See instruction 2n)

a. Name and Address of Maker, Manufacturer and/or Importer of Firearm: RUGER
b. Type of Firearm (See definitions 1c): MACHINE GUN
c. Caliber or Gauge: 223
d. Model: AC556
e. Length (Inches): 18
e. Barrel: 18
f. Overall: 39
g. Serial Number: 192-03073

h. Additional Description or Data Appearing on Firearm: RESTRICTED REGISTRATION - POSSESSION LIMITED TO CONTINUED COMPLIANCE WITH PROVISIONS OF PUBLIC LAW 99-308

i. Has the Firearm been rendered unserviceable as defined in Definition 1m?
- [ ] Yes  [ ] No

5. **Applicant's Federal Firearms License** (if any) or Explosives License or Permit Number
(Give complete 15-digit number) (See instruction 2c)

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 988003 | 07 | 3A | 04534 |

6. **Transferee's Special (Occupational) Tax Status** (if any)
a. Employer Identification Number: 46-4316321
b. Class: 62

7. **Transferor's Federal Firearms License** (if any)

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|

8. **Transferor's Special (Occupational) Tax Status** (if any)
a. Employer Identification Number
b. Class

Under Penalties of Perjury, I Declare that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete, and that the transfer of the described firearm to the transferee and receipt and possession of it by the transferee are not prohibited by the provisions of Title 18, United States Code, Chap 44; Title 26, United States Code Chap 53; or any provisions of State or local law.

9. Signature of Transferor (Or authorized official)  [signature]
10. Name and Title of Authorized Official (Print or type): Detective Dennis Stinebaugh / Ryan Higgins LT.
11. Date: 11/18/2020

The Space Below is for the use of the Bureau of Alcohol, Tobacco, Firearms and Explosives

By Authority of The Director, This Application Has Been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee are:

- [✓] Approved (With the following conditions, if any)
- [ ] Disapproved (For the following reasons)

Signature of Authorized ATF Official  [signature]   Date: DEC 14 2020

Previous Editions Are Obsolete      ATF Copy      ATF Form 5 (5320.5) Revised September 2019

**Bane, Lora (Contractor)**

| | |
|---|---|
| From: | Daniel Shamie (ArmsUnlimited) ████████ |
| Sent: | Monday, November 23, 2020 1:34 PM |
| To: | NFAFax |
| Subject: | Form5 Kootenai PD |
| Attachments: | Kootenai ATF5.pdf; AC556 DEMO LETTER.pdf |

Daniel Shamie
████████
ARMS UNLIMITED INC.
████████
WWW.ARMSUNLIMITED.COM