# CITY OF ADAIR

## Chief of Police Bradley Wendt

320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

**OFFICERS**
Mayor – John Larsen
City Clerk Randi Lehman
City Attorney John Fisher
City Advisor Clint Fichter

**COUNCIL**
Rick Stanley   Craig Wedemeyer
Kyle Irlmeier   Rick Hayes
Jeremy Gettler

January 18, 2021

Daniel Shamie

Arms Unlimited Inc

3515 W Post Rd #125

Las Vegas, NV 89118

To Whom It May Concern:

The Adair Police Department is requesting a demonstration of the following select-fire/automatic weapon(s) for possible future purchases and use of our officers in the performance of their official duties.

- ONE (1) x US ORDNANCE M2 A2 .50caliber MACHINE GUN

The number of sworn officers in the Adair Police Department is 3. These officers are authorized by law to make arrests and carry firearms in the performance of their official duties. The firearms requested for demonstration are particularly suitable for use as law enforcement weapon. The weapon requested are particularly suitable for our officers while conducting special operations and high-risk prisoner transportation details.

This demonstration is requested for the entire Adair Police Department. Each officer will have an opportunity to fire the weapon(s) which will require the machine guns to fire thousands of rounds. This type of testing during the demonstration will show the reliability of the firearm to the department.

Please direct all questions to Chief Bradley Wendt at (515) 229-8583.

Cordially,

*[signature: Brad Wendt]*

GOVERNMENT EXHIBIT 235  4:22-cr-199

OMB No. 1140-0013 (01/31/2011)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Application for Tax-Exempt Transfer of Firearm and Registration to Special Occupational Taxpayer (National Firearms Act)**

---

**ATF Control Number** 2021436400

**1. Transferee's Name and Address** *(as they appear on the Federal Firearms License, including trade name, if any)*
ARMS UNLIMITED INC
3515 W POST RD #125
LAS VEGAS, NV 89118, UNITED STATES

To be submitted in duplicate by transferor of firearm

To: National Firearms Act Branch
Bureau of Alcohol, Tobacco, Firearms and Explosives
244 Needy Road, Martinsburg, WV 25405

**2b. Transferor's Telephone Number and Area Code** [redacted]

☐ Sole Proprietor  ☐ Partnership  ☐ Corporation

**2a. Transferor's Name And Address** *(as they appear on the Federal Firearms License, including trade name, if any)*
US ORDNANCE INC
US ORDNANCE INC
300 WEST SYDNEY DRIVE #101
MCCARRAN, NV 89434, UNITED STATES

☐ Sole Proprietor  ☐ Partnership  ☐ Corporation

The above-named and undersigned transferor and special (occupational) taxpayer hereby makes application as required by Section 5812 of the National Firearms Act to transfer, without payment of tax, and register the firearm described below to the special (occupational) taxpayer identified as the transferee in this application.

**3. Description of Firearm** *(Complete items a through h, if applicable)*

| a. Name and Address of Manufacturer and/or Importer of Firearm | b. Type of Firearm (See instruction 1c) | c. Caliber, Gauge or Size (Specify) | d. Model | | |
|---|---|---|---|---|---|
| | | | Length (Inches) | E. Of Barrel | F. Overall |
| SEE ADDITIONAL SHEETS | | | | | |
| | | | g. Serial Number | | |

h. Additional Description or Data Appearing on Firearm *(Attach additional sheet if necessary)*

**4. Transferee's Federal Firearms License** *(Give complete 15-digit number) (See instruction 2b)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 988003 | 10 | 4E | 06287 |

**5. Transferee's Special (Occupational) Tax Status**
a. Employer Identification Number: 461219860
b. Class: CLASS 2 - MANUFACTURER OF FIREARMS

**6. Transferor's Federal Firearms License** *(Give complete 15-digit number) (See instruction 2b)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| [redacted] | | | |

**7. Transferor's Special (Occupational) Tax Status**
a. Employer Identification Number: [redacted]
b. Class: CLASS 2 - MANUFACTURER OF FIREARMS

**8. Consent to Disclosure of Information to Transferee** *(See instruction 8)*. I **do** or **do not** *(circle one)* authorize ATF to provide information relating to this application to the above-named transferee.

I believe I am entitled to exemption from payment of the transfer tax imposed by Section 5811, National Firearms Act (NFA), on the firearm described above because the transferee named herein is qualified under the NFA to manufacture, import or deal in that type of firearm.

UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete.

**9. Original Signature of Transferor** *(Or authorized official)*
DIGITALLY SIGNED

**10. Name and Title of Authorized Official** *(Print or type)*
HYONSUN SOHN, INTERNATIONAL LOGISTICS MANAGE

**11. Date** 06/01/2021

---

The Space Below is for the Use of the Bureau of Alcohol, Tobacco, Firearms and Explosives

By Authority of the Director, this Application has been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee Are:

☒ **Approved** *(with the following conditions, if any)*
**SEE THE ATTACHED PAGE FOR THE RESTRICTION ON POSSESSION**

☐ Disapproved *(For the following reasons)*

**Authorized ATF Official:** *Trish Bartles* (signature)
**Date:** 06/04/2021

ATF Form 3 (5320.3)
Revised October 2004

Firearms *(Continued)*    Control Number    2021436400

| Line Number | Name and Address of Manufacturer a | Type of Firearm b | Caliber Gauge or Size c | Model d | Length of Barrel e | Overall Length (Inches) f | Serial Number g |
|---|---|---|---|---|---|---|---|
| 1 | US ORDNANCE INC | MACHINEGUN | 50 | M2 | 45 | 65 | DS7000 |
| 2 | US ORDNANCE INC | MACHINEGUN | 7.62 | M60 | 18 | 45 | 12494 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Control Number: 2021436400

## RESTRICTIONS

| Line No. | |
|---|---|
| 1 | RESTRICTED REGISTRATION-Possession limited to continued compliance with provisions of Public Law 99-308. |
| 2 | RESTRICTED REGISTRATION-Possession limited to continued compliance with provisions of Public Law 99-308. |