# CITY OF ADAIR
## Chief of Police Bradley Wendt
320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

OFFICERS
Mayor – John Larsen
City Clerk Randi Lehman

City Attorney John Fisher
City Advisor Clint Fichter

COUNCIL
Rick Stanley   Craig Wedemeyer
Kyle Irlmeier   Rick Hayes

Jeremy Gettler

March 18, 2021

BW outfitters
1118 4th Ave S
Denison Ia, 51442

Dear BW outfitters,

I am writing to request a formal demonstration of the Aug A1 (Full Auto) 5.56 Machinegun, manufactured by Steyr to be conducted for the Adair Police. Our agency would appreciate a detailed overview of the stated weapon to further determine if it is suitable for future purchase, and official use by the sworn officers within Adair Police Dept.

The Adair Police Department is requesting a demonstration of ONE (1) machinegun to test and evaluate.

The firearm requested for demonstration is ideal for the use by the Adair Police Department as it is similar in design to other approved weapons currently in use by our agency and surrounding agencies.

Respectfully,

*Bradley Wendt*

Chief Bradley Wendt
Adair Police Department

GOVERNMENT EXHIBIT
236
4:22-cr-199

OMB No. 1140-0015 (08/31/2022)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Application for Tax Exempt Transfer and Registration of Firearm

| ATF Control Number | Internal Control Number |
|---|---|

**Submit in duplicate to:** National Firearms Act Division, Bureau of Alcohol, Tobacco, Firearms and Explosives, 244 Needy Road, Martinsburg, WV 25405

**1. Type of Transfer: tax exempt**
I believe that I am entitled to exemption from the payment of the Transfer Tax Imposed by section 5811 (26 U.S.C. Chapter 53) on the Firearm described herein for the following reason (See Instruction 2b):

- [ ] Firearm is unserviceable and is being transferred as a curio or ornament
- [x] Firearm is being transferred to or from a Government Entity
- [ ] Firearm is being transferred to a lawful heir or by operation of law
- [ ] Other (Specify) _____

**2a. Transferee's Full Legal Name and Address** (Include trade name, if any) (See instruction 2k)
B WOUT FITTERS INC
1118 4TH AVE S
DENISON, IA 51442

- [ ] Other Legal Entity
- [ ] Individual
- [ ] Corporation
- [ ] Trust
- [ ] Government Entity

**2b. County/Parish:** CRAWFORD

**3a.** If Applicable: Decedent's Name, Address, and Date of Death

**3b. Transferor's Name and Address** (Include trade name, if any) (Executors: see instruction 2k)
WHITING POLICE DEPT.
605 WHITTIER ST.
WHITING, IA 51063

**3c. Transferor's telephone** (area code and number): [redacted]
**3d. E-mail address:**
**3e.** Number, Street, City, State and Zip Code of Residence (or Firearms Business Premises) If Different from Item 3a.

The above-named and undersigned transferor hereby makes application as required by Section 5812 of the National Firearms Act to transfer and register the firearm described below to the transferee.

**4. Description of Firearm** (Complete items a through i) (See instruction 2n)

| a. Name and Address of Maker, Manufacturer and/or Importer of Firearm | b. Type of Firearm | c. Caliber or Gauge | d. Model | e. Barrel | f. Overall |
|---|---|---|---|---|---|
| STEYR MANNLICHER AG A4400 STEYR AUSTRIA | MACHINE GUN | 223 | AUG A1  Length (Inches): 16" | | 27" |

g. Serial Number: 127517

**h.** Additional Description or Data Appearing on Firearm (Attach additional sheet if necessary)

**i.** Has the Firearm been rendered unserviceable as defined in Definition 1m? (If "Yes," describe the method by which the firearm has been rendered unserviceable. Use additional sheets.)  [ ] Yes  [x] No

**5. Applicant's Federal Firearms License** (if any) or Explosives License or Permit Number
(Give complete 15-digit number) (See instruction 2c)

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 542047 | 01 | 4A | 03741 |

**6. Transferee's Special (Occupational) Tax Status** (If any)
a. Employer Identification Number: 46-2789307
b. Class: 3

**7. Transferor's Federal Firearms License** (If any)

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| | | | |

**8. Transferor's Special (Occupational) Tax Status** (If any)
a. Employer Identification Number:
b. Class:

Under Penalties of Perjury, I Declare that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete, and that the transfer of the described firearm to the transferee and receipt and possession of it by the transferee are not prohibited by the provisions of Title 18, United States Code, Chap 44; Title 26, United States Code Chap 53; or any provisions of State or local law.

**9. Signature of Transferor** (Or authorized official): /s/ Russell J. Collison
**10. Name and Title of Authorized Official** (Print or type): RUSSELL COLLISON, CHEIF OF POLICE
**11. Date:** 03/06/2021

The Space Below is for the use of the Bureau of Alcohol, Tobacco, Firearms and Explosives.

By Authority of The Director, This Application Has Been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee are:

- [x] Approved (With the following conditions, if any)
- [ ] Disapproved (For the following reasons)

RESTRICTED REGISTRATION - POSSESSION LIMITED TO CONTINUED COMPLIANCE WITH PROVISIONS OF PUBLIC LAW 99-308

**Signature of Authorized ATF Official:** Michele Pennington
**Date:** APR 19 2021

Previous Editions Are Obsolete

ATF Form 5 (5320.5)
Revised September 2019