# CITY OF ADAIR
## Chief of Police Bradley Wendt
320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

**OFFICERS**
Mayor – John Larsen
City Clerk Randi Lehman

City Attorney John Fisher
City Advisor Clint Fichter

**COUNCIL**
Rick Stanley   Craig Wedemeyer
Kyle Irlmeier   Rick Hayes

Jeremy Gettler

April 1, 2021

Williams Contracting LLC
3091 370th Street
Manning Iowa 51455

Dear BW outfitters,

I am writing to request a formal demonstration of the BALIOS-LITE (Full Auto) 5.56mm Machinegun, manufactured by ELITE Firearms to be conducted for the Adair Police. Our agency would appreciate a detailed overview of the stated weapon to further determine if it is suitable for future purchase, and official use by the sworn officers within Adair Police Dept.

The Adair Police Department is requesting a demonstration of ONE (1) machinegun to test and evaluate.

The firearm requested for demonstration is ideal for the use by the Adair Police Department as it is similar in design to other approved weapons currently in use by our agency and surrounding agencies.

Respectfully,

*[signature]*

**Chief Bradley Wendt**
**Adair Police Department**

GOVERNMENT EXHIBIT
237
4:22-cr-199

OMB No. 1140-0013 (01/31/2011)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Application for Tax-Exempt Transfer of Firearm and Registration to Special Occupational Taxpayer (National Firearms Act)**

**ATF Control Number:** 2021336627

**1. Transferee's Name and Address** (as they appear on the Federal Firearms License, including trade name, if any)
WILLIAMS CONTRACTING LLC
3091 370TH ST
MANNING, IA 51455, UNITED STATES

To be submitted in duplicate by transferor of firearm

To: National Firearms Act Branch
Bureau of Alcohol, Tobacco, Firearms and Explosives
244 Needy Road, Martinsburg, WV 25405

**2b. Transferor's Telephone Number and Area Code:** [redacted]

☐ Sole Proprietor   ☐ Partnership   ☐ Corporation

**2a. Transferor's Name And Address** (as they appear on the Federal Firearms License, including trade name, if any)
ELITE FIREARMS SUPPLY LLC
ELITE FIREARMS
18357 E 14 MILE RD
FRASER, MI 48026, UNITED STATES

☐ Sole Proprietor   ☐ Partnership   ☐ Corporation

The above-named and undersigned transferor and special (occupational) taxpayer hereby makes application as required by Section 5812 of the National Firearms Act to transfer, without payment of tax, and register the firearm described below to the special (occupational) taxpayer identified as the transferee in this application.

**3. Description of Firearm** (Complete items a through h, if applicable)

| a. Name and Address of Manufacturer and/or Importer of Firearm | b. Type of Firearm (See instruction 1c) | c. Caliber, Gauge or Size (Specify) | d. Model | e. Of Barrel | f. Overall |
|---|---|---|---|---|---|
| 2A ARMAMENT INC | MACHINEGUN | 5.56 | BALIOS-LITE | 10.5 | 24.25 |

Length (Inches)

g. Serial Number: BC00836

h. Additional Description or Data Appearing on Firearm (Attach additional sheet if necessary)

**4. Transferee's Federal Firearms License** (Give complete 15-digit number) (See instruction 2b)

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 542027 | 01 | 3J | 05009 |

**5. Transferee's Special (Occupational) Tax Status**
a. Employer Identification Number: 453278013
b. Class: CLASS 3 - DEALER IN FIREARMS

**6. Transferor's Federal Firearms License** (Give complete 15-digit number) (See instruction 2b)

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| [redacted] | | | |

**7. Transferor's Special (Occupational) Tax Status**
a. Employer Identification Number: [redacted]
b. Class: CLASS 2 - MANUFACTURER OF FIREARMS

**8. Consent to Disclosure of Information to Transferee** (See instruction 8). I **do** or do not (circle one) authorize ATF to provide information relating to this application to the above-named transferee.

I believe I am entitled to exemption from payment of the transfer tax imposed by Section 5811, National Firearms Act (NFA), on the firearm described above because the transferee named herein is qualified under the NFA to manufacture, import or deal in that type of firearm.

UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete.

**9. Original Signature of Transferor** (Or authorized official)
DIGITALLY SIGNED

**10. Name and Title of Authorized Official** (Print or type)
ERIC R VERDOODT, OWNER

**11. Date:** 04/20/2021

The Space Below is for the Use of the Bureau of Alcohol, Tobacco, Firearms and Explosives

By Authority of the Director, this Application has been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee Are:

☒ Approved (with the following conditions, if any)
SEE THE ATTACHED PAGE FOR THE RESTRICTION ON POSSESSION

☐ Disapproved (For the following reasons)

Authorized ATF Official: [signature] Sarah J. Pickard

Date: 04/29/2021

ATF Form 3 (5320.3)
Revised October 2004

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Control Number: 2021336627

## RESTRICTIONS

| Line No. | |
|---|---|
| 1 | RESTRICTED REGISTRATION-Possession limited to continued compliance with provisions of Public Law 99-308. |