# CITY OF ADAIR

## Chief of Police Bradley Wendt

320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

**OFFICERS**
Mayor – John Larsen
City Clerk Randi Lehman
City Attorney John Fisher
City Advisor Clint Fichter

**COUNCIL**
Rick Stanley   Craig Wedemeyer
Kyle Irlmeier   Rick Hayes
Jeremy Gettler

Chief Bradley Wendt
Adair Police Dept
320 Audubon Street Adair, Iowa 50002

This is an order for (*2*) 98741 scar 17 13 inch cqc select fire FN for 2654.00 each, (1) 98701 FN scar 16 10 inch cqc select fire 2449.00 each, (1) 3118929010H SCAR-SC RIFLE 5.56 .00 BLACK 7.5 2701.80 each plus shipping charges, for the Adair Police Dept.

The number of sworn full time officers in our is (*4*). These officers are authorized by law to make arrests and carry firearms in the performance of their official duties.
This order is being paid for with funds that our (*department, office, including funds from individual officers who may be required to pay in whole or in part for their equipment to carry out their official duties, or agency*) is authorized to use under law for the acquisition of equipment.

These firearms will be the property of the Adair Police Dept and are not being acquired for the purpose of resale or transfer, and they will be used to carry out its official responsibilities and duties.

The telephone contact number for this 641-742-3201, .

Sincerely yours,
Bradley Wendt

*[signature]*

GOVERNMENT EXHIBIT
240
4:22-cr-199

# CITY OF ADAIR
## Chief of Police Bradley Wendt
320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

**OFFICERS**
Mayor – John Larsen
City Clerk Randi Lehman
City Attorney John Fisher
City Advisor Clint Fichter

**COUNCIL**
Rick Stanley   Craig Wedemeyer
Kyle Irlmeier   Rick Hayes
Jeremy Gettler

Date: 04/27/2021
**PROFORCE LAW ENFORCEMENT**
2625 Stearman Road, Ste A
Prescott, AZ 86301

TO WHOM IT MAY CONCERN:
Our department / agency is purchasing the following firearm(s) for official department use only. I certify that the firearm(s) purchased are not for transfer or resale.

The firearm(s) to be purchased is/are listed below:       Agency ORI# IA0010000
Adair Police Dept_____

| Quantity | Manufacturer | Specific Model and Description |
|---|---|---|
| 2 | fn | 98741 FDE scar 17 |
| 1 | fn | 98701 fde scar 16 |
| 1 | fn | 3118929010h scar-sc 7.5 |
|  |  |  |
|  |  |  |

Printed or Typed Name of Department Chief, Sheriff or Equivalent
Bradley Wendt Chief of Police

_[signature]_

Signature of Department Chief, Sheriff or Equivalent

Please Bill To: and Ship to
Adair Police Dept
320 Audubon Street
Adair IA 50002

OMB No. 1513-0128 (05/31/2014)

# DEPARTMENT OF THE TREASURY
## ALCOHOL AND TOBACCO TAX AND TRADE BUREAU

## EXEMPTION CERTIFICATE (USE BY STATE OR LOCAL GOVERNMENTS)
(For use by State and local governments (section 4221(a)(4) of the Internal Revenue Code).)

____4/27____, 20_21_ I hereby certify that I am ____Chief of Police____
(Month & Day)                                                                  (Title of Officer)

of ____Adair Police Dept____; that I am authorized to execute this certificate; and that
(State or local government)

*(check applicable type of certificate):*

☐ The article or articles specified in the accompanying order, or on the reverse side hereof, (or)

☒ All orders placed by the purchaser for the period commencing __4/27/21__ and ending __4/1/22__,
(Date)                                       (Date)
(period not to exceed 12 calendar quarters)

are, or will be, purchased from ____FNH USA____ for the
(Name of manufacturer)

exclusive use of ____Adair Police Dept____
(Governmental unit)

of ____Adair Police Dept____
(State or local government)

I understand that the exemption from tax in the case of sales of articles under this exemption certificate to a State, etc., is limited to the sale of articles purchased for its exclusive use[1]. I understand that fraudulent use of this certificate for the purpose of securing this exemption will subject me and all parties making such fraudulent use of this certificate to all applicable criminal penalties under the Internal Revenue Code.

