# CITY OF ADAIR

## Chief of Police Bradley Wendt

320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

**OFFICERS**
Mayor – John Larsen
City Clerk Randi Lehman
City Attorney John Fisher
City Advisor Clint Fichter

**COUNCIL**
Rick Stanley   Craig Wedemeyer
Kyle Irlmeier   Rick Hayes
Jeremy Gettler

May 25, 2021

Mr. Jack Chuang
Arms Unlimited Inc.
Las Vegas, NV 89118

Dear Mr. Chuang,

This is an order for 2 Uzi's 9mm 750.00 each, and 2 Galils 5.56 900.00 each, for the Adair Police Dept.

The number of sworn Officers in our Adair Police Department is 3. These Officers are authorized by law to make arrests and carry firearms in the performance of their official duties.

The order is being paid for with funds that our Adair Police Department is authorized to use under law for the acquisition of equipment, including funds from individual officers who may be required to pay in whole or in part for their equipment to carry out their official duties. These firearms will be the property of our Adair Police Department and are not being acquired for the purpose of resale or transfer. They will be used to carry out its official responsibilities and duties.

The telephone contact for the Chief of Police in Adair is 515-229-8583.

Respectfully,

*[signature]*

Chief Bradley Wendt
Adair Police Department

GOVERNMENT EXHIBIT
241
4:22-cr-199

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0005 (12/31/2022)

# Application and Permit for Importation of Firearms, Ammunition and Defense Articles

Not for use by Members of the United States Armed Forces.

**For ATF Use Only**
Permit No. (Valid for 24 months from the date appearing in Item 19 below.) NPR No.
202106018

**For Applicant's Optional Use**
Internal Control/Reference #
E-mail Address (Optional)

## Section I - Application (Submit in triplicate) - For Applicant Use

1. Federal Firearms License (if Any)
License No. (x-xx-xxx-xx-xx-xxxxx)
Expiration Date: 08/01/2023

2. Telephone No. (Including Extension No.)

3. Country of Exportation: ISRAEL

4. Name and Address of Customs Broker (Including Zip Code)
AIRSCHOTT, INC
23901 CARGO DRIVE, , #116-119
DULLES, VA 20166, UNITED STATES
☐ Check here if permit is to be returned to Customs Broker.

5. Applicant's Name and Address (Including Zip Code)
BEASLEY, SIDNEY HEISKELL IV
11233 WASHINGTON HIGHWAY BLDG A
GLEN ALLEN, VA 23059, UNITED STATES
☒ Check here if permit is to be returned to applicant.

6. Name and Address of Foreign Seller, if any
CONTACT INTERNATIONAL
P.O. BOX 18434
JERUSALEM, YERUSHALAYIM 91183, ISRAEL

7. Name and Address of Foreign Shipper
CONTACT INTERNATIONAL
P.O. BOX 18434
JERUSSALEM, YERUSHALAYIM 91183, ISRAEL

8. Description of Firearms and Ammunition (For firearms, enter (SG)-Shotgun; (RI)-Rifle; (PI)-Pistol; (RE)-Revolver; (DD)-Destructive Device; (MG)-Machinegun)

| | a. Name and Address of Manufacturer City and State or City and Country | b. Type (Frame, Receiver, SG, RI, PI, RE, DD, MG) | c. Caliber Gauge or Size | d. Quantity (Each type) | e. Unit Cost (U.S. Currency) | f. U.S. Munitions Import List Category | g. Model (required) | h. Length of Barrel (Inches) | i. Overall Length (Inches) | j. Serial No. | k. New (N) or Used (U) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Firearms | SEE ADDITIONAL SHEETS ☐ See Attachment | | | | | | | | | | |
| Defense Articles | ☐ See Attachment | | | | | | Description | | | | |
| Ammunition | ☐ See Attachment | Core Material (Lead, Steel etc.) | (Ball Wadcutter, Shot, AP, Tracer) (Rounds) | | | | | | | | |

9. Certification of Origin. The items sought for importation in block 8:
a. ☒ Do not contain parts or components produced by or for the U.S. military and do not contain parts or components manufactured with U.S. military technical data or assistance.
b. ☐ Contain parts or components produced by or for the U.S. military or parts or components manufactured with U.S. military technical data or assistance.
c. ☐ Contain parts or components produced by or for the U.S. military or components manufactured with U.S. technical data or assistance that were sold abroad pursuant to a Direct Commercial Sale licensed by the Department of State.

