# City of Logan Police Department
"With Integrity We Serve"

Clinton McDonald
Mayor

Zach Cavalier
Chief of Police

10/24/2019

Mr. Jack Chuang
Arms Unlimited Inc
3515 W Post Rd, STE #125
Las Vegas, NV 89118

Dear Mr. Chuang:

This is an order for 2 H&K G36C(SF) 5.56x45mm at $1,625.00 each, 1 H&K MP7A1 4.6x30mm at $1,750.00, and 1 H&K HK416 10.4" 5.56mm at $1,800.00, for the Logan Police Department.

The number of sworn full time officers in our Logan Police Department is 3. These officers are authorized by law to make arrests and carry firearms in the performance of their official duties.

This order is being paid for with funds that our Logan Police Department is authorized to use under law for the acquisition of equipment, including funds from individual officers who may be required to pay in whole or in part for their equipment to carry out their official duties. These firearms will be the property of the Logan Police Department and are not being acquired for the purpose of resale or transfer, and they will be used to carry out its official responsibilities and duties.

The telephone contact number for the Logan Police Department is 712-644-2424.

Sincerely yours,

Zach Cavalier, Chief of Police
Logan Police Department
108 West 4th Street
Logan, Iowa 51546

108 W. 4th Street, PO Box 127, Logan, Iowa 51546
Office: (712) 644-2424  Fax: (712) 644-3854  email: loganiapolice@gmail.com



GOVERNMENT EXHIBIT
244
4:22-cr-199

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0075   (10/31/2011)

# Application for Tax Exempt Transfer and Registration of Firearm

| ATF Control Number | SUBMIT in DUPLICATE to: | National Firearms Act Branch |
|---|---|---|
| 2020346321 | | Bureau of Alcohol, Tobacco, Firearms and Explosives, 244 Needy Road, Martinsburg, WV 25405 |

**2a. Transferee's Name and Address** *(Include trade name, if any) (See instruction 2)*
LOGAN POLICE DEPARTMENT
108 WEST 4TH STREET
LOGAN, IA 51546, UNITED STATES

**2b. County**
HARRISON

**1. Type of Transfer: Tax Exempt**
I Believe That I am Entitled to Exemption From the Payment of the Transfer Tax Imposed By Section 5811 (26 U.S.C. Chapter 53) on the Firearm Described Herein for the Following Reason *(See Instruction 2b)*:

☐ Firearm is Unserviceable and is Being Transferred as a Curio or Ornament
☑ Firearm is Being Transferred to or from a Government Entity
☐ Firearm is Being Transferred to a Lawful Heir
☐ Other (Specify)

**3a. Transferor's Name and Address** *(Include trade name, if any) (Executors: see instruction 2j)*
HECKLER & KOCH DEFENSE, INC
HKD
19980 HIGHLAND VISTA DR # 190
ASHBURN, VA 20147, UNITED STATES

**3b. Transferor's Telephone Number and Area Code**
[REDACTED]

**3c. If Applicable: Decedent's Name, Address, and Date of Death**

**3d. Number, Street, City, State and Zip Code of Residence** *(or Firearms Business Premises)* If Different from Item 3a.
UNITED STATES

The above-named and undersigned transferor hereby makes application as required by Section 5812 of the National Firearms Act to transfer and register the firearm described below to the transferee.

**4. Description of Firearm** *(Complete items a through i)*

| a. Name and Address of Manufacturer and/or Importer of Firearm | b. Type of Firearm (See instruction 1c) | c. Caliber, Gauge or Size (Specify) | d. Model | e. Length Of Barrel: (Inches) | f. Overall: |
|---|---|---|---|---|---|
| HECKLER AND KOCH | MACHINEGUN | 4.6 | MP7 | 7.09 | 23.23 |

g. Serial Number: 164021752

h. Additional Description or Data Appearing on Firearm *(Attach additional sheet if necessary)*

i. Is the Firearm Unserviceable as Defined in Instruction 1l?
Yes ☐  No ☐  *(If "No," describe any other method by which firearm has been rendered unserviceable. Use additional sheets.)*

