# CITY OF ADAIR
## Chief of Police Bradley Wendt

320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

**OFFICERS**
Mayor – John Larsen
City Clerk Randi Lehman
City Attorney John Fisher
City Advisor Clint Fichter

**COUNCIL**
Rick Stanley   Craig Wedemeyer
Kyle Irlmeier   Rick Hayes
Jeremy Gettler

August 19, 2021

Proforce
Police Supply
655 N Berry STE H
Brea, California 92821

Dear Proforce,

This is an order for 3ea submachine gun, MP7A1, Heckler & Koch, 4.6x30mm at the price of 2187.15 each, for the Adair Police Department. The number of sworn officers in our department is 4. These officers are authorized by law to make arrests and carry firearms in the performance of their official duties.

This order is being paid for with funds that our department is authorized to use under law for the acquisition of equipment, including funds from individual officers who may be required to pay in whole or in part for the equipment to carry out their official duties. These firearms will be the property of the Adair Police Department and are not being acquired for the purpose of resale or transfer, and the will be used to carry out its official responsibilities and duties.

The telephone contact for the Adair Police Department is 641-742-3751.

Sincerely yours,

*[signature]*

Chief Bradley Wendt
Adair Police Department

GOVERNMENT EXHIBIT 245 4:22-cr-199

# CITY OF ADAIR

## Chief of Police Bradley Wendt

320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

**OFFICERS**
Mayor – John Larsen
City Clerk Randi Lehman
City Attorney John Fisher
City Advisor Clint Fichter

**COUNCIL**
Rick Stanley   Craig Wedemeyer
Kyle Irlmeier   Rick Hayes
Jeremy Gettler

Date: 08/11/2021

**PROFORCE LAW ENFORCEMENT**
2625 Stearman Road, Ste A
Prescott, AZ 86301

TO WHOM IT MAY CONCERN:
Our department / agency is purchasing the following firearm(s) for official department use only. I certify that the firearm(s) purchased are not for transfer or resale.

The firearm(s) to be purchased are listed below:                    Agency ORI# IA0010000

| Quantity | Manufacturer   | Specific Model and Description |
|----------|----------------|-------------------------------|
| (3)      | Heckler & koch | Mp7a1  4.6x30                 |
|          |                |                               |
|          |                |                               |
|          |                |                               |
|          |                |                               |

_____Bradley E Wendt
Printed or Typed Name of Department Chief, Sheriff or Equivalent

*[signature]*

Signature of Department Chief, Sheriff or Equivalent

Please Bill To:
Adair Police Dept
320 Audubon St
Adair Ia 50002

Please Ship To:
**Adair Police Dept
320 Audubon St
Adair Ia 50002**



**PURCHASE ORDER**

| PO NUMBER | PAGE |
|---|---|
| 033898-00 | 1 |

| PO DATE | ORD TYPE | CHG/CANCEL |
|---|---|---|
| 09/23/21 | Drop | Original |

| ORDERED FROM | SHIP TO |
|---|---|
| HECKLER & KOCH, INC.<br>PO BOX 601193<br>CHARLOTTE, NC 28260-119 | CITY OF ADAIR POLICE DEPT<br>320 AUDUBON ST<br>ADAIR, IA 50002 |

| BUYER | TERMS | ACK | CONFRM | FOB | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|
| REBECCA LOWRY | 3% 15 DAYS | | | ORIGIN | BEST WAY | |

| LINE NO. | QUANTITY ORDERED BLANKET TYPE | UM | OUR ITEM NO. DESCRIPTION COMMENTS | YOUR ITEM NO. | MFG. PRICE NET PRICE | REQUEST DATE | CHANGE CANCEL |
|---|---|---|---|---|---|---|---|
| 1 | 3 | EA | 203056-A5-XFET<br>H&K MP7A1 SUBMACHINE GUN 7 IN<br>4.6X30MM   ***CLASS III*** | | 1,859.0700<br>1,859.0700<br>Ext Price = 5,577.21 | 09/23/21 | |

Total Ext Price = 5,577.21

COMMENTS
****PLEASE CONFIRM RECEIPT****

ORDERED BY _____

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0005 (12/31/2022)

# Application and Permit for Importation of Firearms, Ammunition and Defense Articles

**Not for use by Members of the United States Armed Forces.**

| For ATF Use Only | For Applicant's Optional Use | |
|---|---|---|
| Permit No. (Valid for 24 months from the date appearing in Item 19 below.) NPR No.  202202333 | Internal Control/Reference #  45-4216-5197-224447 | E-mail Address (Optional) |

## Section I - Application (Submit in triplicate) - For Applicant Use

| 1. Federal Firearms License (if Any) | | 2. Telephone No. (Including Extension No.) | 3. Country of Exportation |
|---|---|---|---|
| License No. (x-xx-xxx-xx-xx-xxxxx) | Expiration Date  10/01/2023 | | GERMANY |

