# CITY OF ADAIR

## Chief of Police Bradley Wendt

320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

**OFFICERS**
Mayor – John Larsen
City Clerk Randi Lehman
City Attorney John Fisher
City Advisor Clint Fichter

**COUNCIL**
Rick Stanley   Craig Wedemeyer
Kyle Irlmeier   Rick Hayes
Jeremy Gettler

August 19, 2021

Arms Unlimited
3515 West Post Road #125
Las Vegas NV 89118

**Dear Arms Unlimited,**

I am authorizing the purchase of a M60E6 US Ordnance 33235 M60 E6 7.62 FDE at a cost of $15,500.00 each. This will be for Adair Police Department, in Adair Iowa.

Terms specified on the quote are acceptable.

Respectfully,

Chief Bradley Wendt
Adair Police Department

**GOVERNMENT EXHIBIT**
**246**
4:22-cr-199



3515 W Post Rd Ste 125
Las Vegas, NV  89118
+1 7022093928
███████@armsunlimited.com
ArmsUnlimited.com

## Purchase Order

**VENDOR**
U.S. Ordnance
300 West Sydney Drive
McCarran, NV  89437
United States

**SHIP TO**
Adair Police Department
320 Audubon Street
Adair IA 50002

**P.O. NO.** 4264
**DATE** 11/07/2021

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **M60E6**<br>US Ordnance 33235 M60 E6 7.62 FDE Machine Gun, Primary Short Barrel, Spare Short Barrel, (Barrel Has Picatinny Sight) | 1 | 13,500.00 | 13,500.00 |
| | | TOTAL | $13,500.00 |

Approved By

Date

OMB No. 1513-0128 (07/31/2017)

**DEPARTMENT OF THE TREASURY**
ALCOHOL AND TOBACCO TAX AND TRADE BUREAU

## EXEMPTION CERTIFICATE (USE BY STATE OR LOCAL GOVERNMENTS)
(For use by State and local governments (section 4221(a)(4) of the Internal Revenue Code).)

_Sept 21_, 20_21_ hereby certify that I am _Chief of Police_
(Month & Day) (Title of Officer)

of _Adair Police Dept_ ; that I am authorized to execute this certificate; and that
(State or local government)

(check applicable type of certificate):

☐ The article or articles specified in the accompanying order, or on the reverse side hereof, (or)

☒ All orders placed by the purchaser for the period commencing _9/21/21_ and ending _9/20/22_,
(Date) (Date)
(period not to exceed 12 calendar quarters)

are, or will be, purchased from _US ORDNANCE_ for the
(Name of manufacturer)

exclusive use of _Adair Police Dept_
(Governmental unit)

of _City of Adair_
(State or local government)

I understand that the exemption from tax in the case of sales of articles under this exemption certificate to a State, etc., is limited to the sale of articles purchased for its exclusive use[1]. I understand that fraudulent use of this certificate for the purpose of securing this exemption will subject me and all parties making such fraudulent use of this certificate to all applicable criminal penalties under the Internal Revenue Code.

SIGNATURE _[signed]_   PRINTED NAME _Bradley Wendt_

ADDRESS _320 Audubon St_
_Adair IA 50002_

---

[1] A sale of an article to a State or local government for resale is not considered to be a sale for the "exclusive use" of the State or local government, within the meaning of section 4221(a)(4) of the code, and, therefore, such sales may not be made tax-free. Such sales may not be made tax-free even if the resales are made to government employees, or the article is an item of equipment the employee is required to possess in carrying out his duties.

**PAPERWORK REDUCTION ACT NOTICE**

This request is in accordance with the Paperwork Reduction Act of 1995. In some cases, persons who sell firearms or ammunition tax-free use specific exemption certificates to support the tax-free sales. This form contains all required information for a properly executed certificate. This is being provided to promote uniformity among excise taxpayers and eliminate the need for taxpayers to design their own certificates. The information requested is required by Title 27, Code of Federal Regulations, Part 53.

We estimate that the average burden associated with this collection of information is 45 minutes per respondent or recordkeeper, depending on your individual circumstances. Address your comments concerning the accuracy of this burden estimate and suggestions to reduce this burden to: Reports Management Officer, Regulations and Rulings Division, Alcohol and Tobacco Tax and Trade Bureau, 1310 G Street NW., Box 12, Washington, DC 20005.

