# CITY OF ADAIR

## Chief of Police Bradley Wendt

*320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002*
*TELEPHONE 641-742-3751 - FAX 641/742-5514*
*EMAIL: Adairpolice113@gmail.com*

**OFFICERS**
Mayor – John Larsen
City Clerk Randi Lehman
City Attorney  John Fisher
City Advisor  Clint Fichter

**COUNCIL**
Rick Stanley    Craig Wedemeyer
Kyle Irlmeier    Rick Hayes
Jeremy Gettler

**August 28, 2021**

**Williams Contracting LLC**
**3091 370th Street**
**Manning Ia, 51455**

**Dear Williams Contracting LLC,**

**I am writing to request a formal demonstration of the**

IO INC

Model: Sporter

Caliber: 7.62X39

Manufacturer: Grain  Sporting Goods LLC/GRAIN SG

**to be conducted for the Adair Police. Our agency would appreciate a detailed overview of the stated weapon to further determine if it is suitable for future purchase, and official use by the sworn officers within Adair Police Dept.**

**The Adair Police Department is requesting a demonstration of ONE (1) machinegun to test and evaluate. The Adair Police Department consists of 4 certified law enforcement officers, with full arrest powers in the state of Iowa.**

**The firearm requested for demonstration is ideal for the use by the Adair Police Department as it is similar in design to other approved weapons currently in use by our agency and surrounding agencies.**

**Respectfully,**

**Chief Bradley Wendt**
**Adair Police Department**

GOVERNMENT
EXHIBIT
247
4:22-cr-199

ATF E-Form 3 (5320.3) (01/31/2011)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Application for Tax-Exempt Transfer of Firearm and Registration to Special Occupational Taxpayer (National Firearms Act)**

| ATF Control Number | 2021676111 |
|---|---|

| | |
|---|---|
| 1. Transferee's Name and Address *(as they appear on the Federal Firearms License, including trade name, if any)*<br><br>WILLIAMS CONTRACTING LLC<br>3091 370TH ST<br>MANNING, IA 51455, UNITED STATES<br><br>☐ Sole Proprietor ☐ Partnership ☐ Corporation | To be submitted in duplicate by transferor of firearm<br><br>To: National Firearms Act Branch<br>Bureau of Alcohol, Tobacco, Firearms and Explosives<br>244 Needy Road, Martinsburg, WV 25405 |

| | |
|---|---|
| 2a. Transferor's Name And Address *(as they appear on the Federal Firearms License, including trade name, if any)*<br><br>GRAIN SPORTING GOODS LLC<br>GRAIN SG<br>4701 LAKESHORE TERRACE<br>FORT GRATIOT, MI 48059, UNITED STATES<br><br>☐ Sole Proprietor ☐ Partnership ☐ Corporation | 2b. Tranferor's Telephone Number and Area Code |

The above-named and undersigned transferor and special (occupational) taxpayer hereby makes application as required by Section 5812 of the National Firearms Act to transfer, without payment of tax, and register the firearm described below to the special *(occupational)* taxpayer identified as the transferee in this application.

### 3. Description of Firearm *(Complete items a through h, if applicable)*

| a. Name and Address of Manufacturer and/or Importer of Firearm | b. Type of Firearm *(See instruction 1c)* | c. Caliber, Gauge or Size *(Specify)* | d. Model |
|---|---|---|---|
| GRAIN SPORTING GOODS LLC | | | SPORTER |
| | | | Length *(Inches)* 16.5 | E. Of Barrel | F. Overall 35.5 |
| | MACHINEGUN | 7.62 | g. Serial Number S033554 |

h. Additional Description or Data Appearing on Firearm *(Attach additional sheet if necessary)*

| 4. Transferee's Federal Firearms License | | | | 5. Transferee's Special (Occupational) Tax Status | |
|---|---|---|---|---|---|
| *(Give complete 15-digit number) (See instruction 2b)* | | | | a. Employer Identification Number | b. Class |
| First 6 digits | 2 digits | 2 digits | 5 digits | 453278013 | CLASS 3 - DEALER IN FIREARMS |
| 542027 | 01 | 3J | 05009 | | |

| 6. Transferor's Federal Firearms License | | | | 7. Transferor's Special (Occupational) Tax Status | |
|---|---|---|---|---|---|
| *(Give complete 15-digit number) (See instruction 2b)* | | | | a. Employer Identification Number | b. Class |
| First 6 digits | 2 digits | 2 digits | 5 digits | | CLASS 2 - MANUFACTURER OF FIREARMS |

8. Consent to Disclosure of Information to Transferee *(See instruction 8)* . I **do** or **do not** *(circle one)* authorize ATF to provide information relating to this application to the above-named transferee.

I believe I am entitled to exemption from payment of the transfer tax imposed by Section 5811, National Firearms Act (NFA), on the firearm described above because the transferee named herein is qualified under the NFA to manufacture, import or deal in that type of firearm.

UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete.

| 9. Original Signature of Transferor *(Or authorized official)*<br><br>DIGITALLY SIGNED | 10. Name and Title of Authorized Official *(Print or type)*<br><br>PETER G GRAIN, OWNER | 11. Date<br><br>09/29/2021 |
|---|---|---|

**The Space Below is for the Use of the Bureau of Alcohol, Tobacco, Firearms and Explosives**

By Authority of the Director, this Application has been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee Are:

☒ Approved *(with the following conditions, if any)*

**SEE THE ATTACHED PAGE FOR THE RESTRICTION ON POSSESSION**

☐ Disapproved *(For the following reasons)*

| Authorized ATF Official | Date 11/01/2021 |
|---|---|

ATF Form 3 (5320.3)
Revised October 2004

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Control Number:   2021676111

## RESTRICTIONS

Line
No.

| 1 | RESTRICTED REGISTRATION-Possession limited to continued compliance with provisions of Public Law 99-308. |