# CITY OF ADAIR

## Chief of Police Bradley Wendt

320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

OFFICERS
Mayor – John Larsen
City Clerk Randi Lehman
City Attorney John Fisher
City Advisor Clint Fichter

COUNCIL
Rick Stanley   Craig Wedemeyer
Kyle Irlmeier   Rick Hayes
Jeremy Gettler

November 29, 2021

Bradley Wendt
B WOUT FITTERS, INC
1118 4th Ave S
Denison Ia, 51442

Dear Mr. Wendt,

The Adair Police Department would like a demonstration of the GAU-2b/A Machine Gun manufactured by DeGroat Tactical Armaments for possible future purchase and use of our Officers in the performance of their official duties.

The number of sworn Officers in our Police Department is 3. These Officers are authorized by law to make arrests and carry firearms in the performance of their official duties.

The firearm requested for the demonstration is particularly suitable for use as a law enforcement weapon. The GAU-2B/A 7.62mm Machine Gun is suitable for engagements and suppressive fire which is important in dealing with well armed suspects which agencies are faced with more and more each day.

Respectfully,

*[signature: Bradley Wendt]*

Chief Bradley Wendt
Adair Police Department
Adair Iowa 50002

GOVERNMENT EXHIBIT
249
4:22-cr-199

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Application for Tax-Exempt Transfer of Firearm and Registration to Special Occupational Taxpayer (National Firearms Act)**

OMB No. 1140-0013 (01/31/2011)

**ATF Control Number:** 2022292798

**1. Transferee's Name and Address** *(as they appear on the Federal Firearms License, including trade name, if any)*
B WOUT FITTERS INC
1118 4TH AVE S
DENISON, IA 51442, UNITED STATES

To be submitted in duplicate by transferor of firearm

To: National Firearms Act Branch
Bureau of Alcohol, Tobacco, Firearms and Explosives
244 Needy Road, Martinsburg, WV 25405

**2b. Transferor's Telephone Number and Area Code:** (505) 285-7779

[ ] Sole Proprietor  [ ] Partnership  [x] Corporation

**2a. Transferor's Name And Address** *(as they appear on the Federal Firearms License, including trade name, if any)*
DEGROAT TACTICAL ARMAMENTS LLC
DEGROAT TACTICAL ARMAMENTS
2501 N HWY 605
MILAN, NM 87021, UNITED STATES

[ ] Sole Proprietor  [ ] Partnership  [ ] Corporation

The above-named and undersigned transferor and special (occupational) taxpayer hereby makes application as required by Section 5812 of the National Firearms Act to transfer, without payment of tax, and register the firearm described below to the special *(occupational)* taxpayer identified as the transferee in this application.

**3. Description of Firearm** *(Complete items a through h, if applicable)*

| a. Name and Address of Manufacturer and/or Importer of Firearm | b. Type of Firearm *(See instruction 1c)* | c. Caliber, Gauge or Size *(Specify)* | d. Model | | |
|---|---|---|---|---|---|
| DEGROAT TACTICAL ARMAMENTS LLC | | | GAU-2B/A | | |
| | | | Length (Inches) | E. Of Barrel | F. Overall |
| | | | | N/A | N/A |
| | MACHINEGUN | 7.62 | g. Serial Number: 8169583 | | |

h. Additional Description or Data Appearing on Firearm *(Attach additional sheet if necessary)*

**4. Transferee's Federal Firearms License** *(Give complete 15-digit number) (See instruction 2b)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 542047 | 01 | 4A | 03741 |

**5. Transferee's Special (Occupational) Tax Status**
a. Employer Identification Number: 462789307
b. Class: Dealer of Firearms

**6. Transferor's Federal Firearms License** *(Give complete 15-digit number) (See instruction 2b)*

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 585006 | 10 | 2K | 02562 |

**7. Transferor's Special (Occupational) Tax Status**
a. Employer Identification Number: 743134372
b. Class: Manufacturer of Firearms

**8. Consent to Disclosure of Information to Transferee** *(See instruction 8)*. I (**do**) or **do not** *(circle one)* authorize ATF to provide information relating to this application to the above-named transferee.

I believe I am entitled to exemption from payment of the transfer tax imposed by Section 5811, National Firearms Act (NFA), on the firearm described above because the transferee named herein is qualified under the NFA to manufacture, import or deal in that type of firearm.

UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete.

**9. Original Signature of Transferor** *(Or authorized official)*
DIGITALLY SIGNED

**10. Name and Title of Authorized Official** *(Print or type)*
JAMES DEGROAT

**11. Date:** 02/23/2022

**The Space Below is for the Use of the Bureau of Alcohol, Tobacco, Firearms and Explosives**

By Authority of the Director, this Application has been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee Are:

[ ] Approved *(with the following conditions, if any)*

[X] Disapproved *(For the following reasons)*
**SEE THE ATTACHED PAGE FOR THE REASON FOR THE DISAPPROVAL**

**Authorized ATF Official:** *(signature)*
**Date:** 02/25/2022

ATF Form 3 (5320.3)
Revised October 2004

US v Wendt - Govt Ex 249
Page 2 of 4

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Control Number: 2022292798

## RESTRICTIONS

| Line No. | |
|---|---|
| 1 | RESTRICTED REGISTRATION-Possession limited to continued compliance with provisions of Public Law 99-308. |

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Control Number: 2022292798

## Reasons For Disapproval

FIREARM IS NOT SUITABLE FOR LAW ENFORCEMENT USE.