# CITY OF ADAIR

## Chief of Police Bradley Wendt

320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

| OFFICERS | COUNCIL |
|---|---|
| Mayor – Joanne Byars | Rick Stanley    Jim Zimmerline |
| City Clerk Randi Lehman | Kyle Irlmeier    Rick Hayes |
| City Advisor Clint Fichter | Paul Gettler |

1/25/2022

Pro Force Law Enforcement

Pro Force Law Enforcement

2625 Stearman Rd, Prescott Arizona, 86301


Dear Pro Force Law Enforcement:

This is an order for (2) (Scar-sc, FN, machine gun, 5.56mm) at the price of (2701.80) each, plus shipping charges, for Adair Police Department.

The number of sworn full time officers in our Adair Police Dept is 3. These officers are authorized by law to make arrests and carry firearms in the performance of their official duties.

This order is being paid for with funds that our Adair Police department, including funds from individual officers who may be required to pay in whole or in part for their equipment to carry out their official duties is authorized to use under law for the acquisition of equipment. These firearms will be the property of our Adair Police Department and are not being acquired for the purpose of resale or transfer, and they will be used to carry out its official responsibilities and duties.

Sincerely yours,


Adair Police Department

*[signature]*

Chief Bradley Wendt

515-229-8583



GOVERNMENT EXHIBIT
250
4:22-cr-199

# CITY OF ADAIR

## Chief of Police Bradley Wendt

320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

| OFFICERS | COUNCIL |
|---|---|
| Mayor – Joanne Byars | Rick Stanley   Jim Zimmerline |
| City Clerk Randi Lehman | Kyle Irlmeier   Rick Hayes |
| City Advisor Clint Fichter | Paul Gettler |

Date: January 4, 2022
**PROFORCE LAW ENFORCEMENT**
2625 Stearman Road, Ste A
Prescott, AZ 86301

TO WHOM IT MAY CONCERN:
Our department/agency is purchasing the following firearm(s) for official department use only. I certify that the firearm(s) purchased are not for transfer or resale.

The firearm(s) to be purchased is/are listed below:    Agency Adair Police Dept
ORI#  IA0010300

| Quantity | Manufacturer | PART NUMBER | SIGHT TYPE | DESCRIPTION |
|---|---|---|---|---|
| 2 | fn | 3118929010h | iron | Scar-sc 556 black |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

___Bradley Wendt_____Chief of Police___
Printed or Typed Name of Department Chief, Sheriff or Equivalent    Rank

_[signature]_____
Signature of Department Chief, Sheriff or Equivalent Above
Please Bill To: Adair Police Dept
            320 Audubon St
            Adair Ia, 50002

Please Ship To: Adair Police Dept
            320 Audubon St
            Adair Ia, 50002

# CITY OF ADAIR
## Chief of Police Bradley Wendt
320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

**DEPARTMENT OF THE TREASURY**
ALCOHOL AND TOBACCO TAX AND TRADE BUREAU

**EXEMPTION CERTIFICATE (USE BY STATE OR LOCAL GOVERNMENTS)**
(For use by State and local governments (section 4221(a)(4) of the Internal Revenue Code).)

___Jan 4___, 20_22_ hereby certify that I am ___chief of Police___
(Month & Day)                                          (Title of Officer)

of ___Adair Police Dept___; that I am authorized to execute this certificate; and that
(State or local government)

(check applicable type of certificate):

☐ The article or articles specified in the accompanying order, or on the reverse side hereof, (or)

☒ All orders placed by the purchaser for the period commencing ___Jan 4 2022___ and ending ___Jan 4 2024___
                                                                    (Date)                              (Date)
(period not to exceed 12 calendar quarters)

are, or will be, purchased from ___FNH USA___ for the
(Name of manufacturer)

exclusive use of ___Adair Police Dept___
(Governmental unit)

of ___Adair Police Dept___
(State or local government)

I understand that the exemption from tax in the case of sales of articles under this exemption certificate to a State, etc., is limited to the sale of articles purchased for its exclusive use[1]. I understand that fraudulent use of this certificate for the purpose of securing this exemption will subject me and all parties making such fraudulent use of this certificate to all applicable criminal penalties under the Internal Revenue Code.

SIGNATURE _[signature]_

PRINTED NAME _Bradley Wendt_

ADDRESS
Adair Police Dept
320 Audubon St
Adair IA 50002

[1] A sale of an article to a State or local government for resale is not considered to be a sale for the "exclusive use" of the State or local government, within the meaning of section 4221(a)(4) of the code, and, therefore, such sales may not be made tax-free. Such sales may not be made tax-free even if the resales are made to government employees, or the article is an item of equipment the employee is required to possess in carrying out his duties.

**PAPERWORK REDUCTION ACT NOTICE**

This request is in accordance with the Paperwork Reduction Act of 1995. In some cases, persons who sell firearms or ammunition tax-free use specific exemption certificates to support the tax-free sales. This form contains all required information for a properly executed certificate. This is being provided to promote uniformity among excise taxpayers and eliminate the need for taxpayers to design their own certificates. The information requested is required by Title 27, Code of Federal Regulations, Part 53.

