# CITY OF ADAIR

## Chief of Police Bradley Wendt

*320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002*
*TELEPHONE 641-742-3751 - FAX 641/742-5514*
*EMAIL: Adairpolice113@gmail.com*

**OFFICERS**
Mayor – Joanne Byars
City Clerk Randi Lehman
City Advisor Clint Fichter

**COUNCIL**
Rick Stanley   Jim Zimmerline
Kyle Irlmeier   Rick Hayes
Paul Gettler

---

March 3, 2022

Proforce Police Supply
2625 Stearman Rd
Prescott AZ, 86301

Dear ProForce:

This is an order for three, MP7A2 4.6x30mm Machine Gun, manufactured by Heckler & Koch, at the price of 2405.97 each, for Adair Police Dept.

Description
MP7A2 4.6x30mm Machine Gun, part number 81000721

The number of sworn full time officers in our Adair Police Department is 3. These officers are authorized by law to make arrests and carry firearms in the performance of their official duties.

This order is being paid for with funds that our Adair Police Department is authorized to use under law for the acquisition of equipment, including funds from individual officers who may be required to pay in whole or in part for their equipment to carry out their official duties. These firearms will be the property of our Adair Police Department and are not being acquired for the purpose of resale or transfer, and they will be used to carry out its official responsibilities and duties.

The telephone contact number for this Adair Police Department is 641-742-3751.


Sincerely yours,

Adair Police Department

*[signature]*

**Bradley Wendt Chief of Police**

GOVERNMENT EXHIBIT
251
4:22-cr-199



**PURCHASE ORDER**

| PO NUMBER | PAGE |
|---|---|
| 034960-00 | 1 |

| PO DATE | ORD TYPE | CHG/CANCEL |
|---|---|---|
| 02/14/22 | Drop | Original |

ProForce Law Enforcement
2625 Stearman Rd, Ste A. Prescott AZ, 86301
Tel: 928-776-7192  Fax: 928-445-3468
email: sales@proforceonline.com  www.proforceonline.com

ORDERED FROM: HECKLER & KOCH, INC.
PO BOX 601193
CHARLOTTE, NC 28260-119

SHIP TO: CITY OF ADAIR POLICE DEPT
320 AUDUBON ST
ADAIR, IA 50002

| BUYER | TERMS | ACK | CONFRM | FOB | SHIP VIA | COL/PPD |
|---|---|---|---|---|---|---|
| REBECCA LOWRY | 3% 15 DAYS | | | ORIGIN | BEST WAY | |

| LINE NO. | QUANTITY ORDERED BLANKET TYPE | UM | OUR ITEM NO. DESCRIPTION COMMENTS | YOUR ITEM NO. | MFG. PRICE NET PRICE | REQUEST DATE | CHANGE CANCEL |
|---|---|---|---|---|---|---|---|
| 1 | 3 | EA | 81000721-XFET<br>H&K MP7A2 SUBMACHINE GUN 7IN<br>4.6X30MM FDE   ***CLASS III*** | | 2,089.0500<br>2,026.3785<br>Ext Price = 6,267.15 | 02/14/22 | |

Total Ext Price = 6,267.15

COMMENTS
****PLEASE CONFIRM RECEIPT****

ORDERED BY _____

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0005 (12/31/2022)

# Application and Permit for Importation of Firearms, Ammunition and Defense Articles

**Not for use by Members of the United States Armed Forces.**

| For ATF Use Only | For Applicant's Optional Use | |
|---|---|---|
| Permit No. (Valid for 24 months from the date appearing in Item 19 below.)  NPR No.<br>202202815 | Internal Control/Reference #<br>45-4249-5206-227871 | E-mail Address (Optional)<br>[redacted] |

## Section I - Application (Submit in triplicate) - For Applicant Use

| 1. Federal Firearms License (If Any) | | 2. Telephone No. (Including Extension No.) | 3. Country of Exportation |
|---|---|---|---|
| License No. (x-xx-xxx-xx-xx-xxxxx)<br>[redacted] | Expiration Date<br>10/01/2023 | [redacted] | GERMANY |

