# CITY OF ADAIR
## Chief of Police Bradley Wendt
320 AUDUBON STREET · P O BOX 66 · ADAIR, IA 50002
TELEPHONE 641-742-3751 · FAX 641-742-5514
EMAIL: Adairpolice115@gmail.com

OFFICERS
Mayor – Jeanne Bryce
City Clerk Randi Lehman
City Advisor Clint Fichter

COUNCIL
Rick Trembley   Paul Gartner
Kym Trimester   Ken Toomsen
Perry Leuper

To whom it may concern,

The Adair Police Dept would like to purchase the following from B&T:

3 BT-30104-N B&T Machine Pistol MP9-N Cal. 9mm Para- Aimpoint Micro TL-1- ambidextrous safety & magazine release-firing pin safety- 3x magazine 15/30 rounds-Ghost- ring sight- Top & side-rail NAR-Cleaning kit, sling, case & manual 30mm Mount $1,928.00

3 ea $ 5,784.00 2 SD-123024 B&T suppressor RBS MP9/TP9 QD-Cal. 9mm-for MP9/TP9 3- Lug interface-DA 45mm x L 182mm - 420g $425.00

3 ea $ 1,275.00 3 BT-361272-G B&T SMG APC9 SD PRO G-cal. 9mm Para, 146mm barrel- Aimpoint T-1-M4 type trigger group accepting Glock 9mm magazines-with intergrated suppressor (sub compact version)-nonreciprocating foldable charging handle (Ambi)-foldable polymer stock-1x magazine 33roun Sub Compact SD Suppressor - Mid Length SD Handguard - 39MM Mount $2,785.00

3 ea $ 8,355.00 4 BT-20394 B&T stock telescopic- for B&T APC9/APC45- length adjustable in 3 positions- including hydraulic recoil buffer $250.00 3 ea $ 750.00 5 BT-1 BT-1 SHIPPING $175.00 1 ea $175.00

Total $16339.00

Respectfully,

*[signature]*

Chief Bradley Wendt
Adair Police Department

GOVERNMENT EXHIBIT 252  4:22-cr-199

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0005 (12/31/2022)

# Application and Permit for Importation of Firearms, Ammunition and Defense Articles

Not for use by Members of the United States Armed Forces.

| For ATF Use Only | For Applicant's Optional Use |
|---|---|
| Permit No. (Valid for 24 months from the date appearing in Item 19 below.) NPR No.<br>202202050 | Internal Control/Reference #<br>F6-ADAIR-1328     E-mail Address (Optional) [REDACTED] |

## Section I - Application (Submit in triplicate) - For Applicant Use

| 1. Federal Firearms License (if Any) | | 2. Telephone No. (Including Extension No.) | 3. Country of Exportation |
|---|---|---|---|
| License No. (x-xx-xxx-xx-xx-xxxxx)<br>[REDACTED] | Expiration Date<br>09/01/2023 | [REDACTED] | SWITZERLAND |

| 4. Name and Address of Customs Broker (Including Zip Code)<br>CDS AIR FREIGHT<br>DULLES, VA 20166, UNITED STATES | 5. Applicant's Name and Address (Including Zip Code)<br>B&T USA LLC<br>1911 US HWY 301 N SUITE 480 & 470<br>TAMPA, FL 33619 |
|---|---|
| Check here if permit is to be returned to Customs Broker. ☐ | Check here if permit is to be returned to applicant. ☒ |
| 6. Name and Address of Foreign Seller, if any<br>B&T AG<br>PO Box 174<br>Thun, BERN (DE) 3608, SWITZERLAND | 7. Name and Address of Foreign Shipper<br>B&T AG<br>PO Box 174<br>Thun, BERN (DE) 3608, SWITZERLAND |

