# CITY OF ADAIR

## Chief of Police Bradley Wendt

320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

**OFFICERS**
Mayor – Joanne Byars
City Clerk Sandy Riley

**COUNCIL**
Rick Stanley    Jim Zimmerline
Kyle Irlmeier    Paul Gettler
City Advisor Clint Fichter

July 1, 2022

Palm Beach Shooting Organization LLC
640 E Ocean Ave STE 14
Boynton Beach, FL 33435

Dear Palm Beach Shooting Organization LLC,

I am writing to request a formal demonstration of the G36C (Full Auto) 5.56 Machinegun, manufactured by Heckler & Koch to be conducted for the Adair Police. Our agency would appreciate a detailed overview of the stated weapon to further determine if it is suitable for future purchase, and official use by the sworn officers within Adair Police Dept.

The Adair Police Department is requesting a demonstration of ONE (1) machinegun to test and evaluate.

The firearm requested for demonstration is ideal for the use by the Adair Police Department as it is similar in design to other approved weapons currently in use by our agency and surrounding agencies.

Respectfully,

*[signature]*

Chief Bradley Wendt
Adair Police Department

GOVERNMENT EXHIBIT
**253**
4:22-cr-199

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Application for Tax Exempt Transfer and Registration of Firearm**

OMB No. 1140-0015 (08/31/2022)

| ATF Control Number | Internal Control Number |
|---|---|

Submit in duplicate to: National Firearms Act Division, Bureau of Alcohol, Tobacco, Firearms and Explosives, 244 Needy Road, Martinsburg, WV 25405

**1. Type of Transfer: tax exempt**
I believe that I am entitled to exemption from the payment of the Transfer Tax Imposed by section 5811 (26 U.S.C. Chapter 53) on the Firearm described herein for the following reason (See Instruction 2b):
☐ Firearm is unserviceable and is being transferred as a curio or ornament
☒ Firearm is being transferred to or from a Government Entity
☐ Firearm is being transferred to a lawful heir or by operation of law
☐ Other (Specify)

**2a. Transferee's Full Legal Name and Address**
PALM BEACH SHOOTING ORGANIZATION
640 E OCEAN AVE, STE 14
BOYNTON BEACH, FL 33435

☐ Other Legal Entity  ☒ Corporation
☐ Individual  ☐ Trust  ☐ Government Entity

**2b. County/Parish:** PALM BEACH

**3a. If Applicable: Decedent's Name, Address, and Date of Death**

**3b. Transferor's Name and Address:**
MIAMI-DADE POLICE DEPARTMENT
1519 NW 79 AVENUE
MIAMI, FL 33126

**3c. Transferor's telephone:** [redacted]
**3d. E-mail address:** [redacted]
**3e. Number, Street, City, State and Zip Code of Residence (or Firearms Business Premises) If Different from Item 3a.**

The above-named and undersigned transferor hereby makes application as required by Section 5812 of the National Firearms Act to transfer and register the firearm described below to the transferee.

**4. Description of Firearm**

| a. Name and Address of Maker, Manufacturer and/or Importer of Firearm | b. Type of Firearm | c. Caliber or Gauge | d. Model | e. Barrel Length (Inches) | f. Overall Length |
|---|---|---|---|---|---|
| HECKLER AND KOCH, GMBH  POSTFACH 1329  78722 OBERNDORF / NECKAR 1 GERMANY | MACHINE GUN | 5.56MM | G36C | 8.98 | 28.27 |

**g. Serial Number:** 85-009840

**h. Additional Description or Data Appearing on Firearm:**

**i. Has the Firearm been rendered unserviceable as defined in Definition 1m?** ☐ Yes  ☐ No

**5. Applicant's Federal Firearms License**

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 159099 | 01 | 3A | 49659 |

**6. Transferee's Special (Occupational) Tax Status**
a. Employer Identification Number: 475073735
b. Class: 01

**7. Transferor's Federal Firearms License** (blank)

**8. Transferor's Special (Occupational) Tax Status** (blank)

Under Penalties of Perjury, I Declare that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete, and that the transfer of the described firearm to the transferee and receipt and possession of it by the transferee are not prohibited by the provisions of Title 18, United States Code, Chap 44; Title 26, United States Code, Chap 53; or any provisions of State or local law.

**9. Signature of Transferor** (signed)
**10. Name and Title of Authorized Official:** LIEUTENANT FRANCIS REGO
**11. Date:** 07/19/22

The Space Below is for the use of the Bureau of Alcohol, Tobacco, Firearms and Explosives

By Authority of The Director, This Application Has Been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee are:

☐ Approved (With the following conditions, if any)
☐ Disapproved (For the following reasons)

Signature of Authorized ATF Official | Date

Previous Editions Are Obsolete

ATF Copy
US v Wendt - Govt Ex 253
Page 2 of 2

ATF Form 5 (5320.5)
Revised September 2019