**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**National Firearms Registration and Transfer Record Search Certificate**



## United States of America

Date: 11/15/22

To Whom It May Concern:

Section 5841 of the National Firearms Act (Chapter 53, Title 26, and United States Code) provides the Attorney General of the United States or an authorized delegate shall maintain a central registry of all firearms not in the possession or under the control of the United States which come within the purview of 26 U.S.C., Chapter 53. The central registry is known as the National Firearms Registration and Transfer Record (NFRTR) and is maintained at the Bureau of Alcohol, Tobacco, Firearms and Explosives in Martinsburg, WV.

This is to certify that I have custody and control of the said National Firearms Registration and Transfer Record pursuant to a delegation of authority by the Attorney General of the United States.

After a diligent search of the said records, I certify that the following firearms are registered in the central registry National Firearms Registration and Transfer Record (NFRTR) to: **Adair PD**

| 1. Type of Firearm (26 U.S.C. 5845) | 2. Manufacturer | 3. Model | 4. Caliber, Gauge or Size | 5. Barrel Length (inches) | 6. Overall Length (inches) | 7. Serial Number |
|---|---|---|---|---|---|---|
| Machinegun | Heckler and Koch | MP7A2 | 4.6 | | | 164029336 |

8. Additional Information  Pertaining to Firearm(s)
All firearms regulated within the purview of the National Firearms Act.

| 9. Signature and Title of Certifying Officer | 10. Signature and Title of Secondary Certifying Officer |
|---|---|
| WILLIAM SWIFT  Digitally signed by WILLIAM SWIFT  Date: 2022.12.15 12:05:46 -05'00' | JASON FRUSHOUR  Digitally signed by JASON FRUSHOUR  Date: 2022.12.15 12:36:56 -05'00' |
| Firearms and Explosives Specialist | Firearms and Explosives Specialist |

11. Signature and Title of Approving Official

David Howell   Digitally signed by David Howell   Date: 2022.12.15 13:28:16 -05'00'

Chief, Government Support Branch

GOVERNMENT EXHIBIT
254
4:22-cr-199

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**National Firearms Registration and Transfer Record Search Certificate**



## United States of America

Date: 12/15/22

To Whom It May Concern:

Section 5841 of the National Firearms Act (Chapter 53, Title 26, and United States Code) provides the Attorney General of the United States or an authorized delegate shall maintain a central registry of all firearms not in the possession or under the control of the United States which come within the purview of 26 U.S.C., Chapter 53.  The central registry is known as the National Firearms Registration and Transfer Record (NFRTR) and is maintained at the Bureau of Alcohol, Tobacco, Firearms and Explosives in Martinsburg, WV.

This is to certify that I have custody and control of the said National Firearms Registration and Transfer Record pursuant to a delegation of authority by the Attorney General of the United States.

After a diligent search of the said records, I certify that the following firearms are registered in the central registry National Firearms Registration and Transfer Record (NFRTR) to: **Adair PD**

| 1. Type of Firearm (26 U.S.C. 5845) | 2. Manufacturer | 3. Model | 4. Caliber, Gauge or Size | 5. Barrel Length (inches) | 6. Overall Length (inches) | 7. Serial Number |
|---|---|---|---|---|---|---|
| Machinegun | US Ordnance | M60 | 7.62 | | | 12413 |
| Machinegun | (Herstal) | SCAR-SC | 5.56 | | | SC000387 |
| Machinegun | Heckler and Koch | HK416 | 5.56 | | | 88070103 |
| Machinegun | Heckler and Koch | G36K | 5.56 | | | 84054530 |

8. Additional Information   Pertaining to Firearm(s)
All firearms regulated within the purview of the National Firearms Act.

9. Signature and Title of Certifying Officer

**WILLIAM SWIFT**  Digitally signed by WILLIAM SWIFT Date: 2022.12.15 11:27:36 -05'00'

Firearms and Explosives Specialist

10. Signature and Title of Secondary Certifying Officer

**JASON FRUSHOUR**  Digitally signed by JASON FRUSHOUR Date: 2022.12.15 12:37:19 -05'00'

Firearms and Explosives Specialist

11. Signature and Title of Approving Official

**David Howell**  Digitally signed by David Howell Date: 2022.12.15 13:28:55 -05'00'

Chief, Government Support Branch

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**National Firearms Registration and Transfer Record Search Certificate**



## United States of America

Date: 12/15/22

To Whom It May Concern:

Section 5841 of the National Firearms Act (Chapter 53, Title 26, and United States Code) provides the Attorney General of the United States or an authorized delegate shall maintain a central registry of all firearms not in the possession or under the control of the United States which come within the purview of 26 U.S.C., Chapter 53. The central registry is known as the National Firearms Registration and Transfer Record (NFRTR) and is maintained at the Bureau of Alcohol, Tobacco, Firearms and Explosives in Martinsburg, WV.

This is to certify that I have custody and control of the said National Firearms Registration and Transfer Record pursuant to a delegation of authority by the Attorney General of the United States.

After a diligent search of the said records, I certify that the following firearms are registered in the central registry National Firearms Registration and Transfer Record (NFRTR) to: **City of Adair**

| 1. Type of Firearm (26 U.S.C. 5845) | 2. Manufacturer | 3. Model | 4. Caliber, Gauge or Size | 5. Barrel Length (inches) | 6. Overall Length (inches) | 7. Serial Number |
|---|---|---|---|---|---|---|
| Machinegun | Heckler and Koch | MP5SD3 | 9 | | | 63106832 |

8. Additional Information Pertaining to Firearm(s)
All firearm regulated within the purview of the National Firearms Act.

| 9. Signature and Title of Certifying Officer | 10. Signature and Title of Secondary Certifying Officer |
|---|---|
| WILLIAM SWIFT  Digitally signed by WILLIAM SWIFT  Date: 2022.12.15 12:09:54 -05'00' | JASON FRUSHOUR  Digitally signed by JASON FRUSHOUR  Date: 2022.12.15 12:36:27 -05'00' |
| Firearms and Explosives Specialist | Firearms and Explosives Specialist |

11. Signature and Title of Approving Official

David Howell  Digitally signed by David Howell  Date: 2022.12.15 13:28:35 -05'00'

Chief, Government Support Branch