**From:** Rob Williams <██████████>
**Sent:** Monday, August 2, 2021 7:26 AM
**To:** Brad Wendt <b-wendt@hotmail.com>
**Subject:** Fw: AK

Line item #3 is the AK I won . Can I please get a law letter for it? Thank you !!
Rob

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, August 2, 2021, 3:19 AM, ██████████ wrote:

> Line item #3 is what you won. Thanks.
>
> Peter

---

**From:** Brad Wendt <b-wendt@hotmail.com>
**To:** ██████████
**Subject:** Re: AK
**Sent:** Mon, 2 Aug 2021 21:30:38 +0000
mp5 letter (2).doc

says mp5 letter but ya know should be for the sporter

---

**From:** Rob Williams ██████████
**Sent:** Monday, August 2, 2021 4:44 PM
**To:** Brad Wendt <b-wendt@hotmail.com>
**Subject:** Re: AK

Lol I need the mp5 too!
Call the Logan chief



GOVERNMENT EXHIBIT
303
4:22-cr-199

**From:** Brad Wendt <b-wendt@hotmail.com>
**To:**
**Subject:** Re: AK
**Sent:** Mon, 2 Aug 2021 21:32:10 +0000
Image (3).jpg

ha well this one should be right

# CITY OF ADAIR
## Chief of Police Bradley Wendt
320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

**OFFICERS**
Mayor - John Larsen
City Clerk Randi Lehman
City Attorney John Fisher
City Advisor Clint Fichter

**COUNCIL**
Rick Stanley   Craig Wedemeyer
Kyle Irlmeier   Rick Hayes
Jeremy Gettler

August 21, 2021

Williams Contracting LLC
3091 370th Street
Manning Ia, 51455

Dear Williams Contracting LLC,

I am writing to request a formal demonstration of the Sporter (Full Auto) 7.62mm Machinegun, manufactured by IO Inc to be conducted for the Adair Police. Our agency would appreciate a detailed overview of the stated weapon to further determine if it is suitable for future purchase, and official use by the sworn officers within Adair Police Dept.

The Adair Police Department is requesting a demonstration of ONE (1) machinegun to test and evaluate.

The firearm requested for demonstration is ideal for the use by the Adair Police Department as it is similar in design to other approved weapons currently in use by our agency and surrounding agencies.

Respectfully,

*[signature]*

Chief Bradley Wendt
Adair Police Department