| | |
|---|---|
| **From:** | Brad Wendt <b-wendt@hotmail.com> |
| **Sent:** | Monday, April 19, 2021 1:02 PM |
| **To:** | |
| **Subject:** | Re: FFL License Notification Order - 11744566 on GunBroker.com |

i need a copy of there form you have so many going on I don't know which is which now.

---

**From:** Brad Wendt <b-wendt@hotmail.com>
**Sent:** Monday, April 19, 2021 12:56 PM
**To:** Rob Williams
**Subject:** Re: FFL License Notification Order - 11744566 on GunBroker.com

well fuck im busy too

---

**From:** Rob Williams
**Sent:** Monday, April 19, 2021 10:57 AM
**To:** Brad Wendt <b-wendt@hotmail.com>
**Subject:** Fw: FFL License Notification Order - 11744566 on GunBroker.com

They after me for that law letter?

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Monday, April 19, 2021, 10:41 AM, GunBroker. com FFL License Notification <automated@gunbroker.com> wrote:

Seller needs a copy of the FFL license



My GunBroker | Buy | Sell

## Request to Selected FFL for GunBroker.com Transaction

GunBroker.com Order Number: #11744566

GOVERNMENT EXHIBIT
304
4:22-cr-199

As the buyer, seller, or FFL Transfer Dealer, you are receiving notification providing information related to GunBroker.com transaction for Order Number #11744566

- Buyer Name: Robert Williams
- Buyer Email Address: ▮

- Order Number: 11744566
- Item Number: 895130490
- Item Title: PPSH41 Full-Auto Machine Gun.

- Seller Name: CCARMS
- Seller Email Address: ▮

At this time the buyer has not selected a preferred FFL Transfer Dealer.

**Robert Williams,**
In order for the seller to ship the purchased item, please select a preferred FFL Transfer Dealer to receive the item.
If you need to find an FFL Transfer Dealer, you may search our GunBroker.com FFL Network by selecting the ?Find An FFL? link located under the Buyer section of the GunBroker.com website footer.
Once you have selected a preferred FFL Transfer Dealer, please forward a copy of this notification and request they forward a completed, signed, and dated copy of his/her FFL to the seller randyp@collarcityauctions.com.
Also, please provide the Seller with your preferred FFL Transfer Dealer contact information.
**CCARMS,**
At this time, the Buyer has not selected a preferred FFL Transfer Dealer. Please monitor your email for communication for future correspondence referring to the transaction detailed above.
Thank you, and if you need additional help, please contact Customer Support.
You may wish to print or save this notification for future reference.
Thank you,
GunBroker.com