| Date | From | To | Message |
|---|---|---|---|
| 1/21/2019 | Bradley Wendt | Noah Schilling | Machine guns are worth bank money. Paid 4k for mp5sd can sell for 20k |
| 1/21/2019 | Noah Schilling | Bradley Wendt | Wow! How the fuck u do that |
| 1/21/2019 | Noah Schilling | Bradley Wendt | Where the fuck u buy that at for 4k |
| 1/21/2019 | Bradley Wendt | Noah Schilling | They don't make anymore bought thru PD checked it out wasn't what PD wanted so brad keeps it at bw |
| 1/21/2019 | Bradley Wendt | Noah Schilling | Build up bunch machine guns then once you retire or turn in your FFL you can sell them to any class three dealer but only then |
| 1/21/2019 | Bradley Wendt | Noah Schilling | Or just change name on ffl lol |
| 1/21/2019 | Bradley Wendt | Noah Schilling | Loop holes |
| 1/21/2019 | Bradley Wendt | Noah Schilling | Perfect legal ATF guy told me how to do it |
| 1/21/2019 | Noah Schilling | Bradley Wendt | Fucking smart! Well played good sir |
| 1/21/2019 | Bradley Wendt | Noah Schilling | Not too many chiefs have FFL too |
| 1/21/2019 | Noah Schilling | Bradley Wendt | You're the only one that I know of |
| 1/21/2019 | Bradley Wendt | Noah Schilling | Guy in Williamsburg did it forever but that idiot stopped paying taxes they bust him 500k fine |
| 1/21/2019 | Noah Schilling | Bradley Wendt | Hahaha have to pay taxes! That's why I just go ahead and pay the fucking Government taxes on my business side of shit and not trying to fuck the government because they'll figure it out and then you'll lose everything |



GOVERNMENT EXHIBIT
401
4:22-cr-199

| Date | From | To | Message |
|---|---|---|---|
| 1/21/2019 | Noah Schilling | Bradley Wendt | What all full Autos do you have at the shop that people can put their grubby fucking paws on |
| 1/21/2019 | Bradley Wendt | Noah Schilling | Mp5 saw and scar by May kris's this summer |
| 1/21/2019 | Noah Schilling | Bradley Wendt | Killer i want to shoot the kriss and mp5 side by side |
| 1/21/2019 | Bradley Wendt | Noah Schilling | Lol |

| Date | From | To | Message |
|---|---|---|---|
| 2/26/2019 | Rob Williams | Bradley Wendt | Figuring out how to get rich yet? |
| 2/26/2019 | Bradley Wendt | Rob Williams | Oh ya just bought 2 more mp5sd |
| 2/26/2019 | Bradley Wendt | Rob Williams | You sent a photo. |
| 2/26/2019 | Bradley Wendt | Rob Williams | You sent a photo. |
| 2/26/2019 | Rob Williams | Bradley Wendt | ðŸ'‚ |
| 2/26/2019 | Bradley Wendt | Rob Williams | Goin be machine gun Joe lol |

| Date | From | To | Message |
|---|---|---|---|
| 3/8/2019 | Bradley Wendt | Mike Bremser | Find someone wanting my extra mp5sd |
| 3/8/2019 | Bradley Wendt | Mike Bremser | 7k I'll write demo letter |
| 3/8/2019 | Mike Bremser | Bradley Wendt | You got 3? |
| 3/8/2019 | Bradley Wendt | Mike Bremser | Ya |

| Date | From | To | Message |
|---|---|---|---|
| 2/9/2021 | Bradley Wendt | Anthony Harris | If your into machine guns I have shit ton those but you'll need ffl/sot |
| 2/9/2021 | Anthony Harris | Bradley Wendt | For sure, what's a select fire mp5 go for? |
| 2/9/2021 | Bradley Wendt | Anthony Harris | 6500 mp5sd |
| 2/9/2021 | Anthony Harris | Bradley Wendt | Right on thank you |
| 2/9/2021 | Anthony Harris | Bradley Wendt | Ppsh41? |
| 2/9/2021 | Bradley Wendt | Anthony Harris | No have ma duece scar mp5s mp7s g36s commandos vectors saws mk 48 mk46 |
| 2/9/2021 | Anthony Harris | Bradley Wendt | Saw $ ? |
| 2/9/2021 | Bradley Wendt | Anthony Harris | 20k |
| 2/9/2021 | Anthony Harris | Bradley Wendt | Mind if I let a buddy know too? |
| 2/9/2021 | Bradley Wendt | Anthony Harris | I don't care we rent them all at our gun range in Denison anyone can shoot them |