

GOVERNMENT
EXHIBIT
401A
4:22-cr-199