| Date | From | To | Message |
|---|---|---|---|
| 1/21/2019 | Bradley Wendt | Noah Schilling | I ordered real deal full auto |
| 1/21/2019 | Bradley Wendt | Noah Schilling | I'm building machine gun arsenal |
| 1/21/2019 | Noah Schilling | Bradley Wendt | That would be so badass, U got all the cool shit! |
| 1/21/2019 | Bradley Wendt | Noah Schilling | This chief police jig is awesome |
| 1/21/2019 | Bradley Wendt | Noah Schilling | Send machine guns to my own gun store lol |
| 1/21/2019 | Noah Schilling | Bradley Wendt | Hahaha! Yea a chief of police gig would be pretty awesome if you had a money making gun store. The chief pay isnt real great |
| 1/21/2019 | Bradley Wendt | Noah Schilling | Just need the title |

| Date | From | To | Message |
|---|---|---|---|
| 4/18/2019 | Matthew Stringham | Bradley Wendt | I didn't know that you were Police Chief in Adair ? |
| 4/18/2019 | Bradley Wendt | Matthew Stringham | How u hear thst |
| 4/18/2019 | Matthew Stringham | Bradley Wendt | Lol, I was in Guthrie last week turkey hunting and heard that. |
| 4/18/2019 | Bradley Wendt | Matthew Stringham | Aww. Got two years left on my ipers figured better finish it. 25k for two ten hour shifts a week and free dental health vision insurance. I can be bored for that |
| 4/18/2019 | Bradley Wendt | Matthew Stringham | And chief status let's me sign for machine guns for my indoor range. Win win |

GOVERNMENT EXHIBIT 402 4:22-cr-199

| Date | From | To | Message |
|---|---|---|---|
| 8/17/2020 | Bradley Wendt | Joey Munn | I just ordered ma duece lol they just keep getting bigger |
| 8/17/2020 | Joey Munn | Bradley Wendt | ok, now I'm jealous |
| 8/17/2020 | Joey Munn | Bradley Wendt | its probably a good thinkg I dont have my ffl and or 02/07 |
| 8/17/2020 | Bradley Wendt | Joey Munn | Lol ya couple ffls and being chief of police there's no limit to what you can get. That's bad combo cause they just get more expensive |

| Date | From | To | Message |
|---|---|---|---|
| 8/20/2020 | Neal Cooley | Bradley Wendt | You gonna be chief at LV? |
| 8/20/2020 | Bradley Wendt | Neal Cooley | Hopefully. Mayor asked me to turn in app. I said I had already planned on it. He said good. So we'll see |
| 8/20/2020 | Neal Cooley | Bradley Wendt | Good! Will u still do Adair too? Not enough hours in the day is there? |
| 8/20/2020 | Bradley Wendt | Neal Cooley | This my last year two jobs if I don't get lv chief I'll quit just do Adair. If I get lv I'll quit Adair it's one or other. |
| 8/20/2020 | Bradley Wendt | Neal Cooley | Gotta be chief tho for machine guns so we'll see |

| Date | From | To | Message |
|---|---|---|---|
| 10/8/2020 | Bradley Wendt | Matt Nicholson | I know. I can get demo letter now but I wanna quit so wanna get it done it next 6 months. I'm about done at PD too tired 100 hr weeks suck |
| 10/8/2020 | Bradley Wendt | Matt Nicholson | Life busy but fml I'm tired |
| 10/8/2020 | Matt Nicholson | Bradley Wendt | Yeah fuck all that - you gotta leave yourself more time to swim in all that money!! |
| 10/8/2020 | Bradley Wendt | Matt Nicholson | I want mini tho lol |

| Date | From | To | Message |
|---|---|---|---|
| 9/26/2021 | Bradley Wendt | Corey Soriano | Any machine guns? |
| 9/26/2021 | Corey Soriano | Bradley Wendt | We can make them, you gotta know someone with power in LE office |
| 9/26/2021 | Bradley Wendt | Corey Soriano | Lol I'm chief of police bitch |
| 9/26/2021 | Bradley Wendt | Corey Soriano | I have about 50 already need more |
| 9/26/2021 | Bradley Wendt | Corey Soriano | I love full autos |

| Date | From | To | Message |
|---|---|---|---|
| 2/1/2022 | Bradley Wendt | Don Powless | I retire in December. Did couple years in Iraq with bw |
| 2/1/2022 | Bradley Wendt | Don Powless | Glad I got year left buying many machine guns as I can bailing |