| Date | From | To | Message |
|---|---|---|---|
| 11/10/2020 | Bradley Wendt | Tory Cudaback | He loves guns but who doesn't. My belt fed 50bmg came today full auto goin on hunmer |

| Date | From | To | Message |
|---|---|---|---|
| 11/10/2020 | Bradley Wendt | Michael David | My ma duece came in today |
| 11/10/2020 | Michael David | Bradley Wendt | Full auto, not semi garbage. Lol |
| 11/10/2020 | Bradley Wendt | Michael David | Full auto 30k |

GOVERNMENT EXHIBIT
403
4:22-cr-199