| Date | From | To | Message |
|---|---|---|---|
| 11/14/2019 | Bradley Wendt | Christopher Ignatius Granville Goodall | Chris, Brad here from bw since pro force closed I've been actually getting quite few machine guns le demo's you have anyone in those areas you know yet? I got mp5, scar,saw, HK 416 mp7 g36 and m4 commando. But really thinking maybe duece or Dillion aero mini gun. Do you know where or who would do those? |

| Date | From | To | Message |
|---|---|---|---|
| 12/9/2020 | Bradley Wendt | Marc Khnanisho | Hey just quick question I ha na duece mk46 and 48 and saw several other machine guns but I can't find anyone to sell mini gun. I'm Chief of police and have couple guns stores so I can do demo letter but dilon said they aren't interested as they don't believe ATF would approve I have hummer with turret but not getting anywhere to find mini gun? Can you let me know how you got yours? |
| 12/9/2020 | Marc Khnanisho | Bradley Wendt | I build it |
| 12/9/2020 | Marc Khnanisho | Bradley Wendt | Hardest part is getting the proper parts. Took me years and boy is it fucking expensive. |
| 12/9/2020 | Bradley Wendt | Marc Khnanisho | Hmmm well shit. You a class 7? Wanna make another? |
| 12/9/2020 | Marc Khnanisho | Bradley Wendt | Yea, 07/02 If You have the money for it we can talk |
| 12/9/2020 | Bradley Wendt | Marc Khnanisho | Well do you consider expensive lol everyone is different I already have shit load machine guns. |
| 12/9/2020 | Marc Khnanisho | Bradley Wendt | I have over 100k into my mini gun. |
| 12/9/2020 | Marc Khnanisho | Bradley Wendt | It's all dillon parts and all the spares. A shitty GE gun is gonna run you easy 60k + |
| 12/9/2020 | Bradley Wendt | Marc Khnanisho | How long take ya to get it done? |

GOVERNMENT EXHIBIT
404
4:22-cr-199

| Date | From | To | Message |
|---|---|---|---|
| 12/9/2020 | Marc Khnanisho | Bradley Wendt | Who knows man. Not like alerts are just sitting around ready to buy. Gonna be lots of hunting |
| 12/9/2020 | Bradley Wendt | Marc Khnanisho | I wouldn't mind wait just curious if dilon is correct and ATF say no. Don't know why they would I have every other gun made |
| 12/9/2020 | Marc Khnanisho | Bradley Wendt | Dillon won't sell Period. They're local to me and I know them very well |
| 12/9/2020 | Marc Khnanisho | Bradley Wendt | They won't even sell small parts. Me too. I got it all. |
| 12/9/2020 | Bradley Wendt | Marc Khnanisho | Suppose get receiver get it approved first? Would that be way to go? |
| 12/9/2020 | Marc Khnanisho | Bradley Wendt | They don't care who you are. Unless you're a gov contract, get lost |
| 12/9/2020 | Marc Khnanisho | Bradley Wendt | Inca find you whatever and you'll form2 the rotar housing |
| 12/9/2020 | Bradley Wendt | Marc Khnanisho | I'd be interested in getting it done. |
| 12/9/2020 | Bradley Wendt | Marc Khnanisho | No difference than building hot rod |
| 12/9/2020 | Marc Khnanisho | Bradley Wendt | Well I'll do a little talk and get some stuff rolling if you're serious. |
| 12/9/2020 | Bradley Wendt | Marc Khnanisho | Ya see if we can get it done. I'll need tax deduction this year with way guns selling for sure |
| 12/9/2020 | Marc Khnanisho | Bradley Wendt | Send me your FFL/SOT please |
| 12/9/2020 | Bradley Wendt | Marc Khnanisho | What's your email |
| 12/9/2020 | Marc Khnanisho | Bradley Wendt | Azmachinegunord@gmail.cop |
| 12/9/2020 | Marc Khnanisho | Bradley Wendt | .com** |
| 12/9/2020 | Marc Khnanisho | Bradley Wendt | Found a mini |

