| Date | From | To | Message |
|---|---|---|---|
| 12/4/2020 | Bradley Wendt | Keith Romp | we are putting big machine gun shoot together in March for my gun store if I get you an ad for it can you post it? It's in March I have everything from ma duece to p90 m60 mk48 46 saw scars about 30 machine guns guys can shoot. Ammo manufacturer goin be there just regular man day. |

| Date | From | To | Message |
|---|---|---|---|
| 1/28/2022 | Bradley Wendt | Iowa pew pew | Machine gun shoot sponsored by BW outfitters and Williams contracting. April 16th 2022 woodbine Iowa. Mp7, m60, hk 416, p90, Dillion mini gun, ma duece, mk46, mk48, Steyr Aug, scar 16, saw, tommy gun, f2000, g36 and many more. |

| Date | From | To | Message |
|---|---|---|---|
| 2/22/2022 | Stacey Murray Firch | Bradley Wendt | What does it cost to come shoot that mp7? |
| 2/22/2022 | Bradley Wendt | Stacey Murray Firch | 25 |
| 2/22/2022 | Stacey Murray Firch | Bradley Wendt | That's cheap, ok |
| 2/22/2022 | Bradley Wendt | Stacey Murray Firch | It's fun |

| Date | From | To | Message |
|---|---|---|---|
| 4/6/2022 | Christian Flores | Bradley Wendt | What are the pews on the menu next saturday if wether permits |
| 4/6/2022 | Bradley Wendt | Christian Flores | Scar p90 m duece m5 saw 240 249 m4 mp7 Barrett g36 416 over 30 choice |



GOVERNMENT EXHIBIT
405
4:22-cr-199