**Bradley Wendt**
February 22

Come shoot mp7 😎 April 16th

