

**Bradley Wendt CHEIF O...**
Mobile

7/19/18 7:16 PM

Marcumfirearms@yahoo.com

7/19/18 7:35 PM

Sent letter just let me know

I'll look over your letter. It looks pretty good but it needs a few other things. I sent you a demo letter example. Give me a call and I'll let you know what it needs to have.

7/26/18 9:12 PM

Class 3 Firearms, NFA & Destructive Devices
Machine Guns



1 of 5

HECKLER AND KOCH MP5-SD3 POST SAMPLE MACHINE GUN




Type a message...



GOVERNMENT EXHIBIT
501
4:22-cr-199

...things. I sent you a demo letter example. Give me a call and I'll let you know what it needs to have.

7/26/18 9:12 PM

Class 3 Firearms, NFA & Destructive Devices / Machine Guns


1 of 5

HECKLER AND KOCH MP5-SD3 POST SAMPLE MACHINE GUN

MP5SD3 WARRANTY 9MM 1 MAG H&K NO RES! 4 POSITION

 

marcum-firearms  A+(879)
Add Favorite Seller | Seller's Other Items



Used Condition
FFL is required

Just to be clear this is one I'm sending for correct?

Yes 



**Bradley Wendt CHEIF O...** Mobile

> Yes sir

Sweet

*7/27/18 3:04 PM*

Checks in mail

*7/27/18 3:38 PM*

> I'll keep my eye out for it

Couple weeks is all approval takes?

*7/27/18 4:12 PM*

> Yes sir

Copy

*8/17/18 3:26 PM*

That tracking you gave me says delivered signed by Koch

**Bradley Wendt CHEIF O...**
Mobile

8/17/18 3:26 PM

That tracking you gave me says delivered signed by Koch

Sorry wrong number

8/17/18 3:31 PM

No worries

9/18/18 9:33 AM

Hey when you get a chance give me a call. I wanted to talk to you about that ammo order. Thanks

Ok it'll be bit in court Last couple days pry around 11am today

Ok thanks bro

10/1/18 3:00 PM

I'm in firearms class all week whats up

**Bradley Wendt CHEIF O...**
Mobile

10/1/18 3:00 PM

I'm in firearms class all week whats up

I just seen if you had an opportunity to talk to that guy yet. Had a few ideas how to make some good money for both of us. Hit me up sometime later when you're done with your class this weekend.

Ok sounds good

Have a good one bro

Copy

10/29/18 10:19 AM

Are you back from vacation? Also would you be able to do some law enforcement letters for me? Thanks bro

10/29/18 10:40 AM

Type a message...

**B Mobile**

10/29/18 10:40 AM

Ya just got back can you email templates I'll put them on letterhead

Okay cool. It'll be later today. I appreciate your help bro

I'm sure it will benefit us both

Oh I definitely will. We're going to make some money. Lol

10/29/18 5:29 PM

I just emailed you that law enforcement letter. Call sometime when your free. Thanks

Copy

10/31/18 4:31 PM

You free to cha

Type a message...

US v Wendt - Govt Ex 501
Page 6 of 40

11:21

**Bradley Wendt CHEIF O...**
Mobile

10/31/18 4:31 PM

You free to chat?

10/31/18 4:45 PM

Sorry I was on the other line with the NFA Branch. Call me back when you get a chance thanks

11/5/18 10:54 AM

Hey apparently ATF wants me to update my format on my law forcement letters. Apparently my wording is a little bit wrong. Would it be okay if updated my letter? And send them back over?

Did you get the ones I mailed Friday already?

No I did not. I've used this format on another transfer. And they just let me know that it was wrong. The funny thing is is I've been using this format for over a year. And now

US v Wendt - Govt Ex 501
Page 7 of 40

**Bradley Wendt CHEIF O...**
Mobile

> No I did not. I've used this format on another transfer. And they just let me know that it was wrong. The funny thing is is I've been using this format for over a year. And now they want me to have to updated. LOL

*11/5/18 11:05 AM*

> I forgot to include the words that you are interested in potentially buying. Is it okay if I send the updates to you?

Sure

Ok thanks bro

> One last thing how many people are in your department?

Certified guys full and part time total six

US v Wendt - Govt Ex 501
Page 8 of 40

**Bradley Wendt CHEIF O...**
Mobile

> Ok thanks

*11/5/18 11:16 AM*

I'm going to send you an additional letter for my other license. But I only plan on using it to get one other weapon on it.

I just sent them over. Have a great day bro

*11/7/18 3:15 PM*

Do you mind if I give you a call real quick? Thanks

That's fine

*11/21/18 10:58 AM*

Did you get a chance to send out those new letters? Thanks

*11/21/18 11:16 AM*

US v Wendt - Govt Ex 501
Page 9 of 40

**Bradley Wendt CHEIF O...**
Mobile

11/21/18 11:16 AM

Shit I knew I forgot something

No worries.

I'll get it

Ok .thanks bro

11/28/18 3:19 PM

Letters in mail

11/28/18 3:32 PM

Did you snail mail it to me? Or email it to me? Because I don't see it in my email? Thanks

11/28/18 3:41 PM

Mailed orginal signed copies

11/28/18 3:58 PM

Ok thanks. I'll keep an eye out for it.

