**Bradley Wendt CHEIF O...**
Mobile

2/26/19 11:45 AM







He has five?

**Bradley Wendt CHEIF O...**
Mobile

> He has five?

> He go down?

He has three left. One for me two for you. If I buy all three we get a Deeper Discount. It brings them down to $3,300 a piece

So that saves you $200 per gun.

> Ok

> I'll do it

Okay I'll let the guy know. Give me a call when you're free. Thanks



US v Wendt - Govt Ex 501
Page 22 of 40



Bradley Wendt CHEIF O...
Mobile

We can do $9900 for 3 and I'll throw in slings

11:50 AM

I'll take all three. Give me a call. Thanks

This is so you can see what he said.

Ok

2/27/19 12:23 PM

I am sending out payment for the 3 MP5s today. Please send me a call payable to johnathan Marcum.

Here is my address
18224 Marcum LN, Laurel, IN, 47024

US v Wendt - Govt Ex 501
Page 23 of 40

**Bradley Wendt CHEIF O...**
Mobile

47024

6600.00?

Yes sir

2/28/19 2:35 PM

U goin sell that mp5sd u just bought?

putting it in my inventory for When I close my license in a year or more

Good idea

3/5/19 4:49 PM

Give me a call when you're free bro. Thanks

3/5/19 5:05 PM

Voicemail

3/5/19 6:14 PM



**Bradley Wendt CHEIF O...**
Mobile

3/5/19 6:14 PM

Royce said sure he liked get couple rifle for his squad cars

3/5/19 6:56 PM

Nice. I'll have to make a list of things to get. Thanks bro

3/7/19 10:41 AM

ATF being a tool again. I don't even have an M249 yet in this license.

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

Control Number: 2019136299

## Reasons For Disapproval

PROVIDE LETTER JUSTIFYING REQUEST FOR MULTIPLE PS90, FN M249 & FN SCAR RESTRICTED 922(O) MODEL FIREARMS




**and Registration to Special Occupational Taxpayer (National Firearms Act)**

ATF Control Number: 2019136299

**1. Transferee's Name and Address** *(as they appear on the Federal Firearms License, including trade name, if any)*

MARCUM MFG LLC
18224 MARCUM LN
LAUREL, IN 47024, UNITED STATES

To be submitted in duplicate by transferor of firearm

To: National Firearms Act Branch
Bureau of Alcohol, Tobacco, Firearms and Explosives
244 Needy Road, Martinsburg, WV 25405

**2b. Transferor's Telephone Number and Area Code:** 803-736-0522x415

☐ Sole Proprietor   ☐ Partnership   ☐ Corporation

**2a. Transferor's Name And Address** *(as they appear on the Federal Firearms License, including trade name, if any)*

FN AMERICA, LLC
FNH USA/FN
797 OLD CLEMSON ROAD
COLUMBIA, SC 29229, UNITED STATES

☐ Sole Proprietor   ☐ Partnership   ☐ Corporation

The above-named and undersigned transferor and special (occupational) taxpayer hereby makes application as required by Section 5812 of the National Firearms Act for transfer, without payment of tax, and register the firearm described below to the (special) occupational taxpayer identified as the transferee in this application.

**3. Description of Firearm** *(Complete items a through h, if applicable)*

| a. Name and Address of Manufacturer and/or Importer of Firearm | b. Type of Firearm (See instruction 1c) | c. Caliber, Gauge or Size (Specify) | d. Model | | |
|---|---|---|---|---|---|
| FN AMERICA, LLC / FNH USA (VA & SC) | MACHINEGUN | 5.56 | M249SAW | | |
| | | | E. Length (Inches) | E. Of Barrel | F. Overall |
| | | | | 20.5 | 40.75 |
| | | | g. Serial Number: C14327 | | |

h. Additional Description or Data Appearing on Firearm (Attach additional sheet if necessary)

**4. Transferee's Federal Firearms License** (Give complete 15-digit number) (See instruction 2b)

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 435047 | 07 | 1J | 08087 |

**5. Transferee's Special (Occupational) Tax Status**
a. Employer Identification Number: 825403160
b. Class: CLASS 2 - MANUFACTURER OF FIREARMS

**6. Transferor's Federal Firearms License** (Give complete 15-digit number) (See instruction 2b)

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|
| 157079 | 10 | 1M | 02581 |

**7. Transferor's Special (Occupational) Tax Status**
a. Employer Identification Number: 202006285
b. Class: CLASS 2 - MANUFACTURER OF FIREARMS

**8. Consent to Disclosure of Information to Transferee** (See instruction 8) I **do** or **do not** (circle one) authorize ATF to provide information relating to this application to the above-named transferee.

I believe I am entitled to exemption from payment of the transfer tax imposed by Section 5811, National Firearms Act (NFA), on the firearm described above because the transferee named herein is qualified under the NFA to manufacture, import or deal in that type of firearm.

