

Account: ▆▆▆   Serial: ▆▆   Amount: $9,900.00   Sequence: ▆▆▆   Date: 03/05/2019

GOVERNMENT EXHIBIT 502  4:22-cr-199