WENDT
BARBARA WENDT
DENISON, IA 51442

2507
3-3 20 19
72-680/739

Pay to the Order of  Marcum Firearms   $ 6600.00

six thous... hundred...  DOLLARS

EXCHANGE STATE BANK
ESTABLISHED 1879
ADAIR, IOWA 50002

FOR  2-mp5

Barbara Wendt

First Financial Bank
13905  69

Account:      Serial:   Amount:$6,600.00  Sequence:          Date:03/20/2019



GOVERNMENT EXHIBIT
503
4:22-cr-199