

Jack Chuang [redacted]

# Fwd: Department purchase of mp7 hk

62 messages

**AU Sales** <sales@armsunlimited.com> Mon, Sep 23, 2019 at 9:14 AM
To: "Jack C - AU Inc." [redacted]

Thank you,

Arms Unlimited Staff

**ARMS UNLIMITED INC.**
**sales@armsunlimited.com**
**WWW.ARMSUNLIMITED.COM**

---------- Forwarded message ---------
From: **Brad Wendt** <b-wendt@hotmail.com>
Date: Sat, Sep 21, 2019 at 4:11 PM
Subject: Department purchase of mp7 hk
To: AU Sales <sales@armsunlimited.com>, cs@armsunlimited.com <cs@armsunlimited.com>

I am requesting information on the Dept purchase of 2 MP7 H&K. Do you have a contact number that is good I tried the number on the website with no luck. I would like to get these purchased ASAP.

Please let me know how to proceed.

Bradley Wendt
Chief of Police
Adair Iowa

**Jack - AU Inc.** [redacted] Wed, Sep 25, 2019 at 2:33 PM
To: Brad Wendt <b-wendt@hotmail.com>

Hi Brad,

Sorry for the delay on this.

This is Jack and I can help you with this purchase. I've attached the quote here, note that the lead time is about 14 months right now. Also HK requires additional paperwork that will need to be completed.

If you're still interested, let me know and I can walk you through the process!

Best,

Jack C.

**Operations/Sales Specialist**
**Arms Unlimited Inc**

**ARMS UNLIMITED INC**
*"The Gold Standard"*





www.ArmsUnlimited.com

[Quoted te t hidden]

QUOTE3546.pdf
32K

---

**Brad Wendt** <b-wendt@hotmail.com> Wed, Oct 2, 2019 at 10:59 PM
To: "Jack - AU Inc.'

Yes sir that is exactly what I am looking for please get me the required paperwork so I can get started on these asap.

thanks

---

**From:** Jack - AU Inc.
**Sent:** Wednesday, September 25, 2019 4:33 PM
**To:** Brad Wendt <b-wendt@hotmail.com>
**Subject:** Re: Department purchase of mp7 hk

[Quoted text hidden]

---

**Jack - AU Inc.** Thu, Oct 3, 2019 at 11:05 AM
To: Brad Wendt <b-wendt@hotmail.com>

Hey Brad,

Sounds good! I have attached all of the documents required by HK for the purchase. Please let me know if you have any questions completing them.

The following are the required documents for your H&K order:
1. Official Department Purchase Order To Arms Unlimited Inc
2. Letter of Intent (Please have completed on department letterhead)
3. End User Certificate (Please have completed on department letterhead for both pages)
4. FET-Exempt Form (Does not require department letterhead)

Once you complete all of the documents, please send scanned copies to me to verify with HK. Once pre-approved, send the original versions to:
Heckler & Koch Defense Inc
Attn: Leslie Swisher
5675 Transport Blvd
Columbus, GA 31907

If there are no errors/complications, the forms will be approved and the order will be placed. If there are errors, I will contact you to get the corrections made. I will notify you once the order is completed and there will be a general lead time of 14+ months. Once the order ships, myself or H&K will notify you of the tracking information and I will provide you with the invoice for payment.

Feel free to contact me with anything.

Best,

Jack C.

**ARMS UNLIMITED INC**
*"The Gold Standard"*

Operations/Sales Specialist

**Arms Unlimited Inc**

www.ArmsUnlimited.com

[Quoted text hidden]

**4 attachments**

 **2. HK Letter of Intent Template - Arms Unlimited Inc.doc**
30K

 **3. HK EUC Template_NFA - Arms Unlimited Inc.docx**
17K

 **EUC and NFA Firearm Descriptions.xlsx**
25K

 **4. FET-Exempt Form.pdf**
116K

---

**Brad Wendt** <b-wendt@hotmail.com> Fri, Oct 4, 2019 at 8:19 AM
To: "Jack - AU Inc."

these are for the mp7-a2 correct?

---

**From:** Jack - AU Inc.
**Sent:** Thursday, October 3, 2019 1:05 PM
[Quoted te t hidden]

[Quoted te t hidden]

---

**Jack - AU Inc.** Fri, Oct 4, 2019 at 9:09 AM
To: Brad Wendt <b-wendt@hotmail.com>

Hey Brad,

The first quote was actually for the MP7-A1. I've attached an updated quote for the A2s. The price is a bit higher, so let me know if you need to switch.

Thank you,

Jack C.

