**Jack - AU Inc.** <br>
To: Brad Wendt <b-wendt@hotmail.com>

Wed, Dec 30, 2020 at 9:46 AM

Hey Brad,

MP7s are on the way from HK! I don't have a tracking from them, but here is the invoice. Still waiting on the other guns for you guys, will let you know as I get more information.

Let me know if you have any questions and Happy New Years!

Best,



Jack C.

Operations/Sales Specialist

Arms Unlimited Inc

www.ArmsUnlimited.com

"The Gold Standard"

[Quoted text hidden]

📄 AU20058.pdf
31K

---

**Brad Wendt** <b-wendt@hotmail.com> <br>
To: "Jack - AU Inc."

Wed, Dec 30, 2020 at 12:25 PM

sweet let me know on the UZI's and the beretta 92's and or any other machine gun you have come thru. If you can find a mini gun somewhere Im looking.



GOVERNMENT EXHIBIT
504B
4:22-cr-199