

3515 W Post Rd Ste 125
Las Vegas, NV  89118
(866)229-1355
sales@armsunlimited.com
ArmsUnlimited.com

# INVOICE

| **BILL TO** | **SHIP TO** | **INVOICE #** | AU20058 |
|---|---|---|---|
| Adair Police Department | Adair Police Department | **DATE** | 12/30/2020 |
| 320 Audubon St, Adair, IA | 320 Audubon St, Adair, IA | **DUE DATE** | 01/29/2021 |
| 50002 | 50002 | **TERMS** | Net 30 |

| SHIP DATE | SHIP VIA | TRACKING NO. | P.O. NUMBER |
|---|---|---|---|
| 12/30/2020 | HK | HK | PO LETTER |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **261915-A5**<br>H&K MP7A2, 4.6x30mm Submachine Gun | 3 | 2,080.00 | 6,240.00 |

Rep: Jack Chuang
Email: 
Cell/Text: 
FREE FREIGHT

**BALANCE DUE**  $6,240.00

Bank: Wells Fargo
Account Number 6289492784
Routing: 321270742
Wire Transfer Routing: 121000248
Swift: WFBIUS6S

**GOVERNMENT EXHIBIT**
**505**
4:22-cr-199



3515 W Post Rd Ste 125
Las Vegas, NV  89118
(866)229-1355
sales@armsunlimited.com
ArmsUnlimited.com

# INVOICE

| BILL TO | SHIP TO | | |
|---|---|---|---|
| Adair Police Department | Adair Police Department | **INVOICE #** | AU7750 |
| 320 Audubon St, Adair, IA | 320 Audubon St, Adair, IA | **DATE** | 09/15/2020 |
| 50002 | 50002 | **DUE DATE** | 10/15/2020 |
| | | **TERMS** | Net 30 |

| SHIP DATE | SHIP VIA | TRACKING NO. | P.O. NUMBER |
|---|---|---|---|
| 09/15/2020 | HK | HK | PO LETTER |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **702838-A5**<br>H&K G36K(SF) 5.56x45mm Single-Fire Machine Gun, w/ SF trigger group<br><br>Serial No: 84-054530 | 1 | 1,625.00 | 1,625.00 |
| **203551-A5**<br>Heckler & Koch HK416 5.56mm 14.5" Barrel Rifle w/ Quad Rail<br><br>Serial No: 88-070103 | 1 | 1,795.00 | 1,795.00 |

Rep: Jack Chuang
Email:
Cell/Text:

BALANCE DUE             $3,420.00

Bank: Wells Fargo
Account Number 6289492784
Routing: 321270742
Wire Transfer Routing: 121000248
Swift: WFBIUS6S