← Back | **Check Details**

Item 3 of 5        Show partial image*                           🖨 Print

| Item # | Bank | Account # | Check # | Amount |
|---|---|---|---|---|
| 1 | EXCHANGE STATE BANK | ...8970 | | $6,240.00 |



⟨ Previous    ⇄ Flip    🔍 Zoom    Next ⟩

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

GOVERNMENT EXHIBIT
506
4:22-cr-199

← Back | Check Details

Item 2 of 6     Show partial image*     🖨 Print

| Item # | Bank | Account # | Check # | Amount |
|---|---|---|---|---|
| 1 | EXCHANGE STATE BANK | ...8970 | | $3,420.00 |



‹ Previous    ⇄ Flip    🔍 Zoom    Next ›

* For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender