

3515 W Post Rd Ste 125
Las Vegas, NV  89118
(866)229-1355

ArmsUnlimited.com

# Purchase Order

**VENDOR**
Heckler & Koch Defense, INC
5675 Transport Blvd
Columbus, GA  31907
United States

**SHIP TO**
Adair Police Department
320 Audubon St
Adair, IA 50002

**P.O. NO.** 3057
**DATE** 10/22/2019

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **261915-A5**<br>H&K MP7A2, 4.6x30mm Submachine Gun | 3 | 1,895.00 | 5,685.00 |
| **702838-A5**<br>H&K G36K(SF) 5.56x45mm Single-Fire Machine Gun, w/ SF trigger group | 1 | 1,475.00 | 1,475.00 |
| **203551-A5**<br>Heckler & Koch HK416 5.56mm 14.5" Barrel Rifle w/ Quad Rail | 1 | 1,635.00 | 1,635.00 |

REF: QUOTE3546     TOTAL     $8,795.00

POC: Jack Chuang
Email:
Phone:

Approved By _____

Date _____



GOVERNMENT
EXHIBIT
**507**
4:22-cr-199

# HECKLER & KOCH
# DEFENSE Inc.

ARMS UNLIMITED
3515 WEST POST ROAD STE 125
LAS VEGAS NV  89118

## Order confirmation

| | |
|---|---|
| Number / | 158006 |
| Billing date | 10/22/2019 |
| Reference / | ADAIR |
| Date of order | 10/22/2019 |
| Customer number | 10046687 |
| Name | Robert Reidsma |
| Telephone | |
| Fax | |

Dispatch Address
ADAIR POLICE DEPARTMENT
320 AUDUBON STREET
ADAIR IA  50002

| Item no. | Designation | Quantity | Price unit USD / | Price total USD |
|---|---|---|---|---|
| 000010 | Ident-no. 261915-A5 | 3 | 1,895.00 | 5,685.00 |
| | SMG, MP7A2, 4.6X30MM, BLK W/20RD MAG | PC | 1 /PC | |
| | **Estimated Availability:** Day 10/22/2020 | | | |
| Item includes sub-items 000011 to 000012 | | | | |
| 000011 | Ident-no. 261915 | 3 | | |
| | SMG, MP7A2, 4.6X30MM, BLK | PC | / | |
| | **Estimated Availability:** Day 10/22/2020 | | | |
| 000012 | Ident-no. 217851 | 3 | | |
| | MAG, 4.6, MP7A1, 20RDS.(replaces 203049) | PC | / | |
| | **Estimated Availability:** Day 10/22/2020 | | | |
| 000020 | Ident-no. 702838-A5 | 1 | 1,475.00 | 1,475.00 |
| | RI, G36K, (SF), EUC | PC | 1 /PC | |
| | **Estimated Availability:** Day 10/22/2020 | | | |
| Item includes sub-items 000021 to 000023 | | | | |
| 000021 | Ident-no. 702838-001 | 1 | | |
| | RI, G36K (SF) PIC, EUC | PC | / | |
| | **Estimated Availability:** Day 10/22/2020 | | | |
| 000022 | Ident-no. 217722 | 1 | | |
| | MAG, G36, 5.56MM, 30RD | PC | / | |
| | **Estimated Availability:** Day 10/22/2020 | | | |
| 000023 | Ident-no. 702147 | 1 | | |
| | WRENCH, 2.0MM, G36C, UMP | PC | / | |

**ADDRESS**
HECKLER & KOCH DEFENSE INC.
19980 Highland Vista Drive
Suite #190
Ashburn, VA 20147 USA
TELEPHONE
FACSIMILE
INTERNET   www.heckler-koch-us.com
12/2007

**BANK ACCOUNT DETAILS**   Sort Code   Bank Acc.
BB&T - Virginia

DUNS No
FFL
VAT REG NO  T.R.S Employer Idenification No.

**Remit to Lock Box Address**
PO BOX 890520
CHARLOTTE, NC 28289-0520

ARMS UNLIMITED
3515 WEST POST ROAD STE 125
LAS VEGAS NV  89118

| Item no. | Designation | Quantity | Price unit USD / | Price total USD |
|---|---|---|---|---|
| | **Estimated Availability:** Day 10/22/2020 | | | |
| 000030 | Ident-no. 203551-A5 | 1 | 1,635.00 | 1,635.00 |
| | MG, HK416, 14.5BBL, INCL. MAG., EUC | PC | 1 /PC | |
| | **Estimated Availability:** Day 10/22/2020 | | | |
| Item includes sub-items 000031 to 000032 | | | | |
| 000031 | Ident-no. 239007 | 1 | | |
| | MG, HK416, AUTO, 14.5", 5.56MM, EUC | PC | / | |
| | **Estimated Availability:** Day 10/22/2020 | | | |
| 000032 | Ident-no. 251770 | 1 | | |
| | MAGAZINE, 5.56x45, 30RD HKSA80 | PC | / | |
| | **Estimated Availability:** Day 10/22/2020 | | | |

Restocking fee
Tax
Final amount                                                                       8,795.00

**Terms of payment:**
N45 Within  45 days without deduction
Net 45 Days

**Terms of delivery:**
FOB DESTINATION

**Validity of Offer / Formation of Contract:**
Formation of a contract shall be subject to our written order confirmation, provided such requirement of an order confirmation has not expressly been waived in the original offer.In the case of imported products, deliveries by HK are generally dependant on the prior receipt of the required governmental permits.

**Ownership, Title and Risk:**
Ownership and title in the respective products shall not pass until we have received full and unconditional payment. Any risk of damage and/or loss shall pass upon delivery by HK according to Incoterms 2000.

**Alterations to HK Products:**
We reserve the right to alter the design or specification of any HK product at any time in coordination with the customer if the alteration is desirable either as a means of improving the performance of any HK product or on account of the unavailability of any component or part.

ARMS UNLIMITED
3515 WEST POST ROAD STE 125
LAS VEGAS NV  89118

**Warranty, Liability:**
Save as individually specified different in our offer, all new HK products and spares are subject to our HK warranty of twentyfour (24) calendar months commencing on the date of delivery by or in the name of HK according to Incoterms 2000. This HK warranty covers performance according to the product specification agreed to be relevant and absence of any defects in design, material or workmanship during the period. The warranty does not cover any liability for normal wear and tear, unauthorized repair and/or modification or any misuse of the HK product. The warranty obligations comprise of and are limited to either repair or replacement of the HK product or part thereof or to the repayment of its price, depending on the result of our thorough examination. HK will assume liability for consequential losses or damages only in case they are the result of wrongful acts committed by HK personnel and with limitation to losses or damages having been foreseeable in the individual case. Any liability for liquidated damages shall be expressly excluded.

**Applicable Law / Place of Jurisdiction:**
Our offer, the resultant order as well as the subject deliveries and services shall be governed and construed in accordance with the laws of the Commonwealth of Virginia, without reference to the choice of law provision thereof. In the event of any dispute or litigation the customer hereby irrevocably consents to the jurisdiction and venue of of the courts of the Commonwealth of Virginia as well as to the jurisdiction and venue of the United States District Court for the Eastern District of Virginia. The customer agrees that it will not HK in any other court. HK may proceed against the customer in any other other jurisdiction or court. In any litigation, the customer waives personal service of any summons, complaint or other process and agrees that service may be made by certified or registered mail addressed to the customer at its address on the records of the HK, or by any other other manner permitted by applicable law.