# CITY OF ADAIR

## Chief of Police Bradley Wendt

320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002
TELEPHONE 641-742-3751 - FAX 641/742-5514
EMAIL: Adairpolice113@gmail.com

Heckler & Koch GmbH
Postfach 1329
78722 Oberndorf, Germany

## END USE CERTIFICATE (EUC)
for presentation to the Export Control Authorities of the Federal Republic of Germany

### Section A – Parties

**Consignee**

Heckler & Koch Defense Inc.
5675 Transport Blvd
Columbus, GA 31907

**End-User (Department/Agency name, Address, Contact Details)**

Adair Police Dept
Adair, Iowa
320 Audubon St Adair IA 50020

**Supplier (Name, Address, Contact Details)**

Heckler & Koch GmbH through Heckler & Koch Defense, Inc. of Ashburn, VA

### Section B – Good(s)

| Quantity | Description of the Good(s) | Value per Item (USD) |
|---|---|---|
| 3 | 261915-A5 H&K MP7A2 4.6x30mm | $2080.00 |
| 1 | 702838-A5 H&K G36K(SF) 5.56x45mm | $1625.00 |
| 1 | 203551-A5 H&K 416 5.56 14.5" | $1795.00 |

### Section C – End-Use / Purpose of the good(s)

**Purpose of the Good(s)**

Law Enforcement

GOVERNMENT EXHIBIT
508
4:22-cr-199

# CITY OF ADAIR
## Chief of Police Bradley Wendt
*320 AUDUBON STREET - P O BOX 66 - ADAIR, IA 50002*
*TELEPHONE 641-742-3751 - FAX 641/742-5514*
*EMAIL: Adairpolice113@gmail.com*

### Section D – Country of Final Destination

**Country of final destination**

United States of America

### Section E – End-User undertaking with regard to good(s)

In accordance with the regulations of the Federal Republic of Germany which state that granting of an export license is dependent on the presentation of an EUC, we (I) certify
- that we (I) are (am) the final end-user of the goods.
- that the goods will only be used for the purpose specified above in Section C.
- that the goods will remain in the **United States of America**.
- that we (I) will not re-export, temporarily or permanently, the above-mentioned good(s), whether in whole or in part or integrated, without the prior written approval of the Federal Ministry of Economic Affairs and Energy of the Federal Republic of Germany.

*Adair IA  10-9-19*
**Place, Date**

*[signature]*
**Original Signature**
**of the End-User/Government Official**

**Company Stamp/Official Seal**

*Bradley Wendt  Chief of Police*
**Name and Title of Signer in Block Letters**

OMB No. 1513-0128 (07/31/2017)

**DEPARTMENT OF THE TREASURY**
ALCOHOL AND TOBACCO TAX AND TRADE BUREAU

**EXEMPTION CERTIFICATE (USE BY STATE OR LOCAL GOVERNMENTS)**
(For use by State and local governments (section 4221(a)(4) of the Internal Revenue Code).)

October 9th, 20 19, I hereby certify that I am  Chief Bradley Wendt
(Month & Day)                                                                  (Title of Officer)

of  Adair Police Dept  ; that I am authorized to execute this certificate; and that
(State or local government)

(check applicable type of certificate):

☐ The article or articles specified in the accompanying order, or on the reverse side hereof, (or)

☒ All orders placed by the purchaser for the period commencing  10-9-19  and ending  10-9-21,
(Date)                                    (Date)
(period not to exceed 12 calendar quarters)

are, or will be, purchased from  Heckler and Koch  for the
(Name of manufacturer)

exclusive use of _____
(Governmental unit)

of  City of Adair Police Dept
(State or local government)

I understand that the exemption from tax in the case of sales of articles under this exemption certificate to a State, etc., is limited to the sale of articles purchased for its exclusive use[1]. I understand that fraudulent use of this certificate for the purpose of securing this exemption will subject me and all parties making such fraudulent use of this certificate to all applicable criminal penalties under the Internal Revenue Code.

SIGNATURE _____    PRINTED NAME  Bradley Wendt

ADDRESS  320 Audubon Street
Adair, IA 50002

---

[1] A sale of an article to a State or local government for resale is not considered to be a sale for the "exclusive use" of the State or local government, within the meaning of section 4221(a)(4) of the code, and, therefore, such sales may not be made tax-free. Such sales may not be made tax-free even if the resales are made to government employees, or the article is an item of equipment the employee is required to possess in carrying out his duties.

**PAPERWORK REDUCTION ACT NOTICE**

This request is in accordance with the Paperwork Reduction Act of 1995. In some cases, persons who sell firearms or ammunition tax-free use specific exemption certificates to support the tax-free sales. This form contains all required information for a properly executed certificate. This is being provided to promote uniformity among excise taxpayers and eliminate the need for taxpayers to design their own certificates. The information requested is required by Title 27, Code of Federal Regulations, Part 53.

We estimate the average burden associated with this collection of information is 45 minutes per respondent or recordkeeper, depending on your individual circumstances. Address your comments concerning the accuracy of this burden estimate and suggestions to reduce this burden to: Reports Management Officer, Regulations and Rulings Division, Alcohol and Tobacco Tax and Trade Bureau, 1310 G Street NW., Box 12, Washington, DC 20005.

TTB may not conduct or sponsor and you are not required to respond to, a collection of information unless it displays a current, valid OMB control number.

TTB F 5600.35 (10/2008)