**From:** Brad Wendt [mailto:b-wendt@hotmail.com]
**Sent:** Tuesday, January 26, 2021 1:57 PM
**To:**
**Subject:** mini gun quote LE

Hello,

My name is Bradley Wendt Chief of Police and owner of a large gun store I am wanting a demo of the mini gun and purchase.

Please let me know this is my personal email can send what ever you need, FFL/SOT credentials etc?

Thanks

Bradley Wendt

--
Thanks,
BW Outfitters

---

**From:** DeGroat Tactical
**Sent:** Wednesday, January 27, 2021 1:09 PM
**To:** 'Brad Wendt' <b-wendt@hotmail.com>
**Subject:** RE: mini gun quote LE

Hello Brad,

Current price for one of our 7.62mm Minigun setups is $80,000 with a 50% deposit to place the order and the other 50% balance due on delivery.

I can over a 5% discount if paid in full at time of delivery.

Current lead time is 4 months on a build as we are finishing up a few guns for customers now and working on a new batch of rotors.

If you have any questions please feel free to ask.

Thanks

James DeGroat
President
DeGroat Tactical Armaments, LLC.
www.DeGroatTactical.com



GOVERNMENT EXHIBIT
547A
4:22-cr-199

**From:** Brad Wendt [mailto:b-wendt@hotmail.com]
**Sent:** Wednesday, January 27, 2021 2:54 PM
**To:** DeGroat Tactical
**Subject:** Re: mini gun quote LE

Ok I have ma deuce on my Humvee right now would like to be able to switch them out Im sure you would have cradle and everything needed for this? Please let me know how we need to begin if this is something you can do.

Thanks

Brad Wendt
Chief of Police/Owner BW Outfitters

---

**From:** DeGroat Tactical
**Sent:** Friday, January 29, 2021 2:20 AM
**To:** 'Brad Wendt' <b-wendt@hotmail.com>
**Subject:** RE: mini gun quote LE

Hello Brad,

Your Minigun will come with a mount and yoke that will drop right into your large pintle on your Humvee.

To start an order I will need a copy of your FFL/SOT along with a 50% deposit. Once we have your gun built we will need a Demo Letter to start the transfer.

If this all sounds good I will send over a formal quote for your approval.

Thanks

James DeGroat
President
DeGroat Tactical Armaments, LLC.
www.DeGroatTactical.com