**From:** Brad Wendt [mailto:b-wendt@hotmail.com]
**Sent:** Monday, February 15, 2021 10:57 AM
**To:** DeGroat Tactical
**Subject:** Re: Fw: mini gun quote LE

Sir, checking on the receipt of the check for the deposit? We are having a shoot on March 27th anyway you have one to demo that day? wishful thinking I know.

---

**From:** DeGroat Tactical
**Sent:** Thursday, February 18, 2021 12:05 AM
**To:** 'Brad Wendt' <b-wendt@hotmail.com>
**Subject:** RE: Fw: mini gun quote LE

Hello Brad,

Yep I was told the check arrived.

I will be back at my shop tomorrow and deposit it.

I hate to say you're correct about that being wishful thinking to have a gun next month, but sadly it is. Biggest reason, I will be out of state during that time taking part in a memorial shoot for a good friend of mine that passed away in December.

Thanks

James DeGroat
President
DeGroat Tactical Armaments, LLC.
www.DeGroatTactical.com

---

**From:** Brad Wendt <b-wendt@hotmail.com>
**Sent:** Thursday, February 18, 2021 8:41 AM
**To:** DeGroat Tactical
**Subject:** Re: Fw: mini gun quote LE

gotcha we just have bunch guys coming to town for a shoot they were asking if this piece would be there I should of found your info couple months earlier when I started looking. But thanks. Let me know if you need anything.



GOVERNMENT EXHIBIT
547B
4:22-cr-199