| | |
|---|---|
| **From:** | Brad Wendt <b-wendt@hotmail.com> |
| **Sent:** | Wednesday, March 24, 2021 7:08 PM |
| **To:** | DeGroat Tactical |
| **Subject:** | Re: mini gun quote LE |

James,

Just checking on progress of order, if you can get me template on demo letter I can get that out of the way as well.

Please let me know.

Thanks
Brad Wendt

GOVERNMENT EXHIBIT
548
4:22-cr-199