**Monday, June 7, 2021**

**Brad New Minigun Guy**

> Can you give me call ? I called you returned the call I could hear you in background but no one would answer and voicemail wasn't set up . We are purchasing a mini gun from you .
>
> 1:11:04 PM

> Our links was big hole where do you purchase ammo got good outlet for no hole? We have 4000 linked no hole no last about a minute lol
>
> 1:43:06 PM

> Shoot is September 23
>
> 1:43:13 PM

**James DeGroat**

> Jason's Ammo is a good source for a link 308 and linked to .223. I used to get all of my ammo from United nation ammo company in Arizona but they have since closed . Lake City is definitely the best brand for the Minigun. The thing you have to watch out for with commercial ammo versus military surplus is the primer that is used. Commercial ammo tends to have a soft primer call as well as a slow ignition rate that can cause issues quickly with the Minigun .
>
> 1:48:37 PM

**Brad New Minigun Guy**

> Ok I'll check with them
>
> 1:51:41 PM

**Tuesday, August 24, 2021**

**James DeGroat**

> Hello Brad, it's James DeGroat . I wanted to follow up with you on your minigun shoot in September and see if that was still a go ? I'm still running behind on your gun so it would have to be with me and my gun . Did you get the ammo and links worked out ?
>
> 5:09:24 PM

**Monday, August 30, 2021**

**Brad New Minigun Guy**

> I'll check with guys I 'm in Alaska hunting at moment
>
> 7:03:53 PM

**James DeGroat**

> Sounds amazing . Just wanted to make sure I can help out . Sorry for the delay on your gun . Life has been beyond crazy lately .
>
> 7:05:07 PM

> Oops wrong guy .
>
> 7:05:25 PM

GOVERNMENT EXHIBIT
549
4:22-cr-199

**Brad New Minigun Guy**

I'll be back in couple days been gone awhile I'll let you know if shoot still on

7:06:24 PM

**James DeGroat**

7:06:26 PM

Nope right guy . I have two Brads that I'm talking to right now . Did I mention life has been crazy ? Lol

7:06:35 PM

Sounds good . Thank you

**Brad New Minigun Guy**

Yes sir

7:06:44 PM

Saturday, September 4, 2021

**Brad New Minigun Guy**

They cancelled machine gun shoot for end September . So unfortunately won 't need it this month . What's time line looking at to finish the build on it tho ?

10:26:56 PM

Monday, November 8, 2021

**Brad New Minigun Guy**

Any word on finish date of mini gun ?

12:18:19 PM

**James DeGroat**

1:53:04 PM

Manufacturer:
DeGroat Tactical Armaments

Model:
GAU-2B/A

Caliber:
7.62mm

Mail the signed demo letter to

DeGroat Tactical Armaments
PO Box 728
Grants , NM 87020

**Brad New Minigun Guy**

Copy

1:53:23 PM

**James DeGroat**

1:54:53 PM

Trust me I want to get the gun to you as soon as possible as well so I can collect the balance payment .

**Brad New Minigun Guy**

> I just get nervous sending out 40k and waiting.

1:55:26 PM

**James DeGroat**

1:56:24 PM

> Completely understandable

**Wednesday, November 24, 2021**

**James DeGroat**

2:15:23 PM

> Hello Brad, just checking in to see how the demo letter was coming?

**Brad New Minigun Guy**

> I can send it Monday I'm out of office til then. Are we getting close?

2:19:12 PM

**James DeGroat**

2:40:36 PM

> Sounds good. Yep a little. I've been out of town a lot myself here these last few weeks and December is looking nuts.
>
> Mainly want to get the paperwork started that way we don't have to wait for that part.

**Brad New Minigun Guy**

> Copy that what's your email I'll type it up make sure it's correct before mailing

2:45:07 PM

**James DeGroat**

2:45:49 PM

> You can send it to jdegroat@ArmamentSales.com

**Brad New Minigun Guy**

> Ok when I send I'll let you know then let me know if it's good. I'll mail original

2:46:38 PM

**James DeGroat**

3:08:23 PM

> Sounds perfect

**Monday, November 29, 2021**

**Brad New Minigun Guy**



**Brad New Minigun Guy** \attachment 1.jpg — 12:12:54 PM

**Brad New Minigun Guy:** I changed date of course — 12:13:36 PM

**Brad New Minigun Guy:** But is wording correct ? — 12:13:44 PM

**James DeGroat** — 12:14:54 PM: Looks good

**Brad New Minigun Guy:** Copy mailing now — 12:15:20 PM

**James DeGroat** — 12:15:42 PM: Sounds good. Thank you

*Tuesday, December 14, 2021*

**James DeGroat** — 12:27:39 PM: Hello Brad, wanted to let you know I received your demo letter

**Brad New Minigun Guy:** Cool — 12:28:34 PM

**Brad New Minigun Guy:** Hopefully it's all good — 12:28:40 PM

**James DeGroat** — 12:30:01 PM: I will get the paperwork submitted and keep you posted

**Brad New Minigun Guy:** Sounds good — 12:31:28 PM

*Friday, January 28, 2022*

**Brad New Minigun Guy:** How goes the battle. Our yearly machine gun shoot is April 16th this year. We goin be on ? — 2:53:36 PM

US v Wendt - Govt Ex 549
Page 4 of 7
Page 4 / 7

**James DeGroat**

2:57:54 PM — Yep I will have your gun ready and delivered before your shoot. I still have a little more to get done on the gun and for the transfer paperwork to come back.

**Brad New Minigun Guy**

Copy let me know — 3:09:48 PM

**James DeGroat**

3:10:10 PM — Will do I'll keep you posted.

Tuesday, February 22, 2022

**Brad New Minigun Guy**

Down to about 45 days. ATF approve yet? — 12:09:27 PM

**James DeGroat**

1:38:42 PM —
Hello Brad,

I just finished checking my paperwork and I screwed up. I thought I had sent your paperwork off but I confused you with another customer. I still have your demo letter here but if you would email me a current copy of your FFL /SOT. jdegroat@armamentsales.com and I will get it sent off today to the ATF.

Even if the paperwork isn't back in time for your shoot, I will still be up there with your gun for the shoot as well as get you trained on it. I can then leave most everything with you and then ship you the receiver once that paperwork is back. I will still keep my fingers crossed the paperwork is approved in time.

Sorry for this screw up on my part.

James DeGroat

**Brad New Minigun Guy**

Copy that just sent it — 1:40:37 PM

**James DeGroat**

1:41:28 PM — Thank you sir and sorry for this mix up.

**Brad New Minigun Guy**

Hopefully it'll make it by then thanks   1:42:12 PM

**James DeGroat**

1:44:02 PM   Confirmed your FFL/SOT were received.

**Brad New Minigun Guy**

Copy   1:44:10 PM

Wednesday, March 2, 2022

**James DeGroat**

4:10:20 PM

Brad New Minigun Guy \attachment 2.jpg

4:10:20 PM   Hello Brad, I received the e-form back from the ATF on your Minigun transfer and they Disapproved it as you can see in the attached picture . First time I have ever seen them use a reason like that. Not sure how you would like to handle this.

5:31:46 PM   Would you like that form sent to bwoutfitters@outlook.com

**Brad New Minigun Guy**

b-wendt@hotmail.com   5:41:29 PM

Is mine   5:41:32 PM

**James DeGroat**

5:53:04 PM   Ok I'll send to that one later tonight.

Thursday, March 3, 2022

**Brad New Minigun Guy**

Did you send those forms I didn't get an email   7:15:26 AM

ATF stumped as well they made me left message from examiner she hasn't called yet.   1:57:54 PM

