# DeGroat Tactical Armaments, LLC

January, 29 2021

To: BW Outfitters Inc.
309 Truman Rd
Anita, Iowa 50020

Subject: Quote for 7.62mm Minigun

DeGroat Tactical Armaments, LLC. will supply the following:

Complete 7.62mm Minigun
Single Speed 28 volt DC Drive Motor
Feeder/Delinker
Mounting Yoke
L Arm Mount with Large Pintle
Spade Grips
Fire Controls
Power Cable
Sight base/Sight Rail
1500 round Feed Box
Section of Standard Armament Feed Chute
Majority of all parts in the gun will be new parts with a few refurbished parts.
Original Military printed manuals as well as other manuals in PDF form loaded on a CD.
Personal Training at your location or ours. Travel expenses not covered.

$80,000 per gun setup
x1
--------------------------------
$80,000 Delivered

Payment: 50% Deposit at time of order and balance due on completion and delivery of guns.

Lead-time / Delivery: 4 Months at time of order

Thanks

*James DeGroat*
James DeGroat
President / Owner



DeGroat Tactical Armaments, LLC.
P.O. Box 728
Grants, NM 87020
United States of America

PHONE
E-MAIL
WEB SITE

**GOVERNMENT EXHIBIT**
**550**
4:22-cr-199

# DeGroat Tactical Armaments, LLC.

Specializing in the 7.62mm Minigun
www.DeGroatTactical.com

P.O. Box 728
Grants, NM 87020

# INVOICE

DATE: 2/1/2021
INVOICE #: 2101
Customer ID:

**BILL TO:**
BW Outfitters Inc
309 Truman Rd
Anita, IA 50020

**SHIP TO (if different):**

| SALESPERSON | P.O. # | SHIP DATE | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|---|---|
| James DeGroat | Verbal | | UPS | | Check |

| ITEM # | DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| M134 | Complete M134 Parts Kit | 1 | $58,000 | 58,000.00 |
| Rebuild Service | Build Service of M134 | 1 | $20,000 | 20,000.00 |
| Training | Training on M134 System | 1 | $2,000 | 2,000.00 |

*50% Deposite Received 2-18-21 CK# 7032*

SUBTOTAL: $ 80,000.00
TAX RATE:
TAX: $ -
S & H:
OTHER: $ -
TOTAL: $ 80,000.00

**Other Comments or Special Instructions**

Resale Certificate on File 115007853

Make all checks payable to
**DeGroat Tactical Armaments**

If you have any questions about this invoice, please contact
[James DeGroat, (505) 285-7779, Sales@DeGroatTactical.com]
Thank You For Your Business!

© 2008 Vertex42 LLC

Invoice Templates by Vertex42.com