BW OUTFITTERS, INC.
309 TRUMAN RD
ANITA, IA 50020

7032
72-680/739

2-4 20 21

Pay to the Order of De Goat Tactical Arms   $ 40,000 00/100

forty thousand a no/—— DOLLARS

EXCHANGE STATE BANK
ESTABLISHED 1879
ADAIR, IOWA 50002

FOR Minigun

[signature: Kim K]

GOVERNMENT EXHIBIT
551
4:22-cr-199