IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Case No. 4:22-cr-199 |
| BRADLEY EUGENE WENDT, | ) |
| Defendant. | ) |

**Government Exhibit 557**

Recorded Call Between Wendt and Marcum
(CD)

1