1   MALE VOICE: that I owe you for. I sold a P90 USG and a Scar 17.

2   CHIEF BRADLEY WENDT: Oh yeah, I was just, that thing just called me on my 16

3   and my P90. Should be coming pretty soon.

4   MALE VOICE: Sweet, did you get your saw?

5   CHIEF BRADLEY WENDT: Yep, yep, oh yeah, we got that one out back.

6   MALE VOICE: Nice.

7   CHIEF BRADLEY WENDT: Yeah.

8   MALE VOICE: Did any of those, have you heard anything about your SD's yet?

9   CHIEF BRADLEY WENDT: I called him and he said it should be any time. He was

10  going to get ahold of ATF to see what was going on. I haven't heard nothing else. That was a

11  month and a half ago.

12  MALE VOICE: Right.

13  CHIEF BRADLEY WENDT: Yeah.

14  MALE VOICE: Huh.

15  CHIEF BRADLEY WENDT: I don't know.

16  MALE VOICE: I'd call them, man.

17  CHIEF BRADLEY WENDT: Yeah, well, I get, I always, I go call them and I'm pretty,

18  and I get busy and then I, ugh, fuck. But yeah, I'm gonna get them a call and see what's going

19  on.

20  MALE VOICE: Yeah, no problem, man. But anyway, in the meantime, I owe you 600

21  bucks to the, I guess your department.

22  CHIEF BRADLEY WENDT: The PDA?

23  MALE VOICE: Yeah.

24  CHIEF BRADLEY WENDT: Uh, I don't know how you wanna do that, so, I mean, I

25  don't know what, how you normally do that.

GOVERNMENT EXHIBIT 557A 4:22-cr-199

1   MALE VOICE: I mean I can send you a check for $600.

2   CHIEF BRADLEY WENDT: You sent it to the PD there?

3   MALE VOICE: I mean however you want to do it. I mean it's up to you.

4   CHIEF BRADLEY WENDT: I'll ask the city clerk to see how that works.

5   MALE VOICE: Okay.

6   CHIEF BRADLEY WENDT: And then see what they want to do because I don't

7   know if they'll put it in our general fund, ammo budget, whatever. So I'll just let her know. I'm

8   almost there right now so I can let her know and I'll give you a call.

9   MALE VOICE: Yeah, because yeah I remember, yeah, if I remember correctly you

10  got permission from them right?

11  CHIEF BRADLEY WENDT: Yeah, yeah, yeah. Yeah I, I'm sorry, [unintelligible] and

12  dealing with the city council and everybody, they don't give a shit.

13  MALE VOICE: Yeah. Okay, man.

14  CHIEF BRADLEY WENDT: But yeah, I'll figure out what they want to do, because

15  I... Yeah, I mean, I don't know how that works. There's probably you know fucking

16  government they, they might have to put it somewhere or whatever--whatever it is.

17  MALE VOICE: Yeah, I mean it's up to you I mean I can send you guys a $600 check

18  or you can deduct $600 from what you owe me on the $3,300 for the gun. So I was hoping

19  you'd get those guns soon so I could get my 3,300 bucks.

20  CHIEF BRADLEY WENDT: Yeah, yeah that'd be easy too, cuz they're going to the

21  PD too.  So, yeah, well I'll ask her and see what they want to do.

22  MALE VOICE: Alright bro let me know.

23  CHIEF BRADLEY WENDT: I'll call that guy and see where the heck they are.

24  MALE VOICE: Yeah, call me or yeah, call him and then text me back and see what

25  he says.

1    CHIEF BRADLEY WENDT:  Okay.

2    MALE VOICE:  All right. See you buddy.

3    CHIEF BRADLEY WENDT:  All right.

4    MALE VOICE:  Bye.

5    _____

6    STEVE TASSEL:  All right, time now is 11 36 on Thursday, June 20th. That
7    concludes the recorder part of the phone call.  I think that stopped. And then for this voice
8    recording, this was made in the event that the actual audio recorder failed to record. This is
9    special agent Steve Tassel, Derek Graham, and we conducted a recorder phone call to Chief
10   Bradley Wendt of the Adair Police Department at 515-229-8583 with the help of Jonathan
11   Markham.

12

13   [end of audio file]