*(Note: In this example, the department is purchasing firearms from a licensed dealer. If the order includes NFA firearms, the dealer must also be qualified under the NFA to deal in NFA firearms. The dealer will submit the letter to the importer for attachment to the import application.)*

**(Department/Agency Letterhead)**
**(Address, phone no.)**

**(Date)**

Mr. Jack Chuang
Arms Unlimited Inc
3515 W Post Rd, STE #125
Las Vegas, NV 89118

Dear Mr. Chuang:

This is an order for **(*quantity*)** **(*description of firearms, including type, manufacturer, model, and caliber*)** at the price of **(*amount*)** each, for **(*name of department, sheriff's office, or agency*)**.

***Examples of description:***
  2ea *Submachine Gun, HK MP5A2 Navy Trigger - 9mm*
 or  1ea *Machine Gun, HK G36C SF 5.56mm*
 or  4ea *Machine Gun, HK416 10.4" 5.56x45mm*

The number of sworn full time officers in our **(*department, office, or agency*)** is **(*number of officers*)**. These officers are authorized by law to make arrests and carry firearms in the performance of their official duties.

This order is being paid for with funds that our **(*department, office, or agency*)** is authorized to use under law for the acquisition of equipment **(*Note: If funds of individual officers are being used to buy departmental firearms for the officers' official use, then add "including funds from individual officers who may be required to pay in whole or in part for their equipment to carry out their official duties."*)**. These firearms will be the property of our **(*department, office, or agency*)** and are not being acquired for the purpose of resale or transfer, and they will be used to carry out its official responsibilities and duties.

The telephone contact number for this **(*department, office, or agency*)** is **(*telephone number*)**.

Sincerely yours,

**(*Your department name*)**


<u>**(*Chief or Sheriff's Ink Signature)***</u>
<u>**Print** name and title</u>



GOVERNMENT EXHIBIT
**629**
4:22-cr-199