

GOVERNMENT
EXHIBIT

641

4:22-cr-199

