| No. | Count | Law letter date | Type | Number requested | Machine gun transferred | Serial number | Recipient | Transfer approval date | Broker (if applicable) |
|---|---|---|---|---|---|---|---|---|---|
| 1a | | July 19, 2018 | Demo | 1 | FN M249 Para | C14266 | BW Outfitters | *Disapproved* | Pro Force |
| 2 | | July 26, 2018 | Demo | 1 | HK MP5SD3 | S98044 | BW Outfitters | August 6, 2018 | |
| 3 | 4 | October 31, 2018 | Demo | 6 | HK G36C | 85000235 | Marcum Mfg | December 13, 2018 | |
| | | | | | HK G36KE | 84003151 | | December 28, 2018 | |
| | | | | | HK UMP45 | 163001994 | | December 6, 2018 | |
| 4 | 5 | October 31, 2018 | Demo | 11 | FN M249 Para | C14267 | Marcum Mfg | March 11, 2019 | |
| | | | | | FN M249 SAW | C14327 | | March 28, 2019 | |
| | | | | | FN P90-USG | FN026470 | | February 4, 2019 | |
| | | | | | FN SCAR-17 | H012000 | | February 4, 2019 | |
| | | | | | FN SCAR-SC | SC000290 | | March 27, 2019 | |
| 5 | 6 | January 15, 2019 | Demo | 6 | HK MP5-40A3 | 691481 | Marcum Mfg | February 25, 2019 | |
| | | | | | HK MP5SD2 | S97822 | | February 27, 2019 | |
| 1b | 7 | March 28, 2019 | Demo | 1 | FN M249 Para | C14266 | BW Outfitters | April 2, 2019 | Pro Force |
| | | No law letter - direct transfer from a law enforcement agency | Purchase | 3 | HK MP5SD3 | 63106832 | Adair Police Department | April 12, 2019 | |
| | | | | | | 63106833 | | | |
| | | | | | | 63106834 | | | |
| 6 | | April 17, 2019 | Demo | 2 | FN SCAR-16 | L055189 | BW Outfitters | August 20, 2019 | Midwest Gun Works |
| | | | | | FN P90 Tactical | FN079567 | | | |
| 7 | | September 12, 2019 | Demo | 1 | Colt M4 | A0199523 | BW Outfitters | September 25, 2019 | |
| 8 | | September 21, 2019 | Demo | 1 | Steyr AUGA3 | 3198863 | BW Outfitters | August 6, 2020 | |

GOVERNMENT EXHIBIT
701
4:22-cr-199

| No. | Count | Law letter date | Type | Number requested | Machine gun transferred | Serial number | Recipient | Transfer approval date | Broker (if applicable) |
|---|---|---|---|---|---|---|---|---|---|
| 9 |  | October 9, 2019 | Demo | 2 | FN MK46<br><br>FN MK48 | C14122<br><br>NV484905 | BW Outfitters | November 13, 2019 | Midwest Gun Works |
| 10 | 2 | October 9, 2019 | Purchase | 5 | HK MP7A2<br>HK MP7A2<br>HK MP7A2<br>HK 416<br>HK G36K | 164029334<br>164029335<br>164029336<br>88070103<br>84054530 | Adair Police Department | November 30, 2020<br><br>August 25, 2020 | Arms Unlimited |
| 11 |  | December 17, 2019 | Demo | 1 | Kriss USA Vector | 45S000903 | BW Outfitters | April 21, 2020 |  |
| 12 | 8 | July 19, 2020 | Demo | 1 | FN M2 HB | 36923 | BW Outfitters | October 26, 2020 | Pro Force |
| 13 |  | September 13, 2020 | Demo | 1 | John's Guns M60E3 | PSXMGM60E3001 | Williams Contracting | September 24, 2020 |  |
| 14 |  | October 19, 2020 | Demo | 4 | Dansk RMH 1950<br>HK HK33KA3<br>HK UMP40<br>John's Guns FSL | 5100018<br>11387<br>162001006<br>X00967 | Williams Contracting<br>Williams Contracting<br>Williams Contracting<br>Williams Contracting | October 28, 2020<br>November 2, 2020<br>October 28, 2020<br>November 23, 2020 |  |
| 15 |  | October 19, 2020 | Demo | 2 | FN F2000<br><br>M1A1 | 002596<br><br>282230 | BW Outfitters | October 28, 2020 |  |
| 16 |  | November 19, 2020 | Demo | 2 | Ruger AC556 | 192-03073 | Arms Unlimited | December 14, 2020 |  |
| 17 |  | November 23, 2020 | Demo | 2 | US Ordnance M60E6 | 12494 | Arms Unlimited | June 4, 2021 |  |
| 18 | 9 | January 18, 2021 | Demo | 1 | US Ordnance M2A2 | DS7000 | Arms Unlimited | June 4, 2021 |  |
| 19 |  | April 1, 2021 | Demo | 1 | 2A Balios Lite | BC00836 | Williams Contracting | April 29, 2021 |  |
| 20 |  | April 1, 2021 | Demo | 1 | CCARM 1919-A4 | 015 | Williams Contracting | April 26, 2021 |  |

