| | |
|---|---|
| **From:** | Brad Wendt |
| **To:** | Bowers, Jason S. (ATF) |
| **Subject:** | [EXTERNAL] Re: Form 3 disapproved |
| **Date:** | Tuesday, March 15, 2022 2:47:25 PM |
| **Attachments:** | image001.jpg |

Jason,

I believe you are saying "could not" be transferred to an ffl when you actually put "could". At any rate, it appears you are stating that this cannot happen? I would like to know when they changed this? There is several "mini guns" that have been transferred on "law letters". Two that I know of from Long Mountain Outfitters for Dan Shay where transferred by "law letter" and it was from the same manufacturer that I have chosen. Mark Barnes NFA attorney assisted in this transfer with a "law letter". I'm curious as to when the law changed as I have not seen any variation to exclude this. Please let me know what I am missing as we would like to resubmit this and have it approved as the others in the past have been.

Thank you for your time.

Brad Wendt
Chief of Police

**From:** Bowers, Jason S. <Jason.S.Bowers@usdoj.gov>
**Sent:** Tuesday, March 15, 2022 8:05 AM
**To:** b-wendt@hotmail.com <b-wendt@hotmail.com>
**Subject:** RE: Form 3 disapproved

Good morning,

The firearm was being transferred to a FFL not directly to your agency. You as an agency can obtain whatever type of firearms you wish. The law only allows FFL's to receive restricted machineguns for demonstration of law enforcement suitable firearms. A gatling type rotating barrel machinegun would not be suitable for a typical law enforcement agency and therefore could be transferred to another ffl for demonstration.

Jason S. Bowers
Government Suport Branch
NFA Division
244 Needy Rd
Martinsburg, WV
(304) 616-4500
Jason.bowers@atf.gov



DEFENDANT'S EXHIBIT
1001

015769



**From:** Brad Wendt <b-wendt@hotmail.com>
**Sent:** Friday, March 4, 2022 10:49 AM
**To:** NFA <NFA@atf.gov>
**Subject:** [EXTERNAL] Fw: Form 3 disapproved


Good morning,

My name is Bradley Wendt, I am the Chief of Police in Adair, Iowa and wrote the Demo Letter for this firearm. I have been sent the disapproved form 3 which is attached. Can some please help me with this, I had this situation happen a couple years back and it was straightened out by resubmitting. I am curious to why it was disapproved. The reason stated "not suitable for law enforcement". Can someone please call me on this or email me with whom I need to speak with I left a voicemail and have not heard a response.


Thank you,

Brad Wendt
Chief of Police
Adair, Ia