**From:** Adair Police <adairpolice113@gmail.com>
**Sent:** Wednesday, December 12, 2018 1:42 PM
**To:** Huff, Heather <Heather.Huff@atf.gov>; Siviero, Shannon D. <Shannon.Siviero@atf.gov>; NFAFax <NFAFax@atf.gov>
**Subject:** Disapproved form 3

Hello this is Chief of Police Bradley Wendt from the Adair Police Department. I have requested a Demo from Marcum MFG LLC. A form 3 was submitted and disapproved on December 11th 2018. Control number 201963064. I was called to verify the law enforcement demonstration letter. Which I did verify that it was authentic and signed by me. After reviewing the disapproval reason I believe that the examiner greatly misrepresented my words. I would also like to say that the examiner that called me, was speaking in a fashion to cause confusion on my end. And also stated that the law enforcement letter was potentially fake. The examiner did not want to provide to me the exact weapon that was being requested for transfer. I told them that we have written a few letters over the last few months and needed clarification to verify. It is impossible to verify information , if you're unwilling to provide the information needed to clarify the validity of something. Another thing I don't understand The Examiner does not like that we have an intent to possibly purchase and an intent to familiarize ourselves with a weapon. One of the points of a demonstration is to familiarize yourself with a weapon. The lack of logic on this understanding amazes me! Another thing they state is the dealer has a similar model in their inventory. That is irrelevant! We have requested specific models, not models that are similar! I would like to have this form approved! Attached is the transfer form along with our law enforcement letter. We have also attached the disapproved form for your review.
I would also like an official written response of what you plan to do on this transfer sent to me.
Chief of Police Bradley Wendt
515-229-8583

DEFENDANT'S EXHIBIT
**1005**

015767

--
Brad Wendt
Chief of Police
City of Adair
(641) 742-3751


ATTENTION: This document may contain confidential information and is intended for use only by the addressee or their representative. This e-mail, including any attachments, is covered by the Electronic Communications Privacy Act, 18 USC Sections 2510-2521. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this information is prohibited. If you have received this electronic transmission in error, please notify the sender immediately and delete the message.