

**From:** Brad Wendt <b-wendt@hotmail.com>
**Sent:** Wednesday, February 20, 2019 2:30 PM
**To:** Siviero, Shannon D. <Shannon.Siviero@atf.gov>; Huff, Heather <Heather.Huff@atf.gov>; NFAFax <NFAFax@atf.gov>
**Subject:** Disapproved NFA ?

Hello this is Chief of Police Bradley Wendt from the Adair Police Department. I have requested a Demo from Marcum MFG LLC. A form 5 was submitted and disapproved on February 7th 2019. Control number 2019105934. The reason states law letter invalid. This letter has already been used on a approved transfer recently. I am not sure why there is so much inconsistency within your agency. I expect the following transfer to be approved within a speedy fashion. Attached is the disapproved form 5 along with the original form 5 and law letter so you can approve this immediately. I would also like an official written response of what you plan to do on this transfer



DEFENDANT'S EXHIBIT 1007

015760

sent to me.
**Chief of Police Bradley Wendt**

015761