```
Ereel#Kdpholqfn


Vxemhfw=        IZ #Irup #Txhwlrq#IZ #Irup #6#DWI#Frqwurd$3544;3:6
```

**From:** Haines, Nancy M. (Contractor) <Nancy.M.Haines@usdoj.gov>
**Sent:** Tuesday, October 20, 2020 2:18 PM
**To:** Brad Wendt <b-wendt@hotmail.com>
**Subject:** EForm Question FW: Form 3 ATF Control 202118073

Good afternoon Chief Wendt,

I had one of the examiners in the office review this.
She said to resubmit the Form either thru the EForm program or Email. When resubmitting leave out the attachment that is titled B WOUT FITTERS INC. The City of Adair letter is all that needs to be submitted with the form.

If you wish you can fill out a form 3 and email it to me at nancy.haines@atf.gov. to get entered and assigned to her to take care it for you.
I have attached a copy of the Form 3 for your convenience if you wish to proceed with this method or you can resubmit via the EFrom program.

Hope this helps
Nancy Haines

---

**From:** Brad Wendt <b-wendt@hotmail.com>
**Sent:** Monday, October 19, 2020 4:26 PM
**To:** Bobbi Hamelinck <Bobbi.Hamelinck@fnamerica.com>; NFAFax <NFAFax@atf.gov>
**Subject:** Re: Form 3 ATF Control 202118073

Bobbi,

The phone number for the Police Dept is on the letterhead they can call the City Clerk there as well. Please let me know soon as hear.

Thank you

Bradley Wendt
Chief of Police
Adair, Iowa

---

**From:** Bobbi Hamelinck <B>
**Sent:** Monday, October 19, 2020 2:40 PM
**To:** NFAFax <NFAFax@usdoj.gov>
**Cc:** Brad Wendt <b-wendt@hotmail.com>
**Subject:** Form 3 ATF Control 202118073
Good afternoon,

DEFENDANT'S
EXHIBIT
**1010**

019509

Please advise as to how we should proceed with the attached disapproval? Chief Wendt would like to know what proof he needs to provide that he is the Chief of Police at the Adair Police Department so this form can be resubmitted and approved.



Thank you,
Bobbi Hamelinck



**Bobbi Hamelinck**
Serial Number & Licensing Administrator,
FN America, LLC
P: 803.630-5041 | F: 803.630-5041
bobbi.hamelinck@fnamerica.com | fnamerica.com

NOTICE OF PRIVILEGE AND CONFIDENTIALITY

This e-mail is intended only for the person or entity to whom it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call FN America, LLC at (703) 288-3500 and destroy the original message and all copies.

Email scanned by FNA security scanners(TW)