Printed: 1/19/2024 2:17:53 PM
Store: 1
Workstation: 1
Case 4:22-cr-00199-SHL-HCA   Document 350-7   Filed 02/23/24   Page 1 of 1
Sales Receipt #64118
4/16/2022
Cashier:
Page 1

REPRINTED



**BW Outfitters**
1118 4th Ave S
Denison, Ia 51442
712-393-GUNS

**Bill To:**
Robert Williams
3091 370th St
Manning, IA  51455

| Item Name | Attribute | Size | Orig Price | Disc % | Type | Qty | Price | Ext Price | Tax |
|---|---|---|---|---|---|---|---|---|---|
| Tula 223 55Gr FMJ 20Rd | TA223550 | 223 | $8.99 | 7.01% | | 100 | $8.36 | $836.00 | T |
| HSM Linked 308Win Tracer 200rd | A762150T20 | 308Win | $139.99 | 7.14% | | 4 | $130.00 | $520.00 | T |
| Ammo Can 2200rd 9mm Steel | BBMCZ | 9mm | $990.00 | 14.14% | | 1 | $850.00 | $850.00 | T |
| Ammo Inc 45ACP 230gr FMJ 300ct | 45230TMCE | 45ACP | $224.99 | 11.11% | | 8 | $200.00 | $1,600.00 | T |
| Ammo Inc 5.56 55gr FMJ 200ct | 556055FMJ | 5.56 | $139.99 | 7.14% | | 5 | $130.00 | $650.00 | T |
| FNH 5.7x28mm 27Gr Leadfree HP | 10700013 | 5.7x28mm | $42.99 | 7.34% | | 6 | $39.83 | $239.00 | T |
| Norma 6.5PRC Golden Tgt 143gr | 10166462 | 6.5PRC | $44.99 | 7.39% | | 3 | $41.67 | $125.00 | T |
| Wolf 7.62x39 122gr FMJ 1000rd | WPA762122 | 7.62x39mm | $549.99 | 7.09% | | 1 | $511.00 | $511.00 | T |
| Win Serv Grade 7.62x51 175gr HP | SGM118LR | 7.62x51mm | $56.99 | 7% | | 6 | $53.00 | $318.00 | T |
| Tula 7.62x39 122gr FMJ 20ct | 010001 | 7.62x39 | $11.99 | 8.49% | | -36 | $10.97 | ($395.00) | T |
| TulAmmo 308Win 150gr FMJ 20ct | TA308150 | 308Win | $15.99 | 7.19% | | 25 | $14.84 | $371.00 | T |
| LC 50BMG 100rd Linked Can | LC50BMG10 | 50BMG | $399.99 | 9.06% | | 20 | $363.75 | $7,275.00 | T |

Subtotal: $12,900.00
Exempt    0 % Tax:    + $0.00
**RECEIPT TOTAL:  $12,900.00**

Cash: $7,840.00
Check: $1,100.00   5317
Credit Card: $3,960.00   Visa

Merchant #***83402

Total Sales Discounts: $1,301.58

Machine gun shoot

Thanks for shopping with us!


64118

DEFENDANT'S
EXHIBIT
1042