.50 Caliber Machine Gun Transfers Approved in Iowa since August 17, 2020[2]

| Entity | Quantity | Approval year(s) |
|---|---|---|
| Federal Firearms Licensee A | 1 | 2021 |
| Federal Firearms Licensee I | 1 | 2020 |

---

[2] These figures do not include machine guns registered to the Adair Police Department, BW Outfitters, or Williams Contracting LLC. The number and nature of machine guns registered to those entities was previously disclosed in discovery. The identification of Federal Firearms Licensees continues from the prior list of belt-fed machine guns. No law enforcement agencies in the state of Iowa have a .50 caliber machine gun registered.

DEFENDANT'S EXHIBIT 1046