**Belt-Fed Machine Gun Transfers Approved in Iowa since August 17, 2020**[1]

| Entity | Quantity | Approval year(s) |
|---|---|---|
| Federal Firearms Licensee A | 3 | 2021 (x3) |
| Federal Firearms Licensee B | 2 | 2021 (x2) |
| Federal Firearms Licensee C | 1 | 2021 |
| Federal Firearms Licensee D | 1 | 2023 |
| Federal Firearms Licensee E | 1 | 2022 |
| Federal Firearms Licensee F | 2 | 2022, 2023 |
| Federal Firearms Licensee G | 1 | 2023 |
| Federal Firearms Licensee H | 1 | 2021 |



GOVERNMENT EXHIBIT 1
4:22-cr-199

---

[1] These figures do not include machine guns registered to the Adair Police Department, BW Outfitters, or Williams Contracting LLC. The number and nature of machine guns registered to those entities was previously disclosed in discovery. Aside from the Adair Police Department, no law enforcement agency in the state of Iowa has a belt-fed machine gun registered to it.

DEFENDANT'S EXHIBIT 1048