🖨 **Print This Check**                                                   ☒ **Close Window**



MAX CU Montgomery, AL
>262275958<
Branch #: 19
9/5/2023 4:43 PM
Teller: 1984 Trans:
DIN:864900000108829

**DEFENDANT'S EXHIBIT 1052**