**From:** Brad Wendt <b-wendt@hotmail.com>
**Sent:** Thursday, February 18, 2021 8:41 AM
**To:** DeGroat Tactical
**Subject:** Re: Fw: mini gun quote LE

gotcha we just have bunch guys coming to town for a shoot they were asking if this piece would be there I should of found your info couple months earlier when I started looking. But thanks. Let me know if you need anything.

**From:** DeGroat Tactical <Sales@DeGroatTactical.com>
**Sent:** Thursday, February 18, 2021 12:05 AM
**To:** 'Brad Wendt' <b-wendt@hotmail.com>
**Subject:** RE: Fw: mini gun quote LE

Hello Brad,

Yep I was told the check arrived.

I will be back at my shop tomorrow and deposit it.

I hate to say you're correct about that being wishful thinking to have a gun next month, but sadly it is.  Biggest reason, I will be out of state during that time taking part in a memorial shoot for a good friend of mine that passed away in December.


Thanks

James DeGroat
President
DeGroat Tactical Armaments, LLC.
www.DeGroatTactical.com


**From:** Brad Wendt [mailto:b-wendt@hotmail.com]
**Sent:** Monday, February 15, 2021 10:57 AM
**To:** DeGroat Tactical
**Subject:** Re: Fw: mini gun quote LE

Sir, checking on the receipt of the check for the deposit? We are having a shoot on March 27th anyway you have one to demo that day? wishful thinking I know.

**From:** Brad Wendt <b-wendt@hotmail.com>
**Sent:** Thursday, February 4, 2021 4:08 PM
**To:** DeGroat Tactical <Sales@DeGroatTactical.com>
**Subject:** Fw: Fw: mini gun quote LE



DEFENDANT'S
EXHIBIT

1056

tracking number on check and tax info you should have ffl and sot already please let me know if you need anything else.

---

**From:** BW Outfitters <gunshipper200@gmail.com>
**Sent:** Thursday, February 4, 2021 2:18 PM
**To:** Brad Wendt <b-wendt@hotmail.com>
**Subject:** Re: Fw: mini gun quote LE

1Z6855830344449260

On Wed, Feb 3, 2021 at 1:50 PM Brad Wendt <b-wendt@hotmail.com> wrote:

kim can you send him our tax ID number and a check for 40,000.00 for the deposit on this mini gun. I guess doesn't need to be cashiers check business check will be fine please send to the address below by UPS and let me know tracking when done please and thanks.

---

**From:** DeGroat Tactical <Sales@DeGroatTactical.com>
**Sent:** Tuesday, February 2, 2021 1:14 AM
**To:** 'Brad Wendt' <b-wendt@hotmail.com>
**Subject:** RE: mini gun quote LE

Hello Brad,

UPS address is:

DeGroat Tactical Armaments, LLC.
2501 North Hwy 605
Milan, NM 87021

Thanks

James DeGroat
President
DeGroat Tactical Armaments, LLC.
www.DeGroatTactical.com

---

**From:** Brad Wendt [mailto:b-wendt@hotmail.com]
**Sent:** Monday, February 01, 2021 10:17 AM
**To:** DeGroat Tactical
**Subject:** Re: mini gun quote LE

yes I will send it UPS please give me address for UPS on the cashiers check.

7550

**From:** DeGroat Tactical <Sales@DeGroatTactical.com>
**Sent:** Monday, February 1, 2021 12:17 AM
**To:** 'Brad Wendt' <b-wendt@hotmail.com>
**Subject:** RE: mini gun quote LE

Hello Brad,

Lots of ammo is certainly a good thing to have with a Minigun, the thing is extremely addicting to shoot.

$40,000 cashier check will work perfect.

If you would also include a non-taxable form as well, that way I don't have to charge you the crazy 5.125% that state will want to collect for sales tax.

Nope, I don't need the Demo Letter just yet, you can get that to me as we get closer to having your gun built.

Information for the Demo Letter will be:

Manufacturer: DeGroat Tactical Armaments, LLC.
Model: GAU-2B/A
Caliber: 7.62mm

Nothing special is needed for the Demo Letter, and no I don't have or use a template for the letter.

What I do find impressive is how popular Miniguns have become here lately, seems like I just keep getting orders from them left and right, even with ammo prices high.

Let me know when your cashier's check goes out.  If you want to use UPS or FedEx to send it, let me know and I'll give you a different address other than my PO Box address.

