FD-674 (Rev. 5-10-2013)

DATE  08 / 31 / 2022

CASE ID  194C-OM-3587485

PHOTOGRAPHER  Jason Soo

LOCATION  320 Audubon S, Adair, IA

FBI

DEFENDANT'S EXHIBIT 1065