

DEFENDANT'S
EXHIBIT

1067