

DEFENDANT'S EXHIBIT 1069