DEFENDANT'S
EXHIBIT
1071