

DEFENDANT'S EXHIBIT 1075