```
AUTOM. RIFLE HK416A1   D14,5B CAL

         1              EA

239007   95009

4500003747

88-070103         12/19

HECKLER&KOCH GMBH
```

*239007*
*88-070103*

DEFENDANT'S EXHIBIT
**1076**