## TIMELINE

| Date | Law Letter | Gun | Most Recent Status | Approval Date |
|---|---|---|---|---|
| 07/19/18 03/28/19 | Demo | M-249 PARA | Approved | 04/02/19 |
| 07/26/18 | Demo | MP5SD3 | Approved | 08/06/18 |
| 10/31/18 | Demo | M249 PARA<br>P90 USG<br>SCAR 17<br>M249 SAW<br>SCAR-SC | Approved | 03/11/19<br>02/04/19<br>02/04/19<br>03/28/19<br>03/27/19 |
| 10/31/18 | Demo | G36C<br>G36KE<br>UMP45 | Approved | 12/13/18<br>12/28/18<br>12/06/18 |
| 01/15/19 | Demo | MP5SD2<br>MP5/40A3 | Approved | 02/25/19<br>02/27/19 |
| None needed | - | MP5SD (3) | Approved | 04/12/19 |
| 04/17/19 | Demo | SCAR 16 CQC<br>P90 TACTICAL | Approved | 08/20/19 |
| 09/12/19 | Demo | M4 | Approved | 09/25/19 |
| 09/21/19 | Demo | STEYR AUG A3 | Approved | 08/06/20 |
| 10/09/19 | Purchase | MP7A2 (3)<br>G36K<br>HK 416 | Approved | 11/30/20<br>08/25/20<br>08/25/20 |
| 10/09/19 | Demo | MK 48 MOD<br>MK 46 MOD | Approved | 11/13/19 |
| 12/17/19 | Demo | VECTOR SMG | Approved | 04/21/20 |
| 07/19/20 | Demo | M2 HB-QCB | Approved | 10/26/20 |
| 09/13/20 | Demo | M60 | Approved | 09/24/20 |
| 10/19/20 | Demo | F2000<br>M1A1 | Approved | 10/28/20 |
| 10/19/20 | Demo | UMP40<br>FSL<br>HK33KA3<br>RMH 1950 | Approved | 10/28/20<br>11/23/20<br>11/02/20<br>10/28/20 |
| 11/19/20 | Demo | AC556 (2) | Approved | 12/14/20 |
| 11/23/20 | Demo | M60 (2) | Approved | 06/04/21 |
| 01/18/21 | Demo | M2A2 | Approved | 06/04/21 |
| 03/18/21 | Demo | AUG A1 | Approved | 04/19/21 |
| 04/01/21 | Demo | 1919-A4 | Approved | 04/26/21 |
| 04/01/21 | Demo | BALIOS-LITE | Approved | 04/29/21 |
| 04/19/21 | Demo | PPSH-41 | Approved | 05/18/21 |
| 04/27/21 | Purchase | SCAR-SC | Approved | 08/30/21 |



DEFENDANT'S EXHIBIT 1122

| Date | Law Letter | Gun | Most Recent Status | Approval Date |
|---|---|---|---|---|
| 05/25/21 | Purchase | Uzi (2)<br>Galils (2) | Withdrawn | - |
| 08/02/21 | Demo | MP7 | Approved | 08/13/21 |
| 08/02/21 | Demo | HK416 | Approved | 08/13/21 |
| 08/02/21 | Demo | G36C | Approved | 08/13/21 |
| 08/19/21 | Purchase | M60 | Approved | 11/22/21 |
| 08/19/21 | Purchase | MP7 (3) | Withdrawn | - |
| 08/28/21 | Demo | SPORTER | Approved | 11/01/21 |
| 08/28/21 | Demo | LAR-15 | Approved | 10/15/21 |
| 11/29/21 | Demo | GAU-2B/A (MINIGUN) | Disapproved | - |
| 01/25/22 | Purchase | SCAR-SC (2) | Withdrawn | - |
| 03/01/22 | Demo | MP5SD3 | Cancelled | - |
| 03/03/22 | Purchase | MP7A2 (3) | Withdrawn | - |
| 03/09/22 | Purchase | MP9N<br>APC9 SD | Pending | |
| 07/01/22 | Demo | G36C | Withdrawn | - |