## ADAIR POLICE DEPARTMENT GUNS

| No. | Gun | Law Letter Date | Date Transfer Approved | Date Sold | Purchase Price | Sale Price | Location on 8/31/22 |
|---|---|---|---|---|---|---|---|
| 1 | MP5 | No LL needed | 04/12/19 | Not sold | $ 2,200.00 | - | Adair PD Evidence Room |
| 2 | MP5 | No LL needed | 04/12/19 | 08/05/20 | $ 2,200.00 | $ 3,000.00 | N/A |
| 3 | MP5 | No LL needed | 04/12/19 | 01/14/20 | $ 2,200.00 | $ 5,000.00 | N/A |
| 4 | HK 416 | 10/09/19 | 08/25/20 | Not sold | $ 3,420.00 | - | Adair PD Evidence Room |
| 5 | HK G36K | 10/09/19 | 08/25/20 | Not sold | | - | Adair PD Evidence Room |
| 6 | MP7A2 | 10/09/19 | 11/30/20 | Not sold | $ 2,080.00 | - | Adair PD Evidence Room |
| 7 | MP7A2 | 10/09/19 | 11/30/20 | 07/29/21 | $ 2,080.00 | $ 25,000.00 | N/A |
| 8 | MP7A2 | 10/09/19 | 11/30/20 | 07/29/21 | $ 2,080.00 | $ 25,000.00 | N/A |
| 9 | FN SCAR SC | 04/27/21 | 08/30/21 | Not sold | $ 2,431.53 | - | Police Car |
| 10 | M60 | 08/19/21 | 11/22/21 | Not sold | $ 15,500.00 | - | Adair PD Evidence Room |



DEFENDANT'S EXHIBIT 1123