# RICK VASQUEZ FIREARMS, LLC
### CONSULTING SERVICES

Shadow Creek Dr.
Hubert, NC 28539
540-535-6633

Firearms Instructor, Consulting and Testifying Expert, Compliance Expert,
and Concealed Carry Expert to Governments and Private Industry

Rick Vasquez is a certified law enforcement and United States Marine Corps firearms shooting instructor.  During employment with the U.S. government, Rick provided foreign and domestic firearms training and technical assistance to the Border Patrol, Customs and Border Protection, Secret Service, and many other federal and state law enforcement agencies.  He is widely recognized in both the state and federal courts as a subject matter expert with respect to firearms and ammunition and has testified in numerous criminal and civil matters involving firearms.

Rick is also a United States government certified firearms classification expert who has represented the U.S. government as a firearms technical representative to aid other nations.  He not only provides firearms and ammunition classification expertise but also assists both foreign and domestic governments in firearms origin, functionality, and importability.  He has also worked within the U.S. federal government assisting various departments and agencies with firearms policies and issues.  His training, experience, and background make him a continued valuable resource to both governments and private companies as a technical advisor on National Firearms Act (NFA), Gun Control Act (GCA), International Traffic in Arms (ITAR), Arms Export Control Act (AECA), and manufacturing- and import-related concerns.

_____

EXPERTISE & SERVICES OFFERED

- Provide expert advice and testimony in criminal, civil, and administrative matters involving firearms.
- Testing of firearms and silencers.
- Tailored firearms training in a state-of-the-art training facility, including firearms safety and firearms manipulation.
- Provider of security protocols, site surveys, and personal security training.
- Preparation of Standard Operation Procedures for ranges and FFL operations.
- Preparation of FFL compliance and SOPs for compliance.
- Preparation of standard safety briefs.
- Firearms identification training based on the needs of the agency.



DEFENDANT'S EXHIBIT 1126

(540) 535-6633  |  Rick@rickvasquezfirearms.com  |  104 Shadow Creek Drive, Hubert, NC 28539 www.rickvasquezfirearms.com

- Evaluation of firearms related to ATF firearms classification and firearms import compliance.
- NFA classification, NFA transfer procedures, and NFA forms.
- Machinegun identification and function checks.
- Foreign weapons identification and use.
- Nomenclature on all firearms.
- Ammunition identification.
- U.S. firearms regulations and marking requirements.
- Expert services on the importation of firearm and firearms components under the GCA and AECA.
- Armorer, firearms safety instructor, and certified gunsmith.

_____

RESUME

Richard Vasquez
Country of Citizenship:  United States
Security Clearance:  Previous top secret

EMPLOYMENT

October 2014 - Present
Independent Firearms Consultant

- Professional firearms/shooting instructor; instruct at all levels of firearms use and training.
- Contracted and completed a contract for the Center for Disease Control to develop a firearms identification manual and PowerPoint for the Center for Disease Control for firearms abstractors. Created a current menu of firearm models and manufacturers.
- Provide expert advice and testimony in criminal and civil litigation pertaining to firearms.
- Provide evaluations of firearms functionality for product liability cases.
- Provide security protocols for physical facilities and personnel's personal safety.
- Prepared and presented to the United States Senate discussion on ghost guns/homemade firearms.
- Provided firearms classification expertise to the Australian Crime Commission. Instructed two trafficking seminars in 2023.
- Served as a firearms expert to the United Nations on the Small Arms and Light Weapons panel in Brussels, Belgium.
- Prepared and presented to the Federal Bar Association firearms training based on the

Gun Control Act (GCA) and the National Firearms Act (NFA).
- Provide services to the firearms industry and the private sector relating to firearms identification and classification under the GCA and the NFA.
- Conducted a firearms identification course in El Salvador for El Salvadoran prosecutors.
- Provide training to the firearms industry on all aspects of the GCA and NFA compliance.
- Developed and led team building events centered around firearms and leadership.
- Have performed product evaluations on firearms for importation and compatibility with current firearms laws.
- Provide expert advice on the identification of firearms and components for the importation of firearms in relation to the Arms Export Control Act (AECA).
- Conversant with requirements for exporting firearms and components under the International Traffic in Arms Regulations (ITAR).

