IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRADLEY EUGENE WENDT,<br><br>Defendant. | Criminal No. 4:22-cr-199<br><br>GOVERNMENT'S UNRESISTED MOTION FOR EXTENSION OF TIME TO SUBMIT OFFENSE CONDUCT STATEMENT |

The government moves for an extension of time to submit the offense conduct statement. In support, the government states:

1. Sentencing in this case is scheduled for June 14, 2024. Dkt. 345 at 2.

2. The government's offense conduct statement is currently due on February 28, 2024. *Id.* at 1. The government requires additional time to prepare the offense conduct statement. The government has not previously sought an extension of time to submit the offense conduct statement.

3. The government requests a one-week extension, to and including March 6, 2024, to submit the offense conduct statement.

4. The government conferred with defense counsel regarding the requested extension. Defense counsel indicated defendant has no objection to the relief sought in this motion.

For these reasons, the government respectfully requests a one-week extension to March 6, 2024, to submit the offense conduct statement.

                        Respectfully submitted,

                        Richard D. Westphal
                        United States Attorney

By:    /s/ *Ryan W. Leemkuil*
        Mikaela J. Shotwell
        Ryan W. Leemkuil
        Shai D. Gonzales
        Assistant United States Attorney

        U.S. Courthouse Annex, Suite 286
        110 E. Court Avenue
        Des Moines, Iowa 50309
        Tel: (515) 473-9300
        Fax: (515) 473-9292
        Email: Ryan.Leemkuil@usdoj.gov

CERTIFICATE OF SERVICE
I hereby certify that on February 27, 2024, I
electronically filed the foregoing with the
Clerk of Court using the CM ECF system.  I hereby
certify that a copy of this document was served
on the parties or attorneys of record by:

\_\_\_\_U.S. Mail  _____ Fax  \_\_\_\_\_Hand Delivery

\_\_X\_\_ECF/Electronic filing  \_\_\_\_Other means

UNITED STATES ATTORNEY
By:  /s/ *Ryan W. Leemkuil*