IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> BRADLEY EUGENE WENDT, <br><br> Defendant. | ) <br> ) <br> ) Criminal No. 4:22-cr-199 <br> ) <br> ) GOVERNMENT'S MOTION FOR <br> ) EXTENSION OF TIME TO <br> ) RESPOND TO MOTION FOR <br> ) JUDGMENT OF ACQUITTAL <br> ) AND/OR NEW TRIAL |

The government moves for an extension of time to respond to defendant's Motion for Judgment of Acquittal and/or New Trial (Dkt. 353). In support, the government states:

1.  On February 28, 2024, defendant filed a Motion for Judgment of Acquittal and/or New Trial. *See* Dkt. 353. The government's response to the motion is currently due on March 6, 2024.

2.  The government seeks an extension of time to April 3, 2024, to respond to the motion.

3.  Defendant's motion raises a host of issues and is supported by a nearly 40-page brief. The government requires additional time to review defendant's arguments in support of the motion and prepare a response. Additionally, the U.S. Attorney's Office is in the process of moving from the U.S. Courthouse Annex to the Neal Smith Federal Building. During the move, the undersigned Assistant United States Attorneys may temporarily be without office space. Additionally, it appears that the U.S. Attorney's Office will, for some undetermined amount of time, be without access to the server storing its electronic case files, including pleadings, trial

1

exhibits, and other materials necessary to preparing a response to defendant's motion. The government anticipates that its move to the Federal Building will be complete by the end of March, but the length of any server interruption is currently unknown. Additionally, attorneys for the government anticipate being in trial in the next few weeks or on leave for pre-planned vacations.

4. Sentencing in this case is scheduled for June 14, 2024. Dkt. 345 at 2. Thus, even with the requested extension, the government's response to the motion would be filed nearly ten weeks before sentencing.

5. The government conferred with defense counsel regarding the requested extension. Defense counsel indicated defendant has no objection to a two-week extension of the government's deadline to respond (*i.e.*, to March 20, 2024). The government submits that the lengthier extension sought by the government is warranted by the unique circumstances described above.

6. The government has not previously sought an extension of this deadline.

For these reasons, the government respectfully requests an extension to April 3, 2024, to respond to defendant's Motion for Judgment of Acquittal and/or New Trial.

    Respectfully submitted,

    Richard D. Westphal
    United States Attorney

By:   /s/ *Ryan W. Leemkuil*
    Mikaela J. Shotwell
    Ryan W. Leemkuil
    Shai D. Gonzales
    Assistant United States Attorneys

U.S. Courthouse Annex, Suite 286
110 E. Court Avenue
Des Moines, Iowa 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: Ryan.Leemkuil@usdoj.gov

CERTIFICATE OF SERVICE
I hereby certify that on March 6, 2024, I electronically filed the foregoing with the Clerk of Court using the CM ECF system.  I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail _____ Fax _____Hand Delivery

__X__ECF/Electronic filing ____Other means

UNITED STATES ATTORNEY
By:  */s/ Ryan W. Leemkuil*