IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>BRADLEY EUGENE WENDT,<br><br>   Defendant. | Case No: 4:22-cr-199<br><br>**DEFENDANT'S MOTION FOR EXTENSION TO FILE REPLY BRIEF** |

   Defendant Bradley Eugene Wendt ("Wendt") hereby moves to extend the deadline to file his reply brief and the page limit. In support of this motion, Wendt states as follows:

   1.   The trial in this case occurred from February 5 to 14, 2024.

   2.   On February 28, 2024, Wendt filed his Motion for Judgment of Acquittal and/or New Trial.

   3.   The Government sought and received an extension to file its resistance from March 6 to April 3. The Government then filed its resistance on April 3, 2024.

   4.   Sentencing is scheduled for June 14, 2024.

   5.   There are significant legal and factual issues involved in this case.

   6.   The Government consents to this motion.

   WHEREFORE, Wendt respectfully requests the Court extend the deadline for the reply to April 19 and allow Wendt up to ten pages.

| | |
|---|---|
| Dated: April 8, 2024 | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| | */s/ Nick Klinefeldt* |
| | Nicholas A. Klinefeldt, AT0008771 |
| | Rachel A. Yaggi, AT0014994 |
| | 801 Grand Avenue, 33rd Floor |
| | Des Moines, Iowa 50309 |
| | Telephone: (515) 248-9000 |
| | Fax: (515) 248-9010 |
| | Email: *nick.klinefeldt@faegredrinker.com* |
| | Email: *rachel.yaggi@faegredrinker.com* |
| | ***ATTORNEYS FOR DEFENDANT WENDT*** |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of April, 2024, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

*/s/ Paulette Ohnemus*