IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 4:22-cr-199 |
| Plaintiff, | |
| vs. | **DEFENDANT'S MOTION FOR EXTENSION OF DEADLINE TO FILE OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT** |
| BRADLEY EUGENE WENDT, | |
| Defendant. | |

Defendant Bradley Eugene Wendt ("Wendt") hereby moves to extend the deadline to file his objections to the presentence investigation report. In support of this motion, Wendt states as follows:

1.      Probation filed its draft Presentence Investigation Report ("PSR") on April 10, 2024.

2.      The deadline to file objections is today, April 29, 2024.

3.      Sentencing is scheduled for June 14, 2024.

4.      The offense conduct set forth in the PSR is extensive and requires additional time for counsel to prepare objections and review with their client. In addition, there are other aspects of the PSR that also require a detailed analysis, including the proposed Sentencing Guideline calculation. The defense is therefore requesting a one-week extension to May 6 to file their objections to the PSR.

5.      The Government consents to this motion.

WHEREFORE, Wendt respectfully requests the Court extend the deadline to file his objections to the presentence investigation report to May 6, 2024.

Dated: April 29, 2024                    **FAEGRE DRINKER BIDDLE & REATH LLP**

                                         */s/ Nick Klinefeldt*
                                         Nicholas A. Klinefeldt, AT0008771
                                         Rachel A. Yaggi, AT0014994
                                         801 Grand Avenue, 33rd Floor
                                         Des Moines, Iowa 50309
                                         Telephone: (515) 248-9000
                                         Fax: (515) 248-9010
                                         Email: *nick.klinefeldt@faegredrinker.com*
                                         Email: *rachel.yaggi@faegredrinker.com*

                                         ***ATTORNEYS FOR DEFENDANT WENDT***

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2024, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

                                         */s/ Paulette Ohnemus*