**United States District Court for the Southern District of Iowa**

Presiding: Honorable Stephen H. Locher, U.S. District Judge

Case No. 4:22-cr-00199-SHL-HCA           :   Clerk's Court Minutes – Motion Hearing

| Plaintiff(s) | : | Defendant(s) |
|---|---|---|
| | : | |
| United States of America | : | Bradley Eugene Wendt |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

Plaintiff(s) Counsel: Mikaela J. Shotwell; Shai Gonzales

Defendant(s) Counsel: Nick Klinefeldt; Rachel A. Yaggi

Court Reporter: Tonya Gerke                    :    Interpreter: N/A

| Motion(s) for Ruling: | Ruling |
|---|---|
| Motion for Judgment of Acquittal and/or New Trial (ECF 353) | Reserved |

Proceedings:

Defendant is personally present and represented by retained counsel Nick Klinefeldt and Rachel A. Yaggi. The Government is represented by Assistant United States Attorneys Mikaela J. Shotwell and Shai Gonzales. The Court hears argument from the defense in support of the Motion for Judgment of Acquittal and/or New Trial (ECF 353). The Government argues in resistance. The defense argues in rebuttal. The Court considers the Motion fully submitted and will issue a ruling as promptly as possible. The Court anticipates granting the pending Motion to Continue Sentencing (ECF 368) and will discuss potential dates for the hearing via email with counsel. Court adjourns.

Time Start: 10:31 a.m.

Time End:  11:54 a.m.

Date: May 28, 2024

/s/ M. Mast
_____

Deputy Clerk