FD-302 (Rev. 5-8-10)



## FEDERAL BUREAU OF INVESTIGATION

Date of entry        09/08/2022

Randi Sue Lehman (date of birth ██████ residence, █████████████████████ phone ██████ was interviewed at her place of employment, Guthrie Center Community School District administrative offices, 900 School St, Guthrie Center, Iowa 50015).

The interview was audio-recorded. This document serves as a summary of the interview. The audio recording contains the actual words spoken. In summary, Lehman provided the following information:

### Role as Adair city clerk

Lehman served as Adair City Clerk for about eight years; she left the position in January 2022, soon after newly elected mayor, Joanne Byers, took office and said she was going to "clean house". Lehman believed Byers would try to eliminate her, so when a position came open as the secretary to the superintendent of the Guthrie Community School District, Lehman changed employment. Due to the turmoil and turnover among Adair elected officials, Lehman is glad she left.

Lehman reported to the city council and mayor John Larson. Larson lost the mayoral election to Byers in the fall of 2021. At the time Lehman left, Adair had six employees: herself; Mark Emgarten and Ryan Billheimer in the public works department; and Brad Wendt, Kasey Brosamle, and Ray Ohl in the police department.

Lehman was responsible for attending and keeping minutes at the monthly city council meetings. Her other city clerk duties included answering the phone at city hall, coordinating the new community center, processing water bills, and whatever else the city council asked of her.

Adair's most significant crime problem is counterfeit bills (passed by people coming off I-80) and gas stealing. There are some drug users in town, but nothing terrible.

### Machine guns

Lehman stated that the City of Adair has no machine guns. She has no knowledge of Adair acquiring or owning any machine guns at any point during her time as city clerk. Such a matter would have been a city council decision, but there was never any discussion of this at a city council meeting. Had the city acquired machine guns, she would have been the one to issue payment to a vendor. She never wrote a check or made other payment for machine guns. In addition, she would have been required to update the

GOVERNMENT EXHIBIT

2

4:22-cr-199

Investigation on    09/02/2022    at    Guthrie Center, Iowa, United States (In Person)

File # ████████████████

Date drafted    09/06/2022

by    KOHLER KEVIN T

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

12943

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of  (U)  Randi Lehman interview _____ , On  09/02/2022  , Page  2 of 2

city's insurance policy to include the acquired firearms. This never occurred.

Wendt periodically had guns sent to city hall, which Lehman signed for. However, these were not the city's guns—Wendt was just having them delivered to city hall for convenience. The guns did not remain at city hall, but instead were picked up by Wendt or Brosamle. She assumes they took the guns to one of Wendt's gun shops.

Lehman recalls Wendt saying that some types of guns could be acquired only by an active member of a police department. She did not understand this. Lehman believes Mayor John Larson was aware that Wendt was using the police department to order guns personally that he would then sell at his own store.

Lehman is not familiar with the term "law letter". Writing agent provided her with a sampling of law letters for her to review. After reviewing them, she indicated that she had never seen these documents and did not know they were being written on city letterhead. Contrary to what is written in the law letters, Lehman stated that Adair never had four officers. She also disputed the statement that the firearms being sought would be the property of the Adair Police Department. She noted that the letterhead was also altered to include Bradley Wendt's name across the top. She said everything in the law letter is news to her.

## Other information about Wendt

Wendt reported to the mayor and city council. He was considered part-time, working just two days per week. Lehman believes he took the Adair job not because he needed the money, but instead because he was looking for an easy job for a few years until he qualified for his Iowa public employee pension (IPERS). She believes he is planning to retire next year, as soon as he qualifies for IPERS.

Lehman got along well with Wendt. She thought he was a good police officer and does not recall any disciplinary issues. Wendt seemed to keep the other officers in line.

Lehman and her husband have purchased guns and ammunition from Wendt's gun store in Anita. Lehman believes the city bought ammunition from Wendt or his gun stores.

Lehman is shocked that Wendt would jeopardize his retirement and his relationship with his daughter to engage in illegal activity.