IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>vs.<br><br>BRADLEY EUGENE WENDT,<br><br>　　Defendant. | Case No: 4:22-cr-199<br><br>**DEFENDANT'S NOTICE OF APPEAL** |

Notice is hereby given that Defendant Bradley Eugene Wendt appeals to the United States Court of Appeals for the Eighth Circuit from the final judgment and sentence entered in this action on July 1, 2024—*see* Docket Entry 395.

Dated: July 11, 2024

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Nick Klinefeldt*
Nicholas A. Klinefeldt, AT0008771
Rachel A. Yaggi, AT0014994
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Telephone: (515) 248-9000
Fax: (515) 248-9010
Email: *nick.klinefeldt@faegredrinker.com*
Email: *rachel.yaggi@faegredrinker.com*

***ATTORNEYS FOR DEFENDANT WENDT***

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2024, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

*/s/ Paulette Ohnemus*