# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

## NOTICE OF APPEAL

Date: July 12, 2024  Case No: 4:22-cr-199

Case Caption: United States of America v. Bradley Eugene Wendt

Notice is hereby given that Bradley Eugene Wendt appeals to the:

[X] US Court of Appeals for the Eighth Circuit    [ ] IASD District Court Judge

from the Judgment/Order entered in this action on July 1, 2024.

## Transcript Order Form:

Please prepare a transcript of:

[ ] Plea Hearing    [X] Sentencing    [X] Trial

[X] Other Hearing(s) on Motion for Judgement of Acquittal - 5/28/24; Final Pretrial Conference 1/31/24

I am not ordering a transcript because: _____

*Reminder: CJA counsel will need to complete the AUTH 24 form in CJA eVoucher.

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon the U.S. District Court, court reporter, and all counsel of record and that satisfactory arrangement for payment of the cost(s) of transcript(s) ordered have been made with the court reporter (Fed Rule App Proc 10(b)).

Attorney/Party Signature: /s/ Nick Klinefeldt    Date: July 12, 2024

Address: 801 Grand Avenue, 33rd Floor, Des Moines, IA 50309

Phone Number: (515) 248-9000