UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

# Notice of Appeal Supplement

Case Name: United States of America   vs.   Bradley Eugene Wendt

District Court Case Number: 4:22-cr-199

Appeal Fee (505.00) Status:  Pd  X    IFP ____   Pending ____   Government Appeal ____

Counsel: Appointed ____  CJA ____  Retained  X   Pro Se ____  Pro Bono ____  FPD ____

*Reminder: CJA appointed counsel will need to complete their AUTH 24 form thru CJA eVoucher.

Appeal filed by: Counsel  X    Pro Se ____

Any reason why counsel should not be appointed: _____

Certificate of Appealability: Denied ____  Granted ____  Not Issue  X

Pending post Judgment motions: Yes ____  No  X

If so, type of motion(s) and docket entry number:
_____

High Public Interest Case: Yes  X   No ____

Simultaneous Opinion release Requested: Yes ____  No  X

Trial Held: Bench ____  Jury  X   No ____

Court Reporter: Yes  X   No ____

Reporter's Name: Tonya Gerke

Appealing: Order prior to final judgment ____ or final judgment  X

***File this form with the Notice of Appeal***