# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No. 24-2458

United States of America

Appellee

v.

Brad Wendt

Appellant

------------------------------

Firearms Regulatory Accountability Coalition, Inc., et al.

Amici on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:22-cr-00199-SHL-1)

---

## MANDATE

In accordance with the opinion and judgment of March 3, 2026, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 23, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit