GOVERNMENT EXHIBIT
B
4:22-cr-199
PENGAD 800-631-6989

**U.S. Department of Justice**

Bureau of Alcohol, Tobacco, Firearms and Explosives

*Washington, DC 20226*
*www.atf.gov*

Bradley Wendt
2701 Highway 59
Denison, IA 51442

# NOTICE OF SEIZURE OF PROPERTY AND INITIATION OF ADMINISTRATIVE FORFEITURE PROCEEDINGS

## SEIZED PROPERTY IDENTIFYING INFORMATION

| | |
|---|---|
| **Notice Date:** November 23, 2022 | **Asset ID Number:** Multiple Assets |
| **Notice Letter ID:** 408728 (use ID when searching for assets during online filing) | |
| **Description of Seized Property:** See Attached List | |
| **Seizure Date and Location:** See Attached List | |
| **Forfeiture Authority:** See Attached List | |

**I. THE GOVERNMENT MAY CONSIDER GRANTING PETITIONS FOR REMISSION OR MITIGATION, WHICH PARDONS ALL OR PART OF THE PROPERTY FROM THE FORFEITURE.**

**TO REQUEST A PARDON OF THE PROPERTY YOU MUST FILE A PETITION FOR REMISSION OR MITIGATION**

A. **What to File**: You may file both a claim (see section II below) and a Petition for Remission or Mitigation (Petition). If you file only a petition and no one else files a claim, your petition will be decided by the seizing agency.

B. **To File a Petition:** A petition should be filed online or by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Forfeiture Counsel, Asset Forfeiture & Seized Property Division, 99 New York Avenue., NE AFSPD Room (3.E.454), Washington, DC 20226. It must be received no later than 11:59 PM EST thirty (30) days of your receipt of this Notice. *See* 28 C.F.R. Parts 8 and 9.

C. **Requirements for Petition:** The petition must include a description of your interest in the property supported by documentation and any facts you believe justify the return of the property and be **signed under oath**, subject to the penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. § 1746.

D. **Petition Forms:** A petition need not be made in any particular form but a standard petition form and the link to file the petition online are available at https://www.forfeiture.gov/FilingPetition.htm. If you wish to file a petition online for the assets referenced in the asset list of this letter, please use the Notice Letter ID referenced above.

E. **Supporting Evidence**: Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your petition.

F. **No Attorney Required:** You do not need an attorney to file a petition. You may, however, hire an attorney to represent you in filing a petition.

G. **Petition Granting Authority:** The ruling official in administrative forfeiture cases is the Associate Chief Counsel, Office of Chief Counsel. The ruling official in judicial forfeiture cases is the Chief, Money Laundering and Asset Recovery Section, Criminal Division, Department of Justice. *See* 28 C.F.R. § 9.1.

H. **Regulations for Petition:** The Regulations governing the petition process are set forth in 28 C.F.R. Part 9, and are available at www.forfeiture.gov.

I. **Penalties for Filing False or Frivolous Petitions:** A petition containing false information may subject the petitioner to criminal prosecution under 18 U.S.C. § 1001 and 18 U.S.C. § 1621.

J. **Online Petition Exclusions:** If you cannot find the desired assets online, you must file your petition in writing at the address listed above. For more details regarding what assets can be petitioned online, please see the Frequently Asked Questions at https://www.forfeiture.gov/FilingPetitionFAQs.htm.

**II. TO CONTEST THE FORFEITURE OF THIS PROPERTY IN UNITED STATES DISTRICT COURT YOU MUST FILE A CLA**

*If you do not file a claim, you will waive your right to contest the forfeiture of the asset. Additionally, if no other claims are filed, you may not be able to contest the forfeiture of this asset in any other proceeding, criminal or civil.*

A. **To File a Claim:** A claim must be filed to contest the forfeiture. A claim should be filed by mailing it via the U.S. Postal Service or a Commercial Delivery Service to the ATF, Forfeiture Counsel, Asset Forfeiture & Seized Property Division, 99 New York Avenue., NE AFSPD Room (3.E.454), Washington, DC 20226.

