GOVERNMENT EXHIBIT
C
4:22-cr-199
PENGAD 800-631-6989

**U.S. Department of Justice**

Bureau of Alcohol, Tobacco, Firearms and Explosives

*Washington, DC 20226*
*www.atf.gov*

## DECLARATION OF ADMINISTRATIVE FORFEITURE

| | |
|---|---|
| Asset ID Number: | See Attached List |
| Case Number: | 779010-22-0076 |
| Seizure Number: | 04 |
| Judicial District: | Southern District of Iowa |
| Seizure Date: | 08/31/2022 |
| Seizure Location: | Denison, IA |

The property described above was taken into custody by the Bureau of Alcohol, Tobacco, and Firearms for civil forfeiture pursuant to Title 26, United States Code (U.S.C.), Section 5872. Notice of this action was sent to all known parties who may have a legal or possessory interest in the property in accordance with law. Notice of this action was posted on an official internet government forfeiture site for at least 30 consecutive days in accordance with 19 U.S.C. Section 1602-1621.

As of the date of execution of this form, no valid claim was filed as required by law to contest this action.

It is hereby declared that the property has been forfeited to the United States pursuant to 26 U.S.C. Section 5872, and is to be disposed of in accordance with law. This declaration shall have the same force and effect as a final decree and order of forfeiture in a judicial forfeiture proceeding in a U.S. District Court. See 19 U.S.C. Section 1609 and 28 C.F.R. Section 8.12.

Signed by Clifford Luhn via the FR application Date: 01/26/2023

Senior Attorney
As delegated by the Associate Chief Counsel
Asset Forfeiture Division
Office of Chief Counsel

**Asset List for Declaration of Administrative Forfeiture**

| Asset ID | Asset Description | VIN/Account/Serial Number | Asset Value At Seizure |
|---|---|---|---|
| 22-ATF-038596 | F.N. (FN Herstal) M249 Para Machinegun CAL:556 SN:C14266 | C14266 | $2,000.00 |
| 22-ATF-038599 | F.N. (FN Herstal) MK46M - Mod 1 Machinegun CAL:556 SN:C14122 | C14122 | $2,000.00 |
| 22-ATF-038600 | F.N. (FN Herstal) MK48 Mod 1 Machinegun CAL:762 SN:NV484905 | NV484905 | $2,000.00 |
| 22-ATF-038601 | Heckler and Koch MP5 Machinegun CAL:9 SN:S98044 | S98044 | $2,000.00 |
| 22-ATF-038602 | Heckler and Koch MP5 Silencer CAL:9x19 SN:001-119, 0988-044 | 001-119, 0988-044 | $100.00 |
| 22-ATF-038603 | F.N. (FN Herstal) Scar 16 Machinegun CAL:556 SN:L055189 | L055189 | $2,000.00 |
| 22-ATF-038606 | Auto Ordnance West Hurley, NY Thompson M1 Machinegun CAL:45 SN:282230 | 282230 | $2,000.00 |
| 22-ATF-038607 | Colt M4 Commando Machinegun CAL:556 SN:A0199523 | A0199523 | $2,000.00 |
| 22-ATF-038608 | Steyr Aug Machinegun CAL:556 SN:3198863 | 3198863 | $2,000.00 |
| 22-ATF-038610 | Steyr Aug Machinegun CAL:556 SN:127517 | 127517 | $2,000.00 |
| 22-ATF-038611 | Kriss USA Inc. (Transformational Defense Ind) Kriss Vector SMG Machinegun CAL:45 SN:45S000903 | 45S000903 | $2,000.00 |
| 22-ATF-038612 | F.N. (FN Herstal) P90 Machinegun CAL:57 SN:FN079567 | FN079567 | $2,000.00 |
| 22-ATF-038613 | Ruger AC556 Machinegun CAL:223 SN:19110968 | 19110968 | $40,000.00 |
| 22-ATF-038615 | Ruger AC556 Machinegun CAL:223 SN:19105739 | 19105739 | $25,000.00 |
| 22-ATF-038616 | F.N. (FN Herstal) F2000 Machinegun CAL:223 SN:002596 | 002596 | $2,000.00 |
| 22-ATF-038617 | Steyr Aug Machinegun CAL:556 SN:127520 | 127520 | $2,000.00 |