SIGNATURE: [signature]

PRINTED NAME: Bradley Wendt

ADDRESS: Adair Police Dept
320 Audubon Street
Adair IA 50002

[1] A sale of an article to a State or local government for resale is not considered to be a sale for the "exclusive use" of the State or local government, within the meaning of section 4221(a)(4) of the code, and, therefore, such sales may not be made tax-free. Such sales may not be made tax-free even if the resales are made to government employees, or the article is an item of equipment the employee is required to possess in carrying out his duties.

### PAPERWORK REDUCTION ACT NOTICE

This request is in accordance with the Paperwork Reduction Act of 1995. In some cases, persons who sell firearms or ammunition tax-free use specific exemption certificates to support the tax-free sales. This form contains all required information for a properly executed certificate. This is being provided to promote uniformity among excise taxpayers and eliminate the need for taxpayers to design their own certificates. The information requested is required by Title 27, Code of Federal Regulations, Part 53.

We estimate the average burden associated with this collection of information is 45 minutes per respondent or recordkeeper, depending on your individual circumstances. Address your comments concerning the accuracy of this burden estimate and suggestions to reduce this burden to: Reports Management Officer, Regulations and Rulings Division, Alcohol and Tobacco Tax and Trade Bureau, Washington, DC 20220.

TTB may not conduct or sponsor and you are not required to respond to, a collection of information unless it displays a current, valid OMB control number.

TTB F 5600.35 (10/2008)



**PROFORCE LAW ENFORCEMENT**
2625 Stearman Rd, Ste A, Prescott AZ, 86301
Tel: 928-776-7192  Fax: 928-445-3468
email: sales@proforceonline.com   www.proforceonline.com

**PURCHASE ORDER**

| PO NUMBER | PAGE |
|---|---|
| 032642-00 | 1 |

| PO DATE | ORD TYPE | CHG/CANCEL |
|---|---|---|
| 05/11/21 | Drop | Original |

| ORDERED FROM | SHIP TO |
|---|---|
| FN AMERICA, LLC<br>LAW ENFORCEMENT SALES<br>7950 JONES BRANCH DR STE 602N<br>MCLEAN, VA 22102 | CITY OF ADAIR<br>320 AUDUBON ST<br><br>ADAIR, IA 50002 |

| BUYER | TERMS | ACK | CONFRM | FOB | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|
| MARIA AGUILAR | NET 30 DAYS | | | ORIGIN | BEST WAY | |

| LINE NO. | QUANTITY ORDERED BLANKET TYPE | UM | OUR ITEM NO. DESCRIPTION COMMENTS | YOUR ITEM NO. | MFG. PRICE NET PRICE | REQUEST DATE | CHANGE CANCEL |
|---|---|---|---|---|---|---|---|
| 1 | 2 | EA | 98741-XFET<br>FNM SCAR 17 308 FDE 13" 20RD<br>SEL FIRE D/S ONLY AGENCY ONLY | 98741 | 2,435.1400<br>2,435.1400<br>Ext Price = 4,870.28 | 05/11/21 | |
| 2 | 1 | EA | 98701-XFET<br>FNM SCAR 16 556 SBR 30RD 10"<br>SEL FIRE FDE D/S AGENCY ONLY | 98701 | 2,246.8500<br>2,246.8500<br>Ext Price = 2,246.85 | 05/11/21 | |
| 3 | 1 | EA | 3118929010H-XFT<br>FNM SCAR-SC 556 SBR 30RD 7.5"<br>SEL FIRE BLK D/S AGENCY ONLY | 98701 | 2,431.5300<br>2,431.5300<br>Ext Price = 2,431.53 | 05/11/21 | |