10. Specific Purpose of Importation, Including Final Recipient, If Known (Use additional sheets, if necessary)
LAW ENFORCEMENT SALES

11. Are You Registered as an Importer Pursuant to The Arms Export Control Act of 1976     Yes ☒   No ☐

12. If "Yes," Give Importer's Registration No. and Expiration Date (A-xx-xxx-xxxx)
A-16-207-0526, 05/26/2026

Under the penalties provided by law, I declare that I have examined this application, including the documents submitted in support of it, and, to the best of my knowledge and belief, it is true, correct, and complete.

13. Name of Applicant (Printed): SIDNEY H BEASLEY
14. Signature of Applicant: DIGITALLY SIGNED
15. Title: OWNER
16. Date: 06/25/2021

## Section II - For ATF Use Only (Please make no entries in this section)     SEE ATTACHED PAGE FOR RESTRICTIONS

17. The Application Has Been Examined and the Importation of the Firearms, Ammunition, and Defense Articles Described Herein is:
☐ Approved
☒ Disapproved for the Reason Indicated Here or on Attached Letter
☐ Returned Without Action for Additional Information
☐ Conditionally Approved
☐ Partially Approved for the Reason Indicated Here or on Attached Letter
☐ Withdrawn By Applicant Without Action
☐ No Permit Required

18. Signature of the Director, Bureau of Alcohol, Tobacco, Firearms and Explosives
    *Imports Branch Chief*  [signature]

19. Date: 08/23/2021

Firearms *(Continued)*   Permit Number: 202106018   Internal Control Number:

| Name and Address of Manufacturer City and State or City and Country a | Type (Frame Receiver SG,RI,PI ,RE,DD, MG) h | Caliber Gauge or Size c | Quantity (Each type) d | Unit Cost (U.S. Currency) e | US Munitions Import List Category f | Model (required) g | Length of Barrel (Inches) h | Overall Length (Inches) i | Serial No. j | New(N) or Used(U) k |
|---|---|---|---|---|---|---|---|---|---|---|
| ISRAEL MILITARY INDUSTRIES ISRAEL | MG | 9X19 MM | Requested: 2, Granted: 2 | 130 | I(B) | UZI | 10.5 | 25 | SEE OVERFLOW PAGE, ITEM *1 | U |
| ISRAEL MILITARY INDUSTRIES ISRAEL | MG | 5.56X45 MM | Requested: 2, Granted: 2 | 152 | I(B) | GALIL SAR | 13.1 | 33 | SEE OVERFLOW PAGE, ITEM *2 | U |

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Permit Number: 202106018

Internal Control Number:

## OVERFLOW PAGE

| *1 | 48233, 092974 |
| *2 | 2057692, 2028130 |

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Permit No: 20210018

VALID FOR 24 MONTHS AFTER
THE DATE OF APPROVAL

## RESTRICTIONS

| | |
|---|---|
| 1 | TITLE 27 CFR 478.92 REQUIRES THAT WITHIN 15 DAYS AFTER RELEASE FROM CUSTOMS CUSTODY, EACH FIREARM IMPORTED SHALL BE IDENTIFIED BY ENGRAVING OR CASTING THE SERIAL NUMBER ON THE FRAME OR RECEIVER. IN ADDITION, THE FOLLOWING SHALL BE ENGRAVED, CAST, OR STAMPED ON THE FRAME, RECEIVER, OR BARREL:(1)MODEL,(2)CALIBER OR GAUGE,(3)NAME OF MANUFACTURER AND COUNTRY WHERE MANUFACTURED AND(4)NAME, CITY, AND STATE OF THE IMPORTER |
| 2 | BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES - DEPARTMENT OF JUSTICE |
| 3 | NOTE: THIS IS TO CERTIFY THAT THIS IS A TRUE ATTACHMENT SHEET FOR THIS PERMIT. |
| 4 | THIS PERMIT AUTHORIZES THE IMPORTATION OF THE FIREARM(S) DESCRIBED HEREON FOR SALE AND DELIVERY ONLY TO THE RECIPIENT SPECIFIED. THE FIREARM(S) ARE NOT TO BE SOLD OR DELIVERED THROUGH ANY FEDERAL FIREARMS LICENSEE WHO IS NOT ALSO QUALIFIED AS A SPECIAL (OCCUPATIONAL) TAXPAYER UNDER TITLE II OF THE GUN CONTROL ACT OF 1968 (26 U.S.C. CHAPTER 53). THE FIREARM(S) CAN BE TRANSFERRED ONLY TO ANOTHER QUALIFIED LAW ENFORCEMENT AGENCY UPON APPROVAL BY THE DIRECTOR, BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES |

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0012 (10/31/2013)

# Notice of Firearms Manufactured or Imported

Prepare in Duplicate. Submit to: The National Firearms Act Branch, 244 Needy Road, Martinsburg, WV 25405. **The undersigned hereby serves notice of the manufacture, reactivation, or importation of firearms as required by § 5841 of the National Firearms Act, title 26 U.S.C. Chapter 53.**

**1. Type of Notice**
a. Firearms on This Notice are: (Check one)  Manufactured ☐   Reactiviated ☐   Imported *(complete b & c)* ☒

b. Permit Number: 202106018

c. Expiration Date: 08/23/2023

**2. Name and Address** (Including trade name, if any)
BEASLEY, SIDNEY HEISKELL IV
SOUTHERN TACTICAL
11233 WASHINGTON HIGHWAY BLDG A
GLEN ALLEN, VA 23059, UNITED STATES

☐ Sole Proprietor   ☐ Partnership   ☐ Corporation

**3. Federal Firearms License Number**: [redacted]

**4. Employer Identification Number and Class**: [redacted] CLASS 1 - IMPORTER OF FIREARMS

**5. Number of Firearms Covered By This Notice**: 0

**6. Telephone Number** (Include area code): [redacted]

**7. Date of Manufacture, Reactivation or Release from Customs**: 09/01/2021

**8. Description of Firearm(s)**

| Line No. a | Type of Firearm (See Instruction 1c) | Additional Description (See Instruction 3e) b | Caliber Gauge or Size c | Model d | Barrel e | Overall f | Serial Number (See Instruction 3d) g |
|---|---|---|---|---|---|---|---|
| 1 | MACHINEGUN | | 9X19 MM | UZI | 10.5 | 25 | SEE OVERFLOW PAGE, ITEM *1 |
| 2 | MACHINEGUN | | 5.56X45 MM | SAR GALIL | 13.1 | 33 | SEE OVERFLOW PAGE, ITEM *2 |

**UNDER PENALTIES OF PERJURY, I DECLARE** that I have examined this notice of firearms manufactured, reactivated or imported and, to the best of my knowledge and belief, it is true, correct and complete.

**9. Signature of Manufacturer or Importer** *(or authorized official)*
DIGITALLY SIGNED

**10. Name and Title of Authorized Official**
SIDNEY H BEASLEY, OWNER

**11. Filing Date**: 09/24/2021

**ATF Use - Restrictions** *(If any)*
☐ Imported Under 26 U.S.C. § 5844 For Use (A) By a Government Agency, (2) For Scientific or Research Purposes, or (3) As a Model or Sales Sample.
*(Note: machineguns are not subject to these restrictions.)*

☒ Machinegun Manufactured or Imported After May 19, 1986 *(18 U.S.C. § 922(o))*

**NFA Control Number**: 2021670359

**Receipt Date**: 09/30/2021

ATF SIGNATURE: Rebecca L. Byers

**FINAL ACTION DATE**: 09/30/2021

ATF E-Form 2 (5320.2)
Revised November 2007

US v Wendt - Govt Ex 241
Page 6 of 9

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Control Number

## OVERFLOW PAGE

| *1 | 48233, 92974 |

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Control Number

## OVERFLOW PAGE

| *2 | 2057692, 2028130 |

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Control Number: 2021670359

## RESTRICTIONS

| Line No. | |
|---|---|
| 1 | RESTRICTED REGISTRATION-Possession limited to continued compliance with provisions of Public Law 99-308. |
| 2 | RESTRICTED REGISTRATION-Possession limited to continued compliance with provisions of Public Law 99-308. |