**5. Transferee's Federal Firearms License** *(If any)*
*(Give complete 15-digit number) (See instruction 2c)*
First 6 digits | 2 digits | 2 digits | 5 digits

**6. Transferee's Special (Occupational) Tax Status** *(If any)*
a. Employer Identification Number    b. Class

**7. Transferor's Federal Firearms License** *(If any)*
*(Give complete 15-digit number) (See instruction 2c)*
First 6 digits | 2 digits | 2 digits | 5 digits
[REDACTED]

**8. Transferor's Special (Occupational) Tax Status** *(If any)*
a. Employer Identification Number    b. Class
[REDACTED]    CLASS 1 - IMPORTER OF FIREARMS

**Under Penalties of Perjury, I Declare** that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete, and that the transfer of the described firearm to the transferee and receipt and possession of it by the transferee are not prohibited by the provisions of Chapter 44, Title 18, United States Code; Chapter 53, Title 26, United States Code; or Title VII of the Omnibus Crime Control and Safe Streets Act, as amended; or any provisions of State or local law.

**9. Consent to Disclosure of Information to Transferee** *(See instruction 8)*. I **Do** or **Do Not** *(circle one)* Authorize ATF to Provide Information Relating to this Application to the Above-Named Transferee.

| 10. Signature of Transferor *(Or authorized official)* | 11. Name and Title of Authorized Official *(Print or type)* | 12. Date |
|---|---|---|
| DIGITALLY SIGNED | DONNA BUSSEY, PROCUREMENT/LICENSING MANAGER | 07/13/2020 |

**The Space Below is for the use of the Bureau of Alcohol, Tobacco, Firearms and Explosives**

By Authority of The Director, This Application Has Been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee are:

☒ Approved *(With the following conditions, if any)*
**SEE THE ATTACHED PAGE FOR THE RESTRICTION ON POSSESSION**

☐ Disapproved *(For the following reasons)*

Signature of Authorized ATF Official: *[signature]*
Date: 07/15/2020

ATF Form 5 (5320.5)
Revised November 2004

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Control Number: 2020346321

## RESTRICTIONS

| Line No. | |
|---|---|
| 1 | RESTRICTED REGISTRATION-Possession limited to continued compliance with provisions of Public Law 99-308. |

# CITY OF ADAIR
## Chief of Police Bradley Wendt
*320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002*
*TELEPHONE 641-742-3751 - FAX 641/742-5514*
*EMAIL: Adairpolice113@gmail.com*

AUG 1 0 2021

**OFFICERS**
Mayor – John Larsen
City Clerk Randi Lehman
City Attorney John Fisher
City Advisor Clint Fichter

**COUNCIL**
Rick Stanley   Craig Wedemeyer
Kyle Irlmeier   Rick Hayes
Jeremy Gettler

August 2, 2021

Objectiv Solutions LLC
640 E Ocean Avenue Suite 14
Boynton Beach, FL 33435

Dear Objectiv Solutions LLC,

I am writing to request a formal demonstration of the MP7 (Full Auto) 4.6x30 Machinegun, manufactured by Heckler and Koch to be conducted for the Adair Police. Our agency would appreciate a detailed overview of the stated weapon to further determine if it is suitable for future purchase, and official use by the sworn officers within Adair Police Dept.

The Adair Police Department is requesting a demonstration of ONE (1) machinegun to test and evaluate.

The firearm requested for demonstration is ideal for the use by the Adair Police Department as it is similar in design to other approved weapons currently in use by our agency and surrounding agencies.