**4. Name and Address of Customs Broker (Including Zip Code)**
GEBRUDER WEISS, INC.
TRANSPORT AND LOGISTICS, 4345 INTERNATIONAL PARKWAY, SUITE 100
HAPEVILLE, GA 30354, UNITED STATES

Check here if permit is to be returned to Customs Broker. ☐

**5. Applicant's Name and Address (Including Zip Code)**
HECKLER & KOCH DEFENSE, INC
5675 TRANSPORT BLVD
COLUMBUS, GA 31907, United States

Check here if permit is to be returned to applicant. ☒

**6. Name and Address of Foreign Seller, if any**
Heckler and Koch GMBH
Heckler and Koch Strasse 1
Oberndorf / Neckar, BADEN-WRTTEMBERG 78727, GERMANY

**7. Name and Address of Foreign Shipper**
Heckler and Koch GMBH
Heckler and Koch Strasse 1
Oberndorf / Neckar, BADEN-WRTTEMBERG 78727, GERMANY

**8. Description of Firearms and Ammunition** (For firearms, enter (SG)-Shotgun; (RI)-Rifle; (PI)-Pistol; (RE)-Revolver; (DD)-Destructive Device; (MG)-Machinegun)

| | Name and Address of Manufacturer City and State or City and Country  a. | Type (Frame, Receiver, SG, RI, PI, RE, DD, MG)  b. | Caliber Gauge or Size  c. | Quantity (Each type)  d. | Unit Cost (U.S. Currency)  e. | U.S. Munitions Import List Category  f. | Model (required)  g. | Length of Barrel (Inches)  h. | Overall Length (Inches)  i. | Serial No.  j. | New (N) or Used (U)  k. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Firearms | HECKLER AND KOCH GERMANY | MG | 4.6 MM | Requested: 3 | 1150 | I(b) | MP7A1 | 7.09 | 23.23 | | New |
| | ☐ See Attachment | | | | | | | | | | |
| Defense Articles | | | | | | Description | | | | | |
| | ☐ See Attachment | | | | | | | | | | |
| Ammunition | | Core Material (Lead, Steel etc.) | (Ball Wadcutter, Shot, AP, Tracer) (Rounds) | | | | | | | | |
| | ☐ See Attachment | | | | | | | | | | |

**9. Certification of Origin.** The items sought for importation in block 8:

a. Do not contain parts or components produced by or for the U.S. military and do not contain parts or components manufactured with U.S. military technical data or assistance. ☒

b. Contain parts or components produced by or for the U.S. military or parts or components manufactured with U.S. military technical data or assistance. ☐

c. Contain parts or components produced by or for the U.S. military or components manufactured with U.S. technical data or assistance that were sold abroad pursuant to a Direct Commercial Sale licensed by the Department of State. ☐

**10. Specific Purpose of Importation, Including Final Recipient, If Known** (Use additional sheets, if necessary)
OTHER-OTHER-TO BE IMPORTED FOR THE ADAIR POLICE DEPARTMENT, ADAIR, IA; WEAPONS IMPORTED WITH OPERATORS MANUALS

| 11. Are You Registered as an Importer Pursuant to The Arms Export Control Act of 1976    Yes ☒  No ☐ | 12. If "Yes," Give Importer's Registration No. and Expiration Date (A-xx-xxx-xxxx)  A-83-140-0619, 06/19/2023 |
|---|---|

Under the penalties provided by law, I declare that I have examined this application, including the documents submitted in support of it, and, to the best of my knowledge and belief, it is true, correct, and complete.

| 13. Name of Applicant (Printed)  DONNA BUSSEY | 14. Signature of Applicant  DIGITALLY SIGNED | 15. Title  Procurement/Licensing Manager | 16. Date  03/15/2022 |
|---|---|---|---|

## Section II - For ATF Use Only (Please make no entries in this section)

**17. The Application Has Been Examined and the Importation of the Firearms, Ammunition, and Defense Articles Described Herein is:**

☐ Approved
☐ Partially Approved for the Reason Indicated Here or on Attached Letter
☐ Disapproved for the Reason Indicated Here or on Attached Letter
☒ Withdrawn By Applicant Without Action
☐ Returned Without Action for Additional Information
☐ No Permit Required
☐ Conditionally Approved

| 18. Signature of the Director, Bureau of Alcohol, Tobacco, Firearms and Explosives | 19. Date  08/03/2022 |
|---|---|

Previous Editions Obsolete

US v Wendt - Govt Ex 245
Page 4 of 4

ATF Form 5330.3A (6 part 1)
Revised December 2019

*[WITHDRAWN watermark across page]*