TTB may not conduct or sponsor and you are not required to respond to, a collection of information unless it displays a current, valid OMB control number.

TTB F 5600.35 (10/2008)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Application for Tax-Exempt Transfer of Firearm and Registration to Special Occupational Taxpayer (National Firearms Act)

**ATF Control Number** 202266679

**1. Transferee's Name and Address** *(as they appear on the Federal Firearms License, including trade name, if any)*
ARMS UNLIMITED INC
3515 W POST RD #125
LAS VEGAS, NV 89118, UNITED STATES

To be submitted in duplicate by transferor of firearm

To: National Firearms Act Branch
Bureau of Alcohol, Tobacco, Firearms and Explosives
244 Needy Road, Martinsburg, WV 25405

**2b. Transferor's Telephone Number and Area Code** [redacted]

☐ Sole Proprietor   ☐ Partnership   ☐ Corporation

**2a. Transferor's Name And Address** *(as they appear on the Federal Firearms License, including trade name, if any)*
US ORDNANCE INC
US ORDNANCE INC
300 WEST SYDNEY DRIVE #101
MCCARRAN, NV 89434, UNITED STATES

☐ Sole Proprietor   ☐ Partnership   ☐ Corporation

The above-named and undersigned transferor and special (occupational) taxpayer hereby makes application as required by Section 5812 of the National Firearms Act to transfer, without payment of tax, and register the firearm described below to the special (occupational) taxpayer identified as the transferee in this application.

**3. Description of Firearm** *(Complete items a through h, if applicable)*

| a. Name and Address of Manufacturer and/or Importer of Firearm | b. Type of Firearm (See instruction 1c) | c. Caliber, Gauge or Size (Specify) | d. Model | | |
|---|---|---|---|---|---|
| US ORDNANCE INC | | | M60 | | |
| | | | Length (Inches) | E. Of Barrel | F. Overall |
| | | | | 18 | 45 |
| | MACHINEGUN | 7.62 | g. Serial Number 12413 | | |

h. Additional Description or Data Appearing on Firearm *(Attach additional sheet if necessary)*

**4. Transferee's Federal Firearms License** *(Give complete 15-digit number) (See instruction 2b)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 988003 | 10 | 4E | 06287 |

**5. Transferee's Special (Occupational) Tax Status**
a. Employer Identification Number: 461219860
b. Class: CLASS 2 - MANUFACTURER OF FIREARMS

**6. Transferor's Federal Firearms License** *(Give complete 15-digit number) (See instruction 2b)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |

**7. Transferor's Special (Occupational) Tax Status**
a. Employer Identification Number: [redacted]
b. Class: CLASS 2 - MANUFACTURER OF FIREARMS

**8. Consent to Disclosure of Information to Transferee** *(See instruction 8)*. I **do** or **do not** *(circle one)* authorize ATF to provide information relating to this application to the above-named transferee.

I believe I am entitled to exemption from payment of the transfer tax imposed by Section 5811, National Firearms Act (NFA), on the firearm described above because the transferee named herein is qualified under the NFA to manufacture, import or deal in that type of firearm.

UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete.

**9. Original Signature of Transferor** *(Or authorized official)*
DIGITALLY SIGNED

**10. Name and Title of Authorized Official** *(Print or type)*
HYONSUN SOHN, INTERNATIONAL LOGISTICS MANAGE

**11. Date** 11/08/2021

*The Space Below is for the Use of the Bureau of Alcohol, Tobacco, Firearms and Explosives*

By Authority of the Director, this Application has been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee Are:

☒ **Approved** *(with the following conditions, if any)*
SEE THE ATTACHED PAGE FOR THE RESTRICTION ON POSSESSION

☐ Disapproved *(For the following reasons)*

Authorized ATF Official: [signature]
Date: 11/22/2021

ATF Form 3 (5320.3)
Revised October 2004

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Control Number: 202266679

## RESTRICTIONS

| Line No. | |
|---|---|
| 1 | RESTRICTED REGISTRATION-Possession limited to continued compliance with provisions of Public Law 99-308. |


**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0015 (10/31/2011)

# Application for Tax Exempt Transfer and Registration of Firearm

| ATF Control Number | SUBMIT in DUPLICATE to: | National Firearms Act Branch, Bureau of Alcohol, Tobacco, Firearms and Explosives, 244 Needy Road, Martinsburg, WV 25405 |
|---|---|---|
| 202294365 | | |