We estimate the average burden associated with this collection of information is 45 minutes per respondent or recordkeeper, depending on your individual circumstances. Address your comments concerning the accuracy of this burden estimate and suggestions to reduce this burden to: Reports Management Officer, Regulations and Rulings Division, Alcohol and Tobacco Tax and Trade Bureau, Washington, DC 20220

# Application and Permit for Importation of Firearms, Ammunition and Defense Articles

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0005 (12/31/2022)

Not for use by Members of the United States Armed Forces.

| For ATF Use Only | For Applicant's Optional Use | |
|---|---|---|
| Permit No. (Valid for 24 months from the date appearing in Item 19 below.) NPR No. **202201393** | Internal Control/Reference # **REF 22-094 SO78590** | E-mail Address (Optional) [redacted] |

## Section I - Application (Submit in triplicate) - For Applicant Use

| 1. Federal Firearms License (if Any) | | 2. Telephone No. (Including Extension No.) | 3. Country of Exportation |
|---|---|---|---|
| License No. (x-xx-xxx-xx-xx-xxxxx) [redacted] | Expiration Date **01/01/2023** | [redacted] | **BELGIUM** |

| 4. Name and Address of Customs Broker (Including Zip Code) | 5. Applicant's Name and Address (Including Zip Code) |
|---|---|
|  | FN AMERICA, LLC<br>797 OLD CLEMSON RD<br>COLUMBIA, SC 29229, United States |
| ☐ Check here if permit is to be returned to Customs Broker. | ☒ Check here if permit is to be returned to applicant. |

| 6. Name and Address of Foreign Seller, if any | 7. Name and Address of Foreign Shipper |
|---|---|
| FN HERSTAL, S.A.<br>VOIE DE LIEGE, 33<br>HERSTAL, LIGE B-4040, BELGIUM | FN HERSTAL, S.A.<br>VOIE DE LIEGE, 33<br>HERSTAL, LIGE B-4040, BELGIUM |

**8. Description of Firearms and Ammunition** (For firearms, enter (SG)-Shotgun; (RI)-Rifle; (PI)-Pistol; (RE)-Revolver; (DD)-Destructive Device; (MG)-Machinegun)

| | a. Name and Address of Manufacturer City and State or City and Country | b. Type (Frame, Receiver; SG, RI, PI, RE, DD, MG) | c. Caliber Gauge or Size | d. Quantity (Each type) | e. Unit Cost (U.S. Currency) | f. U.S. Munitions Import List Category | g. Model (required) | h. Length of Barrel (Inches) | i. Overall Length (Inches) | j. Serial No. | k. New (N) or Used (U) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Firearms | FN (HERSTAL) BELGIUM | MG | 5.56 MM | Requested: 2 | 1704.3561 | I(B) | SCAR-SC | 7.5 | 25.71 | | New |
| | ☐ See Attachment | | | | | | | | | | |
| Defense Articles | | | | | | Description | | | | | |
| | ☐ See Attachment | | | | | | | | | | |
| Ammunition | | Core Material (Lead, Steel etc.) | (Ball Wadcutter; Shot, AP; Tracer) (Rounds) | | | | | | | | |
| | ☐ See Attachment | | | | | | | | | | |

9. Certification of Origin. The items sought for importation in block 8:
 a. ☒ Do not contain parts or components produced by or for the U.S. military and do not contain parts or components manufactured with U.S. military technical data or assistance.
 b. ☐ Contain parts or components produced by or for the U.S. military or parts or components manufactured with U.S. military technical data or assistance.
 c. ☐ Contain parts or components produced by or for the U.S. military or components manufactured with U.S. technical data or assistance that were sold abroad pursuant to a Direct Commercial Sale licensed by the Department of State.

10. Specific Purpose of Importation, Including Final Recipient, If Known (Use additional sheets, if necessary)
**LAW ENFORCEMENT SALES; IMPORTING FOR CITY OF ADAIR POLICE DEPARTMENT ADAIR, IA 50002**

| 11. Are You Registered as an Importer Pursuant to The Arms Export Control Act of 1976  Yes ☒  No ☐ | 12. If "Yes," Give Importer's Registration No. and Expiration Date (A-xx-xxx-xxxx)  **A-94-348-1106, 11/06/2024** |
|---|---|

Under the penalties provided by law, I declare that I have examined this application, including the documents submitted in support of it, and, to the best of my knowledge and belief, it is true, correct, and complete.

| 13. Name of Applicant (Printed) **BOBBI J HAMELINCK** | 14. Signature of Applicant **DIGITALLY SIGNED** | 15. Title **TRADE COMPLIANCE ADMINISTRATOR** | 16. Date **02/15/2022** |
|---|---|---|---|

## Section II - For ATF Use Only (Please make no entries in this section)

17. The Application Has Been Examined and the Importation of the Firearms, Ammunition, and Defense Articles Described Herein is:

| ☐ Approved | ☐ Disapproved for the Reason Indicated Here or on Attached Letter | ☐ Returned Without Action for Additional Information | ☐ Conditionally Approved |
|---|---|---|---|
| ☐ Partially Approved for the Reason Indicated Here or on Attached Letter | ☒ Withdrawn By Applicant Without Action | ☐ No Permit Required | |

| 18. Signature of the Director, Bureau of Alcohol, Tobacco, Firearms and Explosives  *[signature]*  Branch Chief | 19. Date **10/24/2022** |
|---|---|

*WITHDRAWN*

Previous Editions Obsolete

US v Wendt - Govt Ex 250
Page 4 of 4

ATF Form 5330.3A (6 part 1)
Revised December 2019