| 4. Name and Address of Customs Broker (Including Zip Code)<br>GEBRUDER WEISS, INC.<br>TRANSPORT AND LOGISTICs, 4345 INTERNATIONAL PARKWAY, SUITE 100<br>HAPEVILLE, GA 30354, UNITED STATES | 5. Applicant's Name and Address (Including Zip Code)<br>HECKLER & KOCH DEFENSE, INC<br>5675 TRANSPORT BLVD<br>COLUMBUS, GA 31907, United States |
|---|---|
| Check here if permit is to be returned to Customs Broker. ☐ | Check here if permit is to be returned to applicant. ☒ |
| 6. Name and Address of Foreign Seller, if any<br>Heckler and Koch GMBH<br>Heckler and Koch Strasse 1<br>Oberndorf / Neckar, BADEN-WRTTEMBERG 78727, GERMANY | 7. Name and Address of Foreign Shipper<br>Heckler and Koch GMBH<br>Heckler and Koch Strasse 1<br>Oberndorf / Neckar, BADEN-WRTTEMBERG 78727, GERMANY |

**8. Description of Firearms and Ammunition** (For firearms, enter (SG)-Shotgun; (RI)-Rife; (PI)-Pistol; (RE)-Revolver; (DD)-Destructive Device; (MG)-Machinegun)

| | Name and Address of Manufacturer City and State or City and Country<br>a. | Type (Frame, Receiver, SG, RI, PI, RE, DD, MG)<br>b. | Caliber Gauge or Size<br>c. | Quantity (Each type)<br>d. | Unit Cost (U.S. Currency)<br>e. | U.S. Munitions Import List Category<br>f. | Model (required)<br>g. | Length of Barrel (Inches)<br>h. | Overall Length (Inches)<br>i. | Serial No.<br>j. | New (N) or Used (U)<br>k. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Firearms** | HECKLER AND KOCH GERMANY | MG | 4.6 MM | Requested: 3 | 1150 | I(b) | MP7A2 | 7.09 | 23.23 | | New |
| ☐ See Attachment | | | | | | | | | | | |
| **Defense Articles** | | | | | | Description | | | | | |
| ☐ See Attachment | | | | | | | | | | | |
| **Ammunition** | | Core Material (Lead, Steel etc.) | (Ball Wadcutter; Shot, AP, Tracer) (Rounds) | | | | | | | | |
| ☐ See Attachment | | | | | | | | | | | |

9. **Certification of Origin.** The items sought for importation in block 8:
   a. Do not contain parts or components produced by or for the U.S. **military** and do not contain parts or components manufactured with U.S. military technical data or assistance. ☒
   b. Contain parts or components produced by or for the U.S. **military** or parts or components manufactured with U.S. military technical data or assistance. ☐
   c. Contain parts or components produced by or for the U.S. **military** or components manufactured with U.S. technical data or assistance that were sold abroad pursuant to a Direct Commercial Sale licensed by the Department of State. ☐

10. Specific Purpose of Importation, Including Final Recipient, If Known (Use additional sheets, if necessary)
OTHER-TO BE IMPORTED FOR THE ADAIR POLICE DEPT, ADAIR, IA; WEAPONS IMPORTED WITH OPERATORS MANUALS

| 11. Are You Registered as an Importer Pursuant to The Arms Export Control Act of 1976   Yes ☒   No ☐ | 12. If "Yes," Give Importer's Registration No. and Expiration Date (A-xx-xxx-xxxx)<br>A-83-140-0619, 06/19/2023 |
|---|---|

Under the penalties provided by law, I declare that I have examined this application, including the documents submitted in support of it, and, to the best of my knowledge and belief, it is true, correct, and complete.

| 13. Name of Applicant (Printed)<br>DONNA BUSSEY | 14. Signature of Applicant<br>DIGITALLY SIGNED | 15. Title<br>Procurement/Licensing Manager | 16. Date<br>03/29/2022 |
|---|---|---|---|

## Section II - For ATF Use Only (Please make no entries in this section)

17. The Application Has Been Examined and the Importation of the Firearms, Ammunition, and Defense Articles Described Herein is:

| Approved ☐ | Disapproved for the Reason Indicated Here or on Attached Letter ☐ | Returned Without Action for Additional Information ☐ | Conditionally Approved ☐ |
| Partially Approved for the Reason Indicated Here or on Attached Letter ☐ | Withdrawn By Applicant Without Action ☒ | No Permit Required ☐ | |

18. Signature of the Director, Bureau of Alcohol, Tobacco, Firearms and Explosives
*[signature]*

19. Date
08/03/2022

**WITHDRAWN**

Previous Editions Obsolete

US v Wendt - Govt Ex 251
Page 3 of 3

ATF Form 5330.3A (6 part 1)
Revised December 2019