8. Description of Firearms and Ammunition (For firearms, enter (SG)-Shotgun; (RI)-Rifle; (PI)-Pistol; (RE)-Revolver; (DD)-Destructive Device; (MG)-Machinegun)

| | a. Name and Address of Manufacturer City and State or City and Country | b. Type (Frame, Receiver, SG, RI, PI, RE, DD, MG) | c. Caliber Gauge or Size | d. Quantity (Each type) | e. Unit Cost (U.S. Currency) | f. U.S. Munitions Import List Category | g. Model (required) | h. Length of Barrel (Inches) | i. Overall Length (Inches) | j. Serial No. | k. New (N) or Used (U) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Firearms | SEE ADDITIONAL SHEETS<br>☐ See Attachment | | | | | | | | | | |
| Defense Articles | ☐ See Attachment | | | | | Description | | | | | |
| Ammunition | ☐ See Attachment | Core Material (Lead, Steel etc.) | (Ball, Wadcutter, Shot, AP, Tracer) | (Rounds) | | | | | | | |

SUBMITTED

9. Certification of Origin. The items sought for importation in block 8:
  a. Do not contain parts or components produced by or for the U.S. military and do not contain parts or components manufactured with U.S. military technical data or assistance. ☒
  b. Contain parts or components produced by or for the U.S. military or parts or components manufactured with U.S. military technical data or assistance. ☐
  c. Contain parts or components produced by or for the U.S. military or components manufactured with U.S. technical data or assistance that were sold abroad pursuant to a Direct Commercial Sale licensed by the Department of State. ☐

10. Specific Purpose of Importation, Including Final Recipient, If Known (Use additional sheets, if necessary)
LAW ENFORCEMENT SALES

| 11. Are You Registered as an Importer Pursuant to The Arms Export Control Act of 1976    Yes ☒   No ☐ | 12. If "Yes," Give Importer's Registration No. and Expiration Date (A-xx-xxx-xxxx)<br>A-05-220-0829, 08/29/2025 |
|---|---|

Under the penalties provided by law, I declare that I have examined this application, including the documents submitted in support of it, and, to the best of my knowledge and belief, it is true, correct, and complete.

| 13. Name of Applicant (Printed)<br>MACKENZIE K MCCLELLAN | 14. Signature of Applicant<br>DIGITALLY SIGNED | 15. Title<br>Compliance | 16. Date<br>03/09/2022 |
|---|---|---|---|

## Section II - For ATF Use Only (Please make no entries in this section)

17. The Application Has Been Examined and the Importation of the Firearms, Ammunition, and Defense Articles Described Herein is:

| Approved ☐ | Disapproved for the Reason Indicated Here or on Attached Letter ☐ | Returned Without Action for Additional Information ☐ | Conditionally Approved ☐ |
| Partially Approved for the Reason Indicated Here or on Attached Letter ☐ | Withdrawn By Applicant Without Action ☐ | No Permit Required ☐ | |

| 18. Signature of the Director, Bureau of Alcohol, Tobacco, Firearms and Explosives | 19. Date |
|---|---|
| | |

Firearms *(Continued)*                                   Permit Number: 202202050          Internal Control Number: F6-ADAIR-1328

| Name and Address of Manufacturer City and State or City and Country<br>a | Type (Frame Receiver SG,RI,PI,RE,DD,MG)<br>h | Caliber Gauge or Size<br>c | Quantity (Each type)<br>d | Unit Cost (U.S. Currency)<br>e | US Munitions Import List Category<br>f | Model (required)<br>g | Length of Barrel (Inches)<br>h | Overall Length (Inches)<br>i | Serial No.<br>j | New(N) or Used(U)<br>k |
|---|---|---|---|---|---|---|---|---|---|---|
| B&T AG SWITZERLAND | MG | 9 MM | Requested : 3 | 0 | I(b) | MP9-N | 5 | 19 | | New |
| B&T AG SWITZERLAND | SI | 9 MM | Requested : 3 | 0 | I(d) | SD-123024 | | 7.5 | | New |
| B&T AG SWITZERLAND | MG | 9 MM | Requested : 3 | 0 | I(b) | APC9 SD PRO G | 5.75 | 30 | | New |
| B&T AG SWITZERLAND | SI | 9 MM | Requested : 3 | 0 | I(d) | SD-988199-C | | 10 | | New |

SUBMITTED