| Date | From | To | Message |
|---|---|---|---|
| 12/15/2020 | Marc Khnanisho | Bradley Wendt | 1200 round can, feed chute, and a mounted/ vertical arm. Kit includes: Rotor, Bolts, bearings, gears, studs/nuts, feeder, Skurka motor and gear head, GCU, spade, cables, tracks, barrels, barrel support, rear support, guide bar, top cover, safing sector. I can get a Titanium 3D printed housing for completion. The housing is the registered component. All components on build are GE/Crane. $75k plus freight (will be around 1500-2k for shipping) |
| 12/15/2020 | Marc Khnanisho | Bradley Wendt | I also have two spare sets of bolts. (1) set of used GE bolts for $4500 (1) set of new Garwood refurb GE bolts $5500 I also have a new gen Dillon blade safing sector for $4000 |
| 12/15/2020 | Bradley Wendt | Marc Khnanisho | What's housing run? Do you think ATF would deny a demo letter for one? Best to get registered part first to be sure? |
| 12/15/2020 | Marc Khnanisho | Bradley Wendt | That's the price with the housing |
| 12/15/2020 | Bradley Wendt | Marc Khnanisho | Oh all comes together? |
| 12/15/2020 | Marc Khnanisho | Bradley Wendt | Who knows. That's the gamble…that's the hard part. It's being sold the way it is. Yessir that's a complete gun ready to go. Approval all depends on how your letter is stated etc. |
| 12/15/2020 | Marc Khnanisho | Bradley Wendt | What's the basis of your company? You're 07/02? |
| 12/15/2020 | Bradley Wendt | Marc Khnanisho | O1/03 haven't sent 07 in. Think that would make difference? They didn't have any trouble with deuce |
| 12/15/2020 | Marc Khnanisho | Bradley Wendt | Mmm…it might. |
| 12/15/2020 | Bradley Wendt | Marc Khnanisho | Most examiners don't even know what they are looking at long as it's all done correctly |
| 12/15/2020 | Marc Khnanisho | Bradley Wendt | Yea..if they call and give you a hard time, just stick up for yourself. By law, you can demo whatever you want. And it's all On the up n up. |

| Date | From | To | Message |
|---|---|---|---|
| 12/15/2020 | Bradley Wendt | Marc Khnanisho | I know did that with first couple. Then nfa chief gsve me his number haven't had an issue since. Too many chiefs stop doing them get scared |
| 12/15/2020 | Marc Khnanisho | Bradley Wendt | Exactly. |
| 12/15/2020 | Bradley Wendt | Marc Khnanisho | So about 77k to get rolling? |
| 12/15/2020 | Marc Khnanisho | Bradley Wendt | If you decide you wanna upgrade for, I can help with getting new gen Dillon stuff. Very expensive though. |
| 12/15/2020 | Bradley Wendt | Marc Khnanisho | So registered part always be same? |
| 12/15/2020 | Marc Khnanisho | Bradley Wendt | Yessir. I HIGHLY suggest you get thr spare bolts and safing sector. |
| 12/15/2020 | Bradley Wendt | Marc Khnanisho | Dillion or ge |
| 12/15/2020 | Marc Khnanisho | Bradley Wendt | Yep, it's always the rotor housing |
| 12/15/2020 | Bradley Wendt | Marc Khnanisho | Gotcha |
| 12/15/2020 | Marc Khnanisho | Bradley Wendt | The GE bolts and Dillon safing sector. Mini gun let's are extremely difficult to get and you're gonna want as much spares as you can get. I have nearly 170k total into my gun with spares etc etc etc. |
| 12/15/2020 | Bradley Wendt | Marc Khnanisho | Gotcha. Everything fun high maintenance |
| 12/15/2020 | Marc Khnanisho | Bradley Wendt | Yep! |
| 12/15/2020 | Marc Khnanisho | Bradley Wendt | Just need your law letter, I'll I voice and you're set to get her rolling |
| 12/15/2020 | Bradley Wendt | Marc Khnanisho | Any specific way you think I should word it? |
| 12/15/2020 | Marc Khnanisho | Bradley Wendt | Lemme think about that... |
| 12/15/2020 | Marc Khnanisho | Bradley Wendt | I can't think of any legit reasoning...that's the tricky part with mini guns. If you were an 07/02, you could just file form2 and not even worry about a letter where you are the manufacturer |

| Date | From | To | Message |
|---|---|---|---|
| 12/15/2020 | Marc Khnanisho | Bradley Wendt | Let me know, I have another customer looking at it. If it sells, he has one other kit, same thing but the housing is his newest gen to you in construction, little different and that fun is $85k, last kit he has |
| 12/15/2020 | Marc Khnanisho | Bradley Wendt | Ok, I think I have a solution |
| 12/15/2020 | Bradley Wendt | Marc Khnanisho | No reason for deuce either lol I can use that letter change model. Or get 07 paperwork |
| 12/15/2020 | Marc Khnanisho | Bradley Wendt | He's gonna make the model something obscure, DTV Tactical Innovations DTV6T7 7.62x51 Rather than "M134" |
| 12/15/2020 | Marc Khnanisho | Bradley Wendt | The model won't even relate to M134. |
| 12/15/2020 | Bradley Wendt | Marc Khnanisho | That pry work. |

| Date | From | To | Message |
|---|---|---|---|
| 2/21/2022 | Jay Anderson | [posted comment] | What would a minigun cost? |
| 2/21/2022 | Bradley Wendt | @Jay Anderson | 125K |
| 2/21/2022 | Bradley Wendt | @ Jay Anderson | Mine supposed to be here by April for machine gun shoot you can come try it April 16 |