Type a message...

US v Wendt - Govt Ex 501
Page 10 of 40

11/28/18 3:58 PM

Ok thanks. I'll keep an eye out for it. Thanks bro

12/9/18 5:36 PM

Mp5 in 40sw with stock post sample worth 2700? That good deal?

12/11/18 1:59 PM

Hey give me a call later when you're free. Thanks

12/11/18 3:32 PM

Hey did you also notice they were pissed off that the demonstration request included that you wanted to familiarize yourself with the weaponry.

Ya isn't that the point

Fuckin idiots

Type a message...

US v Wendt - Govt Ex 501
Page 11 of 40

**Bradley Wendt CHEIF O...**
Mobile

Ya isn't that the point

Fuckin idiots

> That's what I'm saying. Their reason they're doing that is to entrap people. That's why I put it in there for protection of you and me. I was hoping that would show their cards and true intention. Looks like it worked pretty well

I'm sure it scares off lots Chief's they just say isn't worth hassle.

> Dude I'm willing to play their game! And I'm sure you don't mind either! My attorney said they're going to get sued and end up losing at some point. But I don't have the money for that. I'm just consolidating a bunch of dealers to do what we can to start a civil suit.

Government bad as game wardens

US v Wendt - Govt Ex 501
Page 12 of 40

> Government bad as game wardens in Iowa

Lol

12/12/18 1:01 PM

> Hey I sent you a email with what to send to NFA Branch. Give me a call once you get a chance to look it over . thanks bro

12/12/18 4:02 PM

> Hey would you be willing to forward me that email you sent to NFA branch? That way I have it for my records.

Sure

Thanks bro

12/14/18 11:32 AM

> Hey just a reminder. Can you send

US v Wendt - Govt Ex 501
Page 13 of 40

**Bradley Wendt CHEIF O...**
Mobile

12/14/18 11:32 AM

Hey just a reminder. Can you send me that email from your sent box that you've sent to nfa. Thanks

Shit thought I did

I'll do it now

Thanks bro

Shit I sent it from Adair email I'm at different PD today I'll see if one guys are at office

Ok thanks

12/17/18 2:13 PM

I just got the email. Thanks bro. Have a great day

12/19/18 2:57 PM

Hey you'll probably get a phone

**Bradley Wendt CHEIF O...**
Mobile

12/19/18 2:57 PM

Hey you'll probably get a phone call from ATF in the next day or so. For my Marcum MFG company. It should be a G36ke or G36KE1 model.

12/19/18 3:08 PM

Ok

Thanks
Have a good one bro

1/3/19 2:18 PM

ATF called again they just asked this for u yep ok lol

Ok cool. Thanks bro

1/3/19 2:25 PM

Can I order fn scar from you for PD send to my shop? Davidson's isn't doing class iii right now

US v Wendt - Govt Ex 501
Page 15 of 40

**Bradley Wendt CHEIF O...**
Mobile

doing class iii right now

 Midwest Gun Works 203 John Warden
6364757300

John Warden extension 203 tell him I sent you

Copy

1/15/19 12:07 PM

Hey can I send you over a couple letters to sign? Thanks

Ya

Ok cool. Hey if you could do me a favor. If for some reason the print is too big to fit it all on one page with your signature please reduce it. ATF doesn't like having two pages. thanks bro

US v Wendt - Govt Ex 501
Page 16 of 40

pages. thanks bro

Ok

1/15/19 12:52 PM

I made the updates you asked for. I just sent them back over. Let me know if you need anything else.

Copy I'll mail em back

Thanks bro.

Oh hey do you have a quick second I can call you?

Sure

1/16/19 2:10 PM

Mailed em

Awesome thanks bro

1/18/19 11:19 AM

US v Wendt - Govt Ex 501
Page 17 of 40

1/18/19 11:19 AM

ATF will be calling you about my license Marcum MFG on a MP7-A2. Have a great weekend bro

1/18/19 11:30 AM

Lol copy

1/22/19 4:05 PM

Hey you got a minute to talk bro? Thanks

Just boarded plane to show

You and everybody else. LOL I know a ton of people going. Let me know when you're off the plane. Thanks

Land 420 Vegas time tonight just drinks food on Davidson's so won't be too busy

US v Wendt - Govt Ex 501
Page 18 of 40

be too busy

Cool deal. Have a safe flight bro

2/19/19 2:44 PM

Please give me a call when you're free bro

2/22/19 11:13 AM

Hey I found you in mp5sd. Also I got you the direct number for the person that disapprove the MP7. His name is Jason 304 616 4535

Copy how can I get mp5

And I'll call this guy they haven't emailed back yet

2/22/19 11:26 AM

He says ya sorry it's coming thru again

I don't think there will be any issue

Type a message...

I don't think there will be any issue

2/26/19 10:24 AM

Hey I finally got in touch with the guy that has those MP5SDs. He's going to send me some pictures today. Also looks like they approved the MP7 finally.

In a class today

Good deal

No need to call me bro. Just giving you a heads up. I'll send you the pictures once I get them. Apparently these guns have less than a thousand rounds on them or so. He keeps saying they're like new.

2/26/19 10:31 AM

Perfect

2/26/19 11:45 AM