UNDER PENALTIES OF PERJURY, I DECLARE that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete.

**9. Original Signature of Transferor (or authorized official):** DIGITALLY SIGNED

**10. Name and Title of Authorized Official** (Print or type): BOBBI J HAMELINCK, SN LICENSING ADMINISTRATOR

**11. Date:** 02/28/2019

*The Space Below is for the Use of the Bureau of Alcohol, Tobacco, Firearms and Explosives*

By Authority of the Director, this Application has been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee Are:

☐ Approved (with the following conditions, if any)

☒ Disapproved For the following reasons:
SEE THE ATTACHED PAGE FOR THE REASON FOR THE DISAPPROVAL

Authorized ATF Official: *Jeffrey S. Wojcik*

Date: 03/06/2019

ATF Form 3 (5320.3)
Revised October 2004

**Bradley Wendt CHEIF O...**
Mobile

Jesus WTF

These people

Do you mind if I call you real quick?

That's fine

3/7/19 10:51 AM

David.howell@atf.gov

Thanks bro

3/11/19 10:28 AM

Unbelievable





**Bradley Wendt CHEIF O...**
Mobile

3/11/19 10:28 AM

Unbelievable



I called him one these you have to contact him I can only agrue letters not tax form it's tax law he says WTF

I guess I'll give him a call.

Type a message...

US v Wendt - Govt Ex 501
Page 30 of 40



## Disapproved NFA Police Demo   Inbox ×

**Adair Police**
David, I recently found out that I had a disapproval on one of my letters, ATF control number 2019136299. Was

**Howell, David** <David.Howell@usdoj.gov>
to me ▾

Good morning,

Due to privacy concerns this may only be discussed with the transferee or transferor on the transaction.

David L. Howell
Branch Chief
Government Support Branch
National Firearms Act Division
244 Needy Road
Martinsburg WV 25405
Direct Line – 304-616-4546
Fax – 304-616-4501

...

↩ Reply      ➡ Forward

**Bradley Wendt CHEIF O...**
Mobile

I called him one these you have to contact him I can only agrue letters not tax form it's tax law he says WTF

I guess I'll give him a call.

Copy

3/12/19 7:21 PM

What was fn scar guys number I need call him tomorrow on scars

Midwest Gun Works 203
John Warden
6364757300

Thanks

No problem bro

3/13/19 2:05 PM

Hey I got your check. Did you ship out the law enforcement letter

Type a message...

**11:25**      4G 98%

**Bradley Wendt CHEIF O...**
Mobile

3/13/19 2:05 PM

Hey I got your check. Did you ship out the law enforcement letter separately? Thanks

Yes separate

Ok cool.

3/13/19 2:18 PM

When we need to get those letters for mp5sd?

3/19/19 10:39 AM

ATF stop by to visit me yesterday. That was fun. Call me when you're free.

Copy at dentist call ya when I'm done

3/19/19 11:14 AM

Type a message...

US v Wendt - Govt Ex 501
Page 33 of 40

**Bradley Wendt CHEIF O...**
Mobile

3/19/19 11:14 AM

Ok thanks

3/30/19 4:15 PM

http://www.sturmgewehr.com/forums/index.php?/topic/13481-huge-factory-no-law-letter-mgs-fn-hk-iwi-sig/

Should put em on GunBroker gets most views

4/10/19 4:51 PM

| 63-106832 | | MACHINE GUN | MP5SD3 |
| 63-106833 | | MACHINE GUN | MP5SD3 |
| 63-106834 | | MACHINE GUN | MP5SD3 |

US v Wendt - Govt Ex 501
Page 34 of 40

| 63-106832 | | MACHINE GUN | MP5SD3 |
| 63-106833 | | MACHINE GUN | MP5SD3 |
| 63-106834 | | MACHINE GUN | MP5SD3 |

[Screenshot of a text message conversation on a mobile phone showing an ATF Application for Tax Exempt Transfer and Registration of Firearm form between City of Adair and Pennsylvania Department of Corrections for an MP5SD3 submachine gun.]

5/15/19 2:01 PM

Any progress on mp5sd ?

5/15/19 3:46 PM

 Kyle Sons Of Liberty Gun Works
+1-210-213-1710

He is in charge. Can you give him a call?

Type a message...