Operations/Sales Specialist

**Arms Unlimited Inc**

www.ArmsUnlimited.com

**ARMS UNLIMITED INC**
*"The Gold Standard"*

[Quoted te t hidden]

**QUOTE3546A.pdf**
32K

**Brad Wendt** <b-wendt@hotmail.com> Wed, Oct 9, 2019 at 9:23 AM
To: "Jack - AU Inc." [redacted]

yes this is what I want I am doing the dept letter now for you.

---

**From:** Jack - AU Inc. [redacted]
**Sent:** Friday, October 4, 2019 11:09 AM
[Quoted text hidden]

[Quoted text hidden]

---

**Brad Wendt** <b-wendt@hotmail.com> Wed, Oct 9, 2019 at 9:55 AM
To: "Jack - AU Inc." [redacted]

Looks good on prices we are changing to 3 of them one for each Officer. I put 3 on the order form. Can I add the HK416 14.5" 5.56x45 to this? save me the paperwork? and a g36k with optic?

---

**From:** Jack - AU Inc. [redacted]
**Sent:** Friday, October 4, 2019 11:09 AM
[Quoted text hidden]

[Quoted text hidden]

---

**Brad Wendt** <b-wendt@hotmail.com> Wed, Oct 9, 2019 at 10:26 AM
To: "Jack - AU Inc." [redacted]

This should be what you need? Please let me know what needs changed surely I didn't get it right the first time.

---

**From:** Jack - AU Inc. [redacted]
**Sent:** Friday, October 4, 2019 11:09 AM
[Quoted text hidden]

[Quoted text hidden]

---

**mp7a2.pdf**
1337K

---

**Jack - AU Inc.** [redacted] Wed, Oct 9, 2019 at 12:28 PM
To: Brad Wendt <b-wendt@hotmail.com>

Hey Brad,

She said it looks good to go!

And if you did want to add the other two items, please do so. I've attached the updated quote with those prices. Please update your forms and I'll resubmit for precheck.

Thank you,
Jack C.

Operations/Sales Specialist

**ARMS UNLIMITED INC**
*"The Gold Standard"*

**Arms Unlimited Inc**

[www.ArmsUnlimited.com](http://www.ArmsUnlimited.com)

[Quoted text hidden]

**QUOTE3546A.pdf**
32K

---

**Brad Wendt** <b-wendt@hotmail.com> Wed, Oct 9, 2019 at 12:52 PM
To: "Jack - AU Inc."

ok I updated them to inclued the g36 and 416 please let me know if any issues.

Thanks

---

**From:** Jack - AU Inc.
**Sent:** Wednesday, October 9, 2019 2:28 PM
[Quoted text hidden]

[Quoted text hidden]

**mp7a2.pdf**
1380K

---

**Jack - AU Inc.** Wed, Oct 9, 2019 at 12:54 PM
To: Brad Wendt <b-wendt@hotmail.com>

Okay thank you. Let me just check with HK one more time, please stand by!

Jack C.

**Operations/Sales Specialist**
**Arms Unlimited Inc**

[www.ArmsUnlimited.com](http://www.ArmsUnlimited.com)

**ARMS UNLIMITED INC**
*"The Gold Standard"*

[Quoted text hidden]

---

**Jack - AU Inc.** Wed, Oct 9, 2019 at 2:09 PM
To: Brad Wendt <b-wendt@hotmail.com>

Hey Brad,

She says everything looks good!

Please send the originals to:
Heckler & Koch Defense Inc

Once she get's it, I'll finalize the order and let you know the estimated arrival date.

Let me know if you have any questions at all.

Thank you!

Jack C.

Operations/Sales Specialist

Arms Unlimited Inc

www.ArmsUnlimited.com

ARMS UNLIMITED INC

*"The Gold Standard"*

[Quoted text hidden]

---

**Brad Wendt** <b-wendt@hotmail.com> Thu, Oct 10, 2019 at 11:48 AM
To: "Jack - AU Inc."

They are in the mail sir. Thanks

---

**From:** Jack - AU Inc. <
**Sent:** Wednesday, October 9, 2019 4:09 PM
[Quoted text hidden]

[Quoted text hidden]

---

**Jack - AU Inc.** Thu, Oct 10, 2019 at 12:15 PM
To: Brad Wendt <b-wendt@hotmail.com>

Great! Thanks Brad, I'll let you know when they get it.

Best,

Jack C.

Operations/Sales Specialist

Arms Unlimited Inc

www.ArmsUnlimited.com

ARMS UNLIMITED INC

*"The Gold Standard"*

[Quoted text hidden]

---

**Jack - AU Inc.** Tue, Oct 22, 2019 at 1:09 PM
To: Brad Wendt <b-wendt@hotmail.com>

Hey Brad,

She received your paperwork and I'm processing the order now. Will let you know the ETA shortly!

Best,

ARMS UNLIMITED INC