| No. | Count | Law letter date | Type | Number requested | Machine gun transferred | Serial number | Recipient | Transfer approval date | Broker (if applicable) |
|---|---|---|---|---|---|---|---|---|---|
| 21 |  | March 18, 2021 | Demo | 1 | Steyr AUGA1 | 127517 | BW Outfitters | April 19, 2021 |  |
| 22 |  | April 19, 2021 | Demo | 1 | CCARM PPSH-41 | 0006 | Williams Contracting | May 18, 2021 |  |
| 23 |  | April 27, 2021 | Purchase | 4 | FN SCAR-SC | SC000387 | Adair Police Department | August 30, 2021 | Pro Force |
| 24 |  | May 25, 2021 | Purchase | 4 | Uzi (2); Galil (2) |  | Adair Police Department | *Withdrawn* | Arms Unlimited |
| 25 |  | August 2, 2021 | Demo | 1 | HK 416 | 88073918 | Objectiv Solutions | August 13, 2021 | Arms Unlimited |
| 26 |  | August 2, 2021 | Demo | 1 | HK G36C | 85043773 | Objectiv Solutions | August 13, 2021 | Arms Unlimited |
| 27 |  | August 2, 2021 | Demo | 1 | HK MP7A1 | 164021752 | Objectiv Solutions | August 13, 2021 | Arms Unlimited |
| 28 |  | August 19, 2021 | Purchase | 3 | HK MP7A1 |  | Adair Police Department | *Withdrawn* | Pro Force |
| 29 |  | August 19, 2021 | Purchase | 1 | US Ordnance M60E6 | 12413 | Adair Police Department | November 22, 2021 | Arms Unlimited |
| 30 | 14 | August 28, 2021 | Demo | 1 | Grain Sporting Sporter | S033554 | Williams Contracting | November 1, 2021 |  |
| 31 |  | August 28, 2021 | Demo | 1 | One Shot LAR-15 | CM64429 | Williams Contracting | October 15, 2021 |  |
| 32 | 10 | November 29, 2021 | Demo | 1 | DeGroat Tactical GAU-2b/A |  | BW Outfitters | *Disapproved* |  |
| 33 |  | January 25, 2022 | Purchase | 2 | FN SCAR-SC |  | Adair Police Department | *Withdrawn* | Pro Force |
| 34 | 11 | March 1, 2022 | Demo | 1 | HK MP5SD3 | 63106832 | TM Firearms | *Pending* |  |
| 35 | 12 | March 1, 2022 | Demo | 1 | HK MP7A2 | 164029336 | TM Firearms | *Pending* |  |
| 36 | 3 | March 3, 2022 | Purchase | 3 | HK MP7A2 |  | Adair Police Department | *Withdrawn* | Pro Force |
| 37 |  | March 9, 2022 | Purchase | 6 | B&T MP9-N (3); B&T APC9 SD (3) |  | Adair Police Department | *Pending* |  |
| 38 | 13 | July 1, 2022 | Demo | 1 | H&K G36C | 85009840 | Palm Beach SO | *Withdrawn* |  |
|  |  | **Total requests for purchase by or demonstration to Adair Police Department** |  | **90** |  |  |  |  |  |