I'll keep you posted throughout the process as well.


Thanks

James DeGroat
President
DeGroat Tactical Armaments, LLC.
www.DeGroatTactical.com



**From:** Brad Wendt [mailto:b-wendt@hotmail.com]
**Sent:** Saturday, January 30, 2021 8:12 PM
**To:** DeGroat Tactical
**Subject:** Re: mini gun quote LE

I've got lots of ammo. Ok Looks like this should be good to go. So 40k in cashiers check? Do you need demo letter now? Do you have template for the wording on it?

7551

**From:** DeGroat Tactical <Sales@DeGroatTactical.com>
**Sent:** Friday, January 29, 2021 10:23 PM
**To:** 'Brad Wendt' <b-wendt@hotmail.com>
**Subject:** RE: mini gun quote LE

Hello Brad,

Attached is a quote for your Minigun setup.

Only thing you would really need would be ammo, everything else you need to run the gun is included in the setup.

I've been building and supply Miniguns to the Class 3 world for 17 years now.  Pretty much anytime you see a Minigun being fired at a machinegun shoot or at a rental range, it's one of mine or I had a hand in helping that customer get a gun together.  If you were to ask any person you see on the internet that owns a Minigun as to my quality and such they will also give me a thumbs up.

If you want a list of names, you could check with:

Dan Shea – Long Mountain Outfitters
Danny Hilton or Jarred – Texas Gun Experience
Harland – Littlebird LLC
Bryan – Western Iron Inc
And I can keep listing people but would want to check with them first before using them as references.

But seriously my quality is excellent and my reputation in this industry is also excellent.


Thanks

James DeGroat
President
DeGroat Tactical Armaments, LLC.
www.DeGroatTactical.com



**From:** Brad Wendt [mailto:b-wendt@hotmail.com]
**Sent:** Friday, January 29, 2021 1:20 PM
**To:** DeGroat Tactical
**Subject:** Re: mini gun quote LE

Yes please send the Quote. Do you have any references of anyone you have built one for before I can talk to ?

---

**From:** DeGroat Tactical <Sales@DeGroatTactical.com>
**Sent:** Friday, January 29, 2021 2:20 AM
**To:** 'Brad Wendt' <b-wendt@hotmail.com>
**Subject:** RE: mini gun quote LE

Hello Brad,

7552

Your Minigun will come with a mount and yoke that will drop right into your large pintle on your Humvee.

To start an order I will need a copy of your FFL/SOT along with a 50% deposit. Once we have your gun built we will need a Demo Letter to start the transfer.

If this all sounds good I will send over a formal quote for your approval.

Thanks

James DeGroat
President
DeGroat Tactical Armaments, LLC.
www.DeGroatTactical.com

**From:** Brad Wendt [mailto:b-wendt@hotmail.com]
**Sent:** Wednesday, January 27, 2021 2:54 PM
**To:** DeGroat Tactical
**Subject:** Re: mini gun quote LE

Ok I have ma deuce on my Humvee right now would like to be able to switch them out Im sure you would have cradle and everything needed for this? Please let me know how we need to begin if this is something you can do.

Thanks

Brad Wendt
Chief of Police/Owner BW Outfitters

**From:** DeGroat Tactical <Sales@DeGroatTactical.com>
**Sent:** Wednesday, January 27, 2021 1:09 PM
**To:** 'Brad Wendt' <b-wendt@hotmail.com>
**Subject:** RE: mini gun quote LE

Hello Brad,

Current price for one of our 7.62mm Minigun setups is $80,000 with a 50% deposit to place the order and the other 50% balance due on delivery.

I can over a 5% discount if paid in full at time of delivery.

Current lead time is 4 months on a build as we are finishing up a few guns for customers now and working on a new batch of rotors.

If you have any questions please feel free to ask.

7553

Thanks

James DeGroat
President
DeGroat Tactical Armaments, LLC.
www.DeGroatTactical.com


**From:** Brad Wendt [mailto:b-wendt@hotmail.com]
**Sent:** Tuesday, January 26, 2021 1:57 PM
**To:** sales@degroattactical.com
**Subject:** mini gun quote LE

Hello,


My name is Bradley Wendt Chief of Police and owner of a large gun store I am wanting a demo of the mini gun and purchase.


Please let me know this is my personal email can send what ever you need, FFL/SOT credentials etc?


Thanks

Bradley Wendt


--
Thanks,
BW Outfitters

7554