August 2011 - September 2014
Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Firearms Trafficking and Interdiction Branch, Firearms Operations Division Program Manager/Branch Chief, Firearms Training Branch

- Developed programs and training on firearms trafficking and interdiction.
- Assisted Field Operations in identifying and instructing on firearms trafficking trends.
- Assisted in updating and writing all Standard Operating Procedures (SOPs) of the National Firearms Act Branch (NFA).
- Developed specific training on 3D printing, partially complete receivers, and counterfeit firearms.
- Trained all Central American and Mexican federal law enforcement counterparts on U.S. firearms laws and regulations.
- Served as the firearms expert for Field Operations on all firearms-related subjects.
- Trained a cadre of the Mexican Naval Infantry in the use of foreign weapons and machineguns
- In conjunction with NATO forces, I fired all Bosnian military firearms (in Bosnia) and recovered the cartridges for entry into NIBIN.  This evidence was used in prosecution in the War Crimes Tribunals.
- Presented United States firearms regulations and trafficking trends to Interpol and the Royal Canadian Mounted Police.
- Developed foreign weapons identification courses.
- Developed and presented a course on importation guidelines and United States firearms laws to the Australian Federal Police, Australian Crime Commission, and Australian Customs.

- Provided firearms identification and trafficking training to the Judges of the Guatemalan Supreme Court, which led to collaboration between our countries to destroy a large cache of firearms that were being trafficked to the U.S.

June 1999 – August 2011
Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) Firearms Technology Branch Assistant Branch Chief, Acting Chief, Firearms Technology Branch (FTB)

- Supervised, organized workload, and trained a staff of 14 persons, including eight firearms enforcement officers, one evidence technician, one writer-editor, one program analyst, and two gunsmiths.
- Developed training in all aspects of firearms use and identification.  Instrumental in developing and implementing training for law enforcement counterparts in several federal, state, and local law enforcement agencies.
- Served as the expert on all Gun Control Act (GCA) and National Firearms Act (NFA) identifications and classifications.
- Wrote SOP for all aspects of FTB operations.  These SOPs have now been used to defend ATF policies in criminal and civil litigation.
- Served as a Firearms (shooting) Instructor.
- Instrumental in developing firearms identification training specifically for the "Southwest Border" program.
- Reviewed and corrected all reports which were based on evidence submitted by ATF special agents.
- Served as the expert on classification of items submitted by the firearms industry for classification under the GCA and the NFA.
- Served as the expert on firearms importation guidelines and reviewed all items submitted for approval for importation.
- Developed foreign weapons identification and use training and have provided this instruction to Secret Service, DEA, ATF, and other law enforcement agencies.
- As a representative of ATF, provided firearms instruction to the Australian Crime Commission, Border Protection, and Federal Police.
- Expert on "prop" firearms, *i.e.,* firearms which function as manufactured but are incapable of firing a shot.
- As the chief technology expert for ATF, reviewed prop firearms submitted by movie industry gunsmiths and wrote opinions on whether they were real firearms or non-firearms.
- Expert on homemade firearms and 80% receivers.  Provided all technical guidance on a comprehensive guide for ATF and taught this curriculum throughout ATF (2012).

June 1996 - June 1999

RICK VASQUEZ FIREARMS, LLC
CONSULTING SERVICES

CV
6/25/23

Diplomatic Security Service (DSS) Firearms Instructor – November 1996 – June 1999

- Conducted all manner of firearms training for DSS. Developed training syllabi for long-range rifle training, fire and maneuver tactics, submachine gun, handgun, and evacuation techniques under live fire.
- Certified the Mobile Security Division and the Tactical Response team as firearms instructors.
- Wrote training manuals and training syllabi to cover all aspects of firearms training.
- Developed and conducted training in force protection, IED detection, surveillance, and counter terrorism.
- Taught force continuum policy to DSS Special Agents.
- Constructed prop firearms as a gunsmith for the USMC and during employment with DSS and served as a firearms and tactics instructor and gunsmith.

January 1974 - April 1996
United States Marine Corps, Attained the rank of Master Sergeant and served in many key leadership roles.

August 1994 - April 1996
Detachment Commander – American Embassy, Moscow, Russia

January 1993 - August 1994
Detachment Commander – American Embassy, Kingston, Jamaica

January 1989 - January 1993
Floor Chief – Weapons Training Battalion – Quantico, Virginia

- Chief instructor at the USMC precision weapons shop.
- Taught an armorer training course in Colombia, South America, in support of "Operation Snowcap".
- Certified as a High-Risk Personnel (firearm trainer) instructor.
  January 1974 - January 1989
- Assisted with the development and introduction of the M16A2 while at Weapons Training Battalion.
- Recruiter – Winston Salem NC – and other various duty stations.
- Received the award for Non-Commissioned Officer-in-Charge of the Year and was meritoriously promoted to Gunnery Sergeant.