B. **Time Limits**: A claim must be filed within 20 days of the date of this letter; therefore, you must file your claim by **December 13, 2022**. *See* 19 U.S.C. § 1608. A claim is deemed filed on the date received by the agency at the address listed above.

C. **Requirements for Claim**: A claim must be in writing, describe the seized property, state your ownership or other interest in the property and be **made under oath**, subject to penalty of perjury or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. § 1746. Due to the cost bond requirement explained below, these claims cannot be filed online.

D. **Cost Bond:** The claim must be accompanied by a cost bond in the amount of $5,000 or ten percent (10%) of the value of the claimed property, whichever is lower, but not less than $250, made payable to ATF. If you are unable to post a cost bond, you may request that ATF waive the cost bond requirement by submitting an In Forma Pauperis Cost Bond Waiver Petition to ATF Forfeiture Counsel. The cost bond must be in the form of a cashier's check or money order. No personal checks will be accepted. *See* 19 U.S.C. § 1608.

E. **Claim Forms**: A claim need not be made in any particular form, but a claim form is available at www.forfeiture.gov, which you may print and deliver to the agency pursuant to the instructions above. *See* 18 U.S.C. § 983(a)(2)(D).

F. **Supporting Evidence**: Although not required, you may submit supporting evidence (for example, title paperwork or bank records showing your interest in the seized property) to substantiate your claim.

G. **No Attorney Required**: You do not need an attorney to file a claim. You may, however, hire an attorney to represent you in filing a claim.

H. **When You File a Claim**: A timely claim stops the administrative forfeiture proceeding. The seizing agency forwards the timely claim to the U.S. Attorney's Office for further proceedings. You may also file a petition for remission or mitigation.

I. **Penalties for Filing False or Frivolous Claims**: If you intentionally file a claim containing false information, you may be subject to criminal prosecution. *See* 18 U.S.C. § 1001.

J. **If No Claim is Filed**: Failure to file a claim by **December 13, 2022** may result in the property being forfeited to the United States.

Bradley Wendt Notice of Seizure

**Asset List**

**Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on August 31, 2022 by the ATF at Adai Iowa.

**Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 26 USC Section 5872 and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|
| 22-ATF-038564 | Heckler and Koch MP7 Machinegun CAL:46 SN:164-02933 | $2,000.00 | 164-029336 |
| 22-ATF-038566 | U.S. Ordnance Inc. M60 Machinegun CAL:762 SN:12413 | $2,000.00 | 12413 |
| 22-ATF-038567 | F.N. (FN Herstal) SCAR-SC Machinegun CAL:Multi SN:SC000387 | $2,000.00 | SC000387 |
| 22-ATF-038568 | Heckler and Koch G36 Machinegun CAL:223 SN:84-05453 | $2,000.00 | 84-054530 |
| 22-ATF-038569 | Heckler and Koch MP5 Machinegun CAL:9 SN:63-106832 | $2,000.00 | 63-106832 |
| 22-ATF-038570 | Heckler and Koch MPK SD Silencer CAL:9x19 SN:01-006203 | $100.00 | 01-006203 |
| 22-ATF-038571 | Heckler and Koch 416 Machinegun CAL:Unknown SN:88-070103 | $2,000.00 | 88-070103 |

**Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on August 31, 2022 by the ATF at Denison, Iowa.

**Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 26 USC Section 5872 and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|
| 22-ATF-038576 | F.N. (FN Herstal) M2HB Machinegun CAL:50 SN:36923 | $2,000.00 | 36923 |
| 22-ATF-038578 | Vector Arms, Inc. HR4332 Machinegun CAL:9 SN:509 907 | $2,000.00 | 509 907 |
| 22-ATF-038596 | F.N. (FN Herstal) M249 Para Machinegun CAL:556 SN:C14266 | $2,000.00 | C14266 |
| 22-ATF-038599 | F.N. (FN Herstal) MK46M - Mod 1 Machinegun CAL:556 SN:C14122 | $2,000.00 | C14122 |
| 22-ATF-038600 | F.N. (FN Herstal) MK48 Mod 1 Machinegun CAL:762 SN:NV484905 | $2,000.00 | NV484905 |
| 22-ATF-038601 | Heckler and Koch MP5 Machinegun CAL:9 SN:S98044 | $2,000.00 | S98044 |
| 22-ATF-038602 | Heckler and Koch MP5 Silencer CAL:9x19 SN:001-119, 0988-044 | $100.00 | 001-119, 0988-044 |
| 22-ATF-038603 | F.N. (FN Herstal) Scar 16 Machinegun CAL:556 SN:L055189 | $2,000.00 | L055189 |
| 22-ATF-038606 | Auto Ordnance West Hurley, NY Thompson M1 Machinegu CAL:45 SN:282230 | $2,000.00 | 282230 |
| 22-ATF-038607 | Colt M4 Commando Machinegun CAL:556 SN:A0199523 | $2,000.00 | A0199523 |
| 22-ATF-038608 | Steyr Aug Machinegun CAL:556 SN:3198863 | $2,000.00 | 3198863 |
| 22-ATF-038610 | Steyr Aug Machinegun CAL:556 SN:127517 | $2,000.00 | 127517 |
| 22-ATF-038611 | Kriss USA Inc. (Transformational Defense Ind) Kriss Vector SMG Machinegun CAL:45 SN:45S000903 | $2,000.00 | 45S000903 |
| 22-ATF-038612 | F.N. (FN Herstal) P90 Machinegun CAL:57 SN:FN079567 | $2,000.00 | FN079567 |
| 22-ATF-038613 | Ruger AC556 Machinegun CAL:223 SN:19110968 | $40,000.00 | 19110968 |
| 22-ATF-038615 | Ruger AC556 Machinegun CAL:223 SN:19105739 | $25,000.00 | 19105739 |
| 22-ATF-038616 | F.N. (FN Herstal) F2000 Machinegun CAL:223 SN:002596 | $2,000.00 | 002596 |
| 22-ATF-038617 | Steyr Aug Machinegun CAL:556 SN:127520 | $2,000.00 | 127520 |

**Seizure Date and Location:** The asset(s) referenced in this notice letter were seized on August 31, 2022 by the ATF at Manning, Iowa.

**Forfeiture Authority:** The forfeiture of this property has been initiated pursuant to 26 USC Section 5872 and the following additional federal laws: 19 U.S.C. §§ 1602-1619, 18 U.S.C. § 983 and 28 C.F.R. Parts 8 and 9.

| ASSET ID | ASSET DESCRIPTION | ASSET VALUE | ACCT/VIN/SERIAL NO |
|---|---|---|---|
| 22-ATF-038579 | Unknown PPS H41 Machinegun CAL:762 SN:0006 | $2,000.00 | 0006 |
| 22-ATF-038581 | Unknown 1919A4 Machinegun CAL:30 SN:015 | $2,000.00 | 015 |
| 22-ATF-038582 | Unknown FSL Machinegun CAL:308 SN:X00967 | $2,000.00 | X00967 |
| 22-ATF-038583 | Madsen 1950 Machinegun CAL:9 SN:5100018 | $2,000.00 | 5100018 |
| 22-ATF-038584 | Unknown Bailos - Lite Machinegun CAL:Multi SN:BC00836 | $2,000.00 | BC00836 |
| 22-ATF-038585 | Unknown Laris Machinegun CAL:556 SN:CM64429 | $2,000.00 | CM64429 |
| 22-ATF-038586 | Heckler and Koch Ump Machinegun CAL:40 SN:16200100( | $2,000.00 | 162001006 |
| 22-ATF-038587 | B&T USA SD-217831-US Silencer CAL:45 SN:US16-00034 | $100.00 | US16-00034 |
| 22-ATF-038589 | WOS Shadow Unit Sporter Machinegun CAL:762 SN:S033554 | $2,000.00 | S033554 |
| 22-ATF-038592 | Johns Guns P60E3 Machinegun CAL:308 SN:PSXMGM60E3001 | $2,000.00 | PSXMGM60E3001 |
| 22-ATF-038593 | Heckler and Koch HK37KAZ Machinegun CAL:223 SN:11387 | $2,000.00 | 11387 |