Total Ext Price = 9,548.66

COMMENTS
****PLEASE CONFIRM RECEIPT****

ORDERED BY _____

```
FN America, LLC                                    S A L E S   O R D E R
7950 Jones Branch Dr
Suite 602N                              Order Number: SO75877    Revision:  0
McLean, VA 22102                        Order Date:   06/01/21      Page:    1
United States                           Print Date:   06/01/21


   Sold-To: 65001126                       Ship-To: 65QI3666

   Proforce Law Enforcement                CITY OF ADAIR
   2625 Stearman Road                      320 AUDUBON STREET
   Prescott, AZ 86301                      ADAIR, IA 50002
   United States                           United States




   Attention: Jill Molnar                  Attention:
   Telephone:                              Telephone:

 Salesperson(s): LE008
                                         Purchase Order: 032642-00
   Credit Terms: NET30                          Ship Via: BESTWAY
                 Net 30 Days                   FOB Point:
         Resale:
        Remarks:

   ORI# IA0010000


 Ln Item Number          Due Date   Qty Open UM         Price    Extended Price
 --- ------------------- --------   ---------- --   ------------ --------------
  1  3118929010H         08/30/21       1.0 EA        2,431.5315       2,431.53
     SCAR-SC Rifle 5.56x45
     Black 7.5" 1X30RD




------------------------------------------------------------------------------
 Non-Taxable: 2,431.53    Currency: USD    Line Total:         2,431.53
     Taxable: 0.00                  0.00%     Discount:            0.00
    Tax Date: 08/30/21         Custom Packing    PK :             0.00
  Containers: 0.00                 FAET STAMP    FS :             0.00
Line Charges: 0.00                                :               0.00
                                            Total Tax:            0.00
                                                Total:        2,431.53


 7.1.3                                                              sosorp05.p
```

```
FN America, LLC                                    S A L E S   O R D E R
7950 Jones Branch Dr
Suite 602N                              Order Number: SO75882   Revision:  0
McLean, VA 22102                        Order Date: 06/01/21         Page:  1
United States                           Print Date: 06/01/21


   Sold-To: 65001126                       Ship-To: 65QI3666

   Proforce Law Enforcement                CITY OF ADAIR
   2625 Stearman Road                      320 AUDUBON STREET
   Prescott, AZ 86301                      ADAIR, IA 50002
   United States                           United States



   Attention: Jill Molnar                  Attention:
   Telephone:                              Telephone:

 Salesperson(s): LE008
                                        Purchase Order: 032642-00
   Credit Terms: NET30                        Ship Via: BESTWAY
                 Net 30 Days                  FOB Point:
         Resale:
        Remarks:

  ORI# IA0010000


 Ln Item Number         Due Date  Qty Open UM         Price    Extended Price
 --- ------------------ --------  -------- --   --------------  --------------
  1  98741              08/30/21     2.0  EA        2,435.1351        4,870.27
       SCAR 17 FDE 13inCQC 20rd
  2  98701              08/30/21     1.0  EA        2,246.8468        2,246.85
       SCAR 16 FDE 10inCQC 30rd




------------------------------------------------------------------------------
 Non-Taxable: 7,117.12      Currency: USD     Line Total:           7,117.12
     Taxable: 0.00                     0.00%    Discount:               0.00
    Tax Date: 08/30/21           Custom Packing      PK :              0.00
  Containers: 0.00                     FAET STAMP    FS :              0.00
Line Charges: 0.00                                     :               0.00
                                              Total Tax:               0.00
                                                  Total:           7,117.12


 7.1.3                                                             sosorp05.p
```

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0005 (12/31/2022)

# Application and Permit for Importation of Firearms, Ammunition and Defense Articles

Not for use by Members of the United States Armed Forces.

| For ATF Use Only | For Applicant's Optional Use | |
|---|---|---|
| Permit No. (Valid for 24 months from the date appearing in Item 19 below.) NPR No. 202105415 | Internal Control/Reference # REF 21-151 SO75877 | E-mail Address (Optional) BOBBI.HAMELINCK@FNHUSA.COM |

## Section I - Application (Submit in triplicate) - For Applicant Use

| 1. Federal Firearms License (If Any) | | 2. Telephone No. (Including Extension No.) | 3. Country of Exportation |
|---|---|---|---|
| License No. (x-xx-xxx-xx-xx-xxxxx) [REDACTED] | Expiration Date 01/01/2023 | [REDACTED] | BELGIUM |

| 4. Name and Address of Customs Broker (Including Zip Code) | 5. Applicant's Name and Address (Including Zip Code) |
|---|---|
| | FN AMERICA, LLC<br>797 OLD CLEMSON RD<br>COLUMBIA, SC 29229, UNITED STATES |
| Check here if permit is to be returned to Customs Broker. ☐ | Check here if permit is to be returned to applicant. ☒ |

| 6. Name and Address of Foreign Seller, if any | 7. Name and Address of Foreign Shipper |
|---|---|
| FN HERSTAL, S.A.<br>VOIE DE LIEGE, 33<br>HERSTAL, LIGE B-4040, BELGIUM | FN HERSTAL, S.A.<br>VOIE DE LIEGE, 33<br>HERSTAL, LIGE B-4040, BELGIUM |

8. Description of Firearms and Ammunition (For firearms, enter (SG)-Shotgun; (RI)-Rifle; (PI)-Pistol; (RE)-Revolver; (DD)-Destructive Device; (MG)-Machinegun)

| | Name and Address of Manufacturer City and State or City and Country a. | Type (Frame, Receiver, SG, RI, PI, RE, DD, MG) b. | Caliber Gauge or Size c. | Quantity (Each type) d. | Unit Cost (U.S. Currency) e. | U.S. Munitions Import List Category f. | Model (required) g. | Length of Barrel (Inches) h. | Overall Length (Inches) i. | Serial No. j. | New (N) or Used (U) k. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Firearms | FN (HERSTAL) BELGIUM | MG | 5.56 MM | Requested: 1, Granted: 1 | 1704.35619 | I(B) | SCAR-SC | 7.5 | 25.71 | | N |
| | ☐ See Attachment | | | | | | | | | | |
| Defense Articles | | | | | | | Description | | | | |
| | ☐ See Attachment | | | | | | | | | | |
| Ammunition | | Core Material (Lead, Steel etc.) | (Ball Wad-cutter, Shot, AP, Tracer) (Rounds) | | | | | | | | |
| | ☐ See Attachment | | | | | | | | | | |

9. Certification of Origin. The items sought for importation in block 8:
a. Do not contain parts or components produced by or for the U.S. military and do not contain parts or components manufactured with U.S. military technical data or assistance. ☒
b. Contain parts or components produced by or for the U.S. military or parts or components manufactured with U.S. military technical data or assistance. ☐
c. Contain parts or components produced by or for the U.S. military or components manufactured with U.S. technical data or assistance that were sold abroad pursuant to a Direct Commercial Sale licensed by the Department of State. ☐

10. Specific Purpose of Importation, Including Final Recipient, If Known (Use additional sheets, if necessary)
LAW ENFORCEMENT SALES; IMPORTING FOR CITY OF ADAIR POLICE DEPARTMENT ADAIR IA 50002

| 11. Are You Registered as an Importer Pursuant to The Arms Export Control Act of 1976  Yes ☒  No ☐ | 12. If "Yes," Give Importer's Registration No. and Expiration Date (A-xx-xxx-xxxx) A-94-348-1106, 11/06/2024 |
|---|---|

Under the penalties provided by law, I declare that I have examined this application, including the documents submitted in support of it, and, to the best of my knowledge and belief, it is true, correct, and complete.

| 13. Name of Applicant (Printed) BOBBI J HAMELINCK | 14. Signature of Applicant DIGITALLY SIGNED | 15. Title SN LICENSING ADMINISTRATOR | 16. Date 06/04/2021 |
|---|---|---|---|

## Section II - For ATF Use Only (Please make no entries in this section)   SEE ATTACHED PAGE FOR RESTRICTIONS

17. The Application Has Been Examined and the Importation of the Firearms, Ammunition, and Defense Articles Described Herein is:

| Approved ☐ | Disapproved for the Reason Indicated Here or on Attached Letter ☒ | Returned Without Action for Additional Information ☐ | Conditionally Approved ☐ |
| Partially Approved for the Reason Indicated Here or on Attached Letter ☐ | Withdrawn By Applicant Without Action ☐ | No Permit Required ☐ | |

| 18. Signature of the Director, Bureau of Alcohol, Tobacco, Firearms and Explosives  Imports Branch Chief  [signature] | 19. Date 08/21/2021 |
|---|---|

Previous Editions Obsolete

ATF Form 5330.3A (6 part 1)
Revised December 2019


**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Permit No: 202105419

VALID FOR 24 MONTHS AFTER THE DATE OF APPROVAL

## RESTRICTIONS

| # | |
|---|---|
| 1 | TITLE 27 CFR 478.92 REQUIRES THAT WITHIN 15 DAYS AFTER RELEASE FROM CUSTOMS CUSTODY, EACH FIREARM IMPORTED SHALL BE IDENTIFIED BY ENGRAVING OR CASTING THE SERIAL NUMBER ON THE FRAME OR RECEIVER. IN ADDITION, THE FOLLOWING SHALL BE ENGRAVED, CAST, OR STAMPED ON THE FRAME, RECEIVER, OR BARREL:(1)MODEL,(2)CALIBER OR GAUGE,(3)NAME OF MANUFACTURER AND COUNTRY WHERE MANUFACTURED AND(4)NAME, CITY, AND STATE OF THE IMPORTER |
| 2 | THIS PERMIT IS VALID FOR TWO YEARS FROM THE DATE IN BLOCK #19 |
| 3 | THIS PERMIT AUTHORIZES THE IMPORTATION OF THE FIREARM(S) DESCRIBED HEREON FOR SALE AND DELIVERY ONLY TO THE RECIPIENT SPECIFIED.  THE FIREARM(S) ARE NOT TO BE SOLD OR DELIVERED THROUGH ANY FEDERAL FIREARMS LICENSEE WHO IS NOT ALSO QUALIFIED AS A SPECIAL (OCCUPATIONAL) TAXPAYER UNDER TITLE II OF THE GUN CONTROL ACT OF 1968 (26 U.S.C. CHAPTER 53).  THE FIREARM(S) CAN BE TRANSFERRED ONLY TO ANOTHER QUALIFIED LAW ENFORCEMENT AGENCY UPON APPROVAL BY THE DIRECTOR, BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES |

OMB No. 1140-0007(01/31/2021)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Release and Receipt of Imported Firearms, Ammunition and Defense Articles

*(See Instructions on Back)*

**Section I – Importation Information** *(Use a separate ATF Form 6A (5330.3C) to describe articles imported under each permit. Also, use a separate form for each shipment under the same permit.)*

1. **Name and Address of Importer**
FN AMERICA, LLC
797 OLD CLEMSON RD
COLUMBIA, SC 29229, UNITED STATES

2. **Name and Address of Foreign Seller**
FN HERSTAL, S.A.
VOIE DE LIEGE, 33
HERSTAL, LIÈGE B-4040, BELGIUM

3. **Name and Address of Foreign Shipper**
FN HERSTAL, S.A.
VOIE DE LIEGE, 33
HERSTAL, LIGE B-4040, BELGIUM

4. **Federal License No. and/or AECA No.** *(If any)* [REDACTED]

**Expiration Dates**
01/01/2023; 11/06/2024

5. **Country Where Manufactured** *(Required)*
BELGIUM

6. **Import Permit No.** *(When importation authorized by permit)* **(Required)** 202105415

7. **Telephone No.** [REDACTED]

8. **Gross Value of Shipment** *(In U.S. dollars)*
1704.35619

9. Shipment of Firearms, Ammunition and/or Implements of War *(For firearms, enter (SG)-Shotgun; (RI)-Rifle; (RE)-Revolver; (DD)-Destructive Device; (MG)- Machinegun; (SI) Silencer; Frame or Receiver)*

| | Name of Manufacturer a | Number and Kind of Packages b | Type c | Caliber Gauge or Size d | Quantity Each Type e | Barrel Length f | Overall Length g | U.S. Munitions Import List Category h | Model i | Serial No. j |
|---|---|---|---|---|---|---|---|---|---|---|
| Firearms | FN (HERSTAL) BELGIUM | | MG | 5.56 MM | 1 | | | I(B) | SCAR-SC | SC000387 |
| Defense Articles | | | | | | | | | | |
| Ammunition | | | (Ball Incendiary, Wadcutter, Shot, AP, Tracer) | | | | | | | |

**Section II – Certification of Release From U.S. Customs and Border Protection**

10. Port of Entry
11. Customs Entry or ID No.
12. Type of Entry   ☐ Consumption   ☐ Warehouse   ☐ Informal
13. Date Released

14. I certify that the above articles were authorized for importation by the Director, Bureau of Alcohol, Tobacco, Firearms and Explosives, and were released from the custody of the U.S. Customs and Border Protection or were authorized to be removed from a Customs bonded warehouse or foreign trade zone.
Import Permit Number:

15. Signature of Customs and Border Protection Official
16. Title
17. Date

**Section III – Verification of Importation (completed by licensed and/or registered importers only)**

18. I have examined the above shipment and found it to:
☒ Contain the firearms, ammunition and/or implements of war in the exact quantity and as described in Item 9 above, or
☐ Contain the following discrepancies:

I declare under the penalties provided by law, that this verification of importation is true, correct and complete to the best of my knowledge and belief and that each firearm is marked and can be identified as required by 27 CFR Part 478.

19. Signature of Importer
DIGITALLY SIGNED

20. Title or Status *(Individual, member of firm; if officer of corporation, give title)*
BOBBI J HAMELINCK, SN LICENSING ADMINISTRATOR

21. Date
08/26/2021

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Permit Number: 202105415
Internal Control Number: REF 21-151 SO75877

## OVERFLOW PAGE

| Number And Kind Of Packages | BOX Count=1 |

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0015 (10/31/2011)

# Application for Tax Exempt Transfer and Registration of Firearm

| ATF Control Number | SUBMIT in DUPLICATE to: | National Firearms Act Branch<br>Bureau of Alcohol, Tobacco, Firearms and Explosives, 244 Needy Road, Martinsburg, WV 25405 |
|---|---|---|
| 2021615995 | | |

**2a. Transferee's Name and Address** (Include trade name, if any) (See instruction 2)
ADAIR COUNTY SHERIFFS OFFICE
302 EAST IOWA STREET
GREENFIELD, IA 50849, UNITED STATES

**2b. County:** ADAIR

**1. Type of Transfer: Tax Exempt**
I Believe That I am Entitled to Exemption From the Payment of the Transfer Tax Imposed By Section 5811 (26 U.S.C. Chapter 53) on the Firearm Described Herein for the Following Reason (See Instruction 2b):

☐ Firearm is Unserviceable and is Being Transferred as a Curio or Ornament
☑ Firearm is Being Transferred to or from a Government Entity
☐ Firearm is Being Transferred to a Lawful Heir
☐ Other (Specify) _____

**3a. Transferor's Name and Address** (Include trade name, if any) (Executors: see instruction 2j)
FN AMERICA, LLC
FN
797 OLD CLEMSON RD
COLUMBIA, SC 29229, UNITED STATES

**3b. Transferor's Telephone Number and Area Code:** [REDACTED]

**3c. If Applicable:** Decedent's Name, Address, and Date of Death

**3d.** Number, Street, City, State and Zip Code of Residence (or Firearms Business Premises) If Different from Item 3a.
UNITED STATES

The above-named and undersigned transferor hereby makes application as required by Section 5812 of the National Firearms Act to transfer and register the firearm described below to the transferee.

**4. Description of Firearm** (Complete items a through i)

| a. Name and Address of Manufacturer and/or Importer of Firearm | b. Type of Firearm (See instruction 1c) | c. Caliber, Gauge or Size (Specify) | d. Model | e. Length Of Barrel (Inches) | f. Overall |
|---|---|---|---|---|---|
| FN (HERSTAL) | MACHINEGUN | 5.56 | SCAR-SC | 7.5 | 25.71 |

**g. Serial Number:** SC000387

**h.** Additional Description or Data Appearing on Firearm (Attach additional sheet if necessary)

**i.** Is the Firearm Unserviceable as Defined in Instruction 1l? Yes ☐ No ☐ (If "No," describe any other method by which firearm has been rendered unserviceable. Use additional sheets.)

**5. Transferee's Federal Firearms License** (If any)
(Give complete 15-digit number) (See instruction 2c)
First 6 digits | 2 digits | 2 digits | 5 digits

**6. Transferee's Special (Occupational) Tax Status** (If any)
a. Employer Identification Number | b. Class

**7. Transferor's Federal Firearms License** (If any)
(Give complete 15-digit number) (See instruction 2c)
First 6 digits | 2 digits | 2 digits | 5 digits
[REDACTED]

**8. Transferor's Special (Occupational) Tax Status** (If any)
a. Employer Identification Number: [REDACTED] | b. Class: CLASS 1 - IMPORTER OF FIREARMS

**Under Penalties of Perjury, I Declare** that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete, and that the transfer of the described firearm to the transferee and receipt and possession of it by the transferee are not prohibited by the provisions of Chapter 44, Title 18, United States Code; Chapter 53, Title 26, United States Code; or Title VII of the Omnibus Crime Control and Safe Streets Act, as amended; or any provisions of State or local law.

**9. Consent to Disclosure of Information to Transferee** (See instruction 8). I **Do** or **Do Not** (circle one) Authorize ATF to Provide Information Relating to this Application to the Above-Named Transferee.

**10. Signature of Transferor** (Or authorized official)
DIGITALLY SIGNED

**11. Name and Title of Authorized Official** (Print or type)
BOBBI J HAMELINCK, SN LICENSING ADMINISTRATOR

**12. Date:** 08/27/2021

The Space Below is for the use of the Bureau of Alcohol, Tobacco, Firearms and Explosives

By Authority of The Director, This Application Has Been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee are:

☒ **Approved** (With the following conditions, if any)
SEE THE ATTACHED PAGE FOR THE RESTRICTION ON POSSESSION

☐ **Disapproved** (For the following reasons)

Signature of Authorized ATF Official: [signature: Coonrdata Munoz]
Date: 08/30/2021

ATF Form 5 (5320.5)
Revised November 2004

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Control Number: 2021615995

## RESTRICTIONS

| Line No. | |
|---|---|
| 1 | RESTRICTED REGISTRATION-Possession limited to continued compliance with provisions of Public Law 99-308. |