Respectfully,

*[signature]*

**Chief Bradley Wendt**
**Adair Police Department**

OMB No. 1140-0015 (08/31/2022)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Application for Tax Exempt Transfer and Registration of Firearm

| ATF Control Number | Internal Control Number |
|---|---|

**Submit in duplicate to:** National Firearms Act Division
Bureau of Alcohol, Tobacco, Firearms and Explosives, 244 Needy Road, Martinsburg, WV 25405

**1. Type of Transfer:** tax exempt
I believe that I am entitled to exemption from the payment of the Transfer Tax Imposed by section 5811 (26 U.S.C. Chapter 53) on the Firearm described herein for the following reason. (See Instruction 2b):

- ☐ Firearm is unserviceable and is being transferred as a curio or ornament
- ☑ Firearm is being transferred to or from a Government Entity
- ☐ Firearm is being transferred to a lawful heir or by operation of law
- ☐ Other (Specify) _____

**2a. Transferee's Full Legal Name and Address** (Include trade name, if any) (See instruction 2k)
OBJECTIV SOLUTIONS LLC
640 E OCEAN AVENUE SUITE 14
BOYNTON BEACH, FL 33435

- ☐ Other Legal Entity
- ☐ Individual
- ☐ Corporation
- ☐ Trust
- ☐ Government Entity

**2b. County/Parish:** PALM BEACH

**3a. If Applicable:** Decedent's Name, Address, and Date of Death

**3b. Transferor's Name and Address** (Include trade name, if any) (Executors: see instruction 2k)
LOGAN POLICE DEPARTMENT
108 WEST 4TH STREET
LOGAN, IA 51546

**3c. Transferor's telephone** (area code and number): [redacted]
**3d. E-mail address:**
**3e. Number, Street, City, State and Zip Code of Residence** (or Firearms Business Premises) If Different from Item 3a.

The above-named and undersigned transferor hereby makes application as required by Section 5812 of the National Firearms Act to transfer and register the firearm described below to the transferee.

**4. Description of Firearm** (Complete items a through i) (See instruction 2n)

a. Name and Address of Maker, Manufacturer and/or Importer of Firearm: HECKLER AND KOCH
b. Type of Firearm: MACHINEGUN
c. Caliber or Gauge: 4.6
d. Model: MP7
e. Length (Inches): 7.09
f. Barrel: (blank)
f. Overall: 23.23
g. Serial Number: 164021752

h. Additional Description or Data Appearing on Firearm (Attach additional sheet if necessary)

i. Has the Firearm been rendered unserviceable as defined in Definition 1m? (If "Yes," describe the method by which the firearm has been rendered unserviceable. Use additional sheets.) ☐ Yes  ☑ No

**5. Applicant's Federal Firearms License** (if any) or Explosives License or Permit Number
(Give complete 15-digit number) (See instruction 2c)

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 159099 | 07 | 4E | 54814 |

**6. Transferee's Special (Occupational) Tax Status** (If any)
a. Employer Identification Number: 86-3205183
b. Class: 3

**7. Transferor's Federal Firearms License** (If any)

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| | | | |

**8. Transferor's Special (Occupational) Tax Status** (If any)
a. Employer Identification Number:
b. Class:

Under Penalties of Perjury, I Declare that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete, and that the transfer of the described firearm to the transferee and receipt and possession of it by the transferee are not prohibited by the provisions of Title 18, United States Code, Chap 44; Title 26, United States Code Chap 53; or any provisions of State or local law.

**9. Signature of Transferor** (Or authorized official): [signature]
**10. Name and Title of Authorized Official** (Print or type): ZACH CAVALIER, CHIEF OF POLICE
**11. Date:** 8-4-2021

The Space Below is for the use of the Bureau of Alcohol, Tobacco, Firearms and Explosives

By Authority of The Director, This Application Has Been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee are:

☑ Approved (With the following conditions, if any)
RESTRICTED REGISTRATION - POSSESSION LIMITED TO CONTINUED COMPLIANCE WITH PROVISIONS OF PUBLIC LAW 99-308

☐ Disapproved (For the following reasons)

**Signature of Authorized ATF Official:** [signature] Heath Bjacko
ATF Copy
**Date:** AUG 1 3 2021

Previous Editions Are Obsolete
ATF Form 5 (5320.5)
Revised September 2019