**2a. Transferee's Name and Address** *(Include trade name, if any) (See instruction 2)*
ADAIR POLICE DEPAERTMENT
320 AUDUBON STREET
ADAIR, IA 50002, UNITED STATES

**2b. County:** ADAIR

**1. Type of Transfer:** Tax Exempt
I Believe That I am Entitled to Exemption From the Payment of the Transfer Tax Imposed By Section 5811 (26 U.S.C. Chapter 53) on the Firearm Described Herein for the Following Reason *(See Instruction 2b)*:

- [ ] Firearm is Unserviceable and is Being Transferred as a Curio or Ornament
- [x] Firearm is Being Transferred to or from a Government Entity
- [ ] Firearm is Being Transferred to a Lawful Heir
- [ ] Other (Specify)

**3a. Transferor's Name and Address** *(Include trade name, if any) (Executors: see instruction 2j)*
ARMS UNLIMITED INC
3515 W POST RD #125
LAS VEGAS, NV 89118, UNITED STATES

**3b. Transferor's Telephone Number and Area Code:** (818) 825-1990

**3d. Number, Street, City, State and Zip Code of Residence** *(or Firearms Business Premises) If Different from Item 3a.*
UNITED STATES

**3c. If Applicable:** Decedent's Name, Address, and Date of Death

The above-named and undersigned transferor hereby makes application as required by Section 5812 of the National Firearms Act to transfer and register the firearm described below to the transferee.

**4. Description of Firearm** *(Complete items a through i)*

| a. Name and Address of Manufacturer and/or Importer of Firearm | b. Type of Firearm *(See instruction 1c)* | c. Caliber, Gauge or Size *(Specify)* | d. Model | e. Length Of Barrel (Inches) | f. Overall |
|---|---|---|---|---|---|
| US ORDNANCE INC | MACHINEGUN | 7.62 | M60 | 18 | 45 |

**g. Serial Number:** 12413

**h. Additional Description or Data Appearing on Firearm** *(Attach additional sheet if necessary)*

**i. Is the Firearm Unserviceable as Defined in Instruction 1l?** Yes [ ] No [ ] *(If "No," describe any other method by which firearm has been rendered unserviceable. Use additional sheets.)*

**5. Transferee's Federal Firearms License** *(If any)*
*(Give complete 15-digit number) (See instruction 2c)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| | | | |

**6. Transferee's Special (Occupational) Tax Status** *(If any)*
a. Employer Identification Number
b. Class

**7. Transferor's Federal Firearms License** *(If any)*
*(Give complete 15-digit number) (See instruction 2c)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 988003 | 10 | 4E | 06287 |

**8. Transferor's Special (Occupational) Tax Status** *(If any)*
a. Employer Identification Number: 461219860
b. Class: CLASS 2 - MANUFACTURER OF FIREARMS

**Under Penalties of Perjury, I Declare** that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete, and that the transfer of the described firearm to the transferee and receipt and possession of it by the transferee are not prohibited by the provisions of Chapter 44, Title 18, United States Code; Chapter 53, Title 26, United States Code; or Title VII of the Omnibus Crime Control and Safe Streets Act, as amended; or any provisions of State or local law.

**9. Consent to Disclosure of Information to Transferee** *(See instruction 8)*. I **Do** or **Do Not** *(circle one)* Authorize ATF to Provide Information Relating to this Application to the Above-Named Transferee.

**10. Signature of Transferor** *(Or authorized official)*
DIGITALLY SIGNED

**11. Name and Title of Authorized Official** *(Print or type)*
DANIEL A SHAMIE, PRESIDENT

**12. Date:** 11/24/2021

*The Space Below is for the use of the Bureau of Alcohol, Tobacco, Firearms and Explosives*

By Authority of The Director, This Application Has Been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee are:

[x] **Approved** *(With the following conditions, if any)*    [ ] **Disapproved** *(For the following reasons)*

**Signature of Authorized ATF Official:** *Rebecca L. Byers*

**Date:** 11/30/2021

ATF Form 5 (5320.5)
Revised November 2004

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Control Number: 202294365

## RESTRICTIONS

| Line No. | |
|---|---|
| 1 | RESTRICTED REGISTRATION-Possession limited to continued compliance with provisions of Public Law 99-308. |