OMB No. 1140-0015 (03/31/2014)

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Application for Tax Exempt Transfer and Registration of Firearm

| ATF Control Number | SUBMIT in DUPLICATE to: | National Firearms Act Branch, Bureau of Alcohol, Tobacco, Firearms and Explosives, 244 Needy Road, Martinsburg, WV 25405 |
|---|---|---|

**2a. Transferee's Name and Address** (Include trade name, if any) (See Instruction 2)

CITY OF ADAIR
320 AUDUBON STREET
ADAIR, IA 50002

**2b. County:** ADAIR

**1. Type of Transfer, Tax Exempt**
I Believe That I am Entitled to Exemption From the Payment of the Transfer Tax Imposed By Section 5811 (26 U.S.C. Chapter 53) on the Firearm Described Herein for the Following Reason (See Instruction 2h):

☐ Firearm is Unserviceable and is Being Transferred as a Curio or Ornament
☒ Firearm is Being Transferred to or from a Government Entity
☐ Firearm is Being Transferred to a Lawful Heir
☐ Other (Specify) _____

**3a. Transferor's Name and Address** (Include trade name, if any) (Executors: see Instruction 2)

Pennsylvania Department of Corrections
301 Morea Road
Frackville, PA 17932

**3b. Transferor's Telephone Number and Area Code:** 717-514-8883

**3d.** Number, Street, City, State and Zip Code of Residence for Firearm Business Premises) If Different from Item 3a.

**3c. If Applicable:** Decedent's Name, Address, and Date of Death

The above-named and undersigned transferor hereby makes application as required by Section 5812 of the National Firearms Act to transfer and register the firearm described below to the transferee.

**4. Description of Firearm** (Complete items a through i)

| a. Name and Address of Manufacturer and/or Importer of Firearm | b. Type of Firearm (See instruction 4c) | c. Caliber, Gauge or Size (Specify) | d. Model | e. Length Of Barrel (Inches) | f. Overall |
|---|---|---|---|---|---|
| Heckler & Koch GmbH Postfach 1329 78122 Oberndorf/Neckar Germany | Submachine Gun | 9MM | MP5SD3 | 5.73 | 31.58 |

**g. Serial Number:** SEE ATTACHED

**h. Additional Description or Data Appearing on Firearm** (Attach additional sheet if necessary)

**i. Is the Firearm Unserviceable as Defined in Instruction 1?** Yes ☐ No ☐ (If "No," describe any other method by which firearm has been rendered unserviceable. Use additional sheets.)

**5. Transferee's Federal Firearms License** (If any) (Give complete 15-digit number) (See instruction 2c)

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|

**6. Transferee's Special (Occupational) Tax Status** (If any)
a. Employer Identification Number | b. Class

**7. Transferor's Federal Firearms License** (If any) (Give complete 15-digit number) (See instruction 2c)

| First 6 digits | 2 digits | 2 digits | 5 digits |
|---|---|---|---|

**8. Transferor's Special (Occupational) Tax Status** (If any)
a. Employer Identification Number | b. Class

Under Penalties of Perjury, I Declare that I have examined this application, and to the best of my knowledge and belief it is true, correct and complete, and that the transfer of the described firearm to the transferee and receipt and possession of it by the transferee are not prohibited by the provisions of Chapter 44, Title 18, United States Code; Chapter 53, Title 26, United States Code; or Title VII of the Omnibus Crime Control and Safe Streets Act, as amended, or any provisions of State or local law.

**9. Consent to Disclosure of Information to Transferee** (See Instruction 8). I Do or Do Not (Circle one) Authorize ATF to Provide Information Relating to this Application to the Above-Named Transferee.

**10. Signature of Transferor** (Or authorized official): [signature]

**11. Name and Title of Authorized Official** (Print or type): TIMOTHY LEAR

**12. Date:** 4/10/2019

The Space Below is for the use of the Bureau of Alcohol, Tobacco, Firearms and Explosives

By Authority of The Director, This Application Has Been Examined, and the Transfer and Registration of the Firearm Described Herein and the Interstate Movement of that Firearm, When Applicable, to the Transferee are:

☐ Approved (With the following conditions, if any)

☐ Disapproved (For the following reasons)

Signature of Authorized ATF Official _____ Date _____

ATF Form 5 (5320.5)
Revised November 2014

5/15/19 2:01 PM

Any progress on mp5sd ?

5/15/19 3:46 PM

 Kyle Sons Of Liberty Gun Works
+1-210-213-1710

He is in charge. Can you give him a call?

Sure

Thanks

No problem

Delivered

**Bradley Wendt CHEIF O…**
Mobile

5/15/19 3:46 PM

Kyle Sons Of Liberty Gun Works
+1-210-213-1710

He is in charge. Can you give him a call?

Sure

Thanks

No problem

12:07 PM

Did you figure out how they want paid?

Read

12:12 PM

Ya just take it off mp5 be easier than figuring out where shit goes.

Type a message…

**Bradley Wendt CHEIF O...**
Mobile

5/15/19 3:46 PM

Kyle Sons Of Liberty Gun Works
+1-210-213-1710

He is in charge. Can you give him a call?

Sure

Thanks

No problem

12:07 PM

Did you figure out how they want paid?

Read

12:12 PM

Ya just take it off mp5 be easier than figuring out where shit goes.

Type a message...