_____

RICK VASQUEZ FIREARMS, LLC
CONSULTING SERVICES

CV
6/25/23

ADDITIONAL QUALIFICATIONS AND AWARDS

- Interstate Nexus Instructor.
- Testified more than 50 times in federal and state court and certified as an expert witness on firearms statutes and regulations.
- Distinguished high power rifle shooter.
- FFL holder, successful business in custom rifle repair and sales.
- Certified armorer for the following gun companies:  Ruger, Glock, Smith and Wesson, and Heckler and Koch.
- Received manufacturing and historical instruction at the following firearms sites both in conus and overseas:  Marlin, Savage, H&R Inc., Winchester, Mossberg, Springfield Armory, Wilson Tools, Sig, Glock, Walther, Mauser, Sig Sauer.
- Completed course of instruction in Principles of Acoustics and the Measurement of Sound.
- Developed a course in recognition of silencers/silencer components and served as an expert in the classification of silencers and silencer components under federal statutes.
- Wrote numerous training lesson plans in the use and identification of firearms and related subjects.
- Trained government personnel in firearms identification in the following countries:  France, Canada, Colombia, El Salvador, Mexico, Belize, Jamaica, Curacao, and Guatemala.
- Knowledgeable in the requirements for importing firearms and firearms components.
- Presented firearms regulations to the Guatemalan Supreme Court.
- Received public service award from a United States Attorney in the Fourth Circuit.
- Recipient of ATF's Distinguished Service Medal.
- Recipient of numerous letters of appreciation from ATF, FBI, and foreign law enforcement.
- Headquarters USMC representative to introduce the M16A2 into the hands of 6th Marine Regiment.
- 1974 Company High Shooter Parris Island, SC.
- Winning Team, Parris Island Recruit Rifle and Pistol Team.
- Infantry Weapon Repair, Small Arms School, Aberdeen Md., Honor Graduate.
- Tactical implementation of squad automatic weapons and security procedures, Marine Barracks Naples Italy.
- 2112 Armorer Gunsmith MOS.
- 2161 Machinists MOS.
- Deployed to Desert Storm and Desert Shield with a team of snipers and introduced the Barrett M82A1 directly into hands of Marine Snipers.
- Developed and implemented the Barrett M82A1 Sniper rifle along with developing the Technical Manuals for subject rifle

- Detachment Commander in Kingston Jamaica. In partnership with DSS, developed an emergency response team from host country nationals. I was recognized by the Director of DSS for this effort.
- Served at the American Embassy in Moscow Russia and defended the embassy against a missile attack (1995).
- Certified as an instructor in submachineguns, shotguns, sniper rifles, all handguns, squad automatic weapons, grenade launchers, missile launchers, and all small arms.
- Instructed Special Agents of DSS in rescuing a protectee under live fire replicating combat operations.
- In conjunction with the Special Agents of the ATF SRT developed firearms drill sheets and training for the SRT.
- Wrote, developed, and instructed the foreign firearms nexus course.
- Rewrote and taught the interstate nexus course.
- Developed the Cartridge Headstamp Identification Guide.
- Developed a machineguns identification course that is still posted on the ATF website.
- Evaluated and enhanced all firearms training taught at the Federal Law Enforcement Training Center.
- Developed and taught "Project Imports," a program developed to coordinate with Homeland Security to stop illegal firearms importations.
- Taught courses on silencers, machineguns, and homemade and counterfeit weapons to the Colombian Forensic Services, Mexico Attorney General's Office, Interpol, and Canadian Provincial Enforcement Unit.
- Developed and taught a course of instruction on machinegun identification, silencers, and all firearms regulations to the annual Association of Firearms and Tool Mark Academy (multiple years).
- Assisted with writing several ATF Rulings.
- Presented numerous trafficking seminars throughout Central America and Mexico.
- Evaluated evidence in criminal cases in Mexico, Guatemala, and El Salvador, which led to briefing the Guatemalan Supreme Court's Justices and the first ever evaluation of Mexican firearms at the ATF crime lab for a joint U.S. Mexico case.
- Met with the minister of Australia and developed a relationship between ATF and Australia to share trafficking information.
- Instructed members of all facets of the Australian federal and local governments on U.S. firearms regulations and statutes.
- Wrote the first official SOPs for the Firearms Technology Branch which include: Use and safe handling of firearms, Machinegun Testing, Test Fire